# **EXHIBIT A**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-20-020259

DIVISION: 05

VANGUARD PLASTIC SURGERY, PLLC d/b/a VANGUARD AESTHETIC AND PLASTIC SURGERY,

    Plaintiff,

vs.

UNITEDHEALTH GROUP INCORPORATED, a foreign corporation, and UNITED HEALTHCARE SERVICES, INC., a foreign corporation,

    Defendants.
_____/

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff Vanguard Plastic Surgery, PLLC d/b/a Vanguard Aesthetic & Plastic Surgery ("Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Rules of Civil Procedure, hereby gives notice of filing the attached Verified Return of Service on Defendant, UnitedHealth Group Incorporated, a foreign corporation ("UHG"), in the above titled action.

[Certificate of Service on following page]

[9000.002/5253462/1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Mail to all counsel of record through the Court's E-Portal on December 8, 2020.

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:     (561) 477-7800
Facsimile: (561) 477-7722

By:   s/ Richard P. Hermann, II
         RICHARD P. HERMANN, II, ESQ
         Florida Bar No. 110019
         Primary E-Mail: rhermann@sbwlawfirm.com
         Secondary E-Mail: floridaservice@sbwh.law
         GENEVIEVE BAISDEN, ESQ.
         Florida Bar No. 100058
         Primary E-Mail: gbaisden@sbwh.law
         Secondary E-Mail: sfiero@sbwlawfirm.com

[9000.002/5253462/1]

# VERIFIED RETURN OF SERVICE

**State of Florida**   **County of Broward**   **Circuit Court**

Case Number: CACE 20-020259 05

Plaintiff:
**VANGUARD PLASTIC SURGERY PLLC D/B/A VANGUARD AESTHETIC AND PLASTIC SURGERY**
vs.
Defendant:
**UNITEDHEALTH GROUP INCORPORATED, ET AL**

BII2020011851

For: Richard P Hermann, II
Shapiro, Blasi, Wasserman & Hermann, P.A.

Received by Burke Process Service, Inc on the 4th day of December, 2020 at 2:51 pm to be served on **UNITEDHEALTH GROUP INCORP-ORATED, 9900 BREN ROAD EAST, MINNETONKA, MN 55343** I, _Timothy_ _Brown_, do hereby affirm that on the _7_ day of _December_, 2020 at _1:11_ p.m., executed service by delivering a true copy of the **Civil Action Summons, Complaint and Demand For Jury Trial** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving _____, as _____, who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

( ) CORPORATE SERVICE REGISTERED AGENT: By serving _____ as Registered Agent

(X) CORPORATE SERVICE: By serving _JANA FLOYD_ as _Intake Coordinator_, as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to _____, who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: _____, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Served at Registered Agent CT Corporation Services 1010 N. Dale Street St. Paul, MN 55117_

Age _40_ Sex M/(F) Race _White_ Height _5-7_ Weight _130_ Hair _Brown_ Glasses Y/(N)

## VERIFIED RETURN OF SERVICE For CACE 20-020259 05

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

*[signature]* 12-7-20

PROCESS SERVER # _NA_
Appointed in accordance with State Statutes

Burke Process Service, Inc
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: 2020011851

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE-20-020259

DIVISION: 05

VANGUARD PLASTIC SURGERY, PLLC d/b/a
VANGUARD AESTHETIC AND PLASTIC
SURGERY,

      Plaintiff,

vs.

UNITEDHEALTH GROUP INCORPORATED, a
foreign corporation, and UNITED HEALTHCARE
SERVICES, INC., a foreign corporation,

      Defendants.

_____/

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff Vanguard Plastic Surgery, PLLC d/b/a Vanguard Aesthetic & Plastic Surgery ("Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Rules of Civil Procedure, hereby gives notice of filing the attached Verified Return of Service on Defendant, United Healthcare Services, Inc., a foreign corporation ("UHC Services"), in the above titled action.

[Certificate of Service on following page]

[9000.002/5253737/1]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Mail to all counsel of record through the Court's E-Portal on December 11, 2020.

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:      (561) 477-7800
Facsimile: (561) 477-7722

By: *s/ Richard P. Hermann, II*
RICHARD P. HERMANN, II, ESQ
Florida Bar No. 110019
Primary E-Mail: rhermann@sbwlawfirm.com
Secondary E-Mail: floridaservice@sbwh.law
GENEVIEVE BAISDEN, ESQ.
Florida Bar No. 100058
Primary E-Mail: gbaisden@sbwh.law
Secondary E-Mail: sfiero@sbwlawfirm.com

[9000.002/5253737/1]

## VERIFIED RETURN OF SERVICE

State of Florida          County of Broward          Circuit Court

Case Number: CACE 20-020259 05

Plaintiff:
**VANGUARD PLASTIC SURGERY PLLC D/B/A VANGUARD AESTHETIC AND PLASTIC SURGERY**

vs.

Defendant:
**UNITEDHEALTH GROUP INCORPORATED, ET AL**

BII2020011850

For:
Richard P Hermann, II
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road
Suite #400
Boca Raton, FL 33308

Received by Burke Process Service, Inc on the **4th day of December, 2020 at 2:51 pm** to be served on **UNITED HEALTHCARE SERVICES INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, April D. Lewis, do hereby affirm that on the **8th day of December, 2020** at **2:00 pm**, I:

**CORPORATE:** served by delivering a true copy of the **Civil Action Summons, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **DESIGNATED AGENT, employed therein and authorized to accept service** for **UNITED HEALTHCARE SERVICES INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

*April D. Lewis*

**April D. Lewis**
SPS # 1482

**Burke Process Service, Inc**
7200 W. Camino Real
Suite 102
Boca Raton, FL 33433
(954) 514-0116

Our Job Serial Number: BII-2020011850

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t