**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO. _____

CIRCUIT COURT CASE NO. CACE20020259

VANGUARD PLASTIC SURGERY, PLLC
d/b/a VANGUARD AESTHETIC AND
PLASTIC SURGERY,

     Plaintiff,

v.

UNITEDHEALTH GROUP
INCORPORATED, a foreign corporation,
and UNITED HEALTHCARE SERVICES,
INC., a foreign corporation,

     Defendants.

_____/

## DECLARATION OF JANE STALINSKI

I, Jane Stalinski, state and declare as follows:

1.     My name is Jane Stalinski.  I am over the age of 18 years, of sound mind, and am fully competent to make this Declaration.

2.     I am an authorized representative of United Healthcare Insurance Company ("United") and its affiliated companies, including UnitedHealth Group Incorporated ("UHG") and United HealthCare Services, Inc. ("UHS") (collectively the "United Defendants"), and have been authorized to provide this Declaration in support of the United Defendants' notice of removal of the instant action to the United States District Court – Southern District of Florida.

3.     I base my statements contained herein upon my personal knowledge and from information obtained from various sources, including UHS's corporate and business records and

business documents contemporaneously maintained by UHS in the regular and ordinary course of business, and therefore know these statements to be true.

4.     I have reviewed the Complaint, which was filed on December 3, 2020 by Vanguard Plastic Surgery, PLLC d/b/a Vanguard Aesthetic and Plastic Surgery ("Plaintiff") against the United Defendants.

5.     UHS is a business corporation that was formed under the laws of Minnesota.

6.     UHS's current principal place of business is 9900 Bren Road East, Minnetonka, MN 55343.

7.     UHG is a business corporation that was formed under the laws of Delaware.

8.     UHG's current principal place of business is 9900 Bren Road East, Minnetonka, MN 55343.

9.     Based on Plaintiff's Complaint, the United Defendants reviewed their business records and identified that the benefit claims at issue are administered pursuant to a self-funded healthcare plan (the "Plan").  Attached hereto as **Exhibit 1** is a true and correct copy of the Summary Plan Description ("SPD") of the Plan.

10.    At all relevant time periods, UHS served as Claims Administrator for the Plan, and did not insure or fund the benefits furnished by the Plan.  The Plan is a self-funded health plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*  The Plan as applied to the Plan participant or member allegedly treated by Plaintiff is not an HMO health plan.

11.    Attached hereto as **Exhibit 2** is a true and correct copy of the Provider Remittance Advice ("PRA") Forms that the United Defendants sent to Plaintiff for the benefit claims at issue. The PRAs reflect the services purportedly provided by Plaintiff to the Plan participant or member,

the charges for the services, and the amount, if any, that was allowed.  The total disputed reimbursement amount for these benefit claims is $420,221.34.

12.     Attached hereto as **Exhibit 3** is a true and correct copy of the health claims form received from Plaintiff for the benefit claims which are allegedly at issue.  Further, the attached health claims form in **Exhibit 3 co**ntain authorization and assignment acknowledgements (*see* Boxes 13 or 27 on the health claim forms).   In this submitted health claims form, Plaintiff represented that benefits were assigned to it from the patient through a signed authorization and an assignment of benefits from the plan member or beneficiary, allowing Plaintiff to receive benefits under the applicable employee benefit plans and federal plans.

13.     Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated therein are true and correct.


Dated: 12/31/2020                  _____
                                                        Jane Stalinski

# COMPOSITE EXHIBIT "1"

**UNITEDHEALTH GROUP®**

# 2018 Benefits Handbook

Welcome to the UnitedHealth Group Incorporated Group Benefits Handbook (the Handbook or Benefits Handbook). UnitedHealth Group Incorporated (UnitedHealth Group or the Company) has established the UHG Inc. Group Benefits Plan (the Plan), which includes certain component employee benefit programs described in this Handbook for your benefit and the benefit of your family if you are an Eligible Employee of the Company or a Participating Employer. See "About This Handbook" on page 5 for a list of Participating Employers.

This Benefits Handbook summarizes the benefit programs provided by UnitedHealth Group through the Plan and is the first place you should turn when you have questions about the component programs or the benefits listed in this Handbook. Additional details about many of the component programs are provided in official Plan documents (which may include the Plan document, other documents, insurance contracts or policies, or the certificates for those benefit programs). For those component programs, if there is a discrepancy between the information in this Benefits Handbook and the official Plan document, the Plan will govern. Unless otherwise stated, for each component benefit program described in this Handbook, the Handbook serves as the Summary Plan Description (SPD).

The Plan Administrator reserves the right to amend, change or terminate the benefit programs described in this Benefits Handbook in its sole discretion at any time. It also has the sole authority to interpret the terms of the benefit programs, determine benefit eligibility, and resolve any and all ambiguities or inconsistencies in the benefit programs. Eligibility or participation in the benefit plans or programs is not an offer or guarantee of employment or an employment contract. Receipt of this communication should not be considered to mean that you are a participant of or eligible to participate in any applicable benefit program if you do not otherwise meet the eligibility requirements set forth in the documents that govern the applicable benefit program.

**Important Note**

*This Benefits Handbook/SPD is effective January 1, 2018, and supersedes all prior versions of the Benefits Handbook, including all amendments.*

*The information in this document was updated as of June 5, 2018 and is subject to changes/corrections/updates after this date. For the most current version of this information, search for "benefits" on The Hub at https://hub.uhg.com.*

*If you have questions about the information in this Handbook/SPD, you can contact HRdirect at 1-800-561-0861.*

**UnitedHealth Group Benefits Handbook**

## What Is Included in This Handbook/SPD?

This Handbook includes information about the following coverages:

■ Employee Health Benefit Program, which comprises the:

- Medical Program (including prescription drug coverage and *Rally for Health*);

- Dental Program;

- Vision Program;

- Health Care Flexible Spending Account (Health Care FSA);

- Health Savings Account (HSA) Pre-Tax Contribution Arrangement;

- Employee Assistance Program (EAP); and

- Post-Employment Medical Program.

■ Disability Coverage:

- Short-Term Disability; and

- Long-Term Disability.

■ Life and AD&D Insurance:

- Basic Life with Accidental Death and Dismemberment (AD&D) Insurance;

- Supplemental Life with or without AD&D Insurance;

- Spouse/Domestic Partner Life with or without AD&D Insurance; and

- Child(ren) Life Insurance.

■ Business Travel Accident (BTA) Insurance

■ Other Benefits, which include:

- Family Care Program;

- Commuter Reimbursement;

- Critical Illness Insurance;

- Accident Insurance;

- Group Legal Insurance Program;

- Adoption Assistance;

- Tuition Reimbursement; and

- Severance Pay.

If you cannot find the information you are looking for in this Benefits Handbook, see "Contact Information" on page 597 for important web addresses and phone numbers, or contact HRdirect at 1-800-561-0861 with any questions you may have.

### Questions?

If you have questions about your benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 1-800-561-0861.

**UnitedHealth Group Benefits Handbook**

# In This Handbook                                    See Page

2018 Benefits Handbook.........................................................................1
About This Handbook.............................................................................5
Participating in Benefits......................................................................11
Life Events...........................................................................................53
Employee Health Benefits....................................................................87
   Medical.............................................................................................89
   Dental............................................................................................265
   Vision.............................................................................................281
   Health Care FSA............................................................................295
   Health Savings Account.................................................................311
   Employee Assistance Program.......................................................325
   Post-Employment Medical Program...............................................329
   Additional Information...................................................................347
   Important Health Care Terms........................................................407
Disability Coverage.............................................................................433
   Short-Term Disability....................................................................435
   Long-Term Disability.....................................................................447
   Other Disability Coverage Information...........................................465
   Important Disability Coverage Terms............................................469
Life and AD&D Insurance Program.......................................................477
   Important Life and AD&D Insurance Terms...................................495
Business Travel Accident Insurance.....................................................499
Other Benefits....................................................................................505
   Family Care Program.....................................................................507
   Commuter Reimbursement............................................................523
   Critical Illness Insurance...............................................................533
   Accident Insurance........................................................................543
   Group Legal Insurance Program....................................................555
   Adoption Assistance......................................................................559
   Tuition Reimbursement.................................................................567
   Severance Pay...............................................................................569
   Important Other Benefits Terms....................................................573
Administrative Information..................................................................577
Contact Information............................................................................597

**UnitedHealth Group Benefits Handbook**

# About This Handbook

The Employee Retirement Income Security Act of 1974 (ERISA) requires ERISA plans to maintain a Summary Plan Description (SPD) and provide a copy of the SPD to Plan participants.

This section of the Benefits Handbook (or Handbook) describes the benefits that are included in this Handbook, explains which benefits are subject to ERISA and how the Handbook constitutes an SPD for ERISA programs, and lists the employers that participate in the benefits described in this Handbook.

### If You Need Help Understanding This Benefits Handbook

This Benefits Handbook contains a summary of your rights and benefits under the programs offered by UnitedHealth Group. If you have difficulty understanding any part of this Benefits Handbook, contact HRdirect at 1-800-561-0861.

### The Importance of Defined Terms

Many of the terms used throughout the Benefits Handbook to explain your benefits are capitalized and have specific meanings that are defined in the "Important Health Care Terms" on page 407 and "Important Other Benefits Terms" on page 573, as well as in "Important Terms" on page 47 within "Participating in Benefits" on page 11.

To understand how the benefit programs work and to use your benefits effectively, it's important that you understand all of these definitions. Therefore, we suggest that you take a few minutes to review all the Important Terms sections found in the Benefits Handbook.

### Benefits Handbook Is the SPD for ERISA Programs

UnitedHealth Group Incorporated (or the Company) sponsors the benefit programs that are described in this Benefits Handbook. They are subject to ERISA and must be summarized in an SPD, except the Health Savings Account Pre-Tax Contributions Arrangement (HSA Pre-Tax Contributions Arrangement), Family Care Program, Commuter Expense Reimbursement Account (CERA) Program, Adoption Assistance Program, and Tuition Reimbursement Program, which are not subject to ERISA.

For all of the benefit programs that are subject to ERISA, the benefit programs' SPD consists of several pieces of the Benefits Handbook, including this section, "Participating in Benefits" on page 11, the applicable benefit program section (such as "Life and AD&D Insurance" on page 477), "Additional Information" on page 347 and/or "Administrative Information" on page 577. The Severance Pay Program has a separate SPD document from the Benefits Handbook. In addition, for certain benefit plans or programs, the SPD may also consist of the Insurer's certificate of coverage and/or the insurance policy. These documents are available on The Hub at https://hub.uhg.com (search for "benefits").

**Effective Date**

*This Benefits Handbook is effective January 1, 2018, unless otherwise noted herein. It supersedes all prior versions of the Benefits Handbook, including all amendments to it — and supersedes all prior summaries of non-ERISA plans that were not included in prior Benefits Handbooks.*

**UnitedHealth Group Benefits Handbook**

To determine which documents comprise the official SPD for each benefit program, refer to the section of this Benefits Handbook describing that particular benefit program.

## Governing Plan Documentation

The Benefits Handbook does not constitute the formal/official ERISA plan document for the component programs of the UHG Inc. Group Benefits Plan (the Plan). As such, your rights are governed by the terms of the Plan. Any question concerning the Plan or its component programs described in this Benefits Handbook shall be determined in accordance with the terms of the Plan document and not the SPD.

Although every effort has been made to give you correct and complete information about your benefits, in the event of any conflict or inconsistency between the Benefits Handbook and the Plan Document, the terms of the Plan Document will control.

In addition, no person has the authority to make any oral or written statement or representation of any kind that is legally binding upon the Company that alters the Plan or any legal document maintained in conjunction with the Plan.

## Benefit Programs Subject to ERISA

The following table lists the plans or programs that are subject to ERISA, as well as the portions of this Benefits Handbook (or separate Summaries available on The Hub at https://hub.uhg.com — search for "benefits") that comprise the SPD for each of them.

| ERISA Benefit Program | Benefits Handbook Sections or Summaries (and Online Documents) That Comprise the Complete SPD |
|---|---|
| *Medical* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Life Events*<br>■ *Medical Program*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |
| *Dental* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Life Events*<br>■ *Dental Program*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |
| *Vision* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Life Events*<br>■ *Vision Program*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |

**UnitedHealth Group Benefits Handbook**

| ERISA Benefit Program | Benefits Handbook Sections or Summaries (and Online Documents) That Comprise the Complete SPD |
|---|---|
| *Health Care Flexible Spending Account (Health Care FSA)* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Life Events*<br>■ *Health Care Flexible Spending Account (Health Care FSA)*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |
| *Employee Assistance Program (EAP)* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Employee Assistance Program (EAP)*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |
| *Post-Employment Medical (PEM) Program* | "Post-Employment Medical Program" on page 329. The PEM Program section explains the PEM Program's eligibility rules.<br>■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Post-Employment Medical (PEM) Program*<br>■ *Additional Information*<br>■ *Important Health Care Terms* |
| *Disability*<br>■ Short-Term Disability<br>■ Long-Term Disability | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Disability Coverage*<br>■ *Administrative Information* |
| *Life and AD&D Insurance* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Life and AD&D Insurance*<br>■ *Administrative Information* |
| *Business Travel Accident Insurance* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Business Travel Accident Insurance*<br>■ *Administrative Information* |
| *Critical Illness Insurance* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Critical Illness Insurance*<br>■ *Administrative Information* |
| *Accident Insurance* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Accident Insurance*<br>■ *Administrative Information* |

**UnitedHealth Group Benefits Handbook**

| ERISA Benefit Program | Benefits Handbook Sections or Summaries (and Online Documents) That Comprise the Complete SPD |
|---|---|
| *Group Legal Insurance* | ■ *About This Handbook*<br>■ *Participating in Benefits*<br>■ *Group Legal Insurance Program*<br>■ *Administrative Information* |
| *Severance Pay* | "Severance Pay" on page 569 is not the SPD for the Severance Pay Program. It explains only some of the Program's rules.<br><br>The SPD for the Severance Pay Program is available by searching for "benefits" on The Hub at https://hub.uhg.com. |

## Most Benefits Provided under One Plan

Prior to January 1, 2016, the Company offered a number of independent ERISA plans. As of January 1, 2016, the Company maintains one formal ERISA Plan (the UHG Inc. Group Benefits Plan). The former individual plans are component benefit programs of the UHG Inc. Group Benefits Plan. Please note that this change was for compliance purposes only and did not affect your benefits.

## Your Rights under ERISA

If you participate in an ERISA program, you are entitled to certain rights and protections. For more information about your ERISA rights under the Health Program, read "Additional Information" on page 347 under "Employee Health Benefits" on page 87.

For more information about your ERISA rights under the other programs, read "Administrative Information" beginning on page 577.

If you participate in a non-ERISA program, the ERISA rights and protections do not apply with regard to the non-ERISA program benefits.

## Plan Administrator

The UnitedHealth Group Employee Benefits Plans Administrative Committee (the Administrative Committee or the Committee) serves as the Plan Administrator to administer the benefit programs described in this Benefits Handbook. The Plan Administrator (and any other persons or entities to whom the Plan Administrator delegates fiduciary authority and duties) has the sole and exclusive authority and discretion to interpret the benefit programs' terms and benefits under them, and to make factual and legal decisions about them.

The Plan Administrator has the authority to delegate, and has delegated, certain authority and duties to other parties, who are third-party administrators, fiduciaries and/or trustees.

UnitedHealth Group Benefits Handbook

## Participating Employers

The benefit programs described in this Benefits Handbook are available to Eligible Employees of the following subsidiaries of the Company, all of which are considered Participating Employers:

- United HealthCare Services, Inc.;
- UHC International Services, Inc.;
- Health Plan of Nevada, Inc.;
- Sierra Health and Life Insurance Company, Inc.;
- Southwest Medical Associates, Inc.;
- Optum Services, Inc.;
- PrimeCare Medical Network, Inc.;
- Monarch Health Plan;
- UnitedHealthcare of Illinois, Inc.;
- Catamaran PD of Puerto Rico, LLC;
- Optum Services Puerto Rico, LLC; and
- Any other employer that adopts the benefit program(s), with UnitedHealth Group's written consent.

### Important Note

Even though you may be an employee of a Participating Employer, throughout the Benefits Handbook, we refer to all employees as employees of UnitedHealth Group. Also note that most employees are employed by United HealthCare Services, Inc., not the business segment with which they identify, such as UnitedHealthcare, OptumHealth, etc. This is why business segment names are not included on this list. If you are not sure which entity is your employer, you can find out by looking at your online paycheck on The Hub at https://hub.uhg.com, your biweekly paycheck or your deposit advice.

## Company's Reservation of Right to Amend and Terminate the Plans or Programs

The Company reserves the right to modify or amend, in whole or in part, or terminate any or all of the benefit programs discussed in this Benefits Handbook for any reason and in its sole discretion at any time. The Company's right to amend or terminate the benefit programs discussed in this Benefits Handbook includes, but is not limited to, changes in the eligibility requirements, premiums or other employee payments charged, benefits provided, and termination of all or a portion of the coverages provided under the benefit programs.

Any amendment, termination or other action by the Company with respect to the benefit programs will be by a duly adopted resolution of the Board of Directors or may be made by any person duly authorized to take such action on behalf of the Board of Directors. Amendments may be retroactive to the extent necessary to comply with applicable law. Modification of the terms of the Plan or termination of the Plan will be effective only in writing and in compliance with the Plan's requirements for an amendment or termination of the Plan. Oral representation concerning the interpretation of the Plan will not be effective to amend the Plan or benefit program.

**UnitedHealth Group Benefits Handbook**

If a benefit program is amended or terminated, you will be subject to all the changes effective as a result of such amendment or termination, and your rights will be reduced, terminated, altered or increased accordingly, as of the effective date of the amendment or termination. However, no amendment or termination will reduce the amount of any benefit otherwise payable under the Plan or a component program for charges incurred prior to the effective date of the amendment or termination.

In the event of the dissolution, merger, consolidation or reorganization of the Company, the Plan will terminate unless the Plan is continued by a successor to the Company.

If a benefit program is terminated and surplus assets remain after all liabilities have been paid, the surplus will revert to the Company to the extent permitted under applicable law, unless otherwise stated in the insurance or administrative contract or otherwise determined by the Board of Directors of the Company.

Different rules apply for HSA pre-tax contributions. See the applicable individual Benefits Handbook section for more information.

## Not an Employment Contract

Neither the receipt of the Benefits Handbook, the receipt of this "About This Handbook" beginning on page 5, nor the use of the term "you" means that you are eligible for a benefit under any of the programs that are summarized in the Benefits Handbook. You are eligible to participate in a benefit program or receive a benefit only if you satisfy the applicable eligibility requirements and other criteria. The receipt of the Benefits Handbook and/or of this "About This Handbook" beginning on page 5, and/or the terms of the benefit programs also neither create a right for you to be retained in employment nor prevent the Company from terminating your employment for any reason.

## Questions?

If you have questions about your benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 1-800-561-0861.

**UnitedHealth Group Benefits Handbook**

# Employee Health Benefits

UnitedHealth Group is pleased to provide you with a broad array of health benefits, including those described in this section of the Benefits Handbook. Our comprehensive, flexible benefit plans offer access to a wide range of Providers, services and supplies.

This section describes the following benefits:

- *Medical*

- *Dental*

- *Vision*

- *Health Care Flexible Spending Account (FSA)*

- *Health Savings Account*

- *Employee Assistance Program (EAP)*

- *Post-Employment Medical Program*

- *Additional Information*

- *Important Health Care Terms*

**Questions?**

If you have questions about your benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 1-800-561-0861.

**Important Note**

*The Employee Health Benefits section of the Handbook is effective January 1, 2018, and supersedes all prior versions of the Benefits Handbook, including all amendments.*

*Administrative details and procedures can be found in "Administrative Information" on page 577. If you have questions about the information in this SPD, you can contact HRdirect at 1-800-561-0861.*

**UnitedHealth Group Benefits Handbook**

**UnitedHealth Group Benefits Handbook**

# *Medical*

UnitedHealth Group Incorporated (UnitedHealth Group or the Company) sponsors the UnitedHealth Group Medical Program, which is a component benefit program of the UHG Inc. Group Benefits Plan and is governed by ERISA. Benefit programs that are subject to ERISA must be summarized in a Summary Plan Description (SPD).

The Medical Coverage Options offered under the Medical Program provide broad, comprehensive protection to cover a wide range of medical Providers, services and supplies. All of the Coverage Options constitute Minimum Essential Coverage and meet Minimum Value (as those terms are defined in the Affordable Care Act).

*This Medical section includes some limited information about Health Savings Accounts (HSAs), even though the HSA is not an employee benefit program, is not sponsored or administered by UnitedHealth Group, is not part of the Medical Program, is not governed by ERISA, and does not need to be summarized in an SPD. Read "Participating in the Medical Program" on page 93 and the "Health Savings Account" on page 311 for more information.*

### Plan Administrator

The UnitedHealth Group Employee Benefits Plans Administrative Committee (the Administrative Committee or the Committee) serves as the Plan Administrator to administer the benefit programs described in this Benefits Handbook. The Plan Administrator (and any other persons or entities to whom the Plan Administrator delegates fiduciary authority and duties) has the sole and exclusive authority and discretion to interpret the benefit programs' terms and benefits under them, and to make factual and legal decisions about them.

The Plan Administrator has the authority to delegate, and has delegated, certain authority and duties to other parties, who are third-party administrators, fiduciaries and/or trustees.

This *Medical* section, "About This Handbook" section beginning on page 5, "Participating in Benefits" section beginning on page 11, "Additional Information" section beginning on page 347 and "Important Health Care Terms" section beginning on page 407 constitute the SPD for the Medical Program.

**Note:** If you have questions about your Medical Program benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 1-800-561-0861.

### About This SPD

The Benefits Handbook summarizes the benefit programs that the Company sponsors, describes the general operation of the benefit programs, and outlines your rights and obligations under them.

Schedule of Benefits for Low-Premium, Balanced, Low-Deductible, Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate and Choice Transition ..........................................................................125
The Primary Care Plan Coverage Option ......................................................136
    How the Primary Care Plan Coverage Option Works ................................136
    Selecting a Primary Care Provider ..........................................................137
    Primary Care Plan Benefit Features..........................................................137
    Primary Care Plan Schedule of Benefits ..................................................138
The WellMed 1st Tier Coverage Option ........................................................148
    How the WellMed 1st Tier Coverage Option Works...................................148
    Tier 1 Network .........................................................................................150
    Tier 2 Network .........................................................................................151
    WellMed 1st Tier Benefit Features ............................................................154
    WellMed 1st Tier Schedule of Benefits .....................................................155
Premium Physician Plan Coverage Option ...................................................166
    How the Premium Physician Plan Coverage Option Works........................166
    Selecting a Primary Care Provider ..........................................................167
    Premium Physician Plan Benefit Features .................................................168
    Premium Physician Plan Schedule of Benefits ..........................................169
Kelsey-Seybold Primary Care Plan Coverage Option ...................................179
    How the Kelsey-Seybold Primary Care Plan Coverage Option Works ........179
    Selecting a Primary Care Provider ..........................................................180
    Kelsey-Seybold Primary Care Plan Benefit Features .................................181
    Kelsey-Seybold Primary Care Plan Coverage Option — Schedule of Benefits .................................................................................................182
Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options..........................................................................................192
    How the Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options Work ..............................................................192
    Selecting a Primary Care Provider ..........................................................193
    Accountable Care – Phoenix and Accountable Care – San Antonio Benefit Features ....................................................................................194
    Accountable Care – Phoenix and Accountable Care – San Antonio Schedule of Benefits...............................................................................195
Covered Health Services ............................................................................208
Medical Services Not Covered under Any Coverage Option ..........................230

**UnitedHealth Group Benefits Handbook**

# *The Medical Program Coverage Options*

**Definition of Provider**

*Under the Medical Program, "Provider" means Physicians as well as nurses, pharmacists and a wide variety of other health care professionals who are licensed to provide health care services covered by the Medical Program. Various facilities, such as Hospitals, Urgent Care Centers, Skilled Nursing Facilities, pharmacies, laboratories and Alternate Facilities that provide health care services, are also Providers.*

## Coverage Options Included

This portion of the "Medical" section beginning on page 89 of the Benefits Handbook provides details about the following Coverage Options, how they work and what is covered or not covered:

- Low-Premium*
- Balanced*
- Low-Deductible*
- Low-Premium – Advocate (Chicago)
- Balanced – Advocate (Chicago)
- Low-Deductible – Advocate (Chicago)
- Primary Care Plan
- Choice Transition
- WellMed 1st Tier
- Premium Physician Plan
- Kelsey-Seybold Primary Care
- Accountable Care – Phoenix
- Accountable Care – San Antonio

*The PEM Program also offers this Medical Coverage Option.

In addition, this section provides information about Prescription Drug coverage, programs designed to help manage health care, and filing claims.

See "Other Medical Coverage Options That Are Components of the Medical Program" on page 91 in "Medical" on page 89 for the Coverage Options for Eligible Employees in certain locations (as defined in "Participating in Benefits" on page 11). For the Summary or Certificate of Coverage for these Medical Coverage Options, search for "benefits" on The Hub at https://hub.uhg.com.

The Plan Administrator will notify you of the Medical Coverage Options you are eligible for at the time of your eligible enrollment period.

UnitedHealth Group Benefits Handbook

## Higher Expenses Using Non-Network Providers

In Non-Emergency situations, you will pay much more if you visit a Non-Network Provider because your Deductibles and Coinsurance percentages will be higher. In addition, the Medical Coverage Option's Coinsurance will be computed based on the Non-Network Eligible Expense (NEE) instead of the generally lower Scheduled Fee. This will result in much lower benefit coverage. The Provider will bill you for the difference between his or her Billed Charge and the NEE. You are responsible for paying this difference, commonly known as Balance Billing.

For the Advocate plans, Primary Care Plan, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options, there is **no coverage** for care received by a Non-Network Provider for Non-Emergency situations.

## Coinsurance

Once you have met the Deductible for your Coverage Option, and if you enroll in a plan that does not have Copays, you and the Plan each pay a percentage of the cost of most Covered Health Services. This is called Coinsurance.

■ Your Coinsurance is the portion of the Scheduled Fee that you are responsible for paying to a Network Provider or the portion of the Non-Network Eligible Expense (NEE) that you are responsible for paying to the Non-Network Provider, usually expressed as a percentage.

■ The Medical Program's Coinsurance is the portion of the Scheduled Fee that the Plan is responsible for paying to a Network Provider or the portion of the NEE that the Plan is responsible for paying to a Non-Network Provider, also expressed as a percentage.

■ Coinsurance percentages are listed in each Medical Coverage Option's Schedule of Benefits. These Coinsurance percentages depend on whether you see Network or Non-Network Providers.

## Copay

The WellMed 1st Tier, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options have Copays for certain services such as Primary Care Physician, Specialist and urgent care visits. Copays are fixed dollar amounts you pay for Covered Health Services, usually when you receive the care. When Copays apply, you pay the Copay, and then the Plan pays 100% of the Network Negotiated Fee. Details on these plans are listed in each Medical Coverage Option's Schedule of Benefits.

## Out-of-Pocket Maximums

Each of the Coverage Options have both individual and family Out-of-Pocket Maximums, which represent the maximum dollar amounts that you may have to pay with your own money in a calendar year for Covered Health Services. The Out-of-Pocket Maximums are listed in each Coverage Option's Benefit Features table. Deductibles, Coinsurance and Copays count toward the Out-of-Pocket Maximum.

Under each of the Coverage Options:

■ The dollar amount of the Out-of-Pocket Maximums that apply to you will depend on the Coverage Option and the Coverage Level you elect;

**UnitedHealth Group Benefits Handbook**

- There are Out-of-Pocket Maximums for Network services and separate, higher Out-of-Pocket Maximums for Non-Network services;

- The Out-of-Pocket Maximums start over each January 1;

- The expenses that you pay for Network and Non-Network (where applicable) Covered Health Services count separately toward the Network and Non-Network Out-of-Pocket Maximums (they do not cross-apply), unless otherwise listed in "Expenses That Don't Count Toward the Deductibles or Out-of-Pocket Maximums" on page 102; and

- Non-Preventive Prescription Drugs are treated the same as other Covered Health Services and therefore count toward the Out-of-Pocket Maximums.

### Meeting the Out-of-Pocket Maximums

The Out-of-Pocket Maximums that apply to you will depend on the Coverage Option and the Coverage Level in which you enroll.

- If you elect Employee Only coverage, the individual Out-of-Pocket Maximums apply to you. You and the Medical Program pay a percentage of Coinsurance until you meet an individual Out-of-Pocket Maximum. After that, the Medical Program generally pays 100% of your Covered Health Services for the remainder of the calendar year.

- If you elect coverage for yourself and one Eligible Dependent, individual Out-of-Pocket Maximums apply separately to each of you. You and the Medical Program pay a percentage of Coinsurance until you and your Eligible Dependent each meet an individual Out-of-Pocket Maximum. After that, the Plan generally pays 100% of your Covered Health Services for the remainder of the calendar year.

- If you elect coverage for yourself and two or more Eligible Dependents, a family Out-of-Pocket Maximum applies to all of you as a single-family unit. You and the Plan pay a percentage of Coinsurance until any combination of two or more of you meets a family Out-of-Pocket Maximum. If, however, you and the Plan pay a percentage of Coinsurance for any one covered member of your family and meet an individual Out-of-Pocket Maximum, the Plan generally pays 100% of Covered Health Services for that covered member. Any one or more of the other covered members of your family can then meet the remainder of a family Out-of-Pocket Maximum. After that, the Plan generally pays 100% of Covered Health Services for the rest of your covered family members.

## Expenses That Don't Count Toward the Deductibles or Out-of-Pocket Maximums

Whether you see a Network or Non-Network Provider, certain expenses that you pay for do *not* count toward the Deductibles and/or Out-of-Pocket Maximums. They include:

- Certain Preventive Prescription Drug Copays do not apply to the Deductible but count toward the Out-of-Pocket Maximums under the Low-Premium, Balanced, Low-Deductible, Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate, Primary Care Plan, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options;

- Copays for Covered Health Services under any Coverage Option do not apply to the Deductible but do count toward the Out-of-Pocket Maximums;

**UnitedHealth Group Benefits Handbook**

- Coinsurance for Specialty medications under the WellMed 1st Tier and Choice Transition Coverage Option applies only toward the Out-of-Pocket Maximum;

- Balance Billing amounts from Non-Network Providers;

- Amounts you pay that exceed the Scheduled Fee or Billed Charge, or any specified limitations;

- Amounts you pay for failing to notify UHC Care Management when required;

- Amounts you pay for failing to notify the Mental Health/Substance-Related and Addictive Disorder Administrator before you receive Mental Health/Substance-Related and Addictive Disorder Services from a Non-Network Provider;

- Amounts you pay because your medical Provider failed to notify Pharmacy Network Management before prescribing certain drugs;

- Ancillary Charge amounts you pay for the difference in cost of a Brand-Name drug when a Generic Drug is available do not apply to the Deductible but do count toward the Out-of-Pocket Maximums; and

- Amounts you pay for Non-Covered Health Services.

## Using Network Providers

The Low-Premium, Balanced, Low-Deductible and Choice Transition Coverage Options use UnitedHealthcare's nationwide Network.

The Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate, Primary Care Plan, WellMed 1st Tier, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options require that you select a Primary Care Physician (PCP) and you use Providers in their specific Network in order to be covered. Your PCP will coordinate all your care, including referrals to specialists. In most cases, if you see a specialist without a referral from your PCP, it will not be covered.There is no Non-Network coverage in these plans (except for Emergency care).

- You do not need in-network referrals for certain services such as:

  - Obstetricians/gynecologists

  - Behavioral health and substance-use disorder clinicians

  - Convenience care clinics, urgent care clinics or emergency room services

  - The Well, where available

The following table shows the Network name applicable to each Medical Coverage Option.

**How to Find Network Providers**

- *Log in to* myuhc.com.

- *Click on "Find a Doctor."*

- *Search by specialty (type of doctor), location, gender or languages spoken.*

**UnitedHealth Group Benefits Handbook**

| Medical Option | Network Name |
|---|---|
| *Low-Premium*<br>*Balanced*<br>*Low-Deductible*<br>*Choice Transition* | Choice Plus |
| *Low-Premium – Advocate*<br>*Balanced – Advocate*<br>*Low-Deductible – Advocate* | Charter – Advocate ACO |
| *Primary Care Plan* | Navigate |
| *WellMed 1st Tier* | Choice Plus and WellMed affiliated providers |
| *Premium Physician Plan* | Navigate |
| *Kelsey-Seybold Primary Care Plan* | Charter – Kelsey-Seybold |
| *Accountable Care – Phoenix* | NexusACO – Commonwealth |
| *Accountable Care – San Antonio* | NexusACO – WellMed |

When you obtain Covered Health Services from Network Providers:

- The Plan pays Network Benefits, which are the benefits described in the "Network" column of the Medical Coverage Option's Schedule of Benefits;

- You will generally receive a higher level of benefits;

**Definition of Provider**

*Under the Medical Program, "Provider" means Physicians as well as nurses, pharmacists and a wide variety of other health care professionals who are licensed to provide health care services covered by the Medical Program. Various facilities, such as Hospitals, Urgent Care Centers, Skilled Nursing Facilities, pharmacies, laboratories and Alternate Facilities that provide health care services are also Providers.*

- You pay Coinsurance for a portion of the Scheduled Fee for most Covered Health Services; and

- When you reach your Network Out-of-Pocket Maximum, the Plan begins to pay 100% of the Scheduled Fee for most Covered Health Services received from Network Providers.

## Financial Advantages When You Use a Network Provider

Obtaining Covered Health Services from a Network Provider provides financial advantages to you:

- Network Deductibles that apply are lower.

- Your Network Coinsurance responsibility is generally lower.

- The Scheduled Fee on which your Coinsurance is calculated is generally lower than the Non-Network Eligible Expense (NEE) on which Coinsurance is calculated for services from Non-Network Providers. This is the result of discounts that are negotiated with Network Providers.

- Balance Billing does not apply when you obtain Covered Health Services from Network Providers.

**UnitedHealth Group Benefits Handbook**

### Network Gap Exceptions

Upon request, the Claims Administrator will determine whether sufficient Provider access exists within an appropriate distance from your home. If there is not a Provider of the specialty care you require within approximately a 30-mile radius of your home, you may contact UHC Care Management to request a Network gap exception. This will allow you the alternative of seeing Non-Network Providers in your area and having claims paid at the Network Benefit level.

**Note: Approval must be granted prior to receiving the service.**

### Using Non-Network Providers

**Note**: For the Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate, Primary Care Plan, WellMed 1st Tier, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, Accountable Care – Phoenix and Accountable Care – San Antonio Coverage Options, there is **no coverage** for Non-Network Benefits.

When you obtain services from Non-Network Providers:

- The Low-Premium, Balanced, Low-Deductible and Choice Transition Coverage Options pay Non-Network Benefits, which are the benefits described in the "Non-Network" column of each Coverage Option's Schedule of Benefits.

- You must pay expenses for most Covered Health Services until you meet the Deductibles that apply to you; once you meet a Deductible, the Plan pays a percentage of the NEE for Covered Health Services.

  **Note:** For travel outside of the United States, routine Non-Emergency services are covered at the Non-Network level of coverage of the NEE for Covered Health Services. Emergency services are paid at the Network level of coverage of the billed charge.

- Copays do not apply to Non-Network Providers.

- You pay Coinsurance for a portion of the NEE for most Covered Health Services.

- You are responsible for Balance Billing amounts that exceed the NEE for Covered Health Services; these amounts do not count toward and are not limited by the Deductibles and Out-of-Pocket Maximums that apply to you.

- Depending on the geographic area and the service you receive, you may have access through UnitedHealthcare's Shared Savings Program to Non-Network Providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these Providers, the Coinsurance will remain the same as it is when you receive Covered Health Services from Non-Network Providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered Health Services from Shared Savings Program providers than from other Non-Network Providers because the Eligible Expense may be a lesser amount.

Shared Savings Program — A program in which UnitedHealthcare may obtain a discount to a Non-Network Provider's billed charges. This discount is usually based on a schedule previously agreed to by the Non-Network Provider. When this happens, you may experience lower out-of-pocket amounts. Plan Coinsurance and Deductibles would still apply to the reduced charge. Sometimes Plan provisions or administrative practices conflict with the scheduled rate, and a different rate is determined by UnitedHealthcare. In this case the Non-Network Provider may bill you for the difference between the billed amount and the rate determined by UnitedHealthcare. If this happens you should call the number on your medical ID Card. Shared Savings Program providers are not Network Providers and are not credentialed by UnitedHealthcare.

- When you reach a Non-Network Out-of-Pocket Maximum, the Plan begins to pay 100% of the NEE for most Covered Health Services received from Non-Network Providers.

- You may not assign your benefits under the Plan or any cause of action related to your benefits under the Plan to a Non-Network Provider without our consent. When an assignment is not obtained, the Claims Administrator will send the reimbursement directly to you, the employee, for you to reimburse the Non-Network Provider upon receipt of their bill. However, the Claims Administrator reserves the right, in its discretion, to pay Non-Network Providers directly for services rendered to you. If benefits are assigned or payment to a Non-Network Provider is made, the Company reserves the right to offset benefits to be paid to the Provider by any amounts that the Provider owes the Company.

- When you assign your benefits under the Plan to a Non-Network Provider with our consent, and the Non-Network Provider submits a claim for payment, you and the Non-Network Provider represent and warrant that the Covered Health Services were actually provided and were medically appropriate.

- The Claims Administrator will pay benefits to you unless:

  - The Provider notifies the Claims Administrator that you have provided signed authorization to assign benefits directly to that Provider; or

  - You make a written request for the Non-Network Provider to be paid directly at the time you submit your claim.

- The Claims Administrator will only pay benefits to you or, with written authorization by you, to your Provider, but not to a third party, even if your Provider has assigned benefits to that third party.

## Outside the Network Service Area

If you reside outside the Network service area (out of area) for the Low-Premium, Balanced, Low-Deductible and Choice Transition Coverage Options, the following applies (you will be notified if this applies to you):

- Whether you seek care from a Non-Network or Network Provider, you will only have the Network Deductible, Coinsurance or Out-Of-Pocket Maximum (no Network versus Non-Network amounts).

- If you visit a Non-Network Provider, your out-of-pocket costs will be based on actual Billed Charges rather than the network discounted amount.

- If you visit a Network Provider, your out-of-pocket costs will be based on the "network allowed" amount, which is generally lower than the Billed Charges.

**UnitedHealth Group Benefits Handbook**

# Premium Physician Plan Coverage Option

The Premium Physician Plan Coverage Option allows you to obtain Covered Health Services from Premium Physician Plan Network Providers and is offered only to Eligible Employees who live in certain geographic locations. Eligibility is based on home address ZIP code and may not be available to all locations in a state. Detailed ZIP code information is available on the Benefit Information Site at http://benefitsinfo.uhg.com.

It is important that you thoroughly understand the coverage provisions under the Premium Physicians Coverage Plan Option. Making well-informed decisions will help to both minimize your cost and maximize the quality of your care.

## How the Premium Physician Plan Coverage Option Works

**Preventive Care Services**

*Preventive Care Services are the same under all of the Medical Program Coverage Options and are described in "Preventive Care" in each of the Schedules of Benefits in "Medical" on page 89 and in "Covered Health Services" beginning on page 208.*

Following is a snapshot of how the Premium Physician Plan Coverage Option works (see the rest of this section for more details).

- You must receive care from Providers in the Plan's Network.

- You must select and receive services from a Premium Tier 1 Primary Care Physician in order to receive the $20 Copay for PCP visits and $30 Copay for Specialist visits (Specialist visits require a referral from your PCP) in the office).

- Look for the Tier 1 "Blue Dot" symbol when searching the network for a PCP to ensure you are selecting a Tier 1 PCP.

- If you don't select and receive services from a Premium Tier 1 PCP, visits will be subject to Coinsurance of 50% of the Scheduled Fee after the Deductible is met.

- The Plan won't pay any benefits for care received from Non-Network Providers, except for Emergency care.

- Your PCP will coordinate all your care, including referrals to specialists. In most cases, if you see a specialist without a referral from your PCP, it will not be covered.

- You do not need in-network referrals for certain services such as:
  - Obstetricians/gynecologists
  - Behavioral health and substance-use disorder clinicians
  - Convenience care clinics, urgent care clinics or emergency room services
  - The Well, where available

- When Tier 1 Copays apply, you pay your Copay and the Plan pays 100% of the remainder of the Scheduled Fee. Virtual visits and The Well clinic visits are free.

- Each calendar year you pay expenses until you meet the applicable Deductible(s).

- Once you have met the Deductible, you and the Plan share expenses through Coinsurance and Copays, if any.

- After you meet the Out-of-Pocket Maximum for that calendar year, the Plan pays 100% of expenses for Covered Health Services for the remainder of the calendar year.

UnitedHealth Group Benefits Handbook

■ Non-Specialty Preventive Prescription Drugs are covered at 100% after a Copay when you use a Network Pharmacy. Deductible and Coinsurance apply to Non-Preventive and Specialty Prescription Drugs, as shown in the "Primary Care Plan Schedule of Benefits" on page 138.

■ If you're enrolled in the Premium Physician Plan, you will need to use a pharmacy in the Value Network Pharmacy or the OptumRx® Mail Service Pharmacy. The Value Network is similar to the pharmacy network for the Low-Deductible, Balanced and Low-Premium plans, but it is limited to pharmacies with the best negotiated rates. More than 35,000 pharmacies participate in the nationwide Value Network, including major drugstores, mass retailers and supermarkets. Go to myuhc.com to find a participating pharmacy.

■ Additional coordination is required if you cover a Dependent who lives out of state, as your Dependent must have a PCP in the state that you reside and receive a referral from that PCP for services where the Dependent lives.

### Verifying Network Provider Participation

It is your responsibility to verify that a health care Provider is a participating Premium Physician Plan Network Provider before you obtain services. To locate participating Network Providers, go to myuhc.com or call the Member Services number on the back of your medical ID card.

## *Selecting a Primary Care Provider*

As a participant in the Plan, you are required to select a Premium Tier 1 Primary Care Provider (PCP) in order to obtain Network Benefits at the highest level. The PCP will be responsible for coordinating your care and making referrals for services from Network Physicians. **You and each of your covered Dependents must identify a PCP, and the PCPs must be within the same local network. This PCP should be your first point of contact when you need medical care.** If you do not select a PCP, one will be assigned to you. You may change your PCP election at any time by logging on to myuhc.com or by calling the Member Services number on the back of your medical ID card.

If you select and receive services from a Premium Tier 1 PCP, you pay a $20 Copay for PCP office visits and a $30 Copay for Specialist visits (with a referral from your PCP) in the office.

If you select and receive services from a Non-Tier 1 Network PCP, you pay the Deductible, and then you pay 50% of the Scheduled Fee.

You may select any Network Primary Care Provider who is accepting new patients. You may designate a pediatrician as the PCP for a covered Dependent child. You may seek care directly from any Network obstetrician or gynecologist.

### Important

If you see a Network Physician without a referral from your PCP, benefits will not be paid. You do not need a referral to see an obstetrician/gynecologist or to receive services through the Mental Health/Substance-Related and Addictive Disorder Administrator.

### Do you have a Dependent who lives in another state?

*All of your Dependents must choose a PCP in the state where you, the employee, reside. You will need to ask the PCP to enter an online electronic referral to a PCP in the area where the Dependent resides for primary care away from home. That referral will be active for up to six visits or six months, whichever is earlier. If the Dependent needs Emergency care, there will be coverage for Emergency services at a hospital Provider. Or if the Dependent needs Non-Emergency care, he or she has the option to seek care through an in-network urgent or convenience care Provider without a referral.*

**UnitedHealth Group Benefits Handbook**

## Premium Physician Plan Benefit Features

The following table lists the Individual and Family Deductibles and Out-of-Pocket Maximums that apply under the Premium Physician Plan Coverage Option, as well as the Coinsurance percentages that you and the Plan pay once you meet the Deductibles that apply to you.

| Benefit Features | Network | Non-Network |
|---|---|---|
| *Preventive Care Services* | Plan pays 100%. | Not covered. |
| *Deductible — Individual* | $1,100 | Not covered. |
| *Deductible — Family* | $2,200 | Not covered. |
| *Coinsurance* | 20% | Not covered. |
| *Individual Out-of-Pocket Maximum* | $3,300 | Not covered. |
| *Family Out-of-Pocket Maximum* | $6,600 | Not covered. |
| *Lifetime Benefit Maximum* | Unlimited. | |
| *Prescription Drugs* | | |
| *Network Retail Pharmacy (up to 31-day supply), Value Network* | **Non-Preventive Drugs:**<br>■ Subject to the Annual Deductible, then Coinsurance.<br>**Preventive Drugs:** Covered 100% after applicable Copay:<br>■ Tier 1: $15<br>■ Tier 2: $40<br>■ Tier 3: $85 | Not covered. |
| *Network Mail Order (up to 90-day supply)* | **Non-Preventive Drugs:**<br>■ Subject to the Annual Deductible, then Coinsurance.<br>**Preventive Drugs:** Covered 100% after applicable Copay:<br>■ Tier 1: $35 ($0 for non-insulin medications and supplies)<br>■ Tier 2: $90<br>■ Tier 3: $190 | Not covered. |
| *Network Specialty Prescription Drugs* | **Non-Preventive Drugs:**<br>■ Subject to the Annual Deductible, then Coinsurance.<br>**Transplant Drug Class (Preventive):**<br>■ Subject to 20% Network Coinsurance up to an $85 maximum per prescription. | Not covered. |
| Certain contraceptive medications, methods and devices, and smoking cessation prescription drugs are provided at no cost (see "Select Contraceptive Medications and Products Are Covered at No Cost" on page 113). | | |

**UnitedHealth Group Benefits Handbook**

## *Premium Physician Plan Schedule of Benefits*

The following table shows the services covered by the Premium Physician Plan Coverage Option. See "Covered Health Services" beginning on page 208 for detailed descriptions of these services.

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Acupuncture Services** | You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network Benefits are limited to 10 treatments per person per calendar year. | |
| *Care Management Prior Authorization Required**　* | No. | |
| **Ambulance Services** | Emergency: You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.*<br><br>Non-Emergency Transport: With Prior Authorization, you pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Emergency: You pay the Deductible; then the Plan pays 80% of the Billed Charge.<br><br>Non-Emergency Transport: Not covered. |
| *Care Management Prior Authorization Required**　* | Yes, for Network Non-Emergency transportation. Non-Network Non-Emergency transportation is not covered.<br><br>Prior Authorization is required for Non-Emergency ambulance transportation, air or ground. In most cases, UHC Care Management will initiate and direct Non-Emergency ambulance transportation.<br><br>Without Prior Authorization, this service is not covered. | |
| **Cardiac/Pulmonary Therapy — Outpatient Rehabilitation** | You pay a $30 Copay in the office; then the Plan pays 100% of the Scheduled Fee.*<br><br>Services rendered outpatient are subject to the Deductible, then 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network Benefits are limited to 36 cardiac therapy visits and 20 pulmonary therapy visits per person per calendar year. | |
| *Care Management Prior Authorization Required**　* | No. | |
| **Chemotherapy/Radiation Therapy** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required**　* | No. | |
| **Chiropractic Care/Spinal Treatment** | You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| *Limits* | Network Benefits are limited to 20 visits per person per calendar year. | |
| *Care Management Prior Authorization Required*** | No. | |
| **Clinical Trials** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Not covered. |
| *Care Management Prior Authorization Required**** | Yes. Without Prior Authorization, this service is not covered. | |
| **Congenital Heart Disease (CHD) Surgeries** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* For Network Benefits, CHD surgeries must be received at a Designated Provider. Network Benefits include services received at a Network facility and performed by a Network Physician that is not a Designated Provider and services provided at a non-Network facility. | Not covered. |
| *Care Management Prior Authorization Required**** | Yes. Without Prior Authorization, this service is not covered. | |
| **Convenience Care** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required*** | No. | |
| **Dental Services — Accident-Related** | You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required*** | No. | |
| **Dental Surgical Services — Outpatient** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Exclusions* | See "Dental" under "Medical Services Not Covered under Any Coverage Option" beginning on page 230. | |
| *Care Management Prior Authorization Required*** | Yes. Without Prior Authorization, this service is not covered. | |
| **Dialysis Services** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| *Care Management Prior Authorization Required*** | Yes, for outpatient services. Without Prior Authorization, this service is not covered. | |
| **Disposable Medical Supplies** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required*** | No. | |
| **Durable Medical Equipment** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | ■ Replacement of Durable Medical Equipment is covered no more than once every three calendar years per person. ■ If you purchase Durable Medical Equipment that exceeds these minimum specifications, the Plan may pay only the amount that it would have paid for the equipment that meets the minimum specifications, and you may be responsible for paying any difference in cost. ■ At UnitedHealthcare's discretion, Durable Medical Equipment may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the Covered Person's medical condition occurs sooner than the three-calendar-year timeframe. Replacement of equipment or any part of such equipment may be covered when the condition of the equipment or part requires repairs that cost more than the cost of a replacement device or part. | |
| *Care Management Prior Authorization Required*** | Yes. UHC Care Management Prior Authorization is required before you rent, repair, purchase or replace equipment that costs more than $1,000. Insulin pumps are subject to all the conditions of coverage stated under "Durable Medical Equipment." Without Prior Authorization, this service is not covered. | |
| **Emergency Health Services — care received in an Emergency Room** | You pay a $300 Copay; then the Plan pays 100% of the Scheduled Fee.* | You pay a $300 Copay; then the Plan pays 100% of the Billed Charge. |
| *Exclusions* | Non-Emergency Services received in an Emergency Room will not be covered. Examples of Non-Emergency services not covered: pink eye, sinus infections, urinary tract infections, earaches, minor injuries or pulled muscles. | |
| *Care Management Prior Authorization Required*** | No. | |
| **Family Planning Services** | The Deductible does not apply. The Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required*** | No. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Gender Dysphoria, surgical and non-surgical treatment** | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this section. | Not covered. |
| *Care Management Prior Authorization Required\*\*\** | Yes, for surgical and non-surgical treatment. Without Prior Authorization, surgical service are not covered. | |
| **Hearing Care** | You pay a $20 Copay for a Tier 1 PCP or a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* When receiving services from a non-Tier 1 PCP, you pay the Deductible, and then you will pay 50% of the Scheduled Fee.* Cochlear Implants are covered at 80% after Deductible. | Not covered. |
| *Exclusions* | Benefits are not available for charges connected to the purchase or fitting of hearing aids. | |
| *Care Management Prior Authorization Required\*\** | No. | |
| **Home Health Services** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network Benefits are limited to 60 visits per person per calendar year. Any service that is billed only for the administration of infused medications are not included in the Home Health Services visit limit. | |
| *Care Management Prior Authorization Required\*\** | No. | |
| **Home Infusion Therapy** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* **For infused drugs treating certain conditions:** Network Benefits for certain infused drugs used to treat immune disorders and inflammatory conditions are available only through the Designated Provider, BriovaRx Infusion Services, if you receive services at home or an ambulatory infusion location. | Not covered. |
| *Note* | Any service that is billed only for the administration of infused medications are is not included in the Home Health Services visit limit shown above. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| *Care Management Prior Authorization Required**\** | Yes. Without Prior Authorization, this service is not covered. | |
| **Hospice Care** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Unlimited. | |
| *Care Management Prior Authorization Required**\** | Yes, for inpatient hospice. Without Prior Authorization, this service is not covered. | |
| **Hospital Facility Services — Inpatient** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required**\** | Yes. For a scheduled admission, you must obtain Prior Authorization five business days before admission. Notify Personal Health Support within 48 hours of admission or on the same day of admission if reasonably possible if you are admitted to a Non-Network Hospital as a result of an Emergency. Without Prior Authorization, this service is not covered. | |
| **Infertility Services — Artificial Insemination** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network Benefits are limited to $2,000 payable benefit per person per calendar year. Limited to Artificial Insemination services only. | |
| *Care Management Prior Authorization Required**\** | No. | |
| **Injections Received in a Physician's Office** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required**\** | No. | |
| **Laboratory and X-Ray Services** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required**\** | Yes, for CT, PET scans, MRI, MRA, echocardiograms and nuclear medicine including diagnostic catheterization and electrophysiology implants. For Non-Network Benefits, you must obtain Prior Authorization from the Claims Administrator five business days before scheduled services are received. Without Prior Authorization, this service is not covered. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
| --- | --- | --- |
| **Covered Services** | **Network** | **Non-Network** |
| **Maternity and Newborn Services** | Some prenatal services are covered at 100% preventive without Deductible. See "Prenatal Services Covered under the Preventive Benefit" on page 224. | Not covered. |
| | **Maternity Services:** | |
| | Non-Preventive Prenatal and Postnatal Care: You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* | |
| | Delivery and All Inpatient Services: You pay the Deductible, then the Plan pays 80% of the Scheduled Fee.* | |
| | **Newborn:** The Deductible does not apply (if the newborn's length of stay in the Hospital is the same as the mother's length of stay), and the Plan pays 80% of the Scheduled Fee.* | |
| | **Newborn diagnosed with medical condition at birth:** You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | |
| *Care Management Prior Authorization Required** * | Yes. | |
| | Prior Authorization is required as soon as is reasonably possible when your inpatient Hospital stay will exceed 48 hours for a vaginal delivery or 96 hours for a cesarean section delivery. | |
| | It is important that you notify UHC Care Management regarding your pregnancy. With notification, you can enroll in prenatal programs that are designed to achieve the best outcomes for you and your baby. | |
| | Without Prior Authorization, this service is not covered. | |
| **Mental Health Services — Inpatient and Outpatient** (see definition in "Covered Health Services" beginning on page 208) | For office and outpatient professional services, you pay a $20 Copay; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |
| | For facility services, you pay the Deductible; then the Plan pays 80% of the Scheduled Fee* for services from an Optum Behavioral Health Network Provider. | |
| *Care Management Prior Authorization Required** * | Yes. | |
| | Your Optum Behavioral Health Network Provider will obtain Prior Authorization from the Mental Health/Substance-Related and Addictive Disorder Administrator before you receive services. | |
| | Without Prior Authorization, this service is not covered. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Neurobiological Disorders — Autism Spectrum Disorder Services** | For office and outpatient professional services, you pay a $20 Copay; then the Plan pays 100% of the Scheduled Fee.* <br><br> For facility services, you pay the Deductible; then the Plan pays 80% of the Scheduled Fee for services from an Optum Behavioral Health Network Provider.* | Not covered. |
| *Care Management Prior Authorization Required** | Yes. <br><br> Your Optum Behavioral Health Network Provider will obtain Prior Authorization from the Mental Health/Substance-Related and Addictive Disorder Administrator before you receive services. <br><br> Without Prior Authorization, this service is not covered. | |
| **Substance-Related and Addictive Disorder Services — Inpatient and Outpatient** <br> (see definition in "Covered Health Services" beginning on page 208) | For office and outpatient professional services, you pay a $20 Copay; then the Plan pays 100% of the Scheduled Fee.* <br><br> For facility services, you pay the Deductible; then the Plan pays 80% of the Scheduled Fee for services from an Optum Behavioral Health Network Provider.* | Not covered. |
| *Care Management Prior Authorization Required** | Yes. <br><br> Your Optum Behavioral Health Network Provider will obtain Prior Authorization from the Mental Health/Substance-Related and Addictive Disorder Administrator before you receive services. <br><br> Without Prior Authorization, this service is not covered. | |
| **Office Services** | You pay a $20 Copay for a Tier 1 PCP or a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* <br><br> When receiving services from a non-Tier 1 PCP, you pay the Deductible, and then you will pay 50% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | No. | |
| **Outpatient Surgery, Diagnostic and Therapeutic Services** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | Yes. <br><br> Without Prior Authorization, this service is not covered. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Physical/Occupational/Speech Therapy — Outpatient Rehabilitation** | You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee* in the office.<br><br>You pay the Deductible; then the Plan pays 80% of the Scheduled Fee* outpatient. | Not covered. |
| *Limits* | Network Benefits are limited to 60 visits per person per calendar year for any combination of physical or occupational therapy services. Speech therapy services are limited to 90 visits per person per calendar year. | |
| *Care Management Prior Authorization Required** | No. | |
| **Physician Fees for Surgical and Medical Services**<br><br>(See also Office Services, Outpatient Surgery, Diagnostic and Therapeutic Services) | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | Yes.<br><br>(See also Office Services, Outpatient Surgery, Diagnostic and Therapeutic Services.<br><br>Without Prior Authorization, this service is not covered. | |
| **Podiatry Services** | You pay a $30 Copay for a Specialist; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | No. | |
| **Prescription Drugs — Outpatient: See Benefit Features beginning on page 168.** | | |
| **Preventive Care** | The Deductible does not apply. The Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Note* | Preventive Care Services, supplies, labs and x-rays are covered based on the current recommendations of the United States Preventive Services Task Force (USPSTF). See "Preventive Care" under "Covered Health Services" beginning on page 208. | |
| *Limits* | Including but not limited to:<br>■ First colonoscopy each calendar year to be paid as preventive, subject to certain limitations.<br>■ First mammogram each calendar year to be paid as preventive, subject to certain limitations.<br>■ Preventive Care does not include maintenance care for diagnosed medical conditions such as diabetes or high blood pressure. | |
| *Care Management Prior Authorization Required** | No. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Prosthetic Devices** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | ■ Replacement of prosthetic devices and appliances is covered no more than once every three calendar years per person.<br>■ If you purchase a prosthetic device that exceeds these minimum specifications, the Plan may pay only the amount that it would have paid for the prosthetic that meets the minimum specifications, and you may be responsible for paying any difference in cost.<br>■ At UnitedHealthcare's discretion, prosthetic devices may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the Covered Person's medical condition occurs sooner than the three-calendar-year timeframe. Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part. | |
| *Care Management Prior Authorization Required*** | Yes, you must obtain Prior Authorization from the Claims Administrator before obtaining prosthetic devices that exceeds $1,000 in cost per device.<br>Without Prior Authorization, this service is not covered. | |
| **Reconstructive Procedures** | Depending upon where the Covered Service is provided, Benefits will be the same as those stated under each Covered Service category in this section. | Not covered. |
| *Care Management Prior Authorization Required*** | Yes, Prior Authorization is required at least five business days before you receive the services.<br>Without Prior Authorization, this service is not covered. | |
| **Skilled Nursing/Rehabilitation Facility — Inpatient** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network Benefits are limited to 120 days per person per calendar year. | |
| *Care Management Prior Authorization Required*** | Yes, UHC Care Management Prior Authorization is required for elective admissions, at least five business days before admission.<br>Notify UHC Care Management as soon as is reasonably possible for non-elective admissions or admissions resulting from an Emergency.<br>Without Prior Authorization, this service is not covered. | |
| **Temporomandibular Joint Dysfunction (TMJ)** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required*** | No. | |

**UnitedHealth Group Benefits Handbook**

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services** | **Network** | **Non-Network** |
| **Transplant Services** | You pay the Deductible; then the Plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Transportation and lodging expenses combined are limited to $10,000 per person per lifetime. | |
| *Care Management Prior Authorization Required** | Yes. Prior Authorization is required as soon as the possibility of a transplant arises, and before a transplant evaluation is performed at a Designated Provider. Without Prior Authorization, this service is not covered. | |
| **Urgent Care Center Services** | You pay a $50 Copay; then the Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | No. | |
| **Virtual Visits** | The Deductible or Copay does not apply. The Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | No. | |
| **Vision/Eye Medical Services (preventive diabetic condition management)** | The Deductible does not apply. The Plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Care Management Prior Authorization Required** | No. | |
| **Vision/Eye Medical Services (non-preventive)** | See Office Services and Physician Fees for Surgical and Medical Services. | Not covered. |
| *Care Management Prior Authorization Required** | No. | |

\*      Scheduled Fee as defined in "Important Health Care Terms" on page 407.

\*\*    Refer to the description in "UHC Care Management Programs" on page 107 for information about the care management requirements for the Coverage Options.

**UnitedHealth Group Benefits Handbook**

# Additional Information

This section of the Benefits Handbook contains information that applies to all of the Health Programs that are component benefit programs of the UHG Inc. Group Benefits Plan. This *Additional Information* section provides certain Program administration information, as well as information about your privacy and security rights under the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the Programs' rights to subrogation and reimbursement, coordination of benefits, your rights to continue coverage under the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), and your rights under ERISA, including your right to appeal a denied claim under the Health Programs.

UnitedHealth Group Incorporated (the Company) sponsors the UHG Inc. Group Benefits Plan, which includes the following Health Programs:

- Medical:
- Dental;
- Vision;
- Employee Assistance Program (EAP); and
- Health Care Flexible Spending Account (Health Care FSA).
- Post-Employment Medical (PEM)

These programs are subject to the Employee Retirement Income Security Act of 1974 (ERISA) and must be summarized in a Summary Plan Description (SPD).

The SPD for each of the ERISA benefit programs consists of "Participating in Benefits" on page 11, the Program summaries for the specific component programs (such as "Medical" on page 89), "Important Health Care Terms" on page 407 and this *Additional Information* section.

## Questions?

If you have questions about your Health Program benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 1-800-561-0861.

**Important Note**

*Administrative details and procedures for the other plans and programs described in this Benefits Handbook can be found in "Administrative Information" on page 577. Also see "About This Handbook" on page 5 for additional important information. If you have questions about the information in this and other sections of the Handbook, you can contact HRdirect at 1-800-561-0861.*

| In This Section | See Page |
|---|---|

| Health Program Administrative Information | 348 |
| Additional Information about the Health Program | 353 |
| Your HIPAA Privacy and Security Rights | 353 |
| HIPAA Privacy | 353 |
| Subrogation and Right of Reimbursement | 357 |
| Right of Recovery | 360 |
| Coordination of Benefits (COB) | 361 |
| Your COBRA Continuation Rights | 366 |
| Claim and Appeals Procedures | 374 |
| Claims for Benefits under the Health Program | 375 |
| Timing of Claim Decisions and Appeals | 379 |
| Your Rights under ERISA | 387 |

# Health Program Administrative Information

| | |
|---|---|
| **Effective Date of Summary Plan Descriptions** | January 1, 2018, except as otherwise noted in the Benefits Handbook. |
| **Plan Sponsor's Employer Identification Number (EIN)** | The UnitedHealth Group Incorporated federal employer identification number is 41-1321939. |
| **Plan Name** | UHG Inc. Group Benefits Plan |
| **Plan Number** | 530 |
| **Plan Year** | For each of the component benefit programs, January 1 through December 31. |
| **Plan Sponsor** | UnitedHealth Group is the Plan Sponsor of the UnitedHealth Group Employee Health Benefit Program of the UHG Inc. Group Benefits Plan. |
| | The Plan Sponsor's mailing and street address is: |
| | UnitedHealth Group<br>c/o Corporate Benefits Department<br>MN008-R120<br>9900 Bren Road East<br>Minnetonka, MN 55343 |
| | The Plan Sponsor's phone number is: |
| | 1-952-936-1300 |
| **Plan Administrator** | The UnitedHealth Group Employee Benefits Plans Administrative Committee is the Plan Administrator of the Health Program of the UHG Inc. Group Benefits Plan. |
| | The Plan Administrator's mailing and street address is: |
| | UnitedHealth Group Incorporated<br>c/o Corporate Benefits Department<br>MN008-R120<br>9900 Bren Road East<br>Minnetonka, MN 55343 |
| | The Plan Administrator's phone number is: |
| | 1-952-936-1300 |

**UnitedHealth Group Benefits Handbook**

| | |
|---|---|
| **Agent for Service of Legal Process** | The agent for service of legal process is the Office of the General Counsel.<br><br>The agent's mailing address and address for courier delivery is:<br><br>Office of the General Counsel<br>UnitedHealth Group<br>MN008-T700<br>9900 Bren Road East<br>Minnetonka, MN 55343<br><br>The agent's phone number is:<br><br>1-952-936-1300<br><br>Legal process can also be served on the Plan Administrator, through its Corporate Benefits Department at its mailing or courier delivery addresses. |
| **Plan Type** | The Health Program is a welfare benefit program as defined by ERISA, and provides group health benefits, which include medical, dental, vision, employee assistance and health care flexible spending account benefits. These Programs are component benefit programs of the UHG Inc. Group Benefits Plan. |
| **Source of Benefits** | The following Health Programs' benefits are self-insured, meaning they are paid from the general assets of the Company:<br><br>■ Low-Premium, Balanced, Low-Deductible, Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate, Primary Care, Premium Physician, Kelsey-Seybold Primary Care, Accountable Care – Phoenix, Accountable Care – San Antonio, Choice Transition, WellMed 1st Tier and Hawaii PPO Medical Program Coverage Options, Dental Program, EAP, Riverside Corporate Wellness Primary Health Care Clinic, Wise and Well Program, and the PEM Program.<br><br>The following Medical Program Coverage Options are paid through insurance coverage that the Company purchases from its affiliates, UnitedHealthcare of California, UnitedHealthcare of Nevada, or United HealthCare Services, Inc.:<br><br>■ UnitedHealthcare SignatureValue, UnitedHealthcare SignatureValue Alliance, UnitedHealthcare of Nevada HMO, UnitedHealthcare of Nevada POS, Monument Health 2000/4000, UnitedHealthcare Global Choice Plus and the Vision Program. |
| **Source of Contribution** | The Company and Eligible Employees share the cost of coverage under the Health Program, except that only Eligible Employees, and not the Company, make pre-tax contributions to the Health Care FSA through biweekly payroll deductions. Eligible Former Employees pay the full premium cost of coverage under the PEM Program. |

**UnitedHealth Group Benefits Handbook**

| | |
|---|---|
| **Funding/Trust/Trustee** | The Low-Premium, Balanced, Low-Deductible, Low-Premium – Advocate, Balanced – Advocate, Low-Deductible – Advocate, Primary Care, Premium Physician, Kelsey-Seybold Primary Care, Accountable Care – Phoenix, Accountable Care – San Antonio, Choice Transition, WellMed 1st Tier and Hawaii PPO Medical Coverage Options of the Medical Program, Dental Program, EAP, Health Care FSA, Riverside Corporate Wellness Primary Health Care Clinic and the PEM Program under the Health Program are self-funded by UnitedHealth Group from its general assets. |
| | The UnitedHealthcare SignatureValue, UnitedHealthcare SignatureValue Alliance, UnitedHealthcare of Nevada HMO, UnitedHealthcare of Nevada POS and UnitedHealthcare Global Choice Plus Medical Coverage Options and Vision Program under the Health Program are insured as explained in "Type of Administration, Third-Party Administrators, Insurers and Named Claim Fiduciary" in this table. |
| **Type of Administration, Third-Party Administrators, Insurers and Named Claim Fiduciary** | The Company has contracted with certain entities, some of which are affiliates of UnitedHealth Group, for third-party administration services or insurance of benefits with respect to the Health Program, and has delegated to certain entities the fiduciary responsibility for adjudicating claims (including reviewing and deciding appeals of denied claims) that are made under the Health Program, as follows: |
| **Medical Program**<br>■ Low-Premium*<br>■ Balanced*<br>■ Low-Deductible*<br>■ Low-Premium – Advocate<br>■ Balanced – Advocate<br>■ Low-Deductible – Advocate<br>■ Choice Transition<br>■ Primary Care<br>■ WellMed 1st Tier<br>■ Premium Physician<br>■ Kelsey-Seybold Primary Care<br>■ Accountable Care – Phoenix<br>■ Accountable Care – San Antonio<br>■ Hawaii PPO<br>■ Health Care FSA<br>* Also for the PEM Program. | United HealthCare Services, Inc. (UnitedHealthcare) is the third-party administrator and named claim fiduciary (the Claims Administrator) for these Coverage Options. UnitedHealthcare's business address and phone number are as follows:<br><br>United HealthCare Services, Inc.<br>185 Asylum Street<br>Hartford, CT 06103-3408<br>Phone: 1-800-454-0233 |
| ***UnitedHealthcare Signature Value and UnitedHealthcare SignatureValue Alliance*** | UnitedHealthcare of California (a UnitedHealthcare company) is the Insurer and named claim fiduciary (the Claims Administrator) for these Coverage Options. UnitedHealthcare of California's business address and phone number are as follows:<br><br>UnitedHealthcare of California<br>P.O. Box 30968<br>Salt Lake City, UT 84130-0968<br>Phone: 1-800-624-8822 |

| | |
|---|---|
| **UnitedHealthcare of Nevada HMO and UnitedHealthcare of Nevada POS** | UnitedHealthcare of Nevada (a UnitedHealthcare company) is the Insurer and named claim fiduciary (the Claims Administrator) for these Coverage Options. UnitedHealthcare of Nevada business address and phone number are as follows:<br><br>UnitedHealthcare of Nevada<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645<br>Phone: 1-800-888-2264 |
| **Monument Health 2000/4000** | Rocky Mountain Health Maintenance Organization, Inc. is the Insurer and named claim fiduciary (the Claims Administrator) for this Coverage Option. The business address and phone number are as follows:<br><br>Rocky Mountain Health Plans<br>2775 Crossroads Boulevard<br>Grand Junction, CO 81506<br>Phone: 1-800-843-0719 |
| **Riverside Corporate Wellness Primary Health Care Clinic** | LHI is the claims administrator.<br><br>Riverside Center<br>102 Jay Street<br>La Crosse, WI 54601<br>Phone: 1-608-782-5139 |
| **UnitedHealthcare Global Choice Plus** | UnitedHealthcare is the Insurer and named claim fiduciary (the Claims Administrator) for this Coverage Option. UnitedHealthcare's business address and phone number are as follows:<br><br>United HealthCare Services, Inc.<br>185 Asylum Street<br>Hartford, CT 06103-3408<br>Phone: 1-800-454-0233 |
| **MCS Global** | MCS is the Insurer and named claim fiduciary (the Claims Administrator) for this Coverage Option to employees in Puerto Rico. MCS Life's business address and phone number are as follows:<br><br>MCS Life Insurance Company<br>MCS Plaza<br>255 Ponce de Leon Ave<br>San Juan, PR 00917-1919<br>Phone: 1-787-281-2800 |
| **Triple-S PPO** | BlueCross BlueShield of Puerto Rico is the Insurer and named claim fiduciary (the Claims Administrator) for this Coverage Option to employees in Puerto Rico. The address and phone number are as follows:<br><br>Triple-S Salud, Inc.<br>1441 Roosevelt Avenue<br>San Juan Puerto Rico<br>Phone: 1-800-981-3241 |

**UnitedHealth Group Benefits Handbook**

| | |
|---|---|
| **Employee Assistance Program** | United HealthCare Services, Inc. (UnitedHealthcare) is the third-party administrator and named claim fiduciary (the Claims Administrator) for the EAP. UnitedHealthcare's business address and phone number are as follows:<br><br>United HealthCare Services, Inc.<br>185 Asylum Street<br>Hartford, CT 06103-3408<br>Phone: 1-800-454-0233 |
| **Dental Program** | United HealthCare Services, Inc. (UnitedHealthcare) is the third-party administrator and named claim fiduciary (the Claims Administrator) for the Dental Program. UnitedHealthcare's business address and phone number are stated above in this table. |
| **Vision Program** | United HealthCare Services, Inc. (UnitedHealthcare) is the Insurer and the named claim fiduciary (the Claims Administrator) for review of denied claims under the Vision Program. UnitedHealthcare's business address and phone number are stated above in this table. |
| **Where to Send Claims** | Read "Claim and Appeals Procedures" on page 374. |
| **Contact for a Copy of Program Documents and SPDs** | HRdirect Service Center<br>P.O. Box 64102<br>The Woodlands, TX 77387-4102<br>Phone: 1-800-561-0861 |
| **Subject to ERISA** | All of the Health Programs that are component benefit programs of the UHG Inc. Group Benefits Plan are subject to ERISA. |

**Note:** The business addresses and phone numbers shown above for the Administrators are the main business numbers for the various entities, and are not the addresses at which you file claims and requests for appeals of denied claims, nor the phone numbers for the various Member Services centers from which you can obtain additional information about filing a claim or appeal. Those addresses and phone numbers are listed in "Claim and Appeals Procedures" on page 374.

For unions that participate in the ERISA programs, eligibility for the UnitedHealth Group Employee Health Benefit Program is maintained pursuant to one or more collective bargaining agreements. If you are covered by such an agreement, you or your beneficiary may obtain a copy of the applicable collective bargaining agreement on written request to the Plan Administrator.

## Plan Administrator

The UnitedHealth Group Employee Benefits Plans Administrative Committee (the Administrative Committee or the Committee) serves as the Plan Administrator to administer the benefit programs described in this Benefits Handbook. The Plan Administrator, and any other persons or entities to whom the Plan Administrator delegates fiduciary authority and duties, has the sole and exclusive authority and discretion to interpret the benefit programs' terms and benefits under them, and to make factual and legal decisions about them.

The Plan Administrator has the authority to delegate, and has delegated, certain authority and duties to other parties, who are third-party administrators, fiduciaries and/or trustees.

Home  |  Back  |  Next  |  Previous  |  Print

**UnitedHealth Group Benefits Handbook**

# Additional Information about the Health Program

This section covers the following topics:

- Your HIPAA Privacy and Security Rights
- HIPAA Privacy
- Coordination of Benefits (COB)
- Your COBRA Continuation Rights
- Claim and Appeals Procedures
- Your Rights under ERISA

## *Your HIPAA Privacy and Security Rights*

You have certain rights under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) with respect to how medical information about you that is derived from your participation in the Health Program can be used and disclosed. Those rights are explained fully in the "Notice of Privacy Practices for UnitedHealth Group Employee Health Benefit Programs" (the Notice of Privacy Practice), located on page 390. You can also view and print a copy of the most recent Notices of Privacy Practices at http://benefitsinfo.uhg.com/uhg/notices.html. Depending on your Health Program, you may select one or both of the UnitedHealth Group Notice of Privacy Practices links in the *Privacy Notices* section located in *Forms, Guides, Legal Notices* at the bottom of the home page.

## *HIPAA Privacy*

The HIPAA Privacy section provides the Program's information with regard to protecting health information under the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

The HIPAA Privacy section contains information that applies to the Medical Program, Dental Program, Vision Program, Health Care Flexible Spending Account Program, Health Savings Account (HSA) Pre-Tax Contributions Arrangement, Employee Assistance Program (EAP) and Post-Employment Medical (PEM) Program. The Plan Sponsor is UnitedHealth Group Incorporated.

### Protected Health Information

Members of the Company's workforce have access to the individually identifiable health information of Program participants for administration functions of the Program. When this health information is provided from the Program to the Plan Sponsor, it is Protected Health Information (PHI) and, if it is transmitted by or maintained by electronic media, it is Electronic PHI.

**UnitedHealth Group Benefits Handbook**

HIPAA and its implementing regulations restrict the Plan Sponsor's ability to use and disclose PHI and Electronic PHI. The following HIPAA definitions of PHI and Electronic PHI apply to this section:

- Protected Health Information (PHI) — means information that is created or received by the Program and relates to the past, present or future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present or future payment for the provision of health care to an individual; and that identifies the individual or for which there is a reasonable basis to believe that the information can be used to identify the individual. Protected health information includes information of persons living or deceased.

- Electronic Protected Health Information (Electronic PHI) — means Protected Health Information that is transmitted by or maintained in electronic media.

The Plan Sponsor shall have access to PHI and Electronic PHI from the Program only as permitted under this section or as otherwise required or permitted by HIPAA.

## Provision of Protected Health Information to Plan Sponsor

*I. Permitted Disclosure of Enrollment/Disenrollment Information*

The Program (or a health insurance issuer or HMO with respect to the Program) may disclose to the Plan Sponsor information on whether the individual is participating in the Program, is enrolled in or has disenrolled from a health insurance issuer or HMO offered by the Program.

*II. Permitted Uses and Disclosure of Summary Health Information*

The Program (or a health insurance issuer or HMO with respect to the Program) may disclose Summary Health Information to the Plan Sponsor, provided that the Plan Sponsor requests the Summary Health Information for the purpose of (1) obtaining premium bids from Health Programs for providing health insurance coverage under the Program; or (2) modifying, amending or terminating the Program.

"Summary Health Information" means information (1) that summarizes the claims history, claims expenses or type of claims experienced by individuals for whom a Plan Sponsor has provided health benefits under the Program; and (2) from which the information described at 42 CFR §164.514(b)(2)(i) has been deleted, except that the geographic information described in 42 CFR §164.514(b)(2)(i)(B) need only be aggregated to the level of a five-digit ZIP code.

*III. Permitted and Required Uses and Disclosure of Protected Health Information for Program Administration Purposes*

Unless otherwise permitted by law, and subject to the conditions of disclosure described in IV below and obtaining written certification pursuant to VI, the Program (or a health insurance issuer or HMO on behalf of the Program) may disclose PHI and Electronic PHI to the Plan Sponsor, provided that the Plan Sponsor uses or discloses such PHI and Electronic PHI only for Program administration purposes. "Program administration purposes" means administration functions performed by the Plan Sponsor on behalf of the Program, such as quality assurance, claims processing, auditing and monitoring. Program administration functions do not include functions performed by the Plan Sponsor in connection with any other benefit or benefit program of the Plan Sponsor or any employment-related actions or decisions.

**UnitedHealth Group Benefits Handbook**

## *Subrogation and Right of Reimbursement*

The Plan has a right to subrogation and reimbursement. References to "you" or "your" in this "Subrogation and Reimbursement" section shall include you, your estate and your heirs and beneficiaries unless otherwise stated.

Subrogation applies when the Plan has paid Benefits on your behalf for a Sickness or Injury for which any third party is allegedly responsible. The right to subrogation means that the Plan is substituted to and shall succeed to any and all legal claims that you may be entitled to pursue against any third party for the Benefits that the Plan has paid that are related to the Sickness or Injury for which any third party is considered responsible.

### Subrogation — Example

Suppose you are injured in a car accident that is not your fault, and you receive Benefits under the Plan to treat your injuries. Under subrogation, the Plan has the right to take legal action in your name against the driver who caused the accident and that driver's insurance carrier to recover the cost of those Benefits.

The right to reimbursement means that if it is alleged that any third party caused or is responsible for a Sickness or Injury for which you receive a settlement, judgment or other recovery from any third party, you must use those proceeds to fully return to the Plan 100% of any Benefits you receive for that Sickness or Injury. The right of reimbursement shall apply to any Benefits received at any time until the rights are extinguished, resolved or waived in writing.

### Reimbursement — Example

Suppose you are injured in a boating accident that is not your fault, and you receive Benefits under the Plan as a result of your injuries. In addition, you receive a settlement in a court proceeding from the individual who caused the accident. You must use the settlement funds to return to the Plan 100% of any Benefits you received to treat your injuries.

The following persons and entities are considered third parties:

- A person or entity alleged to have caused you to suffer a Sickness, Injury or damages, or who is legally responsible for the Sickness, Injury or damages.

- Any insurer or other indemnifier of any person or entity alleged to have caused or who caused the Sickness, Injury or damages.

- The Plan Sponsor in a workers' compensation case or other matter alleging liability.

- Any person or entity who is or may be obligated to provide Benefits or payments to you, including Benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third-party administrators.

- Any person or entity against whom you may have any claim for professional and/or legal malpractice arising out of or connected to a Sickness or Injury you allege or could have alleged was the responsibility of any third party.

- Any person or entity that is liable for payment to you on any equitable or legal liability theory.

**UnitedHealth Group Benefits Handbook**

You agree as follows:

■ You will cooperate with the Plan in protecting its legal and equitable rights to subrogation and reimbursement in a timely manner, including, but not limited to:

□ Notifying the Plan, in writing, of any potential legal claim(s) you may have against any third party for acts that caused Benefits to be paid or become payable.

□ Providing any relevant information requested by the Plan.

□ Signing and/or delivering such documents as the Plan or its agents reasonably request to secure the subrogation and reimbursement claim.

□ Responding to requests for information about any accident or injuries.

□ Making court appearances.

□ Obtaining the Plan's consent or its agents' consent before releasing any party from liability or payment of medical expenses.

□ Complying with the terms of this section

■ Your failure to cooperate with the Plan is considered a breach of contract. As such, the Plan has the right to terminate your Benefits, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to you or your representative not cooperating with the Plan. If the Plan incurs attorneys' fees and costs in order to collect third-party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold that should have been returned to the Plan.

■ The Plan has a first-priority right to receive payment on any claim against any third party before you receive payment from that third party. Further, the Plan's first-priority right to payment is superior to any and all claims, debts or liens asserted by any medical Providers, including but not limited to hospitals or emergency treatment facilities, that assert a right to payment from funds payable from or recovered from an allegedly responsible third party and/or insurance carrier.

■ The Plan's subrogation and reimbursement rights apply to full and partial settlements, judgments or other recoveries paid or payable to you or your representative, your estate, your heirs and beneficiaries, no matter how those proceeds are captioned or characterized. Payments include, but are not limited to, economic, non-economic, pecuniary, consortium and punitive damages. The Plan is not required to help you pursue your claim for damages or personal injuries, and no amount of associated costs, including attorneys' fees, shall be deducted from the Plan's recovery without the Plan's express written consent. No so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall defeat this right.

Additional Information ■ January 1, 2018

**UnitedHealth Group Benefits Handbook**

- Regardless of whether you have been fully compensated or made whole, the Plan may collect from you the proceeds of any full or partial recovery that you or your legal representative obtains, whether in the form of a settlement (either before or after any determination of liability) or judgment, no matter how those proceeds are captioned or characterized. Proceeds from which the Plan may collect include, but are not limited to, economic, non-economic, and punitive damages. No "collateral source" rule, any "Made-Whole Doctrine" or "Make-Whole Doctrine," claim of unjust enrichment, nor any other equitable limitation shall limit the Plan's subrogation and reimbursement rights.

- Benefits paid by the Plan may also be considered to be Benefits advanced.

- If you receive any payment from any party as a result of Sickness or Injury, and the Plan alleges some or all of those funds are due and owed to the Plan, you and/or your representative shall hold those funds in trust, either in a separate bank account in your name or in your representative's trust account.

- By participating in and accepting Benefits from the Plan, you agree that (i) any amounts recovered by you from any third party shall constitute Plan assets to the extent of the amount of Plan Benefits provided on behalf of the Covered Person, (ii) you and your representative shall be fiduciaries of the Plan (within the meaning of ERISA) with respect to such amounts, and (iii) you shall be liable for and agree to pay any costs and fees (including reasonable attorneys' fees) incurred by the Plan to enforce its reimbursement rights.

- The Plan's rights to recovery will not be reduced due to your own negligence.

- By participating in and accepting Benefits from the Plan, you agree to assign to the Plan any Benefits, claims or rights of recovery you have under any automobile policy — including no-fault Benefits, PIP Benefits and/or medical payment Benefits — other coverage or against any third party, to the full extent of the Benefits the Plan has paid for the Sickness or Injury. By agreeing to provide this assignment in exchange for participating in and accepting Benefits, you acknowledge and recognize the Plan's right to assert, pursue and recover on any such claim, whether or not you choose to pursue the claim, and you agree to this assignment voluntarily.

- The Plan may, at its option, take necessary and appropriate action to preserve its rights under these provisions, including but not limited to providing or exchanging medical payment information with an insurer, the insurer's legal representative or other third party; filing an ERISA reimbursement lawsuit to recover the full amount of medical Benefits you receive for the Sickness or Injury out of any settlement, judgment or other recovery from any third party considered responsible; and filing suit in your name or your estate's name, which does not obligate the Plan in any way to pay you part of any recovery the Plan might obtain. Any ERISA reimbursement lawsuit stemming from a refusal to refund Benefits as required under the terms of the Plan is governed by a six-year statute of limitations.

- You may not accept any settlement that does not fully reimburse the Plan, without its written approval.

- The Plan has the authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

**UnitedHealth Group Benefits Handbook**

- In the case of your death, giving rise to any wrongful death or survival claim, the provisions of this section apply to your estate, the personal representative of your estate, and your heirs or beneficiaries. In the case of your death, the Plan's right of reimbursement and right of subrogation shall apply if a claim can be brought on behalf of you or your estate that can include a claim for past medical expenses or damages. The obligation to reimburse the Plan is not extinguished by a release of claims or settlement agreement of any kind.

- No allocation of damages, settlement funds or any other recovery by you, your estate, the personal representative of your estate, your heirs, your beneficiaries or any other person or party shall be valid if it does not reimburse the Plan for 100% of its interest unless the Plan provides written consent to the allocation.

- The provisions of this section apply to the parents, guardian or other representative of a Dependent child who incurs a Sickness or Injury caused by any third party. If a parent or guardian may bring a claim for damages arising out of a minor's Sickness or Injury, the terms of this subrogation and reimbursement clause shall apply to that claim.

- If any third party causes or is alleged to have caused you to suffer a Sickness or Injury while you are covered under this Plan, the provisions of this section continue to apply even after you are no longer covered.

- In the event that you do not abide by the terms of the Plan pertaining to reimbursement, the Plan may terminate Benefits to you or your Dependents, deny future Benefits, take legal action against you, and/or set off from any future Benefits the value of Benefits the Plan has paid relating to any Sickness or Injury alleged to have been caused or caused by any third party to the extent not recovered by the Plan due to your failure to abide by the terms of the Plan. If the Plan incurs attorneys' fees and costs in order to collect third-party settlement funds held by you or your representative, the Plan has the right to recover those fees and costs from you. You will also be required to pay interest on any amounts you hold that should have been returned to the Plan.

- The Plan and all Administrators administering the terms and conditions of the Plan's subrogation and reimbursement rights have such powers and duties as are necessary to discharge its duties and functions, including the exercise of its discretionary authority to (1) construe and enforce the terms of the Plan's subrogation and reimbursement rights and (2) make determinations with respect to the subrogation amounts and reimbursements owed to the Plan.

## *Right of Recovery*

The Plan also has the right to recover Benefits it has paid on you or your Dependent's behalf that were:

- Made in error;

- Due to a mistake in fact;

- Advanced during the time period of meeting the calendar year Deductible; or

- Advanced during the time period of meeting the Out-of-Pocket Maximum for the calendar year.

Benefits paid because you or your Dependent misrepresented facts are also subject to recovery.

**UnitedHealth Group Benefits Handbook**

If the Plan provides a Benefit for you or your Dependent that exceeds the amount that should have been paid, the Plan will:

- Require that the overpayment be returned when requested; and/or reduce a future Benefit payment for you or your Dependent by the amount of the overpayment.

If the Plan provides an advancement of Benefits to you or your Dependent during the time period of meeting the Deductible and/or meeting the Out-of-Pocket Maximum for the calendar year, the Plan will send you or your Dependent a monthly statement identifying the amount you owe with payment instructions. The Plan has the right to recover Benefits it has advanced by:

- Submitting a reminder letter to you or a covered Dependent that details any outstanding balance owed to the Plan.

- Conducting courtesy calls to you or a covered Dependent to discuss any outstanding balance owed to the Plan.

## Coordination of Benefits (COB)

If you or your Eligible Dependent is covered under another medical or dental plan, your benefits under the UnitedHealth Group Medical or Dental Program and the other plan will be coordinated to determine how much each will pay toward your Allowable Expenses. This section explains how benefits are coordinated under each of the UnitedHealth Group Programs. For the specifics of the PEM Program's coordination of benefits, please see the "Post-Employment Medical Program" section beginning on page 329.

**Note**

*If you or your covered Eligible Dependent fails to provide information of other coverage, coverage could be reduced under the Health Program.*

### Medical Program

When the other medical plan has a coordination of benefits provision, the Medical Program is your primary plan. However, if the other Program does not have a coordination of benefits provision, the other plan will be considered your primary plan and will be responsible for paying benefits first.

#### Coverage under Another Plan

For this purpose, a "plan" includes most plans under which group health benefits are provided, including group insurance closed panel or other forms of group or group-type coverage (whether insured or uninsured) or providing benefits on a prepaid or managed care basis (for example, PPO or HMO) or an indemnity basis, medical care components of group long-term care contracts (such as skilled nursing care), medical benefits under group or individual automobile contracts and workers' compensation, as permitted by law. Also included are plans that provide coverage for students that are sponsored by, or provided through, a school or other educational institution, except for accident-type coverage for grammar and high school students.

#### Medicare

In certain situations, an individual may be eligible for coverage under the Medical Program and Medicare. Covered services and benefit levels under Medicare are subject to change by the federal government. Contact your local Social Security office to obtain the most recent information on Medicare costs and coverage. Remember, enrollment in Medicare is not automatic. You must apply for it at your local Social Security office.

**UnitedHealth Group Benefits Handbook**

COBRA continuation coverage may also be terminated for any reason the Health Program would terminate coverage of a participant or beneficiary not receiving COBRA continuation coverage, such as fraud. COBRA continuation coverage may also be terminated if you or a qualified beneficiary recovers from a disability that extended your COBRA continuation coverage. If you or a qualified beneficiary becomes covered under another group Health Program, becomes entitled to Medicare, or recovers from a disability, you must immediately notify HRdirect at 1-800-561-0861.

## Keep Your Program Informed of Address Changes

**In order to protect your and your family's rights, you are responsible for keeping the Company informed of any changes in your address and the addresses of family members.** You should also keep a copy, for your records, of any notices or correspondence you send in connection with COBRA continuation coverage.

## Changing Your Coverage during Your Continuation Period

If you or a qualified beneficiary elects COBRA, you or the qualified beneficiary may change your coverage elections during the annual Open Enrollment Period and/or in the event of a special enrollment event, such as the birth of a child or marriage. See "Participating in Benefits" on page 11 for more information on special enrollment events.

# Claim and Appeals Procedures

If you participate in the Medical Program, Dental Program, Vision Program and/or Health Care FSA, you have rights under ERISA to bring a claim for benefits, and to appeal a denial of your claim for benefits. The Summary for each of these components of the Health Program explains how to file a claim for benefits. This section provides additional information about making a claim for benefits under each of the component programs, and describes your appeal rights if your claim for benefits is denied. It also explains the deadlines by which you must bring a claim or file an appeal of a denied claim, the Claims Administrators' deadlines for responding to your appeal, and your right to pursue litigation if you are dissatisfied with the applicable plan's final decision on your claim. You must follow and complete the claim and appeals procedures before you can bring a lawsuit, and you must comply with the deadline to sue.

## Status of the Claims Administrator as a Fiduciary

The Claims Administrator for each component Program is a fiduciary with respect to the applicable Program. The Claims Administrator has the exclusive right and discretion, with respect to claims and appeals, to interpret the component Program's terms, to administer the Program's benefits, to determine the applicable facts and law, and to apply the Program's terms to the facts. The Claims Administrator's decisions are conclusive and binding on all parties. An external review process is available to challenge adverse benefit determinations.

## Your Deadline to File a Claim

You must bring a claim for benefits within one year after the date you know or reasonably should know the principal facts upon which your claim is based. This rule applies to all claims unless the individual Program Summary (such as the "Health Care FSA" section) provides a different deadline. If you file a claim after this deadline, it will be denied automatically.

**UnitedHealth Group Benefits Handbook**

## *Claims for Benefits under the Health Program*

### Types of Claims

You may make three different types of claims for benefits under the Health Program. They are the following:

- **Pre-service claim.** A request for a benefit where the Medical Program's terms require notification or authorization before you can receive medical care. The Medical Program Coverage Options are the only Programs that require notification or authorization; therefore, they have pre-service claims.

- **Urgent care claim.** A pre-service claim under the Medical Program Coverage Options for which the time period permitted for determining a pre-service claim could seriously jeopardize your life or health, your ability to regain maximum function, or, in the opinion of a Physician with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. The Claims Administrator will determine whether a pre-service claim involves urgent care, except that if a Physician with knowledge of your medical condition determines that a claim involves urgent care, the Claims Administrator will treat the claim as an urgent care claim.

- **Post-service claim.** Any claim for benefits for services that have already been provided. Post-service claims are all claims that are not a pre-service claim or an urgent care claim. All claims under the Dental Program, Vision Program and Health Care FSA Program, and many claims under the Medical Program Coverage Options, are post-service claims.

### How to File a Pre-Service Claim under the Medical Program

When you seek care under the Medical Program Coverage Options from a Network Provider, the Provider will file a pre-service claim if prior notification or authorization is required by the Medical Program. If you need to bring a pre-service claim for care from a Non-Network Provider, you can file your claim by calling the Claims Administrator for the Medical Program Coverage Options at the Member Services number (or the Mental Health Services number) on the back of your medical ID card.

### How to File an Urgent Care Claim under the Medical Program

When you seek urgent care under the Medical Program Coverage Options from a Network Provider, the Provider will file the claim. If you are bringing the claim yourself, call the Claims Administrator for the Medical Program Coverage Option at the Member Services number (or the Mental Health Services number) on the back of your medical ID card as soon as possible. You do not need to file an urgent care claim in writing.

### How to File a Post-Service Claim under All of the Component Programs

The "Filing a Claim for Benefits" explanation in "Medical" on page 89, "Dental" on page 265, "Vision" on page 281 and "Health Care FSA" on page 295 explains how you or your Network Provider files a post-service claim for benefits.

**UnitedHealth Group Benefits Handbook**

## Where to File a Claim

The following table lists the addresses at which you file a claim under each of the Programs. The addresses may change at any time.

| Benefit Program | Address for Filing Claims | Whom to Call for More Information |
|---|---|---|
| **Medical Program** | | |
| ■ Low-Premium*<br>■ Balanced*<br>■ Low-Deductible*<br>■ Low-Premium – Advocate<br>■ Balanced – Advocate<br>■ Low-Deductible – Advocate<br>■ Primary Care<br>■ Premium Physician<br>■ Kelsey-Seybold Primary Care<br>■ Accountable Care – Phoenix<br>■ Accountable Care – San Antonio<br>■ Choice Transition<br>■ Hawaii PPO<br>■ WellMed 1st Tier<br>* Also for PEM Program | Use the address that is listed on the back of your ID card, which is different for some locations.<br>The address for employees in most locations is:<br>    UnitedHealthcare<br>    Attn: UnitedHealth Group<br>    Employee Claim<br>    P.O. Box 740800<br>    Atlanta, GA 30374-0800<br>The address for employees in Minnesota and other areas that are in the Medica network is:<br>    Medica<br>    UnitedHealthcare<br>    P.O. Box 30990<br>    Salt Lake City, UT 84130-0990 | 1-800-357-1371 |
| ■ UnitedHealthcare SignatureValue<br>■ UnitedHealthcare SignatureValue Alliance | The address for employees covered under SignatureValue and SignatureValue Alliance is:<br>    UnitedHealthcare of California<br>    Claims Department<br>    P.O. Box 6006<br>    Cypress, CA 90630-6006 | 1-877-205-8035 |
| ■ UnitedHealthcare of Nevada HMO<br>■ UnitedHealthcare of Nevada POS | The address for employees covered under Nevada HMO and Nevada POS is:<br>    UnitedHealthcare of Nevada<br>    P.O. Box 15645<br>    Las Vegas, NV 89114-5645 | 1-800-888-2264 |
| ■ Monument Health 2000/4000 | The address for employees covered under the Monument Health 2000/4000 is:<br>    Rocky Mountain Health Plans<br>    2775 Crossroads Blvd.<br>    PO Box 10600<br>    Grand Junction, CO 81502-5600 | 1-800-346-4643 |

**UnitedHealth Group Benefits Handbook**

## The Claims Administrator's Decision on Your Claim

Upon written request and free of charge, any Covered Person may have reasonable access to (including copies of) documents, records and other information relevant to his or her claim and/or appeals and the ability to submit opinions and comments.

The Claims Administrator will review all claims in accordance with the rules established by the U.S. Department of Labor. The Claims Administrator's and the independent review organization's decision will be final.

The Claims Administrator will respond in writing (delivered in paper form or electronically) to all Medical Program Coverage Options pre-service and urgent care claims, whether the claim is granted or denied. The Claims Administrator can initially respond to an urgent care claim verbally, but must follow it with a written response within 72 hours of receipt of the claim.

The Claims Administrator will also notify you in writing (delivered in paper form or electronically) if your claim under an applicable Program is denied. Any denial, reduction or termination of benefits, or failure to provide or make payment (in whole or in part) for a benefit is a claim denial. The written claim denial will include the reason for the denial, reference to the relevant Program provision(s) on which the denial is based, and other information that is required by federal regulation.

The claimant must be provided, free of charge, with any "new or additional evidence considered, relied upon, or generated" in connection with the claim appeal review. This must be provided in advance of the date the notice of adverse benefit determination on review is required to be provided.

Covered Persons must be offered an external appeals process.

**UnitedHealth Group Benefits Handbook**

## Timing of Claim Decisions and Appeals

The following table lists the time periods within which the Claims Administrator must respond to your claim for benefits and your appeal of a denied claim, as well as your deadlines for taking action to complete a claim and file an appeal of a denied claim.

| Type of Claim or Appeal | Timing of Action or Response | | |
|---|---|---|---|
| | Urgent Care[1] | Pre-Service | Post-Service |
| *If your claim is incomplete, the Claims Administrator must notify you within…* | 24 hours | 5 days | 30 days |
| *You must then provide completed claim information to the Claims Administrator within…* | 48 hours after receiving notice[2] | 45 days after receiving an extension notice[3] | |
| *The Claims Administrator must notify you of the benefit determination…* | | | |
| ■ If the initial claim is complete, within… | 72 hours | 15 days | 30 days |
| ■ After receiving the completed claim (if the initial claim is incomplete), within… | 72 hours | 30 days[4] | 45 days[4] |
| *If the Claims Administrator denies your claim, you must appeal the claim denial no later than…* | 180 days after receiving the denial | | |
| *The Claims Administrator must notify you of the appeal decision…* | 72 hours after receiving the appeal | ■ 15 days after receiving the appeal (if there are two levels of appeal)<br>■ 30 days after receiving the appeal (if there is one level of appeal)[5] | ■ 30 days after receiving the appeal (if there are two levels of appeal)<br>■ 60 days after receiving the appeal (if there is one level of appeal)[5] |

1. You do not need to submit urgent care claim appeals in writing. You should call the Claims Administrator as soon as possible to appeal an urgent care claim.

2. If the Claims Administrator requests additional information from you, you must provide it within 48 hours of the Claims Administrator's request. During this time, the initial claim determination period will be suspended.

3. The Claims Administrator may require a one-time extension of up to 15 days, if more time is needed due to circumstances beyond the Claims Administrator's control.

4. These timeframes assume that the Claims Administrator gives notice of the need for an extension during the initial 15-day period for pre-service claims and the initial 30-day period for post-service claims.

5. Some of the Medical Program Coverage Options provide for two levels of appeal. If you are not satisfied with the decision on your first-level appeal, you have the right to request a second-level appeal from the Claims Administrator and must do so within 60 days after you receive the decision on your first-level appeal. The Claims Administrator must notify you of its decision within 15 days after receiving your appeal of the denial of a pre-service claim, and within 30 days after receiving your appeal of the denial of a post-service claim. Your initial appeal denial will inform you if a second-level appeal is available.

You may voluntarily agree to extend these timeframes. In addition, if the Claims Administrator is unable to decide a pre-service or post-service claim within the timeframes specified in the table because of matters beyond its control, these timeframes may be extended for up to 15 days. The Claims Administrator will notify you in writing before the original deadline expires if an extension is necessary. The notice will state why the extension is needed and the date by which the Claims Administrator expects to make a decision. Decision deadlines on urgent care claims cannot be extended.

**UnitedHealth Group Benefits Handbook**

## Adverse Benefit Determination

If the Health Program does not fully agree with your claim, you will receive an "adverse benefit determination" — a denial, reduction or termination of a benefit, or failure to provide or pay for (in whole or in part) a benefit. This can also include a denial to participate in the Health Program. An adverse benefit determination also means the claim was denied on the grounds that the treatment is Experimental or Investigational or not Medically Necessary. This also includes concurrent care determinations. In the event of an adverse benefit determination, you will receive notice of the determination. The notice will include:

- The specific reasons for the adverse determination;
- The specific Health Program provisions on which the determination is based;
- A description of any additional information needed to reconsider the claim and the reason this information is needed;
- A description of the Health Program's review procedures and the time limits applicable to such procedures;
- A statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review;
- If any internal rules, guidelines, protocols or similar criteria were used as a basis for the adverse determination, either the specific rule, guideline, protocols or other similar criteria or a statement that a copy of such information will be made available free of charge upon request;
- For adverse determinations based on medical necessity, experimental treatment or other similar exclusions or limits, an explanation of the scientific or clinical judgment used in the decision, or a statement that an explanation will be provided free of charge upon request; and
- For adverse determinations involving urgent care, a description of the expedited review process for such claims (this notice may be provided orally within the timeframe for the expedited process, as long as written notice is provided no later than three days after the oral notice).

## Appeals of Denied Claims

If your claim is denied, you can appeal the denial. You may also submit written comments, documents, records and other information relevant to your claim. Upon written request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information relevant to the denial of your claim. To ask for copies of this information, contact the Claims Administrator for the applicable Program.

The following table lists the addresses at which you may file a written appeal of a denied claim under each of the component Programs.

**UnitedHealth Group Benefits Handbook**

### Where to File an Appeal of a Denied Claim

| Benefit Program | Address for Filing Appeal | Whom to Call for More Information |
|---|---|---|
| *Medical Program* | | |
| ■ Low-Premium*<br>■ Balanced*<br>■ Low-Deductible*<br>■ Low-Premium – Advocate<br>■ Balanced – Advocate<br>■ Low-Deductible – Advocate<br>■ Primary Care<br>■ Premium Physician<br>■ Kelsey-Seybold Primary Care<br>■ Accountable Care – Phoenix<br>■ Accountable Care – San Antonio<br>■ Choice Transition<br>■ Hawaii PPO<br>■ WellMed 1st Tier<br>* Also for PEM Program | UnitedHealthcare Services, Inc.<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 30432<br>Salt Lake City, UT 84130-0432 | 1-800-357-1371 |
| ■ SignatureValue<br>■ SignatureValue Alliance<br>■ Includes Mental Health/Substance Use Claims for these Programs | UnitedHealthcare of California<br>Appeals and Grievance Department<br>Mail Stop CY44-157<br>5757 Plaza Drive<br>P.O. Box 6006<br>Cypress, CA 90630 | 1-877-205-8035 |
| ■ Nevada HMO<br>■ Nevada POS | UnitedHealthcare of Nevada<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 | 1-800-888-2264 |
| ■ Monument Health 2000/4000 | Rocky Mountain Health Plans<br>2775 Crossroads Boulevard<br>Grand Junction, CO 81506 | 1-800-843-0719 |
| ■ UnitedHealthcare Global Choice Plus | United HealthCare Services, Inc.<br>185 Asylum Street<br>Hartford, CT 06103-3408 | 1-877-844-0280 |
| ■ MCS Global | MCS Life Insurance Company<br>MCS Plaza<br>255 Ponce de Leon Ave<br>San Juan, PR 00917-1919 | 1-787-281-2800 |
| ■ Triple-S PPO | Triple-S Salud, Inc.<br>1441 Roosevelt Avenue<br>San Juan Puerto Rico | 1-800-981-3241 |

**UnitedHealth Group Benefits Handbook**

| Benefit Program | Address for Filing Appeal | Whom to Call for More Information |
|---|---|---|
| *EAP and Mental Health/Substance Use Claims* | | |
| ■ For employees who do not work for Optum Behavioral Health/Optum/LifeEra | United Behavioral Health<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 32040<br>Oakland, CA 94604 | 1-800-357-1371 |
| ■ Only for Optum Employees who work for Optum Behavioral Health/Optum/LifeEra | United Behavioral Health<br>Attn: Confidential Appeals<br>Mail Route CA035-1505<br>425 Market Street<br>San Francisco, CA 94105 | 1-800-357-1371 |
| *Dental Program* | UnitedHealthcare Dental<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 30569<br>Salt Lake City, UT 84130-0569 | 1-800-357-1371 |
| *Vision Program* | UnitedHealthcare Vision<br>Attn: Claims Department/Appeals Department<br>P.O. Box 30978<br>Salt Lake City, UT 84130 | 1-800-357-1371 |
| *Health Care FSA* | UnitedHealthcare Flexible Spending Account Unit<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 981506<br>El Paso, TX 79998-1506 | 1-800-357-1371 |

## Your Deadline to File an Appeal

You must file an appeal within 180 days after you receive the claim denial from the Claims Administrator. If you file an appeal after the deadline, it will be denied automatically.

## How to File an Appeal

You or your authorized representative, including a Provider, can appeal the denial of your pre-service and post-service claims. You file the appeal with the Claims Administrator for the applicable Program at the address listed in the "Where to File an Appeal of a Denied Claim" table above. Your appeal of a pre-service or post-service claim must be in writing and include:

■ Your name;

■ Your subscriber identification number;

■ The claim document number listed on the Explanation of Benefits, if available;

■ The patient's name and the identification number from your ID card, if any;

■ The Provider's name, address and telephone number;

■ The date of the medical service;

■ The reason you disagree with the denial, believe the claim should be paid or coverage should be provided; and

■ Any documentation or other written information to support your claim.

**UnitedHealth Group Benefits Handbook**

If you are appealing the denial of an urgent care claim under the Medical Program, you do not need to submit your appeal in writing. You or your Physician should call the Claims Administrator as soon as possible.

You will have the opportunity to submit written comments, documents, records and other information relating to the claim, and you will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits. Whether a document, record or other information is relevant to the claim will be determined in accordance with the applicable DOL regulations. You also are entitled to the identification of medical or vocational experts whose advice was obtained on behalf of the Health Program in connection with your adverse benefit determination. The review will take into account all comments, documents, records and other information submitted by the claimant relating to the claim without regard to whether such information was submitted or considered in the initial benefit determination.

## Appeal Process

A qualified individual who was not involved in the claim denial will decide your appeal, and will not defer to the initial decision on your claim for benefits. If review of your appeal requires clinical judgment, the Claims Administrator will consult a health care professional who has appropriate expertise in the field and who was not involved in the prior decision. The Claims Administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process, and may share pertinent medical claim information with the medical expert.

In deciding the appeal, the Claims Administrator will take into account all comments, documents, records and other information submitted to support the appeal without regard to whether the information was submitted in connection with the claim for benefits.

## Deadlines for Deciding Appeals

The Claims Administrator must decide and respond to your properly submitted and complete appeal within a reasonable time, and no later than the following time periods:

- **For pre-service claims:** Within 15 days of receipt of the appeal (if there are two levels of appeal) or within 30 days of receipt of the appeal (if there is one level of appeal);

- **For post-service claims:** Within 30 days of receipt of the appeal (if there are two levels of appeal) or within 60 days of receipt of the appeal (if there is one level of appeal); and

- **For urgent care claims:** As soon as possible, taking into account the medical situation, but no later than within 72 hours of receipt of the appeal.

These deadlines are also listed in "Timing of Claim Decisions and Appeals" on page 379.

If your Medical Program Coverage Option has two levels of appeal and if you are not satisfied with the decision on your first-level appeal of a pre-service or post-service claim, you have the right to request a second-level appeal from the Claims Administrator. You must submit your second-level appeal in writing within 60 days after you receive the Claims Administrator's decision on your first-level appeal. The Claims Administrator will decide the second appeal in the same timeframe as the first appeal.

UnitedHealth Group Benefits Handbook

## Claims Administrator's Decision on Your Appeal

The Claims Administrator will provide you with written notification of the Program's determination on review, within the timeframes described above. For urgent care, all necessary information, including the benefit determination on review, will be transmitted between the Health Program and the claimant by telephone, fax or other available similarly expeditious method. In the case of an adverse benefit determination, such notice will indicate:

- The specific reason for the adverse determination on review;

- Reference to the specific provisions of the Health Program on which the determination is based;

- A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits;

- A description of your right to bring a civil action under ERISA following an adverse determination on review;

- If any internal rules, guidelines, protocols or similar criteria were used as a basis for the adverse determination, either the specific rule, guideline, protocols or other similar criteria or a statement that a copy of such information will be made available free of charge upon request;

- For adverse determinations based on medical necessity, experimental treatment or other similar exclusions or limits, an explanation of the scientific or clinical judgment used in the decision, or a statement that an explanation will be provided free of charge upon request; and

- A description of the voluntary appeals procedure under the Program, if any, and your right to obtain additional information upon request about such procedures.

All decisions are final and binding unless determined to be arbitrary and capricious by a court of competent jurisdiction.

## Federal External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by UnitedHealthcare, or if UnitedHealthcare fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of UnitedHealthcare's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

- Clinical reasons;
- The exclusions for Experimental or Investigational Services or Unproven Services;
- Rescission of coverage (coverage that was canceled or discontinued retroactively); or
- As otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address set out in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below by calling the toll-free number on your ID card or by sending a written request to the address set out in the determination letter. A request must be made within four months after the date you received UnitedHealthcare's decision.

UnitedHealth Group Benefits Handbook

An external review request should include all of the following:

- A specific request for an external review;
- The Covered Person's name, address and insurance ID number;
- Your designated representative's name and address, when applicable;
- The service that was denied; and
- Any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

- A standard external review; and
- An expedited external review.

### Standard External Review

A standard external review is composed of all of the following:

- A preliminary review by UnitedHealthcare of the request;
- A referral of the request by UnitedHealthcare to the IRO; and
- A decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

- Is or was covered under the Program at the time the health care service or procedure that is at issue in the request was provided;
- Has exhausted the applicable internal appeals process; and
- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The IRO will notify you in writing of the request's eligibility and acceptance for external review. You may submit in writing to the IRO within 10 business days following the date of receipt of the notice additional information that the IRO will consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted by you after 10 business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making UnitedHealthcare's determination. The documents include:

- All relevant medical records;
- All other documents relied upon by UnitedHealthcare; and
- All other information or evidence that you or your Physician submitted. If there is any information or evidence you or your Physician wishes to submit that was not previously provided, you may include this information with your external review request, and UnitedHealthcare will include it with the documents forwarded to the IRO.

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The IRO will deliver the notice of its Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing UnitedHealthcare's determination, the Program will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the Program, and any applicable law regarding Program remedies. If the Final External Review Decision is that payment or referral will not be made, the Program will not be obligated to provide Benefits for the health care service or procedure.

## Expedited External Review

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances, you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

- An adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal; or

- A final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received Emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

- Is or was covered under the Program at the time the health care service or procedure that is at issue in the request was provided; and

- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or fax or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the same type of information and documents considered in a standard external review.

UnitedHealth Group Benefits Handbook

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide notice of the Final External Review Decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the toll-free number on your ID card for more information regarding external review rights, or if making a verbal request, for an expedited external review.

## Your Deadline to Bring a Lawsuit

If you file your claim within the required time and complete the entire claim and appeals procedure, you must commence any lawsuit within six months after the claim and appeals procedure is complete. In all events, you must commence the lawsuit within one year after the date you know or reasonably should know the principal facts upon which your claim is based. If, however, you participate in one of the insured Medical Coverage Options, the deadline in the insurance policy (if any) will apply instead of this deadline.

## Exhaustion of Claim and Appeals Procedure

Completing the claim and appeals procedure is mandatory for resolving every claim and dispute arising under the Health Program. In any legal action brought after you have exhausted the claim and appeals procedure, all determinations made by the Claims Administrator will be afforded the maximum deference permitted by law.

## Mandatory Arbitration

Notwithstanding exhaustion of the claim and appeals procedure any controversy or dispute arising out of or relating to this Plan shall be subject to nonbinding arbitration prior to the filing of a complaint in a court of law, provided however, that such arbitration shall be final and binding and may be enforced in any court with the requisite jurisdiction if the parties agree in advance, in writing, that such arbitration shall have final binding effect. All arbitrations, whether binding or nonbinding, shall be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and shall proceed solely on an individual basis without the right for any controversy or dispute to be arbitrated on a class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. Any dispute as to arbitrability shall be determined by the arbitrator. The arbitration shall take place in Minnesota.

# Your Rights under ERISA

If you are enrolled in any of the component Programs that comprise the Health Program of the UHG Inc. Group Benefits Plan, you have certain rights under the Employee Retirement Income Security Act of 1974 (ERISA), which include the following:

## Obtain Information about Your Health Program and Benefits

You have the right to certain information about the Programs and your benefits under them, including the right to:

**UnitedHealth Group Benefits Handbook**

- Examine, without charge, at the Plan Administrator's main business office and at other specified locations, such as worksites and union halls, certain documents governing the Health Program, including the applicable Plan Document and Summary Plan Description, any insurance contracts, any collective bargaining agreements and a copy of the latest annual report ("Form 5500 Series") for the Health Program that the Health Program files with the U.S. Department of Labor and which is available at the Public Disclosure Room of the Employee Benefits Security Administration;

- Obtain, upon written request to the Plan Administrator (through HRdirect), certain documents governing the Health Program, including the UHG Inc. Group Benefits Plan document, other applicable Program documents, any insurance contracts, any collective bargaining agreements and a copy of the latest annual report ("Form 5500 Series") for the Health Program that the Health Program files with the U.S. Department of Labor. The Plan Administrator may charge a reasonable fee for the copies;

- Request and receive a copy of the UnitedHealth Group Benefits Handbook. You can request one from the Benefits Handbook home page on the HRdirect website, or by calling HRdirect at 1-800-561-0861; and

- Receive a summary of the Health Program's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

## Prudent Actions by Program Fiduciaries

In addition to creating rights for Health Program participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit program. The Plan Administrator, the insurers, the Claims Administrators and the trustee are all fiduciaries of the Health Programs, and have a duty to administer them prudently and in your interest and that of any other participants and beneficiaries. No one, including your employer, your union (if applicable) or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Program benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a Plan benefit is denied or ignored, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, you can take steps to enforce these rights as follows:

- If you request a copy of Program documents or the latest annual report from the Health Program and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

- If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court after exhausting the Health Program's claims procedures.

- In addition, if you disagree with the Health Program's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in a federal court after exhausting the Health Program's claims procedures.

UNITEDHEALTH GROUP®

# UHG Benefits Handbook

## Health Benefits

This is the Benefits Handbook/Summary Plan Description (SPD) for the following UHG benefits plans:

- Medical (including prescription drug coverage and *Rally for Health*)
- Dental
- Vision
- Health Care Flexible Spending Account (Health Care FSA)
- Health Savings Account (HSA)
- Employee Assistance Program (EAP)
- Post-Employment Medical (PEM) Plan

## The Importance of Defined Terms

Many of the terms used throughout the Handbook have specific meanings that are defined in the "Glossary" section.

To understand how the benefit plans work and to use your benefits effectively, we suggest that you take a few minutes to review all of the important terms in this Handbook.

## If You Need Help Understanding This Benefits Handbook

This Handbook contains a summary of your rights and benefits under the plans offered by UHG. If you have difficulty understanding any part of this Handbook, contact HRdirect at 800-561-0861.

## Language Assistance

■ Help is available in Chinese if you live in San Francisco County, CA. Please call 800-561-0861.

如果您居住在加州旧金山,可以获得中文协助。请于800-561-0861.

■ Help is available in Tagalog if you live in Aleutians West Census Area and Aleutians East Borough Counties in AK. Please call 800-561-0861.

Mayroong makukuhang tulong sa Tagalog kung ikaw ay nakatira sa Aleutians West Census Area at sa Aleutians East Borough Counties sa AK. Pakitawagan 800-561-0861.

■ Help is available in Navajo if you live in Apache County, AZ, McKinley County, NM, or San Juan County, UT. Please call 800-561-0861.

Tah dine'keh ji' yahti gho shi'ka a'dol wol niin ziin gho' Dziil ghaa ii beh woo'ji ha'ghii (Apache County), Hoozdoh ji doo, Yooto' altsi'gho ha'da'haasdzoo', ghii, (McKinley County, NM, or San Juan County, UT), ee 'dii koh'ji' Ho'diil ni 800-561-0861.

■ Help is available in Spanish. Please call 800-561-0861.

Se ofrece ayuda en español. Por favor, llame al 800-561-0861.

| **In This Handbook** | **See Page** |
|---|---|
| Introduction | 2 |
| Eligibility and Enrollment | 7 |
| Life Events | 40 |
| Medical | 59 |
| Dental | 312 |
| Vision | 326 |
| Health Care FSA | 339 |
| Health Savings Account (HSA) | 355 |
| Employee Assistance Program | 367 |
| Post-Employment Medical (PEM) Plan | 372 |
| Administrative Information | 394 |
| Contact Information | 447 |
| Glossary | 451 |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Introduction

**Introduction**

**Eligibility and Enrollment**

**Life Events**

**Medical**

**Dental**

**Vision**

**Health Care FSA**

**Health Savings Account (HSA)**

**Employee Assistance Program**

**Post-Employment Medical (PEM) Plan**

**Administrative Information**

**Contact Information**

**Glossary**

Welcome to the UnitedHealth Group Incorporated Group Benefits Handbook (the Handbook or Benefits Handbook). UnitedHealth Group Incorporated (UnitedHealth Group, UHG, or the Company) has established the UHG Inc. Group Benefits Plan (the Plan), which includes certain component employee benefit plans summarized in this Handbook for your benefit and the benefit of your family if you are an eligible employee of the Company or a participating employer.

This Handbook is the first place you should turn when you have questions about the plans or the benefits described in this Handbook. Additional details about many of the plans are provided in official Plan documents (which may include the Plan document, other documents, insurance contracts or policies, or the certificates for those benefit plans). For those plans, if there is a discrepancy between the information in this Handbook and the official Plan document, the Plan document will govern.

The plan administrator has the sole authority to interpret the terms of the benefit plans, determine benefit eligibility, and resolve any and all ambiguities or inconsistencies in the benefit plans. Eligibility or participation in the benefit plans or programs is not an offer or guarantee of employment or an employment contract. Receipt of this communication should not be considered to mean that you are a participant of or eligible to participate in any applicable benefit plan if you do not otherwise meet the eligibility requirements set forth in the documents that govern the applicable benefit plan.

See the "Contact Information" section for important web addresses and phone numbers. If you have questions about your benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 800-561-0861.

## Governing Plan Documentation

The Handbook does not constitute the formal/official ERISA Plan document for the component plans of the UHG Inc. Group Benefits Plan (the Plan). As such, your rights are governed by the terms of the Plan. Any question concerning the Plan or the component plans described in this Handbook is determined in accordance with the terms of the Plan document and not the SPD.

No person has the authority to make any oral or written statement or representation of any kind that is legally binding upon the Company that alters the Plan or any legal document maintained in conjunction with the Plan.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

*Important Note*

*This Handbook/SPD is effective January 1, 2019, and supersedes all prior versions of the Handbook, including all amendments.*

*The information in this document was updated as of June 20, 2019 and is subject to changes/ corrections/updates after this date. For the most current version of this information, search for "benefits" on The Hub at https://hub.uhg.com.*

*If you have questions about the information in this Handbook/SPD, you can contact HRdirect at 800-561-0861.*

# Introduction (Continued)

[Introduction](#)
[Eligibility and Enrollment](#)
[Life Events](#)
[Medical](#)
[Dental](#)
[Vision](#)
[Health Care FSA](#)
[Health Savings Account (HSA)](#)
[Employee Assistance Program](#)
[Post-Employment Medical (PEM) Plan](#)
[Administrative Information](#)
[Contact Information](#)
[Glossary](#)

## Benefits Handbook Is the SPD for ERISA Plans

UHG sponsors the component benefit plans described in this Handbook. They are subject to ERISA and must be summarized in a Summary Plan Description (SPD), except the Health Savings Account (HSA), which is not subject to ERISA.

For each of the benefit plans that are subject to ERISA, the SPD consists of several pieces of the Handbook as outlined in the "Benefit Plans Subject to ERISA" subsection. In addition, for certain benefit plans, the SPD may also consist of the insurer's certificate of coverage and/or the insurance policy.

These documents are available on The Hub at https://hub.uhg.com (search for "benefits").

### Benefit Plans Subject to ERISA

This table lists the plans that are subject to ERISA, as well as the portions of this Handbook (or separate Summaries available on The Hub at https://hub.uhg.com — search for "benefits") that comprise the SPD for each of them.

| ERISA Benefit Plan | Benefits Handbook Sections or Summaries (and Online Documents) That Comprise the Complete SPD |
|---|---|
| *Medical* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Life Events<br>■ Medical*<br>■ Administrative Information<br>■ Glossary<br>*For medical plans not detailed in the Handbook, see the summary or certificate on The Hub at https://hub.uhg.com |
| *Dental* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Life Events<br>■ Dental<br>■ Administrative Information<br>■ Glossary |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Introduction (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| ERISA Benefit Plan | Benefits Handbook Sections or Summaries (and Online Documents) That Comprise the Complete SPD |
|---|---|
| *Vision* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Life Events<br>■ Vision*<br>■ Administrative Information<br>■ Glossary<br>*For insurance summaries or certificates, go to The Hub at https://hub.uhg.com |
| *Health Care Flexible Spending Account (Health Care FSA)* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Life Events<br>■ Health Care Flexible Spending Account (Health Care FSA)<br>■ Administrative Information<br>■ Glossary |
| *Employee Assistance Program (EAP)* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Employee Assistance Program (EAP)<br>■ Administrative Information<br>■ Glossary |
| *Post-Employment Medical (PEM) Plan* | ■ Introduction<br>■ Eligibility and Enrollment<br>■ Post-Employment Medical (PEM) Plan<br>■ Medical (for applicable medical coverage)<br>■ Administrative Information<br>■ Glossary |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Introduction (Continued)

**Introduction**
**Eligibility and Enrollment**
**Life Events**
**Medical**
**Dental**
**Vision**
**Health Care FSA**
**Health Savings Account (HSA)**
**Employee Assistance Program**
**Post-Employment Medical (PEM) Plan**
**Administrative Information**
**Contact Information**
**Glossary**

## Your Rights under ERISA

See the "Administrative Information" section for more information about your ERISA rights.

If you participate in a non-ERISA plan, the ERISA rights and protections do not apply with regard to the non-ERISA plan benefits.

## Plan Administrator

The UnitedHealth Group Employee Benefits Plans Administrative Committee (the Committee) serves as the plan administrator to the benefit plan described in this Handbook.

The plan administrator has the authority to delegate, and has delegated, certain authority and duties to other parties, who are third-party administrators, fiduciaries and/or trustees.

The plan administrator (and any other persons or entities to whom the plan administrator delegates fiduciary authority and duties) has the sole and exclusive authority and discretion to interpret the benefit plans' terms and benefits under them, and to make factual and legal decisions about them.

## Company's Reservation of Right to Amend and Terminate the Plan or Component Benefit Plans

UHG reserves the right to modify or amend, in whole or in part, or terminate any or all of the Plan and component benefit plans discussed in this Handbook for any reason and in its sole discretion at any time. UHG's right to amend or terminate the benefit plans includes, but is not limited to, changes in the eligibility requirements, premiums or other employee payments charged, benefits provided, and termination of all or a portion of the coverages provided under the plans.

Amendments may be retroactive to the extent permitted under applicable law. Modification of the terms of the Plan or termination of the Plan will be effective only in writing and in compliance with the Plan's requirements for an amendment or termination of the Plan. Oral representation concerning the interpretation of the Plan will not be effective to amend the Plan or component benefit plans.

If a benefit plan is amended or terminated, you will be subject to all the changes effective as a result of such amendment or termination, and your rights will be reduced, terminated, altered or increased accordingly, as of the effective date of the amendment or termination. However, no amendment or termination will reduce the amount of any benefit otherwise payable under the Plan or a component benefit plan for charges incurred prior to the effective date of the amendment or termination.

In the event of the dissolution, merger, consolidation or reorganization of the Company, the Plan will terminate unless the Plan is continued by a successor to the Company.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Introduction (Continued)

2019 UnitedHealth Group Benefits Handbook

**Introduction**
**Eligibility and Enrollment**
**Medical**
**Dental**
**Vision**
**Health Care FSA**
**Health Savings Account (HSA)**
**Employee Assistance Program**
**Post-Employment Medical (PEM) Plan**
**Administrative Information**
**Contact Information**
**Glossary**

If a benefit plan is terminated and surplus assets remain after all liabilities have been paid, the surplus will revert to the Company to the extent permitted under applicable law, unless otherwise stated in the insurance or administrative contract or otherwise determined by the Board of Directors of the Company.

Different rules apply for HSA pre-tax contributions. See the applicable Handbook section for more information.

## Not an Employment Contract

Neither the receipt of this Handbook, nor the use of the term "you" means that you are eligible for a benefit under any of the component benefit plans that are summarized in the Handbook. You are eligible to participate in a component benefit plan or receive a benefit only if you satisfy the applicable eligibility requirements and other criteria. The receipt of this Handbook and/or the terms of the component benefit plans also neither create a right for you to be retained in employment nor prevent the Company from terminating your employment for any reason.

## Questions?

If you have questions about your benefits, search for "benefits" on The Hub at https://hub.uhg.com or contact HRdirect at 800-561-0861.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## In This Section                                                         See Page

How the Medical Coverage Works..................................................................66

Medical Plan Options .....................................................................................66

    Medical Plan Coverage Levels .................................................................67

    ID Card ....................................................................................................67

    When Benefits Are Paid............................................................................67

    How the Medical Plans Work ....................................................................68

    UHC Care Management Programs ...........................................................78

    Prescription Drugs....................................................................................81

    Pharmacy Management Programs............................................................84

    The HSA-Eligible Plans............................................................................86

    Your Health Savings Account (HSA) .........................................................87

    Health Incentive Account (HIA) ................................................................89

    Benefit Features of the HSA-Eligible Plans ..............................................89

The Choice Transition Plan.............................................................................96

    How the Choice Transition Plan Works......................................................96

    Benefit Features of the Choice Transition Plan .........................................97

    Schedule of Benefits for the HSA-Eligible Plans
    and the Choice Transition Plan.................................................................98

The Fairview Primary Care Plan ...................................................................113

    How the Fairview Primary Care Plan Works ............................................113

    Fairview Primary Care Plan Benefit Features .........................................114

    Fairview Primary Care Plan Schedule of Benefits ..................................116

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

The Primary Care Plan ........................................................................................129
  How the Primary Care Plan Works ..................................................................129
  Selecting a Primary Care Provider...................................................................130
  Primary Care Plan Benefit Features ................................................................131
  Primary Care Plan Schedule of Benefits..........................................................133
The WellMed 1st Tier Plan...................................................................................143
  How the WellMed 1st Tier Plan Works .............................................................143
  Tier 1 Network................................................................................................145
  Tier 2 Network................................................................................................146
  WellMed 1st Tier Benefit Features...................................................................149
  WellMed 1st Tier Schedule of Benefits............................................................150
Premium Physician Plan ......................................................................................162
  How the Premium Physician Plan Works .........................................................162
  Selecting a Primary Care Provider...................................................................164
  Premium Physician Plan Benefit Features .......................................................165
  Premium Physician Plan Schedule of Benefits .................................................167
The Doctors Plan .................................................................................................180
  How the Doctors Plan Works...........................................................................180
  Selecting a Primary Care Provider...................................................................181
  Doctors Plan Benefit Features .........................................................................182
  Doctors Plan — Schedule of Benefits...............................................................184
Kelsey-Seybold Primary Care Plan........................................................................196
  How the Kelsey-Seybold Primary Care Plan Works ..........................................196
  Selecting a Primary Care Provider...................................................................197
  Kelsey-Seybold Primary Care Plan Benefit Features .........................................198
  Kelsey-Seybold Primary Care Plan — Schedule of Benefits...............................200

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

**Introduction**
**Eligibility and Enrollment**
**Life Events**
**Medical**
**Dental**
**Vision**
**Health Care FSA**
**Health Savings Account (HSA)**
**Employee Assistance Program**
**Post-Employment Medical (PEM) Plan**
**Administrative Information**
**Contact Information**
**Glossary**

Accountable Care Plan ..........................................................................213
    How the Accountable Care Plan Works...........................................213
    Selecting a Primary Care Provider..................................................214
    Accountable Care Plan Benefit Features.........................................215
    Accountable Care Plan Schedule of Benefits .................................217
Covered Health Services ......................................................................233
    Acupuncture Services .....................................................................233
    Ambulance Services........................................................................233
    Cardiac/Pulmonary Therapy — Outpatient Rehabilitation ..............234
    Cellular and Gene Therapy.............................................................235
    Chemotherapy/Radiation Therapy...................................................235
    Chiropractic Care/Spinal Treatment................................................235
    Clinical Trials...................................................................................236
    Convenience Care ..........................................................................238
    Congenital Heart Disease (CHD) Surgeries ...................................238
    Dental Services — Accident-Only ...................................................240
    Dental Surgical Services — Outpatient ...........................................241
    Diabetes Services ...........................................................................241
    Dialysis Services .............................................................................242
    Disposable Medical Supplies ..........................................................242
    Durable Medical Equipment............................................................242
    Emergency ......................................................................................244
    Emergency Health Services ............................................................245
    Family Planning Services.................................................................245
    Gender Dysphoria ...........................................................................245
    Habilitative Services ........................................................................248

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

**Introduction**
**Eligibility and Enrollment**
**Life Events**
**Medical**
**Dental**
**Vision**
**Health Care FSA**
**Health Savings Account (HSA)**
**Employee Assistance Program**
**Post-Employment Medical (PEM) Plan**
**Administrative Information**
**Contact Information**
**Glossary**

Hearing Care ................................................................................................249
Home Health Services ...................................................................................249
Home Infusion Therapy..................................................................................249
Hospice Care ................................................................................................250
Hospital Facility Services — Inpatient ...........................................................250
Infertility Services .........................................................................................251
Infertility Services and Fertility Solutions (FS) Program ................................251
Injections Received in a Physician's Office ....................................................253
Lab, X-Ray and Diagnostic – Outpatient ........................................................254
Maternity and Newborn Services ..................................................................255
Mental Health Services .................................................................................256
Neurobiological Disorders — Autism Spectrum Disorder Services ................257
Office Services .............................................................................................259
Outpatient Surgery, Diagnostic and Therapeutic Services ............................259
Physician Fees for Surgical and Medical Services .........................................260
Podiatry Services ..........................................................................................260
Prescription Drugs — Outpatient ..................................................................260
Preventive Care ............................................................................................261
Prosthetic Devices ........................................................................................263
Reconstructive Procedures ...........................................................................264
Rehabilitation Services — Outpatient Therapy and Manipulative Treatment ....265
Skilled Nursing/Rehabilitation Facility — Inpatient ........................................266
Substance-Related Disorder Services ...........................................................267
Surgical Services — Outpatient.....................................................................268
Temporomandibular Joint Dysfunction (TMJ)..................................................269
Transplant Services .......................................................................................269

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

## Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account
(HSA)
Employee Assistance
Program
Post-Employment Medical
(PEM) Plan
Administrative
Information
Contact Information
Glossary

Urgent Care Center Services ..........................................................................272

Virtual Visits..................................................................................................272

Vision/Eye Medical Services ........................................................................272

Medical Services Not Covered ..........................................................................273

Alternative Treatment ....................................................................................273

Breast Pumps ...............................................................................................273

Comfort or Convenience................................................................................273

Cosmetic/Physical Appearance ....................................................................274

Custodial Care...............................................................................................274

Dental............................................................................................................274

Experimental, Investigational or Unproven Services and Drugs......................275

Foot Care ......................................................................................................275

Gender Dysphoria .........................................................................................275

General Medical ............................................................................................276

Hearing Care .................................................................................................277

Hormone Therapy .........................................................................................278

Infertility ........................................................................................................278

Maternity .......................................................................................................279

Medical Appliances .......................................................................................279

Mental Health, Neurobiological Disorders — Autism Spectrum Disorder
Services and Substance-Related Disorders Services........................................280

Military...........................................................................................................280

Non-Emergency Services...............................................................................280

Nutrition ........................................................................................................281

Obesity ..........................................................................................................281

Prescription Drugs.........................................................................................281

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical **(Continued)**

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

Private Duty Nursing.................................................................283
Smoking Cessation...................................................................284
Snoring.....................................................................................284
Speech Therapy .......................................................................284
Sweating ..................................................................................284
Transplants ..............................................................................284
Travel .......................................................................................284
Vision .......................................................................................285
Health Resources and Programs ...............................................286
Legal Information and Notices ...................................................304
Filing a Claim for Benefits........................................................304
Coordination of Benefits...........................................................305
Medical Plan Administrative Information ....................................306
Special Legal Rights.................................................................306
Wellness Program Notice .........................................................308
Appendix – What You Can and Cannot Pay with Your HSA
and Limited-Purpose Health Care FSA.......................................309

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## How the Medical Coverage Works

The medical plans offered provide broad, comprehensive protection to cover a wide range of medical providers, services and supplies. All of the medical plans constitute Minimum Essential Coverage and meet Minimum Value (as those terms are defined in the Affordable Care Act).

## Medical Plan Options

This portion of the Handbook provides details about the following medical plans, how they work and what is covered or not covered. In addition, this section provides information about prescription drug coverage, health care management programs, and wellness resources (including *Rally for Health* Program).

The plan administrator will notify you of the medical plans you are eligible for at the time of your enrollment period. See the "Eligibility and Enrollment" section for eligibility descriptions.

- HSA-eligible plans
    - Low-Deductible Plan*
    - Balanced Plan*
    - Low-Premium Plan*
- Fairview Primary Care Plan
- Primary Care Plan
- Choice Transition Plan
- Doctors Plan
- WellMed 1st Tier plan
- Premium Physician Plan
- Kelsey-Seybold Primary Care Plan
- Accountable Care Plan

*The PEM Plan also offers this medical plan with the Choice Plus network only.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

2019 UnitedHealth Group Benefits Handbook

**Introduction**
**Eligibility and Enrollment**
**Life Events**
**Medical**
**Dental**
**Vision**
**Health Care FSA**
**Health Savings Account (HSA)**
**Employee Assistance Program**
**Post-Employment Medical (PEM) Plan**
**Administrative Information**
**Contact Information**
**Glossary**

## Medical Plan Coverage Levels

Eligible employees can choose from these coverage levels:

- Employee Only;
- Employee + Spouse/Domestic Partner;
- Employee + Child(ren);
- Employee + Family; or
- No Coverage.

## ID Card

Once you enroll in a medical plan, you will receive a medical identification card (medical ID card) from UnitedHealthcare as soon as administratively possible. Your medical ID card provides important information to you and to the providers from whom you receive covered health services. You should present your medical ID card whenever you receive care. Doing so will help ensure that the provider has the most current group and member number information for you, and will help minimize errors and delays in filing and processing your claims.

Your medical ID card is also used when you fill prescriptions at a network pharmacy. The pharmacy will need your medical ID card to verify prescription drug coverage.

If you lose your medical ID card, you can get a replacement by visiting myuhc.com or by calling HRdirect. You should receive your new medical ID card(s) within seven to 10 business days.

## When Benefits Are Paid

No matter which UHG-administered plan option you elect, the Medical plan pays benefits only for covered health services that are:

- Medically necessary;
- Listed in the schedules of benefits in this "Medical" section;
- Provided while the person who receives the services is eligible to participate  in and is covered under the Medical plan;
- Obtained in accordance with the Medical plan's terms; and
- Received from a provider.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## How the Medical Plans Work

The following sections generally explain accounts, deductibles, coinsurance, copays, out-of-pocket maximums and other features that apply under the various medical plans. **See the specific sections for additional information on covered health services under each medical plan and a summary of the benefits paid when you obtain services from network and non-network (if applicable) providers. Each medical plan's benefit features table also provides details about cost-sharing features (deductibles, coinsurance, copays, out-of-pocket maximums and HSA contributions, if applicable).**

*Preventive Care Services*

*Preventive care services are the same under all of the Medical plan options and are described in the "Preventive Care" section of each schedules of benefits.*

### Accounts

The HSA-eligible medical plans feature a Health Savings Account (HSA). UHG provides an annual Company contribution to the account that you can use to help pay for certain medical expenses.

### *HSA*

- When you enroll an HSA-eligible medical plan, an HSA with Optum Bank is automatically opened for you. UHG contributes to your HSA with every paycheck, up to the annual  Company contribution, based on your medical coverage level and  enrollment date.
- You can also contribute to your HSA with pre-tax contributions. You own this  account and can start, stop or change your contributions at any time. Any  dollars remaining in the account carry forward into the next calendar year.
- You may use this account to pay for qualified medical expenses, or you  may save it for the future.
- If you are not eligible to make or receive contributions to an HSA, you may  be eligible to receive the UHG contribution in a Health Incentive  Account (HIA). See the "Health Incentive Account (HIA)"  subsection for more information.

### Deductibles

The deductible is the amount of eligible expenses you must pay for covered health services each calendar year before the Medical plan begins to pay benefits. Under all of the medical plans described in this Handbook:

- The dollar amount of the deductibles that apply to you will depend on the  plan option and the coverage level you elect;
- There are deductibles for network services and separate, higher  deductibles for non-network services (for plans with non-network coverage);
- The deductibles start over each January 1;

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

- In the HSA-eligible medical plans and the Choice Transition  Plan, the expenses that you pay for network and non-network (where applicable) covered health services count separately toward the  network and non-network deductibles (they do not cross-apply), unless  otherwise listed in the "Expenses That Don't Count Toward the Deductibles or Out-of-Pocket Maximums" subsection;

- Network preventive care services are not subject to deductibles and are covered at 100%, and, because you do not pay for them, they do not count toward the deductibles that apply to you; and

- Non-preventive prescription drugs are treated the same as other covered health services and therefore count toward the deductibles.

### Before You Meet the Deductibles

When you receive a covered health service before you meet the deductibles that apply to you, you should not pay your provider for the covered health service at the time of service. Instead, your network provider (or you or your non-network provider) should submit your claim for processing before you pay the provider to ensure that:

- Your claim is for a covered health service;
- You receive the benefit of any discounts that have been negotiated with a network provider; and
- The claim is applied to your deductibles and out-of-pocket maximums.

### Meeting the Deductibles

- If you elect employee only coverage, you must meet an annual individual deductible. You must pay for covered health services for yourself. Benefits will not be paid until you meet an individual deductible.

- If you elect coverage for yourself and one eligible dependent, individual deductibles apply separately to each of you. You must pay for covered health services for yourself, and benefits will not be paid until you meet an individual deductible. You must also pay for covered health services for your eligible dependent until he or she meets an individual deductible that applies to him or her.

    - **For the Low-Deductible Plan options:** You must pay for covered health services until you meet a  family deductible.

- If you elect coverage for yourself and two or more eligible dependents, family deductibles apply to all of you as a single-family unit. You must pay for covered health services until any combination of two or more of you meet a family deductible. If, however, you pay for covered health services for any one covered member of your family and meet an individual deductible, the plan will start paying benefits for that covered member. Any one or more of the other covered members of your family can then meet the remainder of a family deductible. After that, benefits will be paid for the rest of your covered family members.

    - **For the Low-Deductible Plan options:** Family deductibles apply to all of you as a single-family unit.  You must pay for covered health services until any combination of two  or more of you meet a family deductible.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

> **_Higher Expenses Using Non-Network Providers (for plans with non-network coverage)_**
>
> In non-emergency situations, you will pay much more if you visit a non-network provider because your deductibles and coinsurance percentages will be higher. In addition, the Medical plan option's coinsurance will be computed based on the Non-Network Eligible Expense (NEE) instead of the generally lower scheduled fee. This will result in much lower benefit coverage. The provider will bill you for the difference between his or her billed charge and the NEE. You are responsible for paying this difference, commonly known as balance billing.
>
> For the HSA-eligible plans with the Advocate Health System network, Fairview Primary Care Plan, Primary Care Plan, Premium Physician Plan, Doctors Plan, Kelsey- Seybold Primary Care Plan, WellMed 1st Tier plan and Accountable Care Plan, there is no coverage for care received by a non-network provider for non-emergency situations.

## Coinsurance

Once you have met the deductible for your Medical plan option, and if you enroll in a plan that does not have copays, you and the plan each pay a percentage of the cost of most covered health services. This is called coinsurance.

- Your coinsurance is the portion of the Scheduled Fee that you are  responsible for paying to a network provider or the portion of NEE that you are responsible for paying to the  non-network provider, usually expressed as a percentage.
- The Medical plan's coinsurance is the portion of the Scheduled Fee  that the plan is responsible for paying to a network provider or the portion  of the NEE that the plan is responsible for paying to a non-network  provider, also expressed as a percentage.
- Coinsurance percentages are listed in each medical plan's  schedule of benefits. These coinsurance percentages depend on whether  you see network or non-network providers.

## Copay

The Fairview Primary Care Plan, Doctors Plan, WellMed 1st Tier plan, Premium Physician Plan, Kelsey-Seybold Primary Care Plan, and Accountable Care Plan have copays for certain services such as primary care physician, specialist and urgent care visits. Copays are fixed dollar amounts you pay for covered health services, usually when you receive the care. When copays apply, you pay the copay, and then the plan pays 100% of the network negotiated fee. Details on these plans are listed in each medical plan's schedule of benefits.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Premium Physician Plan Benefit Features

The following table lists the individual and family deductibles and out-of-pocket maximums that apply under the Premium Physician Plan, as well as the coinsurance percentages that you and the plan pay once you meet the deductibles that apply to you.

| Premium Physician Plan | | |
|---|---|---|
| **Benefit Features** | **Network** | **Non-Network** |
| *Preventive Care Services* | Plan pays 100%. | Not covered. |
| *Deductibles* | | |
| *Individual* | $1,100 | Not covered. |
| *Family* | $2,200 | Not covered. |
| *Coinsurance* | 20% | Not covered. |
| *Out-of-Pocket Maximum* | | |
| *Individual* | $3,300 | Not covered. |
| *Family* | $6,600 | Not covered. |
| *Lifetime Benefit Maximum* | Unlimited | |
| *Prescription Drugs* | | |
| *Retail Pharmacy (up to a 31-day supply), Standard Network* | **Non-Preventive Drugs:**<br>■ Subject to the annual deductible, then coinsurance<br>**Preventive Drugs:** Covered 100% after applicable copay:<br>■ Tier 1: $15<br>■ Tier 2: $40<br>■ Tier 3: $85 | Not covered. |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan | | |
|---|---|---|
| **Benefit Features** | **Network** | **Non-Network** |
| *Mail Order (up to a 90-day supply)* | **Non-Preventive Drugs:**<br>■ Subject to the annual deductible, then coinsurance<br>**Preventive Drugs:** Covered 100% after applicable copay:<br>■ Tier 1: $35 ($0 for non-insulin medications and supplies)<br>■ Tier 2: $90<br>■ Tier 3: $190 | Not covered. |
| *Specialty Prescription Drugs* | **Non-Preventive Drugs:**<br>■ Subject to the annual deductible, then coinsurance<br>**Transplant Drug Class (Preventive):**<br>■ Subject to 20% network coinsurance up to an $85 maximum per prescription | Not covered. |
| Certain contraceptive medications, methods and devices, and smoking cessation prescription drugs are provided at no cost (see the "Select Contraceptive Medications and Products Are Covered at No Cost" subsection). | | |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Premium Physician Plan Schedule of Benefits

The following table shows the services covered by the Premium Physician Plan. See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Acupuncture Services** | You pay a $30 copay in the office; then the plan pays 100% of the Scheduled Fee.*<br><br>Services rendered outpatient are subject to the deductible, then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network benefits are limited to 10 treatments per person per calendar year. | |
| **Ambulance Services** | Emergency: You pay the deductible; then the plan pays 80% of the Scheduled Fee.*<br><br>Non-Emergency Transport: With prior authorization, you pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Emergency: You pay the deductible; then the plan pays 80% of the billed charge.<br><br>Non-Emergency Transport: Not covered. |
| **Cardiac/Pulmonary Therapy — Outpatient Rehabilitation** | You pay a $30 copay in the office; then the plan pays 100% of the Scheduled Fee.*<br><br>Services rendered outpatient are subject to the deductible, then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network benefits are limited to 36 cardiac therapy visits and 20 pulmonary therapy visits per person per calendar year. | |

---

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Cellular and Gene Therapy** | Depending upon where the covered health service is provided, benefits will be the same as those stated under each covered health service category in this section.<br><br>Services must be received at a designated provider. | Not covered. |
| **Chemotherapy/Radiation Therapy** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Chiropractic Care/Spinal Treatment** | You pay a $30 copay for a specialist; then the plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network benefits are limited to 20 visits per person per calendar year. | |
| **Clinical Trials** | Depending upon where the covered health service is provided, benefits will be the same as those stated under each covered health service category in this section. | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Congenital Heart Disease (CHD) Surgeries** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.*<br><br>For network benefits, CHD surgeries must be received at a designated provider.<br><br>Network benefits under this section include only the inpatient facility charges for the congenital heart disease (CHD) surgery. Depending upon where the covered health service is provided, benefits for diagnostic services, cardiac catheterization and non-surgical management of CHD will be the same as those stated under each covered health service category in this section. | Not covered. |
| **Convenience Care** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Dental Services – Accident Related** | You pay a $30 copay for a specialist; then the plan pays 100% of the Scheduled Fee.* | Not covered. |
| **Dental Surgical Services – Outpatient** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Exclusions* | See "Dental" in the "Medical Services Not Covered" subsection. | |
| **Dialysis Services** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Disposable Medical Supplies** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Durable Medical Equipment** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | ■ Replacement of durable medical equipment is covered no more than once every three calendar years per person.<br><br>■ If you purchase durable medical equipment that exceeds these minimum specifications, the plan may pay only the amount that it would have paid for the equipment that meets the minimum specifications, and you may be responsible for paying any difference in cost.<br><br>■ At UHC's discretion, durable medical equipment may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the covered person's medical condition occurs sooner than the three-calendar-year timeframe. Replacement of equipment or any part of such equipment may be covered when the condition of the equipment or part requires repairs that cost more than the cost of a replacement device or part. | |
| **Emergency Health Services – care received in an emergency room** | You pay a $300 copay; then the plan pays 100% of the Scheduled Fee.* | You pay a $300 copay; then the plan pays 100% of the billed charge. |
| *Exclusions* | Non-emergency services received in an emergency room will not be covered. Examples of non-emergency services not covered: pink eye, sinus infections, urinary tract infections, earaches, minor injuries or pulled muscles. | |
| **Family Planning Services** | The deductible does not apply. The plan pays 100% of the Scheduled Fee.*<br><br>Male sterilization: Depending upon where the covered service is provided, benefits will be the same as those stated under each covered service category in this section. | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Gender Dysphoria, surgical and non-surgical treatment** | Depending upon where the covered health service is provided, benefits will be the same as those stated under each covered health service category in this section. | Not covered. |
| **Hearing Care** | You pay a $20 copay for a Tier 1 PCP or a $30 copay for a specialist; then the plan pays 100% of the Scheduled Fee.*<br><br>When receiving services from a non-Tier 1 PCP, you pay the deductible, and then you will pay 50% of the Scheduled Fee.*<br><br>Cochlear implants are covered at 80% of the Scheduled Fee* after deductible. | Not covered. |
| *Exclusions* | Benefits are not available for charges connected to the purchase or fitting of hearing aids. | |
| **Home Health Services** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network benefits are limited to 60 visits per person per calendar year. Any service that is billed only for the administration of infused medications are not included in the home health services visit limit. | |
| **Home Infusion Therapy** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.*<br><br>**For infused drugs treating certain conditions:**<br><br>Network benefits for certain infused drugs used to treat immune disorders and inflammatory conditions are available only through the designated provider, BriovaRx Infusion Services, if you receive services at home or an ambulatory infusion location. | Not covered. |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services**[1] | **Network** | **Non-Network** |
| *Note* | Any service that is billed only for the administration of infused medications are not included in the home health services visit limit shown above. | |
| **Hospice Care** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Unlimited. | |
| **Hospital Facility Services** – **Inpatient** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Infertility Services** | Depending upon where the covered service is provided, benefits will be the same as those stated under each covered service category in this section.<br><br>To receive benefits, you must use designated providers. | Not covered. |
| *Limits* | Network benefits are limited to a $15,000 medical; $10,000 pharmacy benefit per person per lifetime. The $15,000 maximum includes diagnosis and treatment. See the "Covered Health Services" subsection for eligibility requirements. | |
| **Injections Received in a Physician's Office** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Lab, X-Ray and Diagnostics** – **Outpatient** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |

---

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.

* Scheduled Fee as defined in the Glossary.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Maternity and Newborn Services**<br>Some prenatal services are covered  at 100% preventive without  deductible. See the "Prenatal Services Covered under the Preventive Benefit" subsection. | **Maternity Services:**<br><br>**Non-Preventive Prenatal and Postnatal Care:** You pay a $30 copay for a specialist; then the plan pays 100% of the Scheduled  Fee.*<br><br>**Delivery and All Inpatient Services:** You pay the deductible, then the plan pays 80% of the Scheduled Fee.*<br><br>**Newborn:** The deductible does not apply (if the newborn's length of  stay in the hospital is the same as  the mother's length of stay), and the plan pays 80% of the Scheduled  Fee.*<br><br>**Newborn diagnosed with medical condition at birth:** You pay the deductible; then the plan pays 80%  of the Scheduled Fee.* | Not covered. |
| **Mental Health Services – Inpatient and Outpatient**<br>(see definition in the "Covered Health Services" subsection) | For office and outpatient professional services, the deductible and copay do not apply. The plan pays 100% of the Scheduled Fee.*<br><br>For facility services, you pay the deductible; then the plan pays 80%  of the Scheduled Fee* for services  from an Optum Behavioral Health  network provider. | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services**[1] | **Network** | **Non-Network** |
| **Neurobiological Disorders – Autism Spectrum Disorder Services** | For office and outpatient professional services, the deductible and copay do not apply. The plan pays 100% of the Scheduled Fee.* <br><br> For facility services, you pay the deductible; then the plan pays 80% of the Scheduled Fee for services from an Optum Behavioral Health network provider.* | Not covered. |
| **Office Services** | You pay a $20 copay for a Tier 1 PCP or a $30 copay for a specialist; then the plan pays 100% of the Scheduled Fee.* <br><br> When receiving services from a non-Tier 1 PCP, you pay the deductible, and then you will pay 50% of the Scheduled Fee.* | Not covered. |
| **Outpatient Surgery, Diagnostic and Therapeutic Services** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Physical/Occupational/Speech Therapy – Outpatient Rehabilitation** | You pay a $30 copay for a specialist; then the plan pays 100% of the Scheduled Fee* in the office. <br><br> You pay the deductible; then the plan pays 80% of the Scheduled Fee* outpatient. | Not covered. |
| *Limits* | Network benefits are limited to 60 visits per person per calendar year for any combination of physical or occupational therapy services. <br><br> Speech therapy services are limited to 90 visits per person per calendar year. | |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Physician Fees for Surgical and Medical Services** (See also Office Services, Outpatient Surgery, Diagnostic and Therapeutic Services) | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Podiatry Services** | You pay a $30 copay in the office; then the plan pays 100% of the Scheduled Fee.*  Services rendered outpatient are subject to the deductible, then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| **Prescription Drugs – Outpatient** | | |
| *Retail Pharmacy (up to a 31-day supply)* | **Non-Preventive Drugs:**  ■ Subject to the annual deductible, then coinsurance  **Preventive Drugs:** Covered 100% after applicable copay:  ■ Tier 1: $15  ■ Tier 2: $40  ■ Tier 3: $85 | Not covered. |

---

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical** (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| *Mail Order (up to a 90-day supply)* | **Non-Preventive Drugs:**<br>■ Subject to the annual deductible, then coinsurance<br>**Preventive Drugs:** Covered 100% after applicable copay:<br>■ Tier 1: $35 ($0 for non-insulin medications and supplies)<br>■ Tier 2: $90<br>■ Tier 3: $190 | Not covered. |
| *Specialty Prescription Drugs* | **Non-Preventive Drugs:**<br>■ Subject to the annual deductible, then coinsurance<br>**Transplant Drug Class (Preventive):**<br>■ Subject to 20% network coinsurance up to an $85 maximum per prescription | Not covered. |
| Certain contraceptive medications, methods and devices, and smoking cessation prescription drugs are provided at no cost (see the "Select Contraceptive Medications and Products Are Covered at No Cost" subsection). | | |
| **Preventive Care** | The deductible does not apply. The plan pays 100% of the Scheduled Fee.* | Not covered. |
| *Note* | Preventive Care services, supplies, labs and x-rays are covered based on the current recommendations of the United States Preventive Services Task Force (USPSTF). See "Preventive Care" in the "Covered Health Services" subsection. | |

---

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| Covered Services[1] | Network | Non-Network |
| *Limits* | Including but not limited to:<br><br>■ First colonoscopy each calendar year to be paid as preventive, subject to certain limitations.<br><br>■ First mammogram each calendar year to be paid as preventive, subject to certain limitations.<br><br>■ Dermatologist office visit for skin cancer screenings to be paid as preventive, subject to certain limitations.<br><br>■ Preventive care does not include maintenance care for diagnosed medical conditions such as diabetes or high blood pressure. | |
| **Prosthetic Devices** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | ■ Replacement of prosthetic devices and appliances is covered no more than once every three calendar years per person.<br><br>■ If you purchase a prosthetic device that exceeds these minimum specifications, the plan may pay only the amount that it would have paid for the prosthetic that meets the minimum specifications, and you may be responsible for paying any difference in cost.<br><br>■ At UnitedHealthcare's discretion, prosthetic devices may be covered for damage beyond repair with normal wear and tear, when repair costs are less than the cost of replacement or when a change in the covered person's medical condition occurs sooner than the three-calendar-year timeframe. Replacement of artificial limbs or any part of such devices may be covered when the condition of the device or part requires repairs that cost more than the cost of a replacement device or part. | |
| **Reconstructive Procedures** | Depending upon where the covered service is provided, benefits will be the same as those stated under each covered service category in this section. | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Medical (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Skilled Nursing/Rehabilitation Facility** – Inpatient | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Network benefits are limited to 120 days per person per calendar year. | |
| **Substance-Related Disorder Services** – **Inpatient and Outpatient** (see definition in the "Covered Health Services" subsection) | For office and outpatient professional services, the deductible and copay do not apply. The plan pays 100% of the Scheduled Fee.* <br><br> For facility services, you pay the deductible; then the plan pays 80% of the Scheduled Fee for services from an Optum Behavioral Health network provider.* | Not covered. |
| **Temporomandibular Joint Dysfunction (TMJ)** | Depending upon where the covered service is provided, benefits will be the same as those stated under each covered service category in this section. | Not covered. |
| **Transplant Services** | You pay the deductible; then the plan pays 80% of the Scheduled Fee.* | Not covered. |
| *Limits* | Transportation and lodging expenses combined are limited to $10,000 per person per lifetime. | |
| **Urgent Care Center Services** | You pay a $50 copay; then the plan pays 100% of the Scheduled Fee.* | Not covered. |
| **Virtual Visits** | The deductible or copay does not apply. The plan pays 100% of the Scheduled Fee.* | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Medical (Continued)**

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Premium Physician Plan Schedule of Benefits | | |
|---|---|---|
| **Covered Services[1]** | **Network** | **Non-Network** |
| **Vision/Eye Medical Services (preventive diabetic condition management)** | The deductible does not apply. The plan pays 100% of the Scheduled Fee.* | Not covered. |
| **Vision/Eye Medical Services (nonpreventive)** | Depending upon where the covered service is provided, benefits will be the same as those stated under each covered service category in this section. | Not covered. |

[1] See the "Covered Health Services" subsection for detailed descriptions and prior authorization requirements for these services.
* Scheduled Fee as defined in the Glossary.
Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Keep Your Program Informed of Address Changes

**In order to protect your and your family's rights, you are responsible for keeping the Company informed of any changes in your address and the addresses of family members.** You should also keep a copy, for your records, of any notices or correspondence you send in connection with COBRA continuation coverage.

## Changing Your Coverage during Your Continuation Period

If you or a qualified beneficiary elects COBRA, you or the qualified beneficiary may change your coverage elections during the annual Open Enrollment Period and/or in the event of a special enrollment event, such as the birth of a child or marriage. See the "Eligibility and Enrollment" section for more information on special enrollment events.

# Claim and Appeals Procedures

If you participate in the Medical, Dental or Vision plans and/or Health Care FSA, you have rights under ERISA to bring a claim for benefits, and to appeal a denial of your claim for benefits. The Summary for each of these components of the employee health benefits explains how to file a claim for benefits. This section provides additional information about making a claim for benefits under each of the plan, and describes your appeal rights if your claim for benefits is denied. It also explains the deadlines by which you must bring a claim or file an appeal of a denied claim, the claims administrators' deadlines for responding to your appeal, and your right to pursue litigation if you are dissatisfied with the applicable plan's final decision on your claim. You must follow and complete the claim and appeals procedures before you can bring a lawsuit, and you must comply with the deadline to sue.

## Status of the Claims Administrator as a Fiduciary

The claims administrator for each plan is a fiduciary with respect to the applicable plan. The claims administrator has the exclusive right and discretion, with respect to claims and appeals, to interpret the plan's terms, to administer the plan benefits, to determine the applicable facts and law, and to apply the plan's terms to the facts. The claims administrator's decisions are conclusive and binding on all parties. An external review process is available to challenge adverse benefit determinations.

## Your Deadline to File a Claim

You must bring a claim for benefits within one year after the date you know or reasonably should know the principal facts upon which your claim is based. This rule applies to all claims unless the individual plan Summary (such as the "Health Care FSA" section) provides a different deadline. If you file a claim after this deadline, it will be denied automatically.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Claims for Benefits under the Employee Health Benefits

### Types of Claims

You may make three different types of claims for benefits under the employee health benefits. They are the following:

- **Pre-service claim.** A request for a benefit where the Medical plan's terms require notification or authorization before you can receive medical care. The medical plans are the only plans that require notification or authorization; therefore, they have pre-service claims.

- **Urgent care claim.** A pre-service claim under the medical plans for which the time period permitted for determining a pre-service claim could seriously jeopardize your life or health, your ability to regain maximum function, or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim. The claims administrator will determine whether a pre-service claim involves urgent care, except that if a physician with knowledge of your medical condition determines that a claim involves urgent care, the claims administrator will treat the claim as an urgent care claim.

- **Post-service claim.** Any claim for benefits for services that have already been provided. Post-service claims are all claims that are not a pre-service claim or an urgent care claim. All claims under the Dental and Vision plans and Health Care FSA, and many claims under the medical plans, are post-service claims.

### How to File a Pre-Service Claim under the Medical Plan

When you seek care under the Medical plan from a network provider, the provider will file a pre-service claim if prior notification or authorization is required by the Medical plan. If you need to bring a pre-service claim for care from a non-network provider, you can file your claim by calling the claims administrator for the Medical plan at the member services number (or the Mental Health Services number) on the back of your medical ID card.

### How to File an Urgent Care Claim under the Medical Plan

When you seek urgent care under the Medical plan from a network provider, the provider will file the claim. If you are bringing the claim yourself, call the claims administrator for the Medical plan at the member services number (or the Mental Health Services number) on the back of your medical ID card as soon as possible. You do not need to file an urgent care claim in writing.

### How to File a Post-Service Claim under All of the Component Programs

The "Filing a Claim for Benefits" explanation in the "Medical", "Dental", "Vision" and "Health Care FSA" sections explains how you or your network provider files a post-service claim for benefits.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Administrative Information** (Continued)                    2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Where to File a Claim

The following table lists the addresses at which you file a claim under each of the plans. The addresses may change at any time.

| Benefit Plan | Address for Filing Claims | Whom to Call for More Information |
|---|---|---|
| *Medical* | | |
| ■ Low-Deductible*<br>■ Balanced*<br>■ Low-Premium*<br>■ Fairview Primary Care<br>■ Primary Care<br>■ Premium Physician<br>■ Kelsey-Seybold Primary Care<br>■ Accountable Care Plan<br>■ Hawaii PPO<br>■ WellMed 1st Tier<br>* Also for PEM Plan | Use the address that is listed on the back of your medical ID card, which is different for some locations.<br><br>The address for employees in most locations is:<br><br>UnitedHealthcare<br>Attn: UnitedHealth Group Employee Claim<br>P.O. Box 740800<br>Atlanta, GA 30374-0800 | 800-357-1371 |
| ■ Bind Plan | Bind Benefits, Inc.<br>P.O. Box 211758<br>Eagan, MN 55121 | 833-576-6494 |
| ■ UnitedHealthcare SignatureValue<br>■ UnitedHealthcare SignatureValue Alliance<br>■ UnitedHealthcare SignatureValue Advantage | The address for employees covered under SignatureValue and SignatureValue Alliance is:<br><br>UnitedHealthcare of California<br>Claims Department<br>P.O. Box 6006<br>Cypress, CA 90630-6006 | 800-624-8822 |
| ■ UnitedHealthcare of Nevada HMO<br>■ UnitedHealthcare of Nevada POS | The address for employees covered under Nevada HMO and Nevada POS is:<br><br>UnitedHealthcare of Nevada<br>P.O. Box 15645<br>Las Vegas, NV 89114-5645 | 877-291-4894 |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Benefit Plan | Address for Filing Claims | Whom to Call for More Information |
|---|---|---|
| ■ Monument Health 2000/4000 | The address for employees covered under the Monument Health 2000/4000 is:<br><br>Rocky Mountain Health Plans<br>2775 Crossroads Blvd.<br>P.O. Box 10600<br>Grand Junction, CO 81502-5600 | 800-346-4643 |
| ■ Riverside Corporate Wellness Primary Health Clinic | The address for LHI employees eligible for services at the clinic is:<br><br>Riverside Center<br>102 Jay Street<br>La Crosse, WI 54601 | 608-782-5139 |
| ■ UnitedHealthcare Global Choice Plus | The address for employees covered under UnitedHealthcare Global Choice Plus is:<br><br>Use the address that is listed on the back of your medical ID card. | 877-844-0280 |
| ■ Triple-S PPO | The address for employees covered under Triple S is:<br><br>Triple-S Salud, Inc.<br>Customer Service Department<br>P.O. Box 363628<br>San Juan, PR 00936-3628 | 800-981-3241 |
| *Employee Assistance Program (EAP)* | The address for employees in most locations is:<br><br>UnitedHealthcare<br>Attn: UnitedHealth Group Employee Claim<br>P.O. Box 740800<br>Atlanta, GA 30374-0800 | 866-781-6396 |
| *Dental* | UnitedHealthcare Dental<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 30567<br>Salt Lake City, UT 84130-0567 | 877-816-3596 |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Benefit Plan | Address for Filing Claims | Whom to Call for More Information |
|---|---|---|
| *Vision* | UnitedHealthcare Vision Claims Department<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 30978<br>Salt Lake City, UT 84130 | 800-638-3120 |
| *Health Care FSA* | UnitedHealthcare<br>Attn: UnitedHealth Group Employee Claims<br>P.O. Box 981506<br>El Paso, TX 79998-1506 | 800-357-1371 |

## The Claims Administrator's Decision on Your Claim

Upon written request and free of charge, any covered person may have reasonable access to (including copies of) documents, records and other information relevant to his or her claim and/or appeals and the ability to submit opinions and comments.

The claims administrator will review all claims in accordance with the rules established by the U.S. Department of Labor. The claims administrator's and the independent review organization's decision will be final.

The claims administrator will respond in writing (delivered in paper form or electronically) to all medical plans pre-service and urgent care claims, whether the claim is granted or denied. The claims administrator can initially respond to an urgent care claim verbally, but must follow it with a written response within 72 hours of receipt of the claim.

The claims administrator will also notify you in writing (delivered in paper form or electronically) if your claim under an applicable plan is denied. Any denial, reduction or termination of benefits, or failure to provide or make payment (in whole or in part) for a benefit is a claim denial. The written claim denial will include the reason for the denial, reference to the relevant plan provision(s) on which the denial is based, and other information that is required by federal regulation.

The claimant must be provided, free of charge, with any "new or additional evidence considered, relied upon, or generated" in connection with the claim appeal review. This must be provided in advance of the date the notice of adverse benefit determination on review is required to be provided.

Covered persons must be offered an external appeals process.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Timing of Claim Decisions and Appeals

The following table lists the time periods within which the claims administrator must respond to your claim for benefits and your appeal of a denied claim, as well as your deadlines for taking action to complete a claim and file an appeal of a denied claim.

| Type of Claim or Appeal | Timing of Action or Response | | |
| --- | --- | --- | --- |
| | Urgent Care[2] | Pre-Service | Post-Service |
| *If your claim is incomplete, the claims administrator must notify you within…* | 24 hours | 5 days | 30 days |
| *You must then provide completed claim information to the claims administrator within…* | 48 hours after receiving notice[3] | 45 days after receiving an extension notice[4] | |
| *The claims administrator must notify you of the benefit determination…* | | | |
| ■ If the initial claim is complete, within… | 72 hours | 15 days | 30 days |
| ■ After receiving the completed claim (if the initial claim is incomplete), within… | 72 hours | 30 days[5] | 45 days[4] |
| *If the claims administrator denies your claim, you must appeal the claim denial no later than…* | 180 days after receiving the denial | | |

[2] You do not need to submit urgent care claim appeals in writing. You should call the claims administrator as soon as possible to appeal an urgent care claim.

[3] If the claims administrator requests additional information from you, you must provide it within 48 hours of the claims administrator's request. During this time, the initial claim determination period will be suspended.

[4] The claims administrator may require a one-time extension of up to 15 days, if more time is needed due to circumstances beyond the claims administrator's control.

[5] These timeframes assume that the claims administrator gives notice of the need for an extension during the initial 15-day period for pre-service claims and the initial 30-day period for post-service claims.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Type of Claim or Appeal | Timing of Action or Response | | |
| --- | --- | --- | --- |
| | Urgent Care[2] | Pre-Service | Post-Service |
| *The claims administrator must notify you of the appeal decision…* | 72 hours after receiving the appeal | ■ 15 days after receiving the appeal (if there are two levels of appeal)<br><br>■ 30 days after receiving the appeal (if there is one level of appeal)[6] | ■ 30 days after receiving the appeal (if there are two levels of appeal)<br><br>■ 60 days after receiving the appeal (if there is one level of appeal)[5] |

You may voluntarily agree to extend these timeframes. In addition, if the claims administrator is unable to decide a pre-service or post-service claim within the timeframes specified in the table because of matters beyond its control, these timeframes may be extended for up to 15 days. The claims administrator will notify you in writing before the original deadline expires if an extension is necessary. The notice will state why the extension is needed and the date by which the claims administrator expects to make a decision. Decision deadlines on urgent care claims cannot be extended.

## Adverse Benefit Determination

If the employee health benefits plan does not fully agree with your claim, you will receive an "adverse benefit determination" — a denial, reduction or termination of a benefit, or failure to provide or pay for (in whole or in part) a benefit. This can also include a denial to participate in the employee health benefits. An adverse benefit determination also means the claim was denied on the grounds that the treatment is experimental or investigational or not medically necessary. This also includes concurrent care determinations. In the event of an adverse benefit determination, you will receive notice of the determination. The notice will include:

■ The specific reasons for the adverse determination;

■ The specific employee health benefits provisions on which the determination is based;

■ A description of any additional information needed to reconsider the claim and the reason this information is needed;

■ A description of the employee health benefit plan's review procedures and the time limits applicable to such procedures;

---

[6] Some of the medical plans provide for two levels of appeal. If you are not satisfied with the decision on your first-level appeal, you have the right to request a second-level appeal from the claims administrator and must do so within 60 days after you receive the decision on your first-level appeal. The claims administrator must notify you of its decision within 15 days after receiving your appeal of the denial of a pre-service claim, and within 30 days after receiving your appeal of the denial of a post-service claim. Your initial appeal denial will inform you if a second-level appeal is available.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

- A statement of your right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review;
- If any internal rules, guidelines, protocols or similar criteria were used as a basis for the adverse determination, either the specific rule, guideline, protocols or other similar criteria or a statement that a copy of such information will be made available free of charge upon request;
- For adverse determinations based on medical necessity, experimental treatment or other similar exclusions or limits, an explanation of the scientific or clinical judgment used in the decision, or a statement that an explanation will be provided free of charge upon request; and
- For adverse determinations involving urgent care, a description of the expedited review process for such claims (this notice may be provided orally within the timeframe for the expedited process, as long as written notice is provided no later than three days after the oral notice).

## Appeals of Denied Claims

If your claim is denied, you can appeal the denial. You may also submit written comments, documents, records and other information relevant to your claim. Upon written request and free of charge, you have the right to reasonable access to and copies of all documents, records and other information relevant to the denial of your claim. To ask for copies of this information, contact the claims administrator for the applicable plan.

The following table lists the addresses at which you may file a written appeal of a denied claim under each of the plans.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account
(HSA)
Employee Assistance
Program
Post-Employment Medical
(PEM) Plan
Administrative
Information
Contact Information
Glossary

## Where to File an Appeal of a Denied Claim

| Benefit Plan | Address for Filing Appeal | Whom to Call for More Information |
|---|---|---|
| *Medical* | | |
| ■ Low-Deductible Plan*<br>■ Balanced Plan*<br>■ Low-Premium Plan*<br>■ Fairview Primary Care Plan<br>■ Primary Care Plan<br>■ Premium Physician Plan<br>■ Doctors Plan<br>■ Kelsey-Seybold Primary Care Plan<br>■ Accountable Care Plan<br>■ Hawaii PPO<br>■ WellMed 1st Tier plan<br>■ Choice Transition Plan<br>* Also for PEM Plan | UnitedHealthcare Services, Inc.<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 30432<br>Salt Lake City, UT 84130-0432 | 800-357-1371 |
| ■ Bind Plan | Bind Benefits, Inc.<br>P.O. Box 211758<br>Eagan, MN 55121 | 833-576-6494 |
| ■ SignatureValue<br>■ SignatureValue Alliance<br>■ SignatureValue Advantage<br>Includes Mental Health/Substance-Related Claims for these Plans | UnitedHealthcare of California<br>Appeals and Grievance Department<br>Mail Stop CY44-157<br>5757 Plaza Drive<br>P.O. Box 6006<br>Cypress, CA 90630 | 877-624-8822 |
| ■ Nevada HMO<br>■ Nevada POS | UnitedHealthcare of Nevada<br>P.O. Box 14865<br>Las Vegas, NV 89114-5645<br><br>Fax: 702-266-8813 | 877-291-4894 |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

| Benefit Plan | Address for Filing Appeal | Whom to Call for More Information |
|---|---|---|
| ■ Monument Health 2000/4000 | Rocky Mountain Health Plans<br>2775 Crossroads Blvd.<br>Grand Junction, CO 81506 | 800-843-0719 |
| ■ UnitedHealthcare Global Choice Plus | United HealthCare Services, Inc.<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 30432<br>Salt Lake City, UT 84130-0432 | 877-844-0280 |
| ■ Triple-S PPO | Triple-S Salud, Inc.<br>1441 Roosevelt Avenue<br>San Juan, Puerto Rico | 800-981-3241 |
| *EAP and Mental Health/Substance-Related Claims* | | |
| ■ For employees who do not work for Optum Behavioral Health/Optum/LifeEra | United Behavioral Health<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 32040<br>Oakland, CA 94604 | 800-357-1371 |
| ■ Only for Optum Employees who work for Optum Behavioral Health/Optum/LifeEra | United Behavioral Health<br>Attn: Confidential Appeals<br>Mail Route CA035-1505<br>425 Market Street<br>San Francisco, CA 91405 | 800-357-1371 |
| *Dental* | UnitedHealthcare Dental<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 30569<br>Salt Lake City, UT 84130-0569 | 800-357-1371 |
| *Vision* | UnitedHealthcare Vision<br>Attn: Claims Department/Appeals Department<br>P.O. Box 30978<br>Salt Lake City, UT 84130 | 800-357-1371 |
| *Health Care FSA* | UnitedHealthcare<br>Attn: UnitedHealth Group Employee Appeals<br>P.O. Box 981506<br>El Paso, TX 79998-1506 | 800-357-1371 |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

**Administrative Information** (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Your Deadline to File an Appeal

You must file an appeal within 180 days after you receive the claim denial from the claims administrator. If you file an appeal after the deadline, it will be denied automatically.

## How to File an Appeal

You or your authorized representative, including a provider, can appeal the denial of your pre-service and post-service claims. You file the appeal with the claims administrator for the applicable plan at the address listed in the "Where to File an Appeal of a Denied Claim" table above. Your appeal of a pre-service or post-service claim must be in writing and include:

- Your name;
- Your subscriber identification number;
- The claim document number listed on the Explanation of Benefits, if available;
- The patient's name and the identification number from your medical ID card, if any;
- The provider's name, address and telephone number;
- The date of the medical service;
- The reason you disagree with the denial, believe the claim should be paid or coverage should be provided; and
- Any documentation or other written information to support your claim.

If you are appealing the denial of an urgent care claim under the Medical plan, you do not need to submit your appeal in writing. You or your physician should call the claims administrator as soon as possible.

You will have the opportunity to submit written comments, documents, records and other information relating to the claim, and you will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits. Whether a document, record or other information is relevant to the claim will be determined in accordance with the applicable DOL regulations. You also are entitled to the identification of medical or vocational experts whose advice was obtained on behalf of the employee health benefits plan in connection with your adverse benefit determination. The review will take into account all comments, documents, records and other information submitted by the claimant relating to the claim without regard to whether such information was submitted or considered in the initial benefit determination.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

**Introduction**

**Eligibility and Enrollment**

**Life Events**

**Medical**

**Dental**

**Vision**

**Health Care FSA**

**Health Savings Account (HSA)**

**Employee Assistance Program**

**Post-Employment Medical (PEM) Plan**

**Administrative Information**

**Contact Information**

**Glossary**

## Appeal Process

A qualified individual who was not involved in the claim denial will decide your appeal, and will not defer to the initial decision on your claim for benefits. If review of your appeal requires clinical judgment, the claims administrator will consult a health care professional who has appropriate expertise in the field and who was not involved in the prior decision. The claims administrator may consult with, or seek the participation of, medical experts as part of the appeal resolution process, and may share pertinent medical claim information with the medical expert.

In deciding the appeal, the claims administrator will take into account all comments, documents, records and other information submitted to support the appeal without regard to whether the information was submitted in connection with the claim for benefits.

## Deadlines for Deciding Appeals

The claims administrator must decide and respond to your properly submitted and complete appeal within a reasonable time, and no later than the following time periods:

- **For pre-service claims:** Within 15 days of receipt of the appeal (if there are two levels of appeal) or within 30 days of receipt of the appeal (if there is one level of appeal);
- **For post-service claims:** Within 30 days of receipt of the appeal (if there are two levels of appeal) or within 60 days of receipt of the appeal (if there is one level of appeal); and
- **For urgent care claims:** As soon as possible, taking into account the medical situation, but no later than within 72 hours of receipt of the appeal.

These deadlines are also listed in the "Timing of Claim Decisions and Appeals" subsection.

If your Medical plan has two levels of appeal and if you are not satisfied with the decision on your first-level appeal of a pre-service or post-service claim, you have the right to request a second-level appeal from the claims administrator. You must submit your second-level appeal in writing within 60 days after you receive the claims administrator's decision on your first-level appeal. The claims administrator will decide the second appeal in the same timeframe as the first appeal.

## Claims Administrator's Decision on Your Appeal

The claims administrator will provide you with written notification of the plan's determination on review, within the timeframes described above. For urgent care, all necessary information, including the benefit determination on review, will be transmitted between the employee health benefits plan and the claimant by telephone, fax or other available similarly expeditious method. In the case of an adverse benefit determination, such notice will indicate:

- The specific reason for the adverse determination on review;
- Reference to the specific provisions of the employee health benefits plan on which the determination is based;

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

- A statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim for benefits;

- A description of your right to bring a civil action under ERISA following an adverse determination on review;

- If any internal rules, guidelines, protocols or similar criteria were used as a basis for the adverse determination, either the specific rule, guideline, protocols or other similar criteria or a statement that a copy of such information will be made available free of charge upon request;

- For adverse determinations based on medical necessity, experimental treatment or other similar exclusions or limits, an explanation of the scientific or clinical judgment used in the decision, or a statement that an explanation will be provided free of charge upon request; and

- A description of the voluntary appeals procedure under the plan, if any, and your right to obtain additional information upon request about such procedures.

All decisions are final and binding unless determined to be arbitrary and capricious by a court of competent jurisdiction.

## Federal External Review Program

If, after exhausting your internal appeals, you are not satisfied with the determination made by UnitedHealthcare, or if UnitedHealthcare fails to respond to your appeal in accordance with applicable regulations regarding timing, you may be entitled to request an external review of UnitedHealthcare's determination. The process is available at no charge to you.

If one of the above conditions is met, you may request an external review of adverse benefit determinations based upon any of the following:

- Clinical reasons;

- The exclusions for experimental or investigational services or unproven  services;

- Rescission of coverage (coverage that was canceled or discontinued  retroactively); or

- As otherwise required by applicable law.

You or your representative may request a standard external review by sending a written request to the address set out in the determination letter. You or your representative may request an expedited external review, in urgent situations as detailed below by calling the toll-free number on your medical ID card or by sending a written request to the address set out in the determination letter. A request must be made within four months after the date you received UnitedHealthcare's decision.

An external review request should include all of the following:

- A specific request for an external review;

- The covered person's name, address and insurance ID number;

- Your designated representative's name and address, when applicable;

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

- The service that was denied; and
- Any new, relevant information that was not provided during the internal appeal.

An external review will be performed by an Independent Review Organization (IRO). UnitedHealthcare has entered into agreements with three or more IROs that have agreed to perform such reviews. There are two types of external reviews available:

- A standard external review; and
- An expedited external review.

## Standard External Review

A standard external review is composed of all of the following:

- A preliminary review by UnitedHealthcare of the request;
- A referral of the request by UnitedHealthcare to the IRO; and
- A decision by the IRO.

Within the applicable timeframe after receipt of the request, UnitedHealthcare will complete a preliminary review to determine whether the individual for whom the request was submitted meets all of the following:

- Is or was covered under the plan at the time the health care service or procedure that is at issue in the request was provided;
- Has exhausted the applicable internal appeals process; and
- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the preliminary review, UnitedHealthcare will issue a notification in writing to you. If the request is eligible for external review, UnitedHealthcare will assign an IRO to conduct such review. UnitedHealthcare will assign requests by either rotating claims assignments among the IROs or by using a random selection process.

The IRO will notify you in writing of the request's eligibility and acceptance for external review. You may submit in writing to the IRO within 10 business days following the date of receipt of the notice additional information that the IRO will consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted by you after 10 business days.

UnitedHealthcare will provide to the assigned IRO the documents and information considered in making UnitedHealthcare's determination. The documents include:

- All relevant medical records;
- All other documents relied upon by UnitedHealthcare; and
- All other information or evidence that you or your physician submitted. If there is any information or evidence you or your physician wishes to submit that was not previously provided, you may include this information with your external review request, and UnitedHealthcare will include it with the documents forwarded to the IRO.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide written notice of its determination (the "Final External Review Decision") within 45 days after it receives the request for the external review (unless they request additional time and you agree). The IRO will deliver the notice of its Final External Review Decision to you and UnitedHealthcare, and it will include the clinical basis for the determination.

Upon receipt of a Final External Review Decision reversing UnitedHealthcare's determination, the plan will immediately provide coverage or payment for the benefit claim at issue in accordance with the terms and conditions of the plan, and any applicable law regarding plan remedies. If the Final External Review Decision is that payment or referral will not be made, the plan will not be obligated to provide benefits for the health care service or procedure.

## Expedited External Review

An expedited external review is similar to a standard external review. The most significant difference between the two is that the time periods for completing certain portions of the review process are much shorter, and in some instances, you may file an expedited external review before completing the internal appeals process.

You may make a written or verbal request for an expedited external review if you receive either of the following:

- An adverse benefit determination of a claim or appeal if the adverse benefit determination involves a medical condition for which the timeframe for completion of an expedited internal appeal would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function and you have filed a request for an expedited internal appeal; or
- A final appeal decision, if the determination involves a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the individual or would jeopardize the individual's ability to regain maximum function, or if the final appeal decision concerns an admission, availability of care, continued stay, or health care service, procedure or product for which the individual received emergency services, but has not been discharged from a facility.

Immediately upon receipt of the request, UnitedHealthcare will determine whether the individual meets both of the following:

- Is or was covered under the plan at the time the health care service or procedure that is at issue in the request was provided; and
- Has provided all the information and forms required so that UnitedHealthcare may process the request.

After UnitedHealthcare completes the review, UnitedHealthcare will immediately send a notice in writing to you. Upon a determination that a request is eligible for expedited external review, UnitedHealthcare will assign an IRO in the same manner UnitedHealthcare utilizes to assign standard external reviews to IROs. UnitedHealthcare will provide all necessary documents and information considered in making the adverse benefit determination or final adverse benefit determination to the assigned IRO electronically or by telephone or fax or any other available expeditious method. The IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the same type of information and documents considered in a standard external review.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

In reaching a decision, the IRO will review the claim anew and not be bound by any decisions or conclusions reached by UnitedHealthcare. The IRO will provide notice of the Final External Review Decision for an expedited external review as expeditiously as the claimant's medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request. If the initial notice is not in writing, within 48 hours after the date of providing the initial notice, the assigned IRO will provide written confirmation of the decision to you and to UnitedHealthcare.

You may contact UnitedHealthcare at the toll-free number on your medical ID card for more information regarding external review rights, or if making a verbal request, for an expedited external review.

## Your Deadline to Bring a Lawsuit

If you file your claim within the required time and complete the entire claim and appeals procedure, you must commence any lawsuit within six months after the claim and appeals procedure is complete. In all events, you must commence the lawsuit within one year after the date you know or reasonably should know the principal facts upon which your claim is based. If, however, you participate in one of the insured medical plans, the deadline in the insurance policy (if any) will apply instead of this deadline.

## Exhaustion of Claim and Appeals Procedure

Completing the claim and appeals procedure is mandatory for resolving every claim and dispute arising under the employee health benefits. In any legal action brought after you have exhausted the claim and appeals procedure, all determinations made by the claims administrator will be afforded the maximum deference permitted by law.

## Mandatory Arbitration

Notwithstanding exhaustion of the claim and appeals procedure any controversy or dispute arising out of or relating to this Plan shall be subject to nonbinding arbitration prior to the filing of a complaint in a court of law, provided however, that such arbitration shall be final and binding and may be enforced in any court with the requisite jurisdiction if the parties agree in advance, in writing, that such arbitration shall have final binding effect. All arbitrations, whether binding or nonbinding, shall be conducted in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and shall proceed solely on an individual basis without the right for any controversy or dispute to be arbitrated on a class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. Any dispute as to arbitrability shall be determined by the arbitrator. The arbitration shall take place in Minnesota.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Your Rights under ERISA

If you are enrolled in any of the plans that comprise the employee health benefits under the UHG Inc. Group Benefits Plan, you have certain rights under the Employee Retirement Income Security Act of 1974 (ERISA), which include the following:

### Obtain Information about Your Plans and Benefits

You have the right to certain information about the plans and your benefits under them, including the right to:

- Examine, without charge, at the plan administrator's main business office  and at other specified locations, such as worksites and union halls, certain  documents governing the employee benefit plans, including the applicable plan  document and summary plan description, any insurance contracts, any  collective bargaining agreements and a copy of the latest annual report  ("Form 5500 Series") for the Plan that the Plan files  with the U.S. Department of Labor and which is available at the Public  Disclosure Room of the Employee Benefits Security Administration;
- Obtain, upon written request to the plan administrator (through HRdirect), certain documents governing the Plan, including the UHG Inc. Group Benefits Plan document, other applicable Plan documents, any insurance contracts, any collective bargaining agreements and a copy of the latest annual report ("Form 5500 Series") for the Plan that the Plans files with the U.S. Department of Labor. The plan administrator may charge a reasonable fee for the copies;
- Request and receive a copy of the UnitedHealth Group Benefits Handbook. You can request one from the Handbook home page on the HRdirect website, or by calling HRdirect at 800-561-0861; and
- Receive a summary of the Plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plans. The plan administrator, the insurers, the claims administrators and the trustee are all fiduciaries of the Plan, and have a duty to administer them prudently and in your interest and that of any other participants and beneficiaries. No one, including your employer, your union (if applicable) or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a health benefit is denied or ignored, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Administrative Information (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

Under ERISA, you can take steps to enforce these rights as follows:

- If you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator.
- If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court after exhausting the Plan's claims procedures.
- In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in a federal court after exhausting the Plan's claims procedures.
- If a Plan fiduciary misuses the applicable Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file a lawsuit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay the costs and fees. If you lose, the court may order you to pay the costs and fees, for example, if it finds your claim to be frivolous.

## Continue Group Health Plan Coverage

You have the right to continue health care coverage for yourself, your spouse or your dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependent may have to pay for such coverage. Review this Handbook regarding the rules governing your COBRA continuation coverage rights, or Uniformed Services Employment and Reemployment Rights Act (USERRA).

## Assistance with Your Questions

For answers to questions about the Plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration at 866-444-3272.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Contact Information

2019 UnitedHealth Group Benefits Handbook

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

For case management, advance approval, forms, questions or provider directories, refer to the contact information below.

For information on claim submission and appeal processes, see the "Administrative Information" section.

| Plan | Name and Phone Number | Web Address |
|---|---|---|
| *Medical* (including prescription drug coverage) | HRdirect: 800-561-0861 | http://benefitsinfo.uhg.com |
| ■ To verify network provider participation | Health Care Advisor: 800-357-1371 | myuhc.com |
| ■ To notify UHC Care Management before receiving certain covered health services from a non-network provider | Health Care Advisor: 800-357-1371 | N/A |
| ■ To notify United Behavioral Health before receiving mental health/substance-related disorder services from a non-network provider | Call the Member Services number on the back of your medical ID card. | N/A |
| ■ To verify network pharmacies | Health Care Advisor: 800-357-1371 | myuhc.com |
| ■ For a list of network specialty pharmacies | Health Care Advisor: 800-357-1371 | N/A |
| ■ For support for expectant and new mothers | Health Care Advisor: 800-357-1371 | N/A |
| ■ For information about Neonatal Resource Services | Health Care Advisor: 800-357-1371 | N/A |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Contact Information (Continued)

2019 UnitedHealth Group Benefits Handbook

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

| Plan | Name and Phone Number | Web Address |
|---|---|---|
| **Resource Services program** | | |
| ■ For cancer management support and information | Health Care Advisor: 800-357-1371 | N/A |
| ■ For information about the Kidney Resource Services program | Health Care Advisor: 800-357-1371 | www.myoptumhealthcomplexmedical.com |
| ■ For weight management information | Health Care Advisor: 800-357-1371 | myuhc.com (log in and click on the "Health & Wellness" tab) |
| ■ For help quitting tobacco use | Health Care Advisor: 800-357-1371 | myuhc.com (log in and click on the "Health & Wellness" tab) www.myquitforlife.com/UHG |
| ■ To complete a Health Survey | Health Care Advisor: 800-357-1371 | myuhc.com (log in and click on the "Health & Wellness" tab) https://signon.unitedhealthgroup.com/ping/RallyhealthforUHGusersRouter.asp |
| ■ For wellness and health coaching | Health Care Advisor: 800-357-1371 | myuhc.com (log in and click on the "Health & Wellness" tab) |
| ■ For Orthopedic Health Support Program information | Health Care Advisor: 800-357-1371 | myuhc.com |
| ■ For *Rally for Health* Program information | Health Care Advisor: 800-357-1371 | http://benefitsinfo.uhg.com |
| ■ To review *Rally for Health* Program status | 800-357-1371 | www.uhg.werally.com |
| ■ For Medicare prescription drug coverage information | Medicare: 800-MEDICARE (800-633-4227)  TTY users: 877-486-2048 | www.medicare.gov |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Contact Information (Continued)

[Introduction](#)
[Eligibility and Enrollment](#)
[Life Events](#)
[Medical](#)
[Dental](#)
[Vision](#)
[Health Care FSA](#)
[Health Savings Account (HSA)](#)
[Employee Assistance Program](#)
[Post-Employment Medical (PEM) Plan](#)
[Administrative Information](#)
[Contact Information](#)
[Glossary](#)

| Plan | Name and Phone Number | Web Address |
|---|---|---|
| ***Dental*** | | |
| ■ For information on covered services | UnitedHealthcare Dental Member Services: 877-816-3596 | N/A |
| ■ To find a network provider | UnitedHealthcare Dental Member Services: 877-816-3596 | myuhc.com (click "Find a Dentist" under "Links and Tools") |
| ■ To check on the status of a claim | UnitedHealthcare Dental Member Services: 877-816-3596 | myuhc.com (select "Claims Info") |
| ***Vision*** | | |
| ■ To find a network provider | UnitedHealthcare Vision Member Services: 800-638-3120 | www.myuhcvision.com (select "Provider Locator") |
| ■ For information on laser eye surgery discounts | UnitedHealthcare Vision Member Services: 800-638-3120 | www.uhclasik.com |
| ***Health Care Flexible Spending Account (Health Care FSA)*** | | |
| ■ To elect or stop Automatic Reimbursement Claim Rollover | Health Care Advisor: 800-357-1371 | myuhc.com |
| ■ For information on the FSA debit card/Consumer Account card | Health Care Advisor: 800-357-1371 | myuhc.com |
| ***Health Savings Account (HSA)*** | HRdirect: 800-561-0861 | http://benefitsinfo.uhg.com |

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Coverage Effective Date

Your coverage effective date is different for different benefits and is stated in the  "What You Need to Know to Enroll" subsection. If you are a newly hired eligible employee, your  coverage effective date for many benefits is the first day of the month following  your hire date, and for others it is your hire date. If you are a newly reclassified  eligible employee, your coverage effective date for many benefits is the first day of the month following the effective date of your reclassification  as an eligible employee, and for others it is the date your reclassification is  effective.

## Copay

The fixed dollar amount that you pay directly to a provider for health care services that are covered under the plans under which you are covered (such as Medical, Dental and Vision plans) for services or supplies such as vision exams and prescription drugs.

## Cosmetic

Materials, services and procedures that change or improve physical appearance without significantly improving health/physiological function.

## Cost-Effective

The least expensive equipment that performs the necessary function. This term applies to durable medical equipment and prosthetic devices.

## Coverage Level

*For the Medical plan:*

Any of five different enrollment categories under which you can enroll yourself and any eligible dependents offered by the Medical plan, and which include:

- Employee Only;
- Employee + Spouse/Domestic Partner;
- Employee + child(ren);
- Employee + family; and
- No coverage.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

*For the PEM Plan:*

Any of five different enrollment categories under which you can enroll yourself and   any eligible dependents offered by the PEM Plan,  and which include:

- Former Employee Only;
- Former Employee + Spouse/Domestic Partner;
- Former Employee + Child(ren);
- Former Employee + Family; or
- No Coverage.

## Covered Dental Services

The preventive services, basic services, major services and orthodontia services that are:

- Listed in the "Schedule of Benefits: Basic and Comprehensive Options" subsection;
- Provided while the person who receives the services is eligible to participate  in and is covered under the Dental plan;
- Obtained in accordance with the Dental plan's terms; and
- Rendered by a provider.

## Covered Health Services

Those health services, including services, supplies or pharmaceutical products, that the claims administrator determines to be:

- Provided for the purpose of preventing, evaluating, diagnosing or treating a sickness, injury, mental illness, substance-related disorder, condition, disease or its symptoms;
- Medically necessary;
- Described as a covered health service in this Handbook and listed in the schedules of benefits in the "Medical" section, including outpatient prescription drugs;
- Provided to a covered person who meets the Plan's eligibility requirements, as described under Eligibility in the "Eligibility and Enrollment" section;
- Not otherwise excluded in this Handbook (under "Medical Services that are Not Covered").

## Covered Selection

Under the Vision plan, the array of frames and contact lenses that is offered by a network provider. In its discretion, each network provider determines which frames and contact lenses are in the covered selection that the network provider offers, and changes the covered selection from time to time.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Covered Vision Services

Materials and services that are:

- Listed in the schedule of benefits in the "Vision" section;
- Provided while the person who receives the services is eligible to participate in and is covered under the Vision plan;
- Obtained in accordance with the Vision plan's terms; and
- Rendered by a provider.

## Custodial Care Services

Services that do not require special skills or training and that:

- Are non-health-related, such as assistance in activities of daily living (e.g.,   feeding, dressing, bathing, transferring and ambulating);
- Are provided for the primary purpose of meeting the personal needs of the  patient or maintaining a level of function (even if the specific services are  considered to be skilled services), as opposed to improving that function to  an extent that might allow for a more independent existence; or
- Do not require continued administration by trained medical personnel to be  delivered safely and effectively.

## Deductible

The fixed dollar amount you must pay for health care services covered under the employee health benefits each calendar year before the plans begin to pay benefits. The amounts you pay toward your deductible accumulate over the course of the calendar year.

*For the Medical plan:*

The deductibles are different under each of the plans. Also, the deductibles are different and higher when you see non-network providers. Generally, any copays you make do not count toward meeting your deductible(s). You must meet the applicable deductibles before the Medical plan begins paying benefits. The deductibles are identified in the benefit feature tables in the "Medical" section.

*For the Dental plan:*

The deductibles are higher under the Basic Option than under the Comprehensive Option; and the deductibles under both options are higher for non-network benefits than for network benefits. The deductibles are identified in the "Schedule of Benefits: Basic and Comprehensive Options" subsection.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Definitive Drug Test

A test to identify specific medications, illicit substances and metabolites and is qualitative or quantitative to identify possible use or non-use of a drug.

## Designated Pharmacy

A pharmacy that has entered into an agreement with UnitedHealthcare or with an organization contracting on its behalf, to provide specific prescription drug products including, but not limited to, specialty prescription drug products.

## Designated Provider

A provider and/or facility that:

- Has entered into an agreement with the claims administrator, or with an organization contracting on the claims administrator's behalf, to provide covered health services for the treatment of specific diseases or conditions; or
- The claims administrator has identified through the claims administrator's designation programs as a designated provider. Such designation may apply to specific treatments, conditions and/or procedures.

A designated provider may or may not be located within your geographic area. Not all network hospitals or network physicians are designated providers.

You can find out if your provider is a designated provider by contacting the claims administrator at myuhc.com or the telephone number on your medical ID card.

## Designated Virtual Network Provider

A provider or facility that has entered into an agreement with UnitedHealthcare, or with an organization contracting on UnitedHealthcare's behalf, to deliver covered health services via interactive audio and video modalities.

## Domestic Partner

- A person who meets the definition of a domestic partner, which is stated in the "Who Is Eligible" subsection.

## Durable Medical Equipment

Medical equipment that is all of the following:

- Used to serve a medical purpose with respect to treatment of a sickness, injury or their symptoms;
- Not disposable;
- Not of use to a person in the absence of a sickness, injury or their symptoms;

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

- Durable enough to withstand repeated use;
- Not implantable within the body; and
- Appropriate for use, and primarily used, within the home.

Examples of durable medical equipment include:

- Equipment to assist mobility, such as a standard wheelchair.
- A standard hospital-type bed.
- Oxygen concentrator units and the rental of equipment to administer oxygen.
- Delivery pumps for tube feedings (including tubing and connectors).
- Braces that stabilize an injured body part are considered durable medical equipment and are a covered health service, including cranial caps/bands and necessary adjustments to shoes to accommodate braces.
- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure or conditions.

### Eligibility Date

- The date or dates as of which a newly hired eligible employee or an existing  newly reclassified and newly eligible employee is first eligible to elect some or  all of the benefit plans and programs that are summarized in this Handbook.

### Eligible Dependents

- The persons whom you can elect to enroll in coverage under the Medical, Dental and Vision plans and the EAP, and  with respect to whose eligible expenses you can request reimbursement from  the HSA and the Health Care FSA. They are  defined more thoroughly in the *"Eligible Dependents"* subsection.

### Eligible Employees

- The classes of employees the Company has determined are eligible to  participate in some or all of the benefit plans that are described  in this Handbook, as listed in the "Eligible Employees" subsection.
- UHG's classification controls the employee's eligibility or ineligibility,  even if the classification is in error or UHG subsequently agrees to a  reclassification.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

**Introduction**

**Eligibility and Enrollment**

**Life Events**

**Medical**

**Dental**

**Vision**

**Health Care FSA**

**Health Savings Account (HSA)**

**Employee Assistance Program**

**Post-Employment Medical (PEM) Plan**

**Administrative Information**

**Contact Information**

**Glossary**

## Eligible Expenses

The Company has delegated to UnitedHealthcare the initial discretion and authority to decide whether a treatment or supply is a covered health service and how the eligible expenses will be determined and otherwise covered under the plans.

Eligible expenses are the amount UnitedHealthcare determines that UnitedHealthcare will pay for benefits. For network benefits, you are not responsible for any difference between eligible expenses and the amount the provider bills. For network benefits for covered health services provided by a non-network provider (other than emergency health services or services otherwise arranged by UnitedHealthcare), you will be responsible to the non-network physician or provider for any amount billed that is greater than the amount UnitedHealthcare determines to be an eligible expense as described below. For non-network benefits, you are responsible for paying, directly to the non-network provider, any difference between the amount the provider bills you and the amount UnitedHealthcare will pay for eligible expenses. Eligible expenses are determined solely in accordance with UnitedHealthcare's reimbursement policy guidelines, as described in the SPD.

**For network benefits**, eligible expenses are based on the following:

■ When covered health services are received from a network provider, eligible expenses are UnitedHealthcare's contracted fee(s) with that provider.

■ When covered health services are received from a non-network provider as a result of an emergency or as arranged by UnitedHealthcare, eligible expenses are an amount negotiated by UnitedHealthcare or an amount permitted by law. (Please contact UnitedHealthcare if you are billed for amounts in excess of your applicable coinsurance, copay or any deductible. The plans will not pay excessive charges or amounts you are not legally obligated to pay.)

**For non-network benefits**, eligible expenses are based on either of the following:

■ When covered health services are received from a non-network provider, eligible expenses are determined, based on:

▫ Negotiated rates agreed to by the non-network provider and either UnitedHealthcare or one of UnitedHealthcare's vendors, affiliates or subcontractors, at UnitedHealthcare's discretion.

▫ If rates have not been negotiated, then one of the following amounts:

• Eligible expenses are determined based on 110% of the published rates allowed by the Centers for *Medicare and Medicaid Services (CMS)* for Medicare for the same or similar service within the geographic market, with the exception of the following:

♦ 50% of *CMS* for the same or similar laboratory service.

♦ 45% of *CMS* for the same or similar durable medical equipment, or CMS competitive bid rates.]

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

- When a rate is not published by *CMS* for the service, UnitedHealthcare uses an available gap methodology to determine a rate for the service as follows:
  - For services other than pharmaceutical products, UnitedHealthcare uses a gap methodology established by *OptumInsight* and/or a third-party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale(s) currently in use become no longer available, UnitedHealthcare will use a comparable scale(s). UnitedHealthcare and *OptumInsight* are related companies through common ownership by UnitedHealth Group. Refer to UnitedHealthcare's website at myuhc.com for information regarding the vendor that provides the applicable gap fill relative value scale information.
  - For pharmaceutical products, UnitedHealthcare uses gap methodologies that are similar to the pricing methodology used by *CMS*, and produce fees based on published acquisition costs or average wholesale price for the *pharmaceuticals*. These methodologies are currently created by *RJ Health Systems, Thomson Reuters* (published in its *Red Book*), or UnitedHealthcare based on an internally developed pharmaceutical pricing resource.
  - When a rate is not published by *CMS* for the service and a gap methodology does not apply to the service, the eligible expense is based on 50% of the provider's billed charge.
- For mental health services and substance-related disorder services, the eligible expense will be reduced by 25% for covered health services provided by a psychologist and by 35% for covered health services provided by a master's-level counselor.

■ UnitedHealthcare updates the CMS published rate data on a regular basis when updated data from *CMS* becomes available. These updates are typically implemented within 30 to 90 days after *CMS* updates its data.

■ IMPORTANT NOTICE: Non-network providers may bill you for any difference between the provider's billed charges and the eligible expense described here.

## Eligible Health Care Expenses

Under the Health Care FSA, unreimbursed expenses for an eligible employee or eligible Health Care FSA dependent that are incurred for "medical care" under Code Section 213(d) and are approved by the claims administrator in its sole discretion.

## Employee Health Benefits

The UnitedHealth Group employee health benefits consist of the following plans:

■ Medical;

■ Dental;

■ Vision; and

■ Health Care Flexible Spending Account (Health Care  FSA).

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

[Introduction](#)

[Eligibility and Enrollment](#)

[Life Events](#)

[Medical](#)

[Dental](#)

[Vision](#)

[Health Care FSA](#)

[Health Savings Account (HSA)](#)

[Employee Assistance Program](#)

[Post-Employment Medical (PEM) Plan](#)

[Administrative Information](#)

[Contact Information](#)

[Glossary](#)

The employee health benefits are component plans under the UHG Inc. Group Benefits Plan.

## Eligible Health Care FSA Dependent

The persons for whom you can submit eligible health care expenses for reimbursement to the Health Care FSA. Under applicable IRS law, this includes yourself, your spouse and the following persons:

- Your children:
  - Any child who is the biological child, legally adopted child, or stepchild of you and/or your spouse or domestic partner, and any child who is placed in your home for legal adoption by you and/or your spouse or domestic partner or for whom you and/or your spouse or domestic partner have legal guardianship, if the child is under age 26.

Other people can also qualify. Certain other relatives (i.e., your brother, sister, father, mother, ancestor of either, niece or nephew, or grandchild) can qualify if you provide support for more than one-half of the year and if he or she is not anyone else's dependent child under the standards listed above. A domestic partner or others who are not related to you can qualify if you provide support for more than one-half of the year, your home is their principal place of abode, and they are members of your household whom you can claim as dependents on your federal tax return.

***Important Note:*** *This dependent eligibility definition is different from the definition of eligible dependent for purposes of the Company's other benefit programs. The fact that a person is your eligible Health Care FSA dependent does not mean they are eligible for the Company's other benefit plans.*

## Eligible Individual

For purposes of establishing and contributing to an HSA, for any month, an individual who, on the first day of such month:

- Is enrolled in a High Deductible Health Plan (HDHP);
- Is not, at the same time, covered by a health program that is not an HDHP and that provides coverage for any benefit that is covered by the HDHP;
- Cannot be claimed by another taxpayer (except his or her spouse) as a dependent on his or her individual income tax return; and
- Is not eligible for and enrolled in Medicare.

Limited-Purpose Health Care FSA coverage, certain insurance or other coverage for accidents, disability, dental care, vision care, certain long-term care, and certain insurance coverage under workers' compensation laws, for tort liability, for ownership of property and for coverage for a specific disease or for a fixed dollar amount per day or per hospitalization, do not cause an individual who otherwise satisfies the definition of eligible individual to fail to be an eligible individual.

Note: Please refer to the "[Glossary](#)" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Emergency

A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in any of the following:

- Placing the health of the covered person (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy.
- Serious impairment to bodily functions.
- Serious dysfunction of any bodily organ or part.

## Emergency Health Services

With respect to an emergency, both of the following:

- A medical screening examination (as required under section 1867 of the  Social Security Act, 42 U.S.C. 1395dd) that is within the capability of the  emergency department of a hospital, including ancillary services routinely  available to the emergency department to evaluate such emergency.
- Such further medical examination and treatment, to the extent they are  within the capabilities of the staff and facilities available at the hospital, as  are required under section 1867 of the Social Security Act (42 U.S.C.  1395dd(e)(3)).

## Enrollment Deadline

The deadline or deadlines by which an eligible employee must take action to enroll in many of the benefit plans and programs that are explained in this Handbook. There are three different enrollment deadlines:

- The initial enrollment deadline, the date by which a newly hired or  reclassified eligible employee must take action to enroll in coverage under  certain benefit plans and programs for the first time. The initial enrollment  deadline is the 30th day following the eligible employee's hire date or  reclassification as an eligible employee.
- The Open Enrollment deadline, the deadline that is identified from year to  year in the "Benefits Enrollment Guide" that is provided to eligible  employees shortly before the start of the annual Open Enrollment Period.
- The life event deadline, the date by which an eligible employee must take  action to enroll in or change coverage under certain benefit plans and  programs during the calendar year. See the "Life Events" section for the  deadlines per each type of event.

## ERISA

The Employee Retirement Income Security Act of 1974, as it may be and is amended from time to time.

## Expatriate

Any existing employee relocated by UHG across an international country border for the purpose of continuing employment with UHG. Typically, these are for assignments lasting more than six months but not more than five years.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

[Introduction](#)
[Eligibility and Enrollment](#)
[Life Events](#)
[Medical](#)
[Dental](#)
[Vision](#)
[Health Care FSA](#)
[Health Savings Account (HSA)](#)
[Employee Assistance Program](#)
[Post-Employment Medical (PEM) Plan](#)
[Administrative Information](#)
[Contact Information](#)
[Glossary](#)

## Experimental, Investigational or Unproven

Under the Dental plan, services, treatments, devices and pharmacological regimens that have not been accepted by the American Dental Association Council on Therapeutics, the FDA, NIH or other reputable certifying organization or within the profession, and the efficacy of which has not been established by well controlled, longitudinal scientific studies.

## Experimental, Investigational or Unproven Health Services and Drugs

Under the Medical plan coverage options, medical, surgical, diagnostic, psychiatric, mental, substance-related disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that are determined by the plan administrator (at the time it makes a determination regarding coverage in a particular case) to be one of the following:

- Not approved by the U.S. Food and Drug Administration (FDA) to be lawfully marketed for the proposed use and not identified in the *American Hospital  Formulary Service* or the United States Pharmacopoeia Dispensing  Information as appropriate for the proposed use;
- Subject to review and approval by any institutional review board for the  proposed use (Devices that are FDA approved under the Humanitarian Use  Device exemption are not considered to be experimental or investigational);  or
- The subject of an ongoing clinical trial that meets the definition of a Phase 1,  2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the  trial is actually subject to FDA oversight.

Exceptions:

- Clinical trials for which benefits are available as described under "Clinical Trials" in the "[Medical](#)" section.
- If you are not participating in a qualifying clinical trial and have a sickness or condition that is likely to cause death within one year of the request for treatment, it may be determined that an experimental, investigational or unproven service or drug meets the definition of a covered health service for that condition. Prior to such consideration, it must be determined that, although unproven, the service has significant potential as an effective treatment for that sickness or condition.

## FICA

Under the Federal Insurance Contributions Act, FICA taxes shown on your W-2 Form represent your contributions toward your Social Security coverage.

## FSA Unit

The division of UnitedHealthcare that administers claims under the health care expense reimbursement plans of its customers, including UnitedHealth Group's Health Care FSA.

Note: Please refer to the "[Glossary](#)" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

**Full-Purpose Health Care FSA**

A health care flexible spending account to which you can contribute on a pre-tax basis and from which you can request reimbursement for expenses (Code Section 213(d) Health Expenses) while you are not covered by any High Deductible Health Plan — HDHP (either you opted out of a Medical plan or you are enrolled in the Bind Plan, Fairview Primary Care Plan, Primary Care Plan, Doctors Plan, Kelsey-Seybold Primary Care Plan,, WellMed 1st Tier plan, Choice Transition Plane, UnitedHealthcare SignatureValue, UnitedHealthcare SignatureValue Alliance, UnitedHealthcare Signature Value Advantage, UnitedHealthcare of Nevada HMO plan, UnitedHealthcare of Nevada POS plan, or Hawaii PPO Plan).

**Gender Dysphoria**

A disorder characterized by the following diagnostic criteria classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*:

*Diagnostic criteria for adults and adolescents:*

A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two of the following:

- A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).
- A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics).
- A strong desire for the primary and/or secondary sex characteristics of the other gender.
- A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
- A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
- A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

    The condition is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

*Diagnostic criteria for children:*

A marked incongruence between one's experienced/expressed gender and  assigned gender, of at least six months' duration, as manifested by at least six  of the following (one of which must be the criterion described in the first bullet  below):

- A strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender).
- In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
- A strong preference for cross-gender roles in make-believe play or fantasy play.
- A strong preference for the toys, games or activities stereotypically used or engaged in by the other gender.
- A strong preference for playmates of the other gender.
- In boys (assigned gender), a strong rejection of typically masculine toys, games and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games and activities.
- A strong dislike of ones' sexual anatomy.
- A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

  The condition is associated with clinically significant distress or impairment in social, school or other important areas of functioning.

### Gene Therapy

Therapeutic delivery of nucleic acid (DNA or RNA) into a patient's cells as a drug to treat a disease.

### Generic Drug

A prescription drug product (1) that is chemically equivalent to a brand-name drug, or (2) that UnitedHealthcare identifies as a generic product based on available data resources including, but not limited to, Medi-Span or First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your physician may not be classified as a generic by UnitedHealthcare.

### Gestational Carrier

A female who becomes pregnant by having a fertilized egg (embryo) implanted in her uterus for the purpose of carrying the fetus to term for another person. The carrier does not provide the egg and is therefore not biologically (genetically) related to the child.

### Health Actions

For the *Rally for Health* Program, health actions are specific actions you take (e.g., biometric screening) that earn program rewards.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

[Introduction](#)
[Eligibility and Enrollment](#)
[Life Events](#)
[Medical](#)
[Dental](#)
[Vision](#)
[Health Care FSA](#)
[Health Savings Account (HSA)](#)
[Employee Assistance Program](#)
[Post-Employment Medical (PEM) Plan](#)
[Administrative Information](#)
[Contact Information](#)
[Glossary](#)

### Health Care Flexible Spending Account (Health Care FSA)

An employee's account in UnitedHealth Group's Health Care FSA that can be used to reimburse the employee for Code Section 213(d) Health Expenses.

### Health Care FSA

The UnitedHealth Group Health Care Flexible Spending Account.

### Health Savings Account (HSA)

An account that is established with a bank or other financial institution for the purpose of paying qualified health expenses, by an eligible individual who elects medical coverage under an HSA-eligible medical plan. An eligible individual generally is one who is enrolled in a High Deductible Health Plan (HDHP) and who is not enrolled in any other health plan that is not an HDHP. The HSA-eligible plans are HDHPs. The eligible individual can make pre-tax payroll deduction contributions or out-of-pocket tax- deductible contributions to his or her HSA, and the Company can make contributions that are not taxable to him or her.

### High Deductible Health Plan (HDHP)

A health program, as defined by Code Section 223:

- That does not pay benefits until the covered person meets a deductible that satisfies a statutory minimum amount (the minimum deductible amount depends on the coverage level the covered person elects); and
- Under which the covered person's out-of-pocket expenses do not exceed a statutory maximum amount.

### Hire Date

- For purposes of determining eligibility of a newly hired employee to participate in UHG's benefit plans (and subject to all of the terms of the plans), the first day as of which the newly hired person is entered as an employee on the payroll and personnel records of UHG or an affiliate.
- For purposes of determining the eligibility of an acquired employee to participate in UHG's benefit plans (and subject to all of the terms of the plans), special rules apply that are explained in the Transition Guide and Calendar or similar document for each acquisition and/or in separate materials that are provided to acquired employees shortly before they become eligible to participate.

### Home Health Agency

A program or organization authorized by law to provide health care services in the home.

Note: Please refer to the "[Glossary](#)" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction
Eligibility and Enrollment
Life Events
Medical
Dental
Vision
Health Care FSA
Health Savings Account (HSA)
Employee Assistance Program
Post-Employment Medical (PEM) Plan
Administrative Information
Contact Information
Glossary

## Hospital

An institution, operated as required by law, that:

- Is primarily engaged in providing inpatient health services by or under the supervision of a staff of physicians for the acute care and treatment of individuals who have an injury or illness through medical, mental health and substance-related disorder, diagnostic and surgical facilities; and
- Provides 24-hour nursing services.

A hospital is not primarily a place for rest, custodial care or care of the aged and is not a nursing home, convalescent home or similar institution.

## The Hub or Benefits Information Site

The online book of knowledge or information that explains or contains the Company's policies, procedures, forms, handbooks and other information related to benefits, compensation, payroll, employment practices and policies, and other Human Capital-related matters. It is accessible when you're at work via The Hub, UHG's intranet home page, and is accessible when you're at home through https://hub.uhg.com or http://benefitsinfo.uhg.com.

## Illness

Includes physical sickness or disease, or pregnancy, but does not include mental illness/substance-related disorder conditions, mental illness or chemical dependency.

## Infertility

A disease (an interruption, cessation or disorder of body functions, systems or organs) of the reproductive tract which prevents the conception of a child or the ability to carry a pregnancy to delivery. It is defined by the failure to achieve a successful pregnancy after 12 months or more of appropriate, timed unprotected intercourse or therapeutic donor insemination. Earlier evaluation and treatment may be justified based on medical history and physical findings and is warranted after six months for women age 35 years or older.

## Initial Enrollment Deadline

The 30th day following your hire date or reclassification as an eligible employee.

## Injury

Bodily damage from trauma other than illness, including all related conditions and recurrent symptoms.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Intensive Behavioral Therapy

Outpatient behavioral/educational services such as *Applied Behavior Analysis (ABA)* that aim to reinforce adaptive behaviors, reduce maladaptive behaviors and improve the mastery of functional age-appropriate skills in people with autism spectrum disorders.

## Intensive Outpatient Treatment

A structured outpatient mental health or substance-related disorders treatment program that may be free-standing or hospital-based and provides services for at least three hours per day, two or more days per week.

## IRS Maximum Allowable Amount

The United States Internal Revenue Service's annual qualified HSA contribution limit.

## Life Events

Certain events that commonly occur in your personal and professional life, which, under federal law, allow you to change your pre-tax benefit elections under the Medical, Dental and Vision plans and the Health Care FSA, if your election also complies with any consistency rule that may apply. They are explained in the "Life Events and the Consistency Rule" subsection.

## Limited-Purpose Health Care FSA

A health care flexible spending account to which you can contribute, and from which you can request reimbursement (while you are enrolled in a High Deductible Health Plan — an HSA-eligible plan) only for certain dental and vision care expenses that are Code Section 213(d) Health Expenses and are not covered health services. These expenses include but are not limited to:

- Coinsurance you pay under the Dental plan for covered dental services;
- Dental care expenses you pay that are not for covered health services and  are not covered by the Dental plan;
- Coinsurance and copays you pay under the Vision plan for covered  vision services; and
- Vision care expenses you pay that are not for covered health services and  are not covered by the Vision plan.

## Major Services

Under the Dental plan, major services are covered only under the Comprehensive Option and may be obtained from network or non-network providers. They are identified in the "Schedule of Benefits: Basic and Comprehensive Options" subsection.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Medically Necessary

Health care services that are all of the following as determined by the claims administrator or its designee, within the claims administrator's sole discretion. The services must be:

- In accordance with generally accepted standards of medical practice.
- Clinically appropriate, in terms of type, frequency, extent, service site and duration, and considered effective for your sickness, injury, mental illness, substance-related disorders disease or its symptoms.
- Not mainly for your convenience or that of your doctor or other health care provider.
- Not more costly than an alternative drug, service(s), service site or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your sickness, injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on physician specialty society recommendations or professional standards of care may be considered. The claims administrator reserves the right to consult expert opinion in determining whether health care services are medically necessary. The decision to apply physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion, shall be within the claims administrator's sole discretion.

The claims administrator develops and maintains clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting its determinations regarding specific services. These clinical policies (as developed by the claims administrator and revised from time to time), are available to you on myuhc.com or by calling the number on your medical ID card, and to physicians and other health care professionals on UHCprovider.com.

## Medical Plan

The medical plans described in "Medical" section of this Handbook.

## Mental Health Services

Covered health services for the diagnosis and treatment of those mental health or psychiatric categories that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders or the Diagnostic and Statistical Manual of the American Psychiatric Association*. The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders or Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a covered health service.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Mental Health/Substance-Related Disorder Administrator

Optum Behavioral Health, a member of the UnitedHealth Group family of companies, which is the organization designated to coordinate and administer mental health/substance-related disorder services for all coverage options.

## Mental Illness

Those mental health or psychiatric diagnostic categories listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association.* The fact that a condition is listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders* or *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a covered health service.

## Necessary Contact Lenses

Under the Vision plan, determined at your provider's discretion for one or more of the following conditions:

- Following post-cataract surgery without intraocular lens implant;
- To correct extreme vision problems that cannot be corrected with glasses;
- Certain conditions of anisometropia; or
- Certain conditions of keratoconus.

Contact UnitedHealthcare Vision concerning the reimbursement that UnitedHealthcare Vision will make before you purchase such contacts.

## Network

For plans administered by UnitedHealthcare, a group of network providers who have entered into an agreement with UnitedHealthcare or its affiliate to provide covered health services at a discounted rate.

## Network Benefits

The benefits payable by the plan, as described in the "Network Benefits" columns of the schedules of benefits in the individual plan summaries, when you obtain covered services from network providers.

## Network Mail Order Pharmacy

A mail order pharmacy that has entered into or is governed by a contractual arrangement with UnitedHealthcare under which the pharmacy agrees to provide mail order prescription drug services to participants.

UnitedHealthcare's affiliate, OptumRx, is the network mail order pharmacy.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Network Provider

A provider that has entered into an agreement with UnitedHealthcare or its affiliate to provide covered services at a discounted rate that is referred to as a Scheduled Fee. A network provider is a member of the network that is offered by your coverage option.

## Network Retail Pharmacy

A pharmacy that has entered into or is governed by a contractual arrangement with UnitedHealthcare under which the pharmacy agrees to provide prescription drug services to participants.

## Network Specialty Pharmacy

A pharmacy that has entered into or is governed by a contractual arrangement with UnitedHealthcare under which the pharmacy agrees to provide specialty prescription drug services to participants. UnitedHealthcare's affiliate, OptumRx, is a specialty pharmacy.

## New Participant

For the *Rally for Health* Program, this means:

- New enrollees in a UnitedHealth Group eligible medical plan, including  new employees and their spouse/domestic partner, those enrolling in an  eligible medical plan during annual Open Enrollment, spouses/domestic  partners added due to a life event and employees (and spouses/domestic  partners) of acquired employers.

## New Pharmaceutical Product

A pharmaceutical product or new dosage form of a previously approved pharmaceutical product. It applies to the period of time starting on the date the pharmaceutical product or new dosage form is approved by the U.S. Food and Drug Administration (FDA) and ends on the earlier of the following dates:

- The date it is reviewed.
- December 31 of the following calendar year.

## No-Cost Contraceptive List

UnitedHealthcare will establish and maintain a list of FDA-approved, no-cost contraceptive methods for women. The No-cost contraceptive list will be updated periodically, at least annually. UnitedHealth Group retains the right to review the list and to accept or reject (including not applying one or more of the UnitedHealthcare suggested changes).

## Non-Covered Dental Services

Materials and services that are not considered covered dental services and for which the Dental plan does not pay even if a provider recommends or prescribes them. They include but are not limited to the materials and services that are listed in the "Dental Services That Are Not Covered" subsection.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Non-Covered Health Services

Materials and services that are not considered covered health services and for which the Medical plan does not pay even if a provider recommends or prescribes them. They include but are not limited to the materials and services that are listed in the "Medical Services Not Covered" subsection.

## Non-Covered Vision Services

Materials and services that are not considered covered vision services and for which the Vision plan does not pay even if a provider recommends or prescribes them. They include but are not limited to the materials and services that are listed in the "Vision Services That Are Not Covered" subsection.

## Non-Network Benefits

The benefits payable by the plans, as described in the schedules of benefits in the individual plan summaries, when you obtain covered services from non-network providers. Non-network benefits are based on reasonable and customary charges.

*In the Vision Plan:*

Non-network benefits are the reimbursement allowances that are described in the Non-Network Benefits columns of the "Schedule of Benefits" subsection.

## Non-Network Eligible Expense (NEE)

Non-network eligible expenses are based on:

- Negotiated rates agreed to by the non-network provider and either the claims administrator or one of its vendors, affiliates or subcontractors, at the discretion of the claims administrator.
- If rates have not been negotiated, then one of the following amounts:
  - 110% of the published rates allowed by the Centers for Medicare and Medicaid Services (CMS) for Medicare for the same or similar service within the geographic market; or
  - When a rate is not published by CMS for the service, the claims administrator uses an available gap methodology to determine the rate for the service as follows:
    - For services other than pharmaceutical products, the claims administrator uses a gap methodology that uses a relative value scale, which is usually based on the difficulty, time, work, risk and resources of the service. The relative value scale currently used is created by OptumInsight. If the OptumInsight relative value scale becomes no longer available, a comparable scale will be used. The claims administrator and OptumInsight are related companies through common ownership by UnitedHealth Group.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

- For pharmaceutical products, the claims administrator uses gap methodologies that are similar to the pricing methodology used by CMS, and produces fees based on published acquisition costs or average wholesale price for the pharmaceuticals. These methodologies are currently created by RJ Health Systems, Thomson Reuters (published in its Red Book), or the claims administrator based on an internally developed pharmaceutical pricing resource.

When a rate is not published by CMS for the service and a gap methodology does not apply to the service, or the provider does not submit sufficient information on the claim to pay it under CMS published rates or a gap methodology, the eligible expense is based on 50% of the provider's billed charge.

The claims administrator updates the CMS published rate data on a regular basis when updated data from CMS become available. These updates are typically implemented within 30 to 90 days after CMS updates its data.

These provisions do not apply if you receive covered health services from a non-network provider in an emergency. In that case, eligible expenses are the amounts billed by the provider, unless the claims administrator negotiates lower rates.

For certain covered health services, you are required to pay a percentage of eligible expenses in the form of a copay and/or coinsurance.

Eligible expenses are subject to the claims administrator's reimbursement policy guidelines. You may request a copy of the guidelines related to your claim from the claims administrator.

## Non-Network Provider

A provider that has not entered into an agreement with the network and is free to set its rates for covered services.

## Open Enrollment Period

The annual period during which eligible employees have an opportunity to change their coverage elections and contribution levels under certain of UHG's benefit plans for the next calendar plan year. The annual Open Enrollment Period typically occurs in October each year, but it can vary from year to year.

## Orthodontia Lifetime Maximum

The maximum dollar amount that the Dental plan will pay for eligible orthodontia treatment per person, per lifetime. The orthodontia lifetime maximum is identified in the "Schedule of Benefits: Basic and Comprehensive Options" subsection.

## Orthodontia Services

Orthodontia services are covered only under the Comprehensive Option and may be obtained from network or non-network providers. They are identified in the "Schedule of Benefits: Basic and Comprehensive Options" subsection.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Orthodontia Treatment

Treatment that is necessary for the prevention and correction of malocclusion of teeth and associated dental and facial disharmonies.

## Out-of-Pocket Maximum

The maximum dollar amount that you have to pay in a calendar year for covered health services. Only certain expenses you pay count toward meeting the out-of-pocket maximums, and they generally include the deductible(s) and coinsurance payments you make for covered health services.

Once you have met the out-of-pocket maximums that apply to you under the Medical plan and coverage level that you have elected, the Medical plan generally pays 100% of the Scheduled Fee for any covered health services you receive from network providers for the remainder of the calendar year, and 100% of the Non-Network Eligible Expenses (NEE) (under the HSA-eligible plans) and 100% of the billed charge (for members who reside out of area) for the covered health services you receive from non-network providers for the remainder of the year. Charges in excess of 100% of the Scheduled Fee, NEE or billed charge, however, are not covered health services, and therefore do not count toward the out-of-pocket maximum.

## Partial Hospitalization/Day Treatment

A structured ambulatory program that may be a free-standing or hospital-based program and that provides services for at least 20 hours per week.

## Participating Employer

An affiliate of UHG that UHG permits to participate in all or some of the benefit plans that are explained in this Handbook. The affiliates that are permitted to participate are listed in the "Participating Employers" subsection. The list of participating employers changes from time to time, in UHG's discretion.

## Pharmaceutical Product

U.S. Food and Drug Administration (FDA)-approved prescription medications or products administered in connection with a covered health service by a physician.

## Pharmacy Network Management

The organization that UnitedHealthcare has designated to coordinate and administer outpatient prescription drug benefits for all of the medical plans.

## Pharmacy Network Provider

A provider who has entered into an agreement with UnitedHealthcare or its affiliate to provide outpatient prescription drugs at a reduced cost.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

### Physician

Any doctor of medicine or doctor of osteopathy who is licensed and qualified under the law of the jurisdiction in which treatment is received.

### Plan

Plan means the UHG Inc. Group Benefits Plan.

### Plan Administrator

The UnitedHealth Group Employee Benefits Plans Administrative Committee (the Committee) serves as the plan administrator to administer the benefit plans described in this Handbook. The plan administrator (and any other persons or entities to whom the plan administrator delegates fiduciary authority and duties) has the sole and exclusive authority and discretion to interpret the benefit programs' terms and benefits under them, and to make factual and legal decisions about them.

The plan administrator has the authority to delegate, and has delegated, certain authority and duties to other parties, who are third-party administrators, fiduciaries and/or trustees.

### Pregnancy

Prenatal and postnatal care, childbirth, early termination of pregnancy and any complications associated with pregnancy.

### Premium Program$^{SM}$

A program that identifies network physicians or facilities that have been designated as a UnitedHealth Premium Program$^{SM}$ physician or facility for certain medical conditions.

To be designated as a UnitedHealth Premium$^{SM}$ provider, physicians and facilities must meet program criteria. The fact that a physician or facility is a network physician or facility does not mean that it is a UnitedHealth Premium Program$^{SM}$ physician or facility.

### Prescription Drug List (PDL)

A list that categorizes medications into tiers or products approved by the U.S. Food and Drug Administration that have been evaluated by UnitedHealthcare for inclusion on the PDL. This list is subject to periodic review and modification. UnitedHealth Group retains the right to review the list and to accept or reject (rejection may include not applying one or more of the UnitedHealthcare suggested changes). The Advantage PDL is a proprietary prescription drug list that adjusts tier drugs 2–4 times per year and may limit therapy class coverage to generics or low-cost alternatives.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Prescription Drug Product

A medication or product that has been approved by the U.S. Food and Drug Administration and that can, under federal or state law, be dispensed only pursuant to a prescription order or refill. A prescription drug product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For purposes of benefits under the medical plans, this definition includes:

- Inhalers (with spacers);
- Insulin;
- Certain immunizations administered in a pharmacy.
- The following diabetic supplies:
    - Standard insulin syringes with needles;
    - Blood-testing strips — glucose;
    - Urine test strips — glucose;
    - Ketone testing strips and tablets;
    - Lancets and lancet devices; and
    - Glucose meters (not including continuous glucose monitors).

## Prescription Order or Refill

A directive to dispense a prescription drug product, issued by a duly licensed health care provider whose scope of practice permits issuance of such a prescription.

## Presumptive Drug Test

A test to determine the presence or absence of drugs or a drug class in which the results are indicated as negative or positive result.

## Preventive Care Services

*For the Medical plan:*

Preventive care services are the same under all of the medical plans and are listed under "Preventive Care" in the "Schedules of Benefits" in the "Medical" section.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

Preventive services are:

■ Evidence-based items or services that have in effect a rating of "A" or "B" in  the current recommendations of the United States Preventive Services Task  Force;

■ Immunizations that have in effect a recommendation from the Advisory  Committee on Immunization Practices of the Centers for Disease Control  and Prevention;

■ With respect to infants, children, and adolescents, evidence-informed  preventive care and screenings provided for in the comprehensive  guidelines supported by the Health Resources and Services Administration;  or

■ With respect to women, such additional preventive care and screenings as  provided for in comprehensive guidelines supported by the Health  Resources and Services Administration.

*For the Dental plan:*

Preventive services are covered under both the Basic Option and the Comprehensive Option and may be obtained from network or non-network providers. They are identified in the "Schedule of Benefits: Basic and Comprehensive Options" subsection.

## Preventive Drug

A medication that is on the preventive drug list and is prescribed to prevent the occurrence of a chronic disease or condition for an individual with risk factors, or to prevent the recurrence of a disease or condition.

## Primary Physician

A physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine. For mental health services and substance-related disorder services, any licensed clinician is considered on the same basis as a primary physician for the provision of all services other than psychological testing.

## Prior Authorization

Approval from UnitedHealthcare required before receiving a specific service. Not all covered health services require prior authorization.

## Provider

A physician, hospital, skilled nursing facility, home health agency, hospice, pharmacy, podiatrist, chiropractor, dentist, specialist, orthodontist, dental hygienist, optician, optometrist, ophthalmologist, retail optical store or other health care institution, practitioner, person or facility licensed, certified or otherwise authorized pursuant to the law of the jurisdiction in which care or treatment is received.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Qualified Medical Expense

For purposes of contributing to and using the funds in your HSA, amounts you pay for medical care (including medical, dental and vision care) for yourself, your spouse and your other eligible dependents, which are not paid for by insurance or other sources, and that include but are not limited to:

- Health expenses as defined in Code Section 213(d), which include but are not limited to:
    - Payments you make for covered health services and covered services under the Dental plan, until you meet the deductible(s) that applies to you;
    - Your coinsurance payments for covered health services; and
    - Your coinsurance payments for covered services under the Dental and Vision plans;
- Your prescription drug costs;
- Your copays for covered services under the Dental and Vision plans; and
- Premium payments for:
    - Continuation coverage under COBRA;
    - Coverage under certain long-term care insurance contracts;
    - Coverage under a health program when you receive federal or state unemployment compensation; and
    - If you are at least age 65, premiums for health insurance coverage other than a Medicare supplemental policy.

### *Rally for Health* Program

Rally for Health is the wellbeing program that rewards Company employees and spouses/domestic partners enrolled in the Low-Deductible Plan, Balanced Plan, Low-Premium Plan, Primary Care Plan, WellMed 1st Tier plan or Choice Transition Plan with financial rewards for completing certain health actions, like getting an annual biometric screening and completing the Rally$^{SM}$ Health Survey.

The rewards are "pay as you go," meaning you will receive your rewards within weeks or sometimes days from the time you complete the health action.

### Reasonable and Customary Charge (R&C)

A charge for treatment, service or supplies, as determined by the third-party administrator, that is the typical fee that most providers in a geographic area charge for the same or similar treatment, service or supplies. If you receive covered dental services from a non-network provider and the provider's fee is more than the reasonable and customary charge, you are responsible for paying all of the charges that exceed the reasonable and customary charge.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

## Reconstructive Procedure

A procedure performed to address a physical impairment where the expected outcome is restored or improved function. The primary purpose of a reconstructive procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures that are associated with an injury, sickness or congenital anomaly. The primary result of the procedure is not changed or improved physical appearance. The fact that a person may suffer psychologically as a result of the impairment does not classify surgery or any other procedure done to relieve the impairment as a reconstructive procedure.

## Regular Full-Time Employee

An employee of a participating employer who is classified on the U.S. payroll and personnel records of the participating employer as an employee who is regularly scheduled to work at least 35 hours per week and as an employee who is not a collectively bargained employee.

## Regular Part-Time Employee

An employee of a participating employer who is classified on the U.S. payroll and personnel records of the participating employer as an employee who is regularly scheduled to work 1-34 hours per week (regardless of the hours actually worked) and as an employee who is not a collectively bargained employee.

## Reimbursement Allowance

The maximum amount the Vision plan pays to you for covered vision services that you obtain from non-network providers or when you see a network provider but choose frames or contact lenses that are not in the covered selection.

## Residential Treatment

Treatment in a facility that provides mental health services or substance-related disorder services treatment. The facility meets all of the following requirements:

- It is established and operated in accordance with applicable state law for  residential treatment programs.
- It provides a program of treatment under the active participation and  direction of a physician and approved by the mental health/substance-related disorder administrator.
- It has or maintains a written, specific and detailed treatment program  requiring full-time residence and full-time participation by the patient.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

**Introduction**

**Eligibility and Enrollment**

**Life Events**

**Medical**

**Dental**

**Vision**

**Health Care FSA**

**Health Savings Account (HSA)**

**Employee Assistance Program**

**Post-Employment Medical (PEM) Plan**

**Administrative Information**

**Contact Information**

**Glossary**

- It provides at least the following basic services in a 24-hour per day, structured milieu:
  - Room and board;
  - Evaluation and diagnosis;
  - Counseling; and
  - Referral and orientation to specialized community resources.

A residential treatment facility that qualifies as a hospital is considered a hospital.

## Schedules of Benefits

The tables in the individual plan summaries that describe the services and supplies that are covered services under each of the plans or options that are available through the Medical, Dental and Vision plans, and that summarize the benefits payable when you obtain such services.

## Scheduled Fee

The negotiated discounted fee for covered services that a network provider agrees to accept as full payment for such services when contracting with UnitedHealthcare or its affiliate to become a member of a network.

## Semiprivate Room

A room with two or more beds in a hospital. The difference in cost between a semiprivate room and a private room is covered only when a private room is necessary in terms of generally accepted medical practice or when a semiprivate room is not available.

## Shared Savings Program

A program in which UnitedHealthcare may obtain a discount to a non-network provider's billed charges. This discount is usually based on a schedule previously agreed to by the non-network provider. When this happens, you may experience lower out-of-pocket amounts. Medical plan coinsurance and deductibles would still apply to the reduced charge. Sometimes plan provisions or administrative practices conflict with the scheduled rate, and a different rate is determined by UnitedHealthcare. In this case the non-network provider may bill you for the difference between the billed amount and the rate determined by UnitedHealthcare. If this happens you should call the number on your medical ID card. Shared Savings Program providers are not network providers and are not credentialed by UnitedHealthcare.

## Sickness

Physical illness, disease or pregnancy. The term sickness as used in this SPD includes mental illness, or substance-related disorders, regardless of the cause or origin of the mental illness, or substance-related disorder.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

### Skilled Nursing Facility

A nursing facility that is licensed and operated as required by law. A skilled nursing facility that is part of a hospital is considered a skilled nursing facility for the purpose of the program.

### Specialist Physician

A physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine. For mental health services and substance-related disorder services, any licensed clinician is considered on the same basis as a specialist physician. For mental health services and substance-related disorder services, a licensed clinician who provides psychological testing is considered on the same basis as a specialist physician.

### Specialty Drug List

A list of the medications identified by pharmacy network management as covered under the Medical plan as specialty drugs. The current list can be viewed online at myuhc.com.

### Specialty Prescription Drug

Specialty drugs are defined by meeting at least three of the criteria/characteristics below:

■  Target a chronic or complex disease.

■  Administered by oral, inhaled, infused, or injected means.

■  Require a customized medication management program that includes medication use review, patient training, coordination of care, and adherence management for successful use such that more frequent monitoring and training may be required.

■  Produced through DNA technology or biological processes.

■  Unique handling through a designated specialty pharmacy, distribution, and/or administration requirements.

### Spouse

A person who meets the definition of a spouse, which is stated in the "Eligible Dependents" subsection.

### Substance-Related Disorder Services

Covered health services for the diagnosis and treatment of alcoholism and substance-related disorders that are listed in the current edition of the *International Classification of Diseases section on Mental and Behavioral Disorders or Diagnostic and Statistical Manual of the American Psychiatric Association.* The fact that a disorder is listed in the edition of the *International Classification of Diseases section on Mental and Behavioral Disorders or Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a covered health service.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

Introduction

Eligibility and Enrollment

Life Events

Medical

Dental

Vision

Health Care FSA

Health Savings Account (HSA)

Employee Assistance Program

Post-Employment Medical (PEM) Plan

Administrative Information

Contact Information

Glossary

### Surrogate

A female who becomes pregnant usually by artificial insemination or transfer of a fertilized egg (embryo) for the purpose of carrying the fetus for another person. The surrogate provides the egg and is therefore biologically (genetically) related to the child.

### Temporary Employee

An individual who is hired by an affiliate of UHG to work a full-time or part-time schedule for a special project(s) or on a short-term or intermittent basis, and who is classified on its payroll and personnel records as a temporary employee.

### Therapeutic Donor Insemination (TDI)

Insemination with a donor sperm sample for the purpose of conceiving a child.

### Transition Guide and Calendar

The guide or similar document that is prepared for each acquisition that explains the manner in which acquired employees who are eligible employees will become eligible to participate in UnitedHealth Group's benefit plans.

The terms of the Transition Guide and Calendar vary from acquisition to acquisition. The name of the Transition Guide and Calendar may also change from time to time.

### Transitional Living

Mental health services/substance-related disorder services that are provided through facilities, group homes and supervised apartments that provide 24-hour supervision that is either:

- Sober living arrangements such as drug-free housing or alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the covered person with recovery.
- Supervised living arrangements, which are residences such as facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the covered person with recovery.

### UHG Inc. Group Benefits Plan

The UHG Inc. Group Benefits Plan is UnitedHealth Group's formal ERISA plan. The benefit plans described in this Handbook are all components of the UHG Inc. Group Benefits Plan.

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# Glossary (Continued)

[Introduction](#)
[Eligibility and Enrollment](#)
[Life Events](#)
[Medical](#)
[Dental](#)
[Vision](#)
[Health Care FSA](#)
[Health Savings Account (HSA)](#)
[Employee Assistance Program](#)
[Post-Employment Medical (PEM) Plan](#)
[Administrative Information](#)
[Contact Information](#)
[Glossary](#)

## UnitedHealthcare Vision Network Provider

For the purpose of the Vision plan's coverage of vision exams, a vision network provider is a provider (such as an optometrist, optician, ophthalmologist, retail optical store or other provider) who is a network provider under the terms of the Vision plan.

## Urgent Care

Care that requires prompt attention to avoid adverse consequences, but does not pose an immediate threat to a person's life. Urgent care is usually delivered in a walk-in setting and without an appointment. Urgent care facilities are a location distinct from a hospital emergency department, an office or a clinic.

The purpose is to diagnose and treat illness or injury for unscheduled, ambulatory patients seeking immediate medical attention.

## Urgent Care Center

A facility that provides covered health services that are required to prevent serious deterioration of your health, and that are required as a result of unforeseen sickness, injury, or onset of acute or severe symptoms.

## Virtual Visit

Virtual visits for covered health services that include the diagnosis and treatment of low-acuity medical conditions for covered persons, through the use of interactive audio and video telecommunication and transmissions, and audiovisual communication technology. Virtual visits provide communication of medical information in real time between the patient and a distant physician or health care specialist, through use of interactive audio and video communications equipment outside of a medical facility (for example, from home or from work).

Network benefits are available only when services are delivered through a designated virtual network provider. You can find a designated virtual network provider by going to myuhc.com or by calling the telephone number on your medical ID card.

**Please Note:** Not all medical conditions can be appropriately treated through virtual visits. The designated virtual network provider will identify any condition for which treatment by in-person physician contact is necessary.

Benefits under this section do not include email, fax or standard telephone calls, or telehealth/telemedicine visits that occur within medical facilities (CMS-defined originating facilities).

Note: Please refer to the "Glossary" section in this SPD if you are unfamiliar with a particular word or phrase.

# COMPOSITE EXHIBIT "2"

9A-15261*01*000001-PM-19011-110*C01168504UHCTOPS

STD - PRA

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

011UTOPPR1009001-10431-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 01/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
| | SURGERY PLLC |
| TRACE NUMBER: | TV 03189258 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 01/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 03189258 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B_____ H_____

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: | _____ | SUBSCRIBER NAME: | _____ | CLAIM NUMBER: 7546110526 0045454742 |
| CLAIM DATE: | 03/10/18-03/10/18 | DATE RECEIVED: | 12/11/18 | PRODUCT: CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| _____ | | | | | $105,513.00 | | | | $0.00 | $10,053.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/10/18 - 03/10/18 | | 99285 | 25 | | 1 | | $1,728.00 | | $1,728.00 | PI | B13 | $0.00 | L5 |
| 002 | 03/10/18 - 03/10/18 | | 15734 | | | 1 | | $46,674.00 | | $46,674.00 | PI | B12 | $0.00 | MJ |
| 003 | 03/10/18 - 03/10/18 | | 15734 | 59 | | 1 | | $46,674.00 | | $46,674.00 | PI | B12 | $0.00 | MJ |
| 004 | 03/10/18 - 03/10/18 | | 11042 | 59 | | 1 | | $384.00 | | $384.00 | PI | B13 | $0.00 | L5 |
| 005 | 03/10/18 - 03/10/18 | | 19020 | 50 | | 1 | | $2,466.00 | | $2,466.00 | PR | 97 | $0.00 | O5, N525 |
| 006 | 03/10/18 - 03/10/18 | | 14301 | | | 1 | | $7,587.00 | | $7,587.00 | PR | 97 | $0.00 | O5, N525 |
| CLAIM# 7546110526 0045454742 | | | | | | | SUBTOTAL | $105,513.00 | | $105,513.00 | | | $0.00 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

NOTES

| | |
|---|---|
| PIB12 | PAYER INITIATED REDUCTIONS - SERVICES NOT DOCUMENTED IN PATIENT'S MEDICAL RECORDS. |
| PIB13 | PAYER INITIATED REDUCTIONS - PREVIOUSLY PAID. PAYMENT FOR THIS CLAIM/SERVICE MAY HAVE BEEN PROVIDED IN A PREVIOUS PAYMENT. |
| PR97 | PATIENT RESPONSIBILITY - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED. |
| L5 | THIS CLAIM FOR ADDITIONAL CHARGES OR CORRECTED BILLING HAS BEEN CONSIDERED AND NO ADDITIONAL PAYMENT IS DUE. |
| MJ | PAYMENT FOR THIS SERVICE IS DENIED. THE DOCUMENTATION RECEIVED DOES NOT SUPPORT THE SERVICE BILLED. |
| O5 | THIS PROCEDURE OR SUPPLY IS PART OF THE GLOBAL SERVICE. THESE CHARGES ARE NOT ELIGIBLE FOR SEPARATE REIMBURSEMENT. |

011UTOPPR1009001-10431-02 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · 9A-15261*02*000003-PM-19011-120*C01168504UHCTOPS

STD - PRA ![UnitedHealthcare]

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| DATE: | 01/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 03189258 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

NOTES

N525        THESE SERVICES ARE NOT COVERED WHEN PERFORMED WITHIN THE GLOBAL PERIOD OF ANOTHER SERVICE.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

067UTOPPR1015001-1801-03                          5A-17422*01*000001-PM-19067-120*C*011685041UHCTOPS

United HealthCare Services, Inc.                  STD - PRA                    ⫿ UnitedHealthcare®
DULUTH SERVICE CENTER
PO BOX 740800                                     **PROVIDER**
ATLANTA GA 30374-0800                             **REMITTANCE ADVICE**
PHONE: 1-877-842-3210

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 03/08/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
| | SURGERY PLLC |
| TRACE NUMBER: | TV 04188009 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 03/08/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 04188009 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B███████ H███████

| | | |
|---|---|---|
| SUBSCRIBER ID: ███████ | SUBSCRIBER NAME: ███████ | CLAIM NUMBER: 7659687596 0046523823 |
| CLAIM DATE: 01/26/19-01/26/19 | DATE RECEIVED: 02/28/19 | PRODUCT: ADVTG |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | | | | | $776.00 | | | | $0.00 | $776.00 |

| | | | | | | SERVICE LINE DETAIL(S) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34791251 | 01/26/19 - 01/26/19 | | 99283 | 57 | | 1 | | $776.00 | | $776.00 | PR | 97 | $0.00 | O5, N525 |
| CLAIM# 7659687596 0046523823 | | | | | | SUBTOTAL | | $776.00 | | $776.00 | | | $0.00 | |
| | | | | | | | | | | TOTAL PAYABLE TO PROVIDER | | | $0.00 | |

NOTES

PR97    PATIENT RESPONSIBILITY - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED.

O5    THIS PROCEDURE OR SUPPLY IS PART OF THE GLOBAL SERVICE. THESE CHARGES ARE NOT ELIGIBLE FOR SEPARATE REIMBURSEMENT.

N525    THESE SERVICES ARE NOT COVERED WHEN PERFORMED WITHIN THE GLOBAL PERIOD OF ANOTHER SERVICE.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

5B-461*01*000001-PM-19074-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

**UnitedHealthcare**®

# PROVIDER
# REMITTANCE ADVICE

074UTOPPR1015002-00296-01
VANGUARD PLASTIC SURGERY PLLC
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |

## PROVIDER REMITTANCE AT A GLANCE

| | |
|---|---|
| **AMOUNT OF TOTAL BENEFITS AVAILABLE** | $94,365.51 |
| **LESS AMOUNT PREVIOUSLY OWED** | |
| **TOTAL PAID** | $94,365.51 |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

5B-461*01*000002-PM-19074-110*C01168504UHCTOPS

STD - PRA

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA



# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B⬛⬛⬛ H⬛⬛⬛

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: ⬛ | SUBSCRIBER NAME: ⬛ | CLAIM NUMBER: | 7659687598 0046588927 |
| CLAIM DATE: 01/26/19-01/26/19 | DATE RECEIVED: 02/28/19 | PRODUCT: | ADVTG |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛ | | | | | $32,121.00 | | | | $0.00 | $32,121.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/SVC/MOD | ADJ PROD/SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34791272 | 01/26/19-01/26/19 | | 19371 | 78/LT | | 1 | | $20,621.00 | | $20,621.00 | PR | 242 | $0.00 | NI |
| 34791273 | 01/26/19-01/26/19 | | 19328 | 78/LT | | 1 | | $6,500.00 | | $6,500.00 | PR | 242 | $0.00 | NI |
| 34791283 | 01/26/19-01/26/19 | | 19330 | 78/LT | | 1 | | $5,000.00 | | $5,000.00 | PR | 242 | $0.00 | NI |
| CLAIM# 7659687598 0046588927 | | | | | | | SUBTOTAL | $32,121.00 | | $32,121.00 | | | $0.00 | |

NOTES

PR242   PATIENT RESPONSIBILITY - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS .

NI      PAYMENT FOR THIS SERVICE IS DENIED. BENEFITS ARE ONLY AVAILABLE WHEN YOU RECEIVE SERVICES FROM A PROVIDER IN YOUR PLAN'S NETWORK.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA



## PROVIDER
## REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B████ H████

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: | ████ | SUBSCRIBER NAME: | ████ | CLAIM NUMBER: | 7634139245 0046621691 |
| CLAIM DATE: | 11/12/18-11/12/18 | DATE RECEIVED: | 02/14/19 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | A058595796 | | | $124,742.00 | | | | $57,689.85 | $2,184.49 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34647108 | 11/12/18 - 11/12/18 | | 19340 | 50 | | 1 | | $45,000.00 | $10,799.67 | $22,500.00 | CO | 45 | $8,615.18 | 3Z, KZ |
| | | | | | | | | | | $11,700.33 | PI | 131 | | |
| | | | | | | | | | | $2,184.49 | PR | 2 | | |
| 34647108 | 11/12/18 - 11/12/18 | 19340/ 50 | 19340 | | | 1 | | $0.00 | $10,799.67 | -$22,500.00 | OA | 94 | $10,799.67 | 3Z, KZ |
| | | | | | | | | | | $11,700.33 | PI | 131 | | |
| 34647107 | 11/12/18 - 11/12/18 | | 19371 | 59 | | 1 | | $41,242.00 | $9,897.78 | $20,621.00 | CO | 45 | $9,897.78 | 3Z, KZ |
| | | | | | | | | | | $10,723.22 | PI | 131 | | |
| 34647107 | 11/12/18 - 11/12/18 | 19371/ 50/ 59 | 19371 | 59 | | 1 | | $0.00 | $9,897.78 | -$20,621.00 | OA | 94 | $9,897.78 | 3Z, KZ |
| | | | | | | | | | | $10,723.22 | PI | 131 | | |
| 34647106 | 11/12/18 - 11/12/18 | | 19380 | 50/ 22/ 59 | | 1 | | $38,500.00 | $9,239.72 | $19,250.00 | CO | 45 | $9,239.72 | 3Z, KZ |
| | | | | | | | | | | $10,010.28 | PI | 131 | | |
| 34647106 | 11/12/18 - 11/12/18 | 19380/ 50/ 22/ 59 | 19380 | 22/ 59 | | 1 | | $0.00 | $9,239.72 | -$19,250.00 | OA | 94 | $9,239.72 | 3Z, KZ |
| | | | | | | | | | | $10,010.28 | PI | 131 | | |
| CLAIM# 7634139245 0046621691 | | | | | | | SUBTOTAL | $124,742.00 | $59,874.34 | $67,052.15 | | | $57,689.85 | KZ, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B⬛⬛⬛ H⬛⬛

| SUBSCRIBER ID: ⬛ | SUBSCRIBER NAME: ⬛ | CLAIM NUMBER: 7634139245 0046621709 |
|---|---|---|
| CLAIM DATE: 11/12/18-11/12/18 | DATE RECEIVED: 02/14/19 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛ | | A058595796 | | | $0.00 | | | | $26,247.98 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34647109 | 11/12/18 - 11/12/18 | 19316 | 19316 | 59 | | 1 | | $0.00 | $10,427.68 | -$21,725.00 | OA | 94 | $10,427.68 | 3Z, KZ |
| | | | | | | | | | | $11,297.32 | PI | 131 | | |
| 34647110 | 11/12/18 - 11/12/18 | 14001 | 14001 | 59 | | 1 | | $0.00 | $15,820.30 | -$32,960.00 | OA | 94 | $15,820.30 | 3Z |
| | | | | | | | | | | $17,139.70 | PI | 131 | | |
| CLAIM# 7634139245 0046621709 | | | | | SUBTOTAL | | | $0.00 | $26,247.98 | -$26,247.98 | | | $26,247.98 | KZ, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| SUBSCRIBER ID: ⬛ | SUBSCRIBER NAME: ⬛ | CLAIM NUMBER: 7634139245 0046621711 |
|---|---|---|
| CLAIM DATE: 11/12/18-11/12/18 | DATE RECEIVED: 02/14/19 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛ | | A058595796 | | | $43,450.00 | | | | $10,427.68 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34647109 | 11/12/18 - 11/12/18 | 19316 | 19316 | 50/ 59 | | 1 | | $43,450.00 | $10,427.68 | $21,725.00 | CO | 45 | $10,427.68 | 3Z, KZ |
| | | | | | | | | | | $11,297.32 | PI | 131 | | |
| CLAIM# 7634139245 0046621711 | | | | | SUBTOTAL | | | $43,450.00 | $10,427.68 | $33,022.32 | | | $10,427.68 | KZ, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| TOTAL PAYABLE TO PROVIDER | $94,365.51 |
|---|---|

5B-461*03*000006-PM-19074-120*C01168504UHCTOPS

STD - PRA

$\blacksquare$ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 03/15/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31218704 |
| CHECK AMOUNT: | $94,365.51 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

NOTES

CO45    CONTRACTUAL OBLIGATIONS - CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT.

OA94    OTHER ADJUSTMENTS - PROCESSED IN EXCESS OF CHARGES.

PI131   PAYER INITIATED REDUCTIONS - CLAIM SPECIFIC NEGOTIATED DISCOUNT.

PR2     PATIENT RESPONSIBILITY - COINSURANCE AMOUNT

3Z      THIS PHYSICIAN OR HEALTH CARE PROVIDER IS OUT-OF-NETWORK. BASED ON A FEE NEGOTIATED AGREEMENT WITH MULTIPLAN, THE PROVIDER HAS ACCEPTED A DISCOUNT FOR THIS SERVICE. THE DISCOUNT SHOWN IS YOUR SAVINGS AND IS NOT INCLUDED IN THE AMOUNT YOU OWE. IF YOU HAVE PAID THE PHYSICIAN OR HEALTH CARE PROVIDER MORE THAN THE AMOUNT YOU OWE, PLEASE CALL THEM FOR A REFUND.

KZ      THE CLAIM YOU SUBMITTED WITH BILATERAL MODIFIER 50 WILL BE REPROCESSED ON TWO LINES RATHER THAN A SINGLE LINE.

MA15    YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits. Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5. For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

0A-13416*01*000001-PM-18089-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

089UTOPPR1020001-09526-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 03/30/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 78977135 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

|  |  |
|---|---|
| DATE: | 03/30/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | OK 78977135 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B⬛⬛⬛ H⬛⬛⬛

| SUBSCRIBER ID: ⬛ | SUBSCRIBER NAME: ⬛ | CLAIM NUMBER: 7062783149 0041052701 |
|---|---|---|
| CLAIM DATE: 03/05/18-03/05/18 | DATE RECEIVED: 03/27/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD |  |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛ |  |  |  |  | $4,860.00 |  |  |  | $0.00 | $4,860.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353111 | 03/05/18 - 03/05/18 |  | 19340 | 50 |  | 1 |  | $4,860.00 |  | $4,860.00 | PR | 96 | $0.00 | O9, N362 |
| CLAIM# 7062783149 0041052701 |  |  |  |  |  | SUBTOTAL |  | $4,860.00 |  | $4,860.00 |  |  | $0.00 | MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| TOTAL PAYABLE TO PROVIDER | $0.00 |
|---|---|

NOTES

PR96     PATIENT RESPONSIBILITY - NON-COVERED CHARGE(S).

O9       THE NUMBER OF UNITS REPORTED EXCEEDS THE TYPICAL FREQUENCY PER DAY. THEREFORE, THE NUMBER OF
         UNITS THAT EXCEED THE TYPICAL FREQUENCY PER DAY ARE NOT BEING CONSIDERED. IF THE PROVIDER HAS
         ADDITIONAL DOCUMENTATION, PLEASE SEND IT TO US FOR CONSIDERATION. IF THIS IS A RENTAL, A SINGLE
         RENTAL PAYMENT COVERS A FULL CALENDAR MONTH FOR DURABLE MEDICAL EQUIPMENT, ORTHOTICS AND
         PROSTHETICS AND IS ALLOWED ONCE PER CALENDAR MONTH. THE ADDITIONAL UNITS FOR THE RENTAL OF
         THIS ITEM HAVE BEEN DENIED AS EXCEEDING THESE LIMITS.

MA15     YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE
         OTHER SERVICES REPORTED.

N362     THE NUMBER OF DAYS OR UNITS OF SERVICE EXCEEDS OUR ACCEPTABLE MAXIMUM.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS,
DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM
RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF
A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S
BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE
TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS.
EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF
BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE
WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE

STD - PRA

**UnitedHealthcare**®

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| DATE: | 03/30/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 78977135 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

096UTORPR1023001-10486-04

3A-15875*01*000001-PM-18096-120*C91168504UHCTOPS

STD - PRA

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 04/06/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
| | SURGERY PLLC |
| TRACE NUMBER: | OK 79092919 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 04/06/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | OK 79092919 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B▇▇▇▇▇ H▇▇▇▇▇▇

| | | |
|---|---|---|
| SUBSCRIBER ID: ▇▇▇▇ | SUBSCRIBER NAME: ▇▇▇▇ | CLAIM NUMBER: 7076489271 0041185683 |
| CLAIM DATE: 03/05/18-03/05/18 | DATE RECEIVED: 04/04/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | | | | | $4,860.00 | | | | $0.00 | $4,860.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353111 | 03/05/18 - 03/05/18 | | 19340 | 50 | | 1 | | $4,860.00 | | $4,860.00 | PR | 96 | $0.00 | O9, N362 |
| CLAIM# 7076489271 0041185683 | | | | | | SUBTOTAL | | $4,860.00 | | $4,860.00 | | | $0.00 | MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

NOTES

PR96    PATIENT RESPONSIBILITY - NON-COVERED CHARGE(S).

O9      THE NUMBER OF UNITS REPORTED EXCEEDS THE TYPICAL FREQUENCY PER DAY. THEREFORE, THE NUMBER OF UNITS THAT EXCEED THE TYPICAL FREQUENCY PER DAY ARE NOT BEING CONSIDERED. IF THE PROVIDER HAS ADDITIONAL DOCUMENTATION, PLEASE SEND IT TO US FOR CONSIDERATION. IF THIS IS A RENTAL, A SINGLE RENTAL PAYMENT COVERS A FULL CALENDAR MONTH FOR DURABLE MEDICAL EQUIPMENT, ORTHOTICS AND PROSTHETICS AND IS ALLOWED ONCE PER CALENDAR MONTH. THE ADDITIONAL UNITS FOR THE RENTAL OF THIS ITEM HAVE BEEN DENIED AS EXCEEDING THESE LIMITS.

MA15    YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

N362    THE NUMBER OF DAYS OR UNITS OF SERVICE EXCEEDS OUR ACCEPTABLE MAXIMUM.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE

STD - PRA                ▌UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| DATE: | 04/06/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 79092919 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

3A-15409*01*000001-PM-18103-110*C01168504UHCTOPS

STD - PRA

**UnitedHealthcare**®

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

# PROVIDER
# REMITTANCE ADVICE

103UTOPPR1023001-10339-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| CHECK DATE: | 04/13/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31111451 |
| CHECK AMOUNT: | $4,257.54 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

3A-15409*01*000002-PM-18103-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

⬛ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 04/13/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31111451 |
| CHECK AMOUNT: | $4,257.54 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

STD - PRA-473033715-5400000000067977791

103UTOBPR1023001-10339-02

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 04/13/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31111451 |
| CHECK AMOUNT: | $4,257.54 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PATIENT: B** ███████ **H** ████████

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: ████ | SUBSCRIBER NAME: ████ | | CLAIM NUMBER: 7050597292 0041276787 |
| CLAIM DATE: 03/10/18-03/10/18 | DATE RECEIVED: 03/20/18 | | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $144,600.00 | | | | $4,257.54 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30167315 | 03/10/18 - 03/10/18 | | 19020 | 50 | | 1 | | $2,466.00 | $1,146.69 | $1,319.31 | CO | 45 | $1,146.69 | 1Q, KZ |
| 30167315 | 03/10/18 - 03/10/18 | 19020/ 50 | 19020 | | | 1 | | $0.00 | $1,146.69 | $86.31 | CO | 45 | $1,146.69 | 1Q, KZ |
| | | | | | | | | | | -$1,233.00 | OA | 94 | | |
| 30167314 | 03/10/18 - 03/10/18 | | 11042 | 59 | | 1 | | $384.00 | $357.12 | $26.88 | CO | 45 | $357.12 | 1Q |
| 30167313 | 03/10/18 - 03/10/18 | | 15734 | 50/ 59 | | 1 | | $70,011.00 | | $70,011.00 | PI | 4 | $0.00 | I1, N517 |
| 30167311 | 03/10/18 - 03/10/18 | | 99285 | 25 | | 1 | | $1,728.00 | $1,607.04 | $120.96 | CO | 45 | $1,607.04 | 1Q |
| 30167312 | 03/10/18 - 03/10/18 | | 15734 | 50 | | 1 | | $70,011.00 | | $70,011.00 | PI | 4 | $0.00 | I1, N517 |
| CLAIM# 7050597292 0041276787 | | | | | | SUBTOTAL | | $144,600.00 | $4,257.54 | $140,342.46 | | | $4,257.54 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $4,257.54 |

NOTES

CO45    CONTRACTUAL OBLIGATIONS - CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT.

OA94    OTHER ADJUSTMENTS - PROCESSED IN EXCESS OF CHARGES.

PI4     PAYER INITIATED REDUCTIONS - THE PROCEDURE CODE IS INCONSISTENT WITH THE MODIFIER USED OR A REQUIRED MODIFIER IS MISSING.

1Q      THIS PHYSICIAN OR HEALTH CARE PROVIDER IS OUT-OF-NETWORK. BASED ON AN AGREEMENT WITH TRPN/MCS, THE PROVIDER HAS ACCEPTED A DISCOUNT FOR THIS SERVICE. THE DISCOUNT SHOWN IS YOUR SAVINGS AND IS NOT INCLUDED IN THE AMOUNT YOU OWE. IF YOU HAVE PAID THE PHYSICIAN OR HEALTH CARE PROVIDER MORE THAN THE AMOUNT YOU OWE, PLEASE CALL THEM FOR A REFUND.

3A-15409*02*000004-PM-18103-120*C01168504UHCTQPS

STD - PRA

**UnitedHealthcare**®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 04/13/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31111451 |
| CHECK AMOUNT: | $4,257.54 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

NOTES

I1      PAYMENT FOR THIS SERVICE IS DENIED. THE PROCEDURE CODE SUBMITTED WITH A MODIFIER 50 IS NOT ELIGIBLE FOR REIMBURSEMENT. THE PHYSICIAN OR HEALTH CARE PROFESSIONAL SHOULD SUBMIT A CORRECTED CLAIM.

KZ      THE CLAIM YOU SUBMITTED WITH BILATERAL MODIFIER 50 WILL BE REPROCESSED ON TWO LINES RATHER THAN A SINGLE LINE.

N517    RESUBMIT A NEW CLAIM WITH THE REQUESTED INFORMATION.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

STD - PRA

**UnitedHealthcare®**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 04/27/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
|  | SURGERY PLLC |
| CHECK NUMBER: | LH 31115755 |
| CHECK AMOUNT: | $4,378.77 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

0A-173.16*01*000002-PM-18117-120*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

⬛ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 04/27/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31115755 |
| CHECK AMOUNT: | $4,378.77 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

STD - PRA-473033715-5400000000069105695

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 04/27/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31115755 |
| CHECK AMOUNT: | $4,378.77 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B_____ H_____

| SUBSCRIBER ID: | ____ | SUBSCRIBER NAME: | ____ | CLAIM NUMBER: | 7062783149 0041481394 |
|---|---|---|---|---|---|
| CLAIM DATE: | 03/05/18-03/05/18 | DATE RECEIVED: | 03/27/18 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $15,849.60 | | | | $4,378.77 | $10,361.36 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353104 | 03/05/18 - 03/05/18 | 19303/ 50 | 19303 | | | 1 | | $5,832.00 | $5,423.76 | $408.24 | CO | 45 | $0.00 | 1Q |
| | | | | | | | | | | $5,423.76 | PR | 1 | | |
| 30353109 | 03/05/18 - 03/05/18 | 19303/ 22 | 19303 | | | 1 | | $4,665.60 | $4,339.01 | $326.59 | CO | 45 | $1,890.09 | 1Q |
| | | | | | | | | | | $558.84 | PR | 1 | | |
| | | | | | | | | | | $1,890.08 | PR | 2 | | |
| 30353105 | 03/05/18 - 03/05/18 | | 14301 | | | 1 | | $5,352.00 | $4,977.36 | $374.64 | CO | 45 | $2,488.68 | 1Q |
| | | | | | | | | | | $2,488.68 | PR | 2 | | |
| CLAIM# 7062783149 0041481394 | | | | | | | SUBTOTAL | $15,849.60 | $14,740.13 | $11,470.83 | | | $4,378.77 | ZE, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| SUBSCRIBER ID: | ____ | SUBSCRIBER NAME: | ____ | CLAIM NUMBER: | 7062783149 0041481400 |
|---|---|---|---|---|---|
| CLAIM DATE: | 03/05/18-03/05/18 | DATE RECEIVED: | 03/27/18 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $93,348.00 | | | | $0.00 | $93,348.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353107 | 03/05/18 - 03/05/18 | | 15734 | LT | | 1 | | $46,674.00 | | $46,674.00 | PR | 226 | $0.00 | GZ, MA130 |

0A-17316*02*000004-PM-18117-120*C01168504UHCTOPS

STD - PRA

 **UnitedHealthcare**

# PROVIDER
## REMITTANCE ADVICE

CHECK DATE: 04/27/18
TIN: 473033715
NPI: 1962889204
PAYEE NAME: VANGUARD PLASTIC SURGERY PLLC
CHECK NUMBER: LH 31115755
CHECK AMOUNT: $4,378.77
GROUP NUMBER: 168504
GROUP NAME: UNITEDHEALTHCARE

## PATIENT: B▇▇▇▇ H▇▇▇▇

| | | |
|---|---|---|
| SUBSCRIBER ID: ▇▇▇▇ | SUBSCRIBER NAME: ▇▇▇▇ | CLAIM NUMBER: 7062783149 0041481400 |
| CLAIM DATE: 03/05/18-03/05/18 | DATE RECEIVED: 03/27/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

CONTINUED                                                SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353108 | 03/05/18 - 03/05/18 | - | 15734 | RT/ 59 | | 1 | | $46,674.00 | | $46,674.00 | PR | 226 | $0.00 | GZ, MA130 |
| CLAIM# 7062783149 0041481400 | | | | SUBTOTAL | | | | $93,348.00 | | $93,348.00 | | | $0.00 | ZE, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | | |
|---|---|---|
| SUBSCRIBER ID: ▇▇▇▇ | SUBSCRIBER NAME: ▇▇▇▇ | CLAIM NUMBER: 7062783149 0041481403 |
| CLAIM DATE: 03/05/18-03/05/18 | DATE RECEIVED: 03/27/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇ | | | | | $10,692.00 | | | | $0.00 | $10,692.00 |

SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353106 | 03/05/18 - 03/05/18 | - | 19340 | 50 | | 1 | | $4,860.00 | | $4,860.00 | PR | 226 | $0.00 | GZ, MA130 |
| 30353110 | 03/05/18 - 03/05/18 | - | 19303 | 50 | | 1 | | $5,832.00 | | $5,832.00 | PR | 96 | $0.00 | O9, N362 |
| CLAIM# 7062783149 0041481403 | | | | SUBTOTAL | | | | $10,692.00 | | $10,692.00 | | | $0.00 | ZE, MA15 |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $4,378.77 |

NOTES

CO45    CONTRACTUAL OBLIGATIONS - CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT.

PR1     PATIENT RESPONSIBILITY - DEDUCTIBLE AMOUNT

PR2     PATIENT RESPONSIBILITY - COINSURANCE AMOUNT

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

```
CHECK DATE: 04/27/18
        TIN: 473033715
        NPI: 1962889204
PAYEE NAME: VANGUARD PLASTIC
            SURGERY PLLC
CHECK NUMBER: LH 31115755
CHECK AMOUNT: $4,378.77
GROUP NUMBER: 168504
  GROUP NAME: UNITEDHEALTHCARE
```

NOTES

**PR226**    PATIENT RESPONSIBILITY - INFORMATION REQUESTED FROM THE BILLING/RENDERING PROVIDER WAS NOT PROVIDED OR NOT PROVIDED TIMELY OR WAS INSUFFICIENT/ INCOMPLETE.

**PR96**    PATIENT RESPONSIBILITY - NON-COVERED CHARGE(S).

**1Q**    THIS PHYSICIAN OR HEALTH CARE PROVIDER IS OUT-OF-NETWORK. BASED ON AN AGREEMENT WITH TRPN/MCS, THE PROVIDER HAS ACCEPTED A DISCOUNT FOR THIS SERVICE. THE DISCOUNT SHOWN IS YOUR SAVINGS AND IS NOT INCLUDED IN THE AMOUNT YOU OWE. IF YOU HAVE PAID THE PHYSICIAN OR HEALTH CARE PROVIDER MORE THAN THE AMOUNT YOU OWE, PLEASE CALL THEM FOR A REFUND.

**GZ**    WE HAVE NOT RECEIVED ALL THE REQUESTED INFORMATION NEEDED TO PROCESS YOUR CLAIM. PLEASE REFER TO OUR CORRESPONDENCE IDENTIFYING WHAT WE NEED SO WE CAN COMPLETE THE PROCESSING OF THIS CLAIM. THANK YOU.

**O9**    THE NUMBER OF UNITS REPORTED EXCEEDS THE TYPICAL FREQUENCY PER DAY. THEREFORE, THE NUMBER OF UNITS THAT EXCEED THE TYPICAL FREQUENCY PER DAY ARE NOT BEING CONSIDERED. IF THE PROVIDER HAS ADDITIONAL DOCUMENTATION, PLEASE SEND IT TO US FOR CONSIDERATION. IF THIS IS A RENTAL, A SINGLE RENTAL PAYMENT COVERS A FULL CALENDAR MONTH FOR DURABLE MEDICAL EQUIPMENT, ORTHOTICS AND PROSTHETICS AND IS ALLOWED ONCE PER CALENDAR MONTH. THE ADDITIONAL UNITS FOR THE RENTAL OF THIS ITEM HAVE BEEN DENIED AS EXCEEDING THESE LIMITS.

**ZE**    WE HAVE RECONSIDERED THESE CHARGES.

**MA130**    YOUR CLAIM CONTAINS INCOMPLETE AND/OR INVALID INFORMATION, AND NO APPEAL RIGHTS ARE AFFORDED BECAUSE THE CLAIM IS UNPROCESSABLE. PLEASE SUBMIT A NEW CLAIM WITH THE COMPLETE/CORRECT INFORMATION.

**MA15**    YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

**N362**    THE NUMBER OF DAYS OR UNITS OF SERVICE EXCEEDS OUR ACCEPTABLE MAXIMUM.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS. GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5. FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

1A-17577*01*000001-PM-20122-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

122UTOPPR1021001-12617-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 05/01/20 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 10677465 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

Go Paperless! UHCprovider.com/paperless

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 05/01/20 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 10677465 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B████████H███

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: ████ | SUBSCRIBER NAME: ████ | | CLAIM NUMBER: CA77178360 0053688577 |
| CLAIM DATE: 01/26/19-01/26/19 | DATE RECEIVED: 04/21/20 | | PRODUCT: ADVTG |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $32,121.00 | | | | $0.00 | $32,121.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/SVC/MOD | ADJ PROD/SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01/26/19 - 01/26/19 | | 19371 | 78/LT | | | 1 | $20,621.00 | | $20,621.00 | PR | 29 | $0.00 | EW |
| 02 | 01/26/19 - 01/26/19 | | 19328 | 78/LT | | | 1 | $6,500.00 | | $6,500.00 | PR | 29 | $0.00 | EW |
| 03 | 01/26/19 - 01/26/19 | | 19330 | 78/LT | | | 1 | $5,000.00 | | $5,000.00 | PR | 29 | $0.00 | EW |
| CLAIM# CA77178360 0053688577 | | | | | | SUBTOTAL | | $32,121.00 | | $32,121.00 | | | $0.00 | |
| | | | | | | | | | TOTAL PAYABLE TO PROVIDER | | | | $0.00 | |

NOTES

PR29   PATIENT RESPONSIBILITY - THE TIME LIMIT FOR FILING HAS EXPIRED.

EW   BENEFITS FOR THIS SERVICE ARE DENIED. THIS CLAIM WASN'T SUBMITTED ON TIME ACCORDING TO THE HEALTHPLAN'S TIMELY FILING RULES. THIS CLAIM MAY HAVE ALREADY BEEN REVIEWED AND PROCESSED. FOR US TO RECONSIDER THIS CLAIM, THE PROVIDER NEEDS TO SEND US DOCUMENTATION THAT MAY INCLUDE ANY OF THE FOLLOWING: EDI REPORT, SUBMISSION REPORT, ACCEPTANCE REPORT, RECONSIDERATION FORM WITH AN EXPLANATION, OR A BILLING SOFTWARE STATEMENT CONFIRMING IT WAS SUBMITTED TIMELY TO THE CLEARING HOUSE. IF THIS IS A CORRECTED CLAIM, THE PROVIDER MUST SUBMIT AND INDICATE IT IS A CORRECTED CLAIM.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by

STD - PRA         ▌UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

DATE: 05/01/20
TIN: 473033715
NPI: 1962889204
PAYEE NAME: VANGUARD PLASTIC
SURGERY PLLC
TRACE NUMBER: TV 10677465
PAYMENT: $0.00
GROUP NUMBER: 168504
GROUP NAME: UNITEDHEALTHCARE

selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST
(1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other
payers, please contact us toll free at 1-800-842-1109, option 3.

THIS PAGE LEFT BLANK INTENTIONALLY

0A-15495*01*000001-PM-18124-110*C01168504UHCTOPS

STD - PRA

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

124UTOPPR1020001-10248-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 05/04/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 79505311 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 05/04/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 79505311 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B█████████ H█████████

| | | |
|---|---|---|
| SUBSCRIBER ID: ████ | SUBSCRIBER NAME: ████ | CLAIM NUMBER: 7106137519 0041561966 |
| CLAIM DATE: 03/10/18-04/04/18 | DATE RECEIVED: 04/09/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $152,187.00 | | | | $0.00 | $147,609.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/10/18 - 03/10/18 | | 99285 | 25 | | 1 | | $1,728.00 | | $1,728.00 | OA | 18 | $0.00 | 05, N702 |
| 002 | 03/10/18 - 03/10/18 | | 15734 | 50 | | 1 | | $70,011.00 | | $70,011.00 | PR | 97 | $0.00 | O5, N525 |
| 003 | 03/10/18 - 03/10/18 | | 15734 | 50/ 59 | | 1 | | $70,011.00 | | $70,011.00 | PR | 97 | $0.00 | O5, N525 |
| 004 | 03/10/18 - 03/10/18 | | 11042 | 59 | | 1 | | $384.00 | | $384.00 | OA | 18 | $0.00 | 05, N702 |
| 005 | 03/10/18 - 03/10/18 | | 19020 | 50 | | 1 | | $2,466.00 | | $2,466.00 | OA | 18 | $0.00 | 05, N702 |
| 006 | 04/04/18 - 04/04/18 | | 14301 | | | 1 | | $7,587.00 | | $7,587.00 | PR | 97 | $0.00 | O5, N525 |
| CLAIM# 7106137519 0041561966 | | | | | | SUBTOTAL | | $152,187.00 | | $152,187.00 | | | $0.00 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

NOTES

OA18  OTHER ADJUSTMENTS - EXACT DUPLICATE CLAIM/SERVICE.

PR97  PATIENT RESPONSIBILITY - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED.

05  A CLAIM FOR THIS SERVICE HAS ALREADY BEEN PROCESSED. PROVIDER: IF THIS IS A CORRECTED OR REPLACEMENT CLAIM RESUBMIT THE CORRECTED OR ADDITIONAL INFORMATION ON A NEW CLAIM FORM. THE CORRECTIONS SUBMITTED SHOULD REPRESENT A COMPLETE REPLACEMENT OF THE PREVIOUS CLAIM. BE SURE TO RESUBMIT USING THE CLAIM FREQUENCY CODE OR BILL TYPE THAT INDICATES A REPLACEMENT OF THE ORIGINAL SUBMISSION.

O5  THIS PROCEDURE OR SUPPLY IS PART OF THE GLOBAL SERVICE. THESE CHARGES ARE NOT ELIGIBLE FOR SEPARATE REIMBURSEMENT.

N525  THESE SERVICES ARE NOT COVERED WHEN PERFORMED WITHIN THE GLOBAL PERIOD OF ANOTHER SERVICE.

124UTOPPR1020001-10248-02                          0A-15495*02*000003-PM-18124-120*C01168504UHCTOPS

STD - PRA                    ⬛ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| DATE: | 05/04/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | OK 79505311 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

NOTES

N702     DECISION BASED ON REVIEW OF PREVIOUSLY ADJUDICATED CLAIMS OR FOR CLAIMS IN PROCESS FOR THE SAME/SIMILAR TYPE OF SERVICES.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS.  EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

7A-15893*01*000001-PM-18131-110*C01168504UHCTOPS

STD - PRA

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

## UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

131UTOPPR1027001-10513-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 05/11/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 79627822 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 05/11/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | QK 79627822 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B_____ H_____

| | | |
|---|---|---|
| SUBSCRIBER ID: _____ | SUBSCRIBER NAME: _____ | CLAIM NUMBER: 7139140846 0041750972 |
| CLAIM DATE: 03/10/18-03/10/18 | DATE RECEIVED: 04/12/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | | | | | $105,513.00 | | | | $0.00 | $105,513.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/10/18 - 03/10/18 | | 99285 | 25 | | | 1 | $1,728.00 | | $1,728.00 | PR | 96 | $0.00 | O9, N362 |
| 002 | 03/10/18 - 03/10/18 | | 15734 | | | | 1 | $46,674.00 | | $46,674.00 | PR | 97 | $0.00 | O5, N525 |
| 003 | 03/10/18 - 03/10/18 | | 15734 | 59/ 59 | | | 1 | $46,674.00 | | $46,674.00 | PR | 97 | $0.00 | O5, N525 |
| 004 | 03/10/18 - 03/10/18 | | 11042 | 59 | | | 1 | $384.00 | | $384.00 | PR | 96 | $0.00 | O9, N362 |
| 005 | 03/10/18 - 03/10/18 | | 19020 | 50 | | | 1 | $2,466.00 | | $2,466.00 | PR | 96 | $0.00 | O9, N362 |
| 006 | 03/10/18 - 03/10/18 | | 14301 | | | | 1 | $7,587.00 | | $7,587.00 | PR | 97 | $0.00 | O5, N525 |
| CLAIM# 7139140846 0041750972 | | | | | | SUBTOTAL | | $105,513.00 | | $105,513.00 | | | $0.00 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

## NOTES

PR96    PATIENT RESPONSIBILITY - NON-COVERED CHARGE(S).

PR97    PATIENT RESPONSIBILITY - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED.

O5      THIS PROCEDURE OR SUPPLY IS PART OF THE GLOBAL SERVICE. THESE CHARGES ARE NOT ELIGIBLE FOR SEPARATE REIMBURSEMENT.

O9      THE NUMBER OF UNITS REPORTED EXCEEDS THE TYPICAL FREQUENCY PER DAY. THEREFORE, THE NUMBER OF UNITS THAT EXCEED THE TYPICAL FREQUENCY PER DAY ARE NOT BEING CONSIDERED. IF THE PROVIDER HAS ADDITIONAL DOCUMENTATION, PLEASE SEND IT TO US FOR CONSIDERATION. IF THIS IS A RENTAL, A SINGLE RENTAL PAYMENT COVERS A FULL CALENDAR MONTH FOR DURABLE MEDICAL EQUIPMENT, ORTHOTICS AND PROSTHETICS AND IS ALLOWED ONCE PER CALENDAR MONTH. THE ADDITIONAL UNITS FOR THE RENTAL OF THIS ITEM HAVE BEEN DENIED AS EXCEEDING THESE LIMITS.

131UTOBPR1027001-10513-02
7A-15893*02*000003-PM-18131-120*C01168504UHCTOPS

STD - PRA

**UnitedHealthcare**

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| DATE: | 05/11/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | OK 79627822 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

NOTES

N362    THE NUMBER OF DAYS OR UNITS OF SERVICE EXCEEDS OUR ACCEPTABLE MAXIMUM.

N525    THESE SERVICES ARE NOT COVERED WHEN PERFORMED WITHIN THE GLOBAL PERIOD OF ANOTHER SERVICE.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

8A-17274*01*000001-PM-18145-110*C01168504UHCTOPS

STD - PRA

**UnitedHealthcare®**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

# PROVIDER
# REMITTANCE ADVICE

145UTOPPR1028001-11594-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 05/25/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
| | SURGERY PLLC |
| TRACE NUMBER: | TV 00066940 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

DATE: 05/25/18
TIN: 473033715
NPI: 1962889204
PAYEE NAME: VANGUARD PLASTIC
SURGERY PLLC
TRACE NUMBER: TV 00066940
PAYMENT: $0.00
GROUP NUMBER: 168504
GROUP NAME: UNITEDHEALTHCARE

## PATIENT: B███████H ███████

| | | |
|---|---|---|
| SUBSCRIBER ID: ███████ | SUBSCRIBER NAME: ███████ | CLAIM NUMBER: 7139140847 0041922952 |
| CLAIM DATE: 03/10/18-03/10/18 | DATE RECEIVED: 04/12/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $105,513.00 | | | | $0.00 | $100,935.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/SVC/MOD | ADJ PROD/SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/10/18 - 03/10/18 | | 99285 | 25 | | 1 | | $1,728.00 | | $1,728.00 | PI | B13 | $0.00 | L5 |
| 002 | 03/10/18 - 03/10/18 | | 15734 | | | 1 | | $46,674.00 | | $46,674.00 | PR | 97 | $0.00 | O5, N525 |
| 003 | 03/10/18 - 03/10/18 | | 15734 | 59/59 | | 1 | | $46,674.00 | | $46,674.00 | PR | 97 | $0.00 | O5, N525 |
| 004 | 03/10/18 - 03/10/18 | | 11042 | 59 | | 1 | | $384.00 | | $384.00 | PI | B13 | $0.00 | L5 |
| 005 | 03/10/18 - 03/10/18 | | 19020 | 50 | | 1 | | $2,466.00 | | $2,466.00 | PI | B13 | $0.00 | L5 |
| 006 | 03/10/18 - 03/10/18 | | 14301 | | | 1 | | $7,587.00 | | $7,587.00 | PR | 97 | $0.00 | O5, N525 |
| CLAIM# 7139140847 0041922952 | | | | | SUBTOTAL | | | $105,513.00 | | $105,513.00 | | | $0.00 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| TOTAL PAYABLE TO PROVIDER | $0.00 |
|---|---|

NOTES

PIB13    PAYER INITIATED REDUCTIONS - PREVIOUSLY PAID. PAYMENT FOR THIS CLAIM/SERVICE MAY HAVE BEEN PROVIDED IN A PREVIOUS PAYMENT.

PR97     PATIENT RESPONSIBILITY - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED.

L5       THIS CLAIM FOR ADDITIONAL CHARGES OR CORRECTED BILLING HAS BEEN CONSIDERED AND NO ADDITIONAL PAYMENT IS DUE.

O5       THIS PROCEDURE OR SUPPLY IS PART OF THE GLOBAL SERVICE. THESE CHARGES ARE NOT ELIGIBLE FOR SEPARATE REIMBURSEMENT.

N525     THESE SERVICES ARE NOT COVERED WHEN PERFORMED WITHIN THE GLOBAL PERIOD OF ANOTHER SERVICE.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM

145UTOPPR1028001-11594-02                                                                          8A-17274*02*000003-PM-18145-120*C01168504UHCTOPS

STD - PRA                    ||| UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| DATE: | 05/25/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 00066940 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS. GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5. FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

STD - PRA

**UnitedHealthcare®**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

|  |  |
|---|---|
| DATE: | 06/08/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
|  | SURGERY PLLC |
| TRACE NUMBER: | TV 00281040 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

---

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

STD - PRA

United Health Care Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 06/08/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 00281040 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B████████ H████████

| | | |
|---|---|---|
| SUBSCRIBER ID: ████ | SUBSCRIBER NAME: ████ | CLAIM NUMBER: 8380118274 0042193808 |
| CLAIM DATE: 03/05/18-03/05/18 | DATE RECEIVED: 04/04/18 | PRODUCT: CHOYC+ |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $4,860.00 | | | | $0.00 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30353106 | 03/05/18 - 03/05/18 | | 19340 | 50 | | 1 | | $4,860.00 | | $4,860.00 | PI | 226 | $0.00 | B6, N706 |
| CLAIM# 8380118274 0042193808 | | | | | | | SUBTOTAL | $4,860.00 | | $4,860.00 | | | $0.00 | MA15 |

WE DENIED CLAIM NUMBER 7076489271 0041446929 RECEIVED ON 04/04/18 BECAUSE THE INFORMATION REQUESTED ON 04/23/18 HAS NOT BEEN RECEIVED.

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

NOTES

PI226    PAYER INITIATED REDUCTIONS - INFORMATION REQUESTED FROM THE BILLING/RENDERING PROVIDER WAS NOT PROVIDED OR NOT PROVIDED TIMELY OR WAS INSUFFICIENT/ INCOMPLETE.

B6    BENEFITS FOR THIS SERVICE ARE DENIED. WE SENT A LETTER TO THE PROVIDER ASKING FOR ADDITIONAL INFORMATION. WE HAVE NOT RECEIVED A RESPONSE.

MA15    YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

N706    MISSING DOCUMENTATION.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS. GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE

STD - PRA

# UnitedHealthcare®

## PROVIDER
## REMITTANCE ADVICE

|  |  |
|---|---|
| DATE: | 06/08/18 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
|  | SURGERY PLLC |
| TRACE NUMBER: | TV 00281040 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

THIS PAGE LEFT BLANK INTENTIONALLY

9A-16658*01*000001-PM-19172-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

172UTOPPR1019001-11210-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| CHECK DATE: | 06/21/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31245099 |
| CHECK AMOUNT: | $3,172.44 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

9A-16658*01*000002-PM-19172-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

**UnitedHealthcare**®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 06/21/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31245099 |
| CHECK AMOUNT: | $3,172.44 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA



# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 06/21/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31245099 |
| CHECK AMOUNT: | $3,172.44 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B███████ H████

| SUBSCRIBER ID: | ████ | SUBSCRIBER NAME: | ████ | CLAIM NUMBER: | 7803084123 0048315353 |
|---|---|---|---|---|---|
| CLAIM DATE: | 04/11/19-04/11/19 | DATE RECEIVED: | 05/16/19 | PRODUCT: | ADVTG |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $36,506.00 | | | | $0.00 | $36,506.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35763970 | 04/11/19 - 04/11/19 | | 19357 | LT/ 22/ 78 | | 1 | | $35,750.00 | | $35,750.00 | PR | 242 | $0.00 | NI |
| 35763971 | 04/11/19 - 04/11/19 | 15860/ 59/ 78 | 15860 | 59 | | 1 | | $756.00 | | $756.00 | PR | 242 | $0.00 | NI, Y2 |
| CLAIM#  7803084123 0048315353 | | | | | | | SUBTOTAL | $36,506.00 | | $36,506.00 | | | $0.00 | MA15 |

| SUBSCRIBER ID: | ████ | SUBSCRIBER NAME: | ████ | CLAIM NUMBER: | 7803084123 0048315373 |
|---|---|---|---|---|---|
| CLAIM DATE: | 04/11/19-04/11/19 | DATE RECEIVED: | 05/16/19 | PRODUCT: | ADVTG |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $20,621.00 | | | | $1,903.08 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35763967 | 04/11/19 - 04/11/19 | 19371/ LT/ 78/ 22 | 19371 | | | 1 | | $20,621.00 | $1,903.08 | $18,717.92 | PI | 242 | $1,903.08 | 1J |
| CLAIM#  7803084123 0048315373 | | | | | | | SUBTOTAL | $20,621.00 | $1,903.08 | $18,717.92 | | | $1,903.08 | MA15 |

9A-16658*02*000004-PM-19172-120*C01168504UHCTOPS

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 06/21/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31245099 |
| CHECK AMOUNT: | $3,172.44 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B███████H

| SUBSCRIBER ID: | ████ | SUBSCRIBER NAME: | ████ | CLAIM NUMBER: | 7803084123 0048315374 |
|---|---|---|---|---|---|
| CLAIM DATE: | 04/11/19-04/11/19 | DATE RECEIVED: | 05/16/19 | PRODUCT: | ADVTG |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | | | | | $32,960.00 | | | | $1,269.36 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35763969 | 04/11/19 - 04/11/19 | | 14001 | 59/ 78 | | 1 | | $32,960.00 | $1,269.36 | $31,690.64 | PI | 242 | $1,269.36 | 1J |
| CLAIM# 7803084123 0048315374 | | | | | SUBTOTAL | | | $32,960.00 | $1,269.36 | $31,690.64 | | | $1,269.36 | MA15 |
| | | | | | | | | | | | TOTAL PAYABLE TO PROVIDER | | $3,172.44 | |

NOTES

PI242   PAYER INITIATED REDUCTIONS - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS .

PR242   PATIENT RESPONSIBILITY - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS .

1J   MEMBER: THIS SERVICE WAS RENDERED BY AN OUT-OF-NETWORK PROVIDER AND PROCESSED USING YOUR NETWORK BENEFITS. IF YOU'RE ASKED TO PAY MORE THAN THE DEDUCTIBLE, COPAY AND COINSURANCE AMOUNTS SHOWN, PLEASE CALL DATA ISIGHT 866-835-4022 OR VISIT DATAISIGHT.COM. THEY WILL WORK WITH THE PROVIDER ON YOUR BEHALF. PROVIDER: THIS CLAIM HAS BEEN REIMBURSED AT A PERCENTAGE OF THE MEDICARE ALLOWED AMOUNT. PLEASE DO NOT BILL THE PATIENT ABOVE THE AMOUNT OF DEDUCTIBLE, COPAY AND COINSURANCE APPLIED TO THIS SERVICE. IF YOU HAVE QUESTIONS ABOUT THE REIMBURSEMENT CONTACT DATA ISIGHT.

NI   PAYMENT FOR THIS SERVICE IS DENIED. BENEFITS ARE ONLY AVAILABLE WHEN YOU RECEIVE SERVICES FROM A PROVIDER IN YOUR PLAN'S NETWORK.

Y2   THE PROCEDURE CODE IS INCONSISTENT WITH THE MODIFIER. FOR PROCESSING PURPOSES, THIS SERVICE LINE HAS BEEN RECODED WITHOUT A MODIFIER.

MA15   YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

STD - PRA
UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 06/21/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31245099 |
| CHECK AMOUNT: | $3,172.44 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits. Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5. For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

THIS PAGE LEFT BLANK INTENTIONALLY

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare®**

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| CHECK DATE: | 06/28/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31247418 |
| CHECK AMOUNT: | $5,235.41 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

5A-16064*01*000002-PM-19179-120*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 06/28/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31247418 |
| CHECK AMOUNT: | $5,235.41 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

STD - PRA-473033715-5400000000109410680

Page 2 of 4

179JTOPPR1015001-10736-04

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 06/28/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31247418 |
| CHECK AMOUNT: | $5,235.41 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; H&#9608;&#9608;&#9608;&#9608;&#9608;)

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: ▅▅▅▅ | SUBSCRIBER NAME: ▅▅▅▅ | | CLAIM NUMBER: 7659687598 0048487802 |
| CLAIM DATE: 01/26/19-01/26/19 | DATE RECEIVED: 02/28/19 | | PRODUCT: ADVTG |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▅▅▅▅ | | | | | $32,121.00 | | | | $5,235.41 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34791272 | 01/26/19 - 01/26/19 | | 19371 | 78/ LT | | | 1 | $20,621.00 | $3,044.93 | $17,576.07 | PI | 242 | $3,044.93 | IS |
| 34791273 | 01/26/19 - 01/26/19 | | 19328 | 78/ LT | | | 1 | $6,500.00 | $962.33 | $5,537.67 | PI | 242 | $962.33 | IS |
| 34791283 | 01/26/19 - 01/26/19 | | 19330 | 78/ LT | | | 1 | $5,000.00 | $1,228.15 | $3,771.85 | PI | 242 | $1,228.15 | IS |
| CLAIM# 7659687598 0048487802 | | | | | | SUBTOTAL | | $32,121.00 | $5,235.41 | $26,885.59 | | | $5,235.41 | 22 |
| | | | | | | | | | | TOTAL PAYABLE TO PROVIDER | | | $5,235.41 | |

NOTES

PI242    PAYER INITIATED REDUCTIONS - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS .

22    WE HAVE RECEIVED MORE INFORMATION AND REPROCESSED THIS CLAIM.

IS    MEMBER: THIS SERVICE WAS RENDERED BY AN OUT-OF-NETWORK PROVIDER AND PROCESSED USING YOUR NETWORK BENEFITS. IF YOU'RE ASKED TO PAY MORE THAN THE DEDUCTIBLE, COPAY AND COINSURANCE AMOUNTS SHOWN, PLEASE CALL DATA ISIGHT AT 866-835-4022 OR VISIT DATAISIGHT.COM . THEY WILL WORK WITH THE PROVIDER ON YOUR BEHALF. PROVIDER: THIS SERVICE HAS BEEN REIMBURSED USING DATA ISIGHT, WHICH UTILIZES COST DATA IF AVAILABLE (FACILITIES) OR PAID DATA (PROFESSIONALS). PLEASE DO NOT BILL THE PATIENT ABOVE THE AMOUNT OF DEDUCTIBLE, COPAY AND COINSURANCE APPLIED TO THIS SERVICE. IF YOU HAVE QUESTIONS ABOUT THE REIMBURSEMENT CONTACT DATA ISIGHT.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

5A-16064*02*000004-PM-19179-120*C01168504UHCTOPS

STD - PRA

◖ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| CHECK DATE: | 06/28/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
|  | SURGERY PLLC |
| CHECK NUMBER: | LH 31247418 |
| CHECK AMOUNT: | $5,235.41 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

5A-16393*01*000001-PM-19221-110*C*01168504UHCTOPS

**UnitedHealthcare®**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

221UTOPPR1015001-11054-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 08/09/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 06758095 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

STD - PRA-473033715-5400000000114211556

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

DATE: 08/09/19
TIN: 473033715
NPI: 1962889204
PAYEE NAME: VANGUARD PLASTIC
SURGERY PLLC
TRACE NUMBER: TV 06758095
PAYMENT: $0.00
GROUP NUMBER: 168504
GROUP NAME: UNITEDHEALTHCARE

## PATIENT: B⬛⬛⬛⬛⬛ H⬛⬛⬛⬛⬛

| SUBSCRIBER ID: | ⬛⬛⬛ | SUBSCRIBER NAME: | ⬛⬛⬛ | CLAIM NUMBER: | AU45304048 0049130741 |
|---|---|---|---|---|---|
| CLAIM DATE: | 04/11/19-04/11/19 | DATE RECEIVED: | 05/16/19 | PRODUCT: | ADVTG |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛⬛⬛ | | | | | $46,674.00 | | | | $0.00 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35763968 | 04/11/19 - 04/11/19 | | 15734 | 59/ 78 | | 1 | | $46,674.00 | | $46,674.00 | PI | 226 | $0.00 | B6, N706 |
| CLAIM#  AU45304048 0049130741 | | | | | SUBTOTAL | | | $46,674.00 | | $46,674.00 | | | $0.00 | MA15 |

WE DENIED CLAIM NUMBER 7803084123 0048315365 RECEIVED ON 05/16/19 BECAUSE THE INFORMATION REQUESTED ON 06/21/19 HAS NOT BEEN RECEIVED.

| | TOTAL PAYABLE TO PROVIDER | $0.00 |
|---|---|---|

NOTES

PI226    PAYER INITIATED REDUCTIONS - INFORMATION REQUESTED FROM THE BILLING/RENDERING PROVIDER WAS NOT PROVIDED OR NOT PROVIDED TIMELY OR WAS INSUFFICIENT/ INCOMPLETE.

B6    BENEFITS FOR THIS SERVICE ARE DENIED. WE SENT A LETTER TO THE PROVIDER ASKING FOR ADDITIONAL INFORMATION. WE HAVE NOT RECEIVED A RESPONSE.

MA15    YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED.

N706    MISSING DOCUMENTATION.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST

STD - PRA     ‖ UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| DATE: | 08/09/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC |
|  | SURGERY PLLC |
| TRACE NUMBER: | TV 06758095 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

(1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

THIS PAGE LEFT BLANK INTENTIONALLY

5A-17642*01*000001-PM-19235-110*C01168504UHCTOPS

**United**Healthcare®

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

235UTOPPR1015001-11964-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

|  |  |
|---|---|
| DATE: | 08/23/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 06975531 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA



**PROVIDER
REMITTANCE ADVICE**

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 08/23/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 06975531 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B⬛⬛⬛⬛⬛ H⬛⬛⬛⬛⬛

| | | | |
|---|---|---|---|
| SUBSCRIBER ID: ⬛⬛⬛ | SUBSCRIBER NAME: ⬛⬛⬛ | | CLAIM NUMBER: AU55673049 0049392204 |
| CLAIM DATE: 04/11/19-04/11/19 | DATE RECEIVED: 08/21/19 | | PRODUCT: ADVTG |
| REND PROV ID: 1134353345 | REND PROV: G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ⬛⬛⬛ | | | | | $46,674.00 | | | | $0.00 | |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35763968 | 04/11/19 - 04/11/19 | | 15734 | 59/ 78 | | 1 | | $46,674.00 | | $46,674.00 | PI | 16 | $0.00 | LM, M51 |
| CLAIM#  AU55673049 0049392204 | | | | | | SUBTOTAL | | $46,674.00 | | $46,674.00 | | | $0.00 | MA15 |

WE RECEIVED THE REQUESTED INFORMATION ON 08/21/19 AND HAVE PROCESSED CLAIM NUMBER 7803084123 0048315365.

| | |
|---|---|
| TOTAL PAYABLE TO PROVIDER | $0.00 |

NOTES

| | |
|---|---|
| PI16 | PAYER INITIATED REDUCTIONS - CLAIM/SERVICE LACKS INFORMATION OR HAS SUBMISSION/BILLING ERROR(S). |
| LM | THE CORRECT CPT/HCPCS CODE IS MISSING. PLEASE SUBMIT CORRECT CLAIM WITH CODE. |
| M51 | MISSING/INCOMPLETE/INVALID PROCEDURE CODE(S). |
| MA15 | YOUR CLAIM HAS BEEN SEPARATED TO EXPEDITE HANDLING. YOU WILL RECEIVE A SEPARATE NOTICE FOR THE OTHER SERVICES REPORTED. |

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits. Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5. For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

1A-17084*01*000001-PM-19284-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare**®

284UTOPPR1011001-11460-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| DATE: | 10/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 07694691 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA



# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| DATE: | 10/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 07694691 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B_____ H_____

| SUBSCRIBER ID: | | SUBSCRIBER NAME: | | CLAIM NUMBER: | AV33150620 0050270377 |
|---|---|---|---|---|---|
| CLAIM DATE: | 03/05/18-03/05/18 | DATE RECEIVED: | 10/09/19 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆ | | | | | $108,420.00 | | | | $0.00 | $15,072.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 03/05/18 - 03/05/18 | | 19340 | RT | | 1 | | $4,860.00 | $1,212.48 | $1,212.48 | PR | 1 | $0.00 | ND |
| | | | | | | | | | | $3,647.52 | PR | 242 | | |
| 006 | 03/05/18 - 03/05/18 | | 19340 | LT | | 1 | | $4,860.00 | $606.24 | $606.24 | PR | 1 | $0.00 | ND |
| | | | | | | | | | | $4,253.76 | PR | 242 | | |
| 002 | 03/05/18 - 03/05/18 | | 14301 | | | 1 | | $5,352.00 | $640.01 | $640.01 | PR | 1 | $0.00 | ND |
| | | | | | | | | | | $4,711.99 | PR | 242 | | |
| 005 | 03/05/18 - 03/05/18 | | 15734 | RT/ 59 | | 1 | | $46,674.00 | | $46,674.00 | PI | B12 | $0.00 | MJ |
| 004 | 03/05/18 - 03/05/18 | | 15734 | LT | | 1 | | $46,674.00 | | $46,674.00 | PI | B12 | $0.00 | MJ |
| CLAIM# AV33150620 0050270377 | | | | | | | SUBTOTAL | $108,420.00 | $2,458.73 | $108,420.00 | | | $0.00 | ND |

WE RECEIVED THE REQUESTED INFORMATION ON 10/09/19 AND HAVE PROCESSED CLAIM NUMBER 7619096589 0046091781.

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| SUBSCRIBER ID: | | SUBSCRIBER NAME: | | CLAIM NUMBER: | AV33150620 0050270382 |
|---|---|---|---|---|---|
| CLAIM DATE: | 03/05/18-03/05/18 | DATE RECEIVED: | 10/09/19 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆ | | | | | $11,664.00 | | | | $0.00 | $5,832.00 |

 UnitedHealthcare

# PROVIDER
# REMITTANCE ADVICE

|  |  |
|---|---|
| DATE: | 10/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 07694691 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

## PATIENT: B████████H███

| SUBSCRIBER ID: | ████████ | SUBSCRIBER NAME: | ████████████ | CLAIM NUMBER: | AV33150620 0050270382 |
|---|---|---|---|---|---|
| CLAIM DATE: | 03/05/18-03/05/18 | DATE RECEIVED: | 10/09/19 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1134353345 | REND PROV: | G. DRESZER MD | | |

CONTINUED                                        SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/05/18 - 03/05/18 | | 19303 | 50 | | 1 | | $5,832.00 | | $5,832.00 | PI | 97 | $0.00 | K0 |
| 001 | 03/05/18 - 03/05/18 | | 19303 | 50 | | 1 | | $2,916.00 | $599.73 | $599.73 | PR | 1 | $0.00 | ND |
| | | | | | | | | | | $2,316.27 | PR | 242 | | |
| 001 | 03/05/18 - 03/05/18 | | 19303 | 50 | | 1 | | $2,916.00 | $599.73 | $599.73 | PR | 1 | $0.00 | ND |
| | | | | | | | | | | $2,316.27 | PR | 242 | | |
| CLAIM# AV33150620 0050270382 | | | | | | | SUBTOTAL | $11,664.00 | $1,199.46 | $11,664.00 | | | $0.00 | ND |

WE RECEIVED THE REQUESTED INFORMATION ON 10/09/19 AND HAVE PROCESSED CLAIM NUMBER 7619096589 0046091781.

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| TOTAL PAYABLE TO PROVIDER | $0.00 |
|---|---|

NOTES

| PI97 | PAYER INITIATED REDUCTIONS - THE BENEFIT FOR THIS SERVICE IS INCLUDED IN THE PAYMENT /ALLOWANCE FOR ANOTHER SERVICE/PROCEDURE THAT HAS ALREADY BEEN ADJUDICATED. |
|---|---|
| PIB12 | PAYER INITIATED REDUCTIONS - SERVICES NOT DOCUMENTED IN PATIENT'S MEDICAL RECORDS. |
| PR1 | PATIENT RESPONSIBILITY - DEDUCTIBLE AMOUNT |
| PR242 | PATIENT RESPONSIBILITY - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS . |
| K0 | WE HAVE ADJUSTED THIS CLAIM TO SHOW THAT THIS SERVICE WAS PERFORMED ON BOTH SIDES OF THE BODY. IT WILL NOW SHOW ON TWO SEPARATE LINES. THIS IS CALLED A MODIFIER 50 ADJUSTMENT. |
| MJ | PAYMENT FOR THIS SERVICE IS DENIED. THE DOCUMENTATION RECEIVED DOES NOT SUPPORT THE SERVICE BILLED. |
| ND | THIS OUT-OF-NETWORK SERVICE WAS PAID BASED ON MEDICARE ALLOWED AMOUNTS OR OTHER SOURCES IF NO MEDICARE AMOUNT IS AVAILABLE. THESE AMOUNTS ARE USED EVEN IF THE PATIENT DOESN'T HAVE MEDICARE. |

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE.  NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

1A-17084*02*000004-PM-19284-120*G01168504UHCTOPS

STD - PRA

 UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| DATE: | 10/11/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| TRACE NUMBER: | TV 07694691 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits. Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5. For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

4A-17768*01*000001-PM-19291-110*C01168504UHCTOPS

**UnitedHealthcare®**

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

291UTOPPR1014001-11801-01
VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304-3579

| | |
|---|---|
| CHECK DATE: | 10/18/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31284608 |
| CHECK AMOUNT: | $4,927.50 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# PROVIDER REMITTANCE ADVICE

**PLEASE SEE NEXT PAGE FOR MORE INFORMATION**

4A-17768*01*000002-PM-19291-110*C01168504UHCTOPS

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

**UnitedHealthcare®**

# PROVIDER
# REMITTANCE ADVICE

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

| | |
|---|---|
| CHECK DATE: | 10/18/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31284608 |
| CHECK AMOUNT: | $4,927.50 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

# THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK.

STD - PRA-473033715-5400000000122690186                    Page 2 of 4

United HealthCare Services, Inc.
DULUTH SERVICE CENTER
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

UnitedHealthcare®

# PROVIDER REMITTANCE ADVICE

| | |
|---|---|
| CHECK DATE: | 10/18/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31284608 |
| CHECK AMOUNT: | $4,927.50 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

VANGUARD PLASTIC SURGERY PLLC
GEORGE DRESZER MD
2320 NE 9TH ST # 300
FORT LAUDERDALE FL 33304

## PATIENT: B[redacted] H[redacted]

| | | | | | |
|---|---|---|---|---|---|
| **SUBSCRIBER ID:** | [redacted] | **SUBSCRIBER NAME:** | [redacted] | **CLAIM NUMBER:** | AU81808730 0050334027 |
| **CLAIM DATE:** | 08/29/19-08/29/19 | **DATE RECEIVED:** | 09/17/19 | **PRODUCT:** | ADVTG |
| **REND PROV ID:** | 1134353345 | **REND PROV:** | G. DRESZER MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | A078252370 | | | $53,546.00 | | | | $4,927.50 | $28,847.72 |

**SERVICE LINE DETAIL(S)**

| LINE CTRL# | DATES OF SERVICE | SUB PROD/ SVC/ MOD | ADJ PROD/ SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37167701 | 08/29/19 - 08/29/19 | | 19342 | LT | | 1 | | $22,000.00 | $3,578.37 | $18,421.63 | PI | 242 | $3,578.37 | 1J |
| 37167702 | 08/29/19 - 08/29/19 | | 19371 | 59/ LT | | 1 | | $20,621.00 | $761.23 | $761.24<br>$19,098.53 | CO<br>PR | 45<br>59 | $761.23 | EC |
| 37167703 | 08/29/19 - 08/29/19 | | 11970 | 59/ LT | | 1 | | $10,925.00 | $587.90 | $587.91<br>$9,749.19 | CO<br>PR | 45<br>59 | $587.90 | EC |
| CLAIM# AU81808730 0050334027 | | | | | | | SUBTOTAL | $53,546.00 | $4,927.50 | $48,618.50 | | | $4,927.50 | |
| | | | | | | | | | | TOTAL PAYABLE TO PROVIDER | | | $4,927.50 | |

NOTES

| | |
|---|---|
| CO45 | CONTRACTUAL OBLIGATIONS - CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. |
| PI242 | PAYER INITIATED REDUCTIONS - SERVICES NOT PROVIDED BY NETWORK/PRIMARY CARE PROVIDERS . |
| PR59 | PATIENT RESPONSIBILITY - PROCESSED BASED ON MULTIPLE OR CONCURRENT PROCEDURE RULES. (FOR EXAMPLE MULTIPLE SURGERY OR DIAGNOSTIC IMAGING, CONCURRENT ANESTHESIA.) |
| 1J | MEMBER: THIS SERVICE WAS RENDERED BY AN OUT-OF-NETWORK PROVIDER AND PROCESSED USING YOUR NETWORK BENEFITS. IF YOU'RE ASKED TO PAY MORE THAN THE DEDUCTIBLE, COPAY AND COINSURANCE AMOUNTS SHOWN, PLEASE CALL DATA ISIGHT 866-835-4022 OR VISIT DATAISIGHT.COM. THEY WILL WORK WITH THE PROVIDER ON YOUR BEHALF. PROVIDER: THIS CLAIM HAS BEEN REIMBURSED AT A PERCENTAGE OF THE MEDICARE ALLOWED AMOUNT. PLEASE DO NOT BILL THE PATIENT ABOVE THE AMOUNT OF DEDUCTIBLE, COPAY AND COINSURANCE APPLIED TO THIS SERVICE. IF YOU HAVE QUESTIONS ABOUT THE REIMBURSEMENT CONTACT DATA ISIGHT. |
| EC | THE MAXIMUM AMOUNT FOR THE PRIMARY SERVICE HAS BEEN ALLOWED. THEREFORE, A REDUCTION HAS BEEN APPLIED TO THIS SERVICE. |

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM

4A-17768*02*000004-PM-19291-120*C01168504UHCTOPS

STD - PRA

# UnitedHealthcare®

# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| CHECK DATE: | 10/18/19 |
| TIN: | 473033715 |
| NPI: | 1962889204 |
| PAYEE NAME: | VANGUARD PLASTIC SURGERY PLLC |
| CHECK NUMBER: | LH 31284608 |
| CHECK AMOUNT: | $4,927.50 |
| GROUP NUMBER: | 168504 |
| GROUP NAME: | UNITEDHEALTHCARE |

RECONSIDERATION OR APPEAL INFORMATION.  IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT.  DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UnitedHealthcare is improving service to you by adopting electronic payments & statements (EPS) as a standard way to pay claims. EPS will dramatically reduce the time and effort your organization spends on administering paper checks and explanation of benefits.  Get a head start and enroll today by selecting the electronic payments & statements link found on the home page www.UHCprovider.com or contact us at 1-866-UHC-FAST (1-866-842-3278), option 5.  For more information about our free or low cost solutions for submitting claims electronically to UnitedHealthcare and other payers, please contact us toll free at 1-800-842-1109, option 3.

# COMPOSITE EXHIBIT "3"

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

UNITED HEALTHCARE
PO BOX 740800

ATLANTA GA 30374-0800

CARRIER — 810180809991039048059101809940380 BC

**PICA**

1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): S██████, B██
3. PATIENT'S BIRTH DATE / SEX
4. INSURED'S NAME: SAME

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: SAME

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: 168504

a. EMPLOYMENT? NO [X]
b. AUTO ACCIDENT? NO [X]
c. OTHER ACCIDENT? NO [X]
10d. CLAIM CODES
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE 03/08/2018
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

20. OUTSIDE LAB? NO [X]

**CORRECTED CLAIM**

21. DIAGNOSIS: ICD Ind. 0
A. N64 1   B. N64 89

24. Service lines:

| | A. Date From | To | B. POS | C. EMG | D. CPT/HCPCS | MOD | E. DX | F. $ Charges | G. Units | ID QUAL | RENDERING PROVIDER ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 10 18 | 03 10 18 23 | X | 99285 | 25 | AB | 1728 00 | 1.0 | NPI | 2086S0122X 1134353345 |
| 2 | 03 10 18 | 03 10 18 23 | X | 15734 | 50 | AB | 70011 00 | 1.0 | NPI | 2086S0122X 1134353345 |
| 3 | 03 10 18 | 03 10 18 23 | X | 15734 | 50 59 | AB | 70011 00 | 1.0 | NPI | 2086S0122X 1134353345 |
| 4 | 03 10 18 | 03 10 18 23 | X | 11042 | 59 | AB | 384 00 | 1.0 | NPI | 2086S0122X 1134353345 |
| 5 | 03 10 18 | 03 10 18 23 | X | 19020 | 50 | AB | 2466 00 | 1.0 | NPI | 2086S0122X 1134353345 |
| 6 | 04 04 18 | 04 04 18 23 | X | 14301 | | AB | 7587 00 | 1.0 | NPI | 2086S0122X 1134353345 |

25. FEDERAL TAX I.D. NUMBER: 473033715
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 152187 00

31. SIGNATURE OF PHYSICIAN: GEORGE DRESZER MD  04/04/2018
32. SERVICE FACILITY LOCATION: PLANTATION GENERAL HOSPITAL 401 NW 42ND AVENUE PLANTATION FL 33317-2882  a. 1144274317
33. BILLING PROVIDER INFO & PH # (201) 355-5863 VANGUARD PLASTIC SURGERY PLLC VANGUARD PLASTIC SURGERY 2320 NE 9TH STREET SUI FORT LAUDERDALE FL 33304-3579  a. 1962889204

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

(Page 4 of 1219;13:38 ;From:Elite Billing. LLC    To:12487336000    ;2013993672    # 2/ 9

UNITED HEALTHCARE
PO BOX 740800
ATLANTA GA 30374-0800

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | | | | | PICA

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER X (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
S___ B

3. PATIENT'S BIRTH DATE / SEX

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY | STATE

8. RESERVED FOR NUCC USE

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code)

ZIP CODE | TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
168504

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   X NO

a. INSURED'S DATE OF BIRTH MM DD YY / SEX M F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES   X NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 03/08/2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY   QUAL.

15. OTHER DATE QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
CORRECTED CLAIM

20. OUTSIDE LAB?   YES X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. N64 1   B. N64 89   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 10 18 | 03 10 18 | 23 | X | 99285 25 | AB | 1728 00 | 1.0 | | NPI | 2086S0122X 1134353345 2086S0122X |
| 2 | 03 10 18 | 03 10 18 | 23 | X | 15734 | AB | 46674 00 | 1.0 | | NPI | 1134353345 2086S0122X |
| 3 | 03 10 18 | 03 10 18 | 23 | X | 15734 59 59 | AB | 46674 00 | 1.0 | | NPI | 1134353345 2086S0122X |
| 4 | 03 10 18 | 03 10 18 | 23 | X | 11042 59 | AB | 384 00 | 1.0 | | NPI | 1134353345 2086S0122X |
| 5 | 03 10 18 | 03 10 18 | 23 | X | 19020 50 | AB | 2466 00 | 1.0 | | NPI | 1134353345 2086S0122X |
| 6 | 03 10 18 | 03 10 18 | 23 | X | 14301 | AB | 7587 00 | 1.0 | | NPI | 1134353345 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN X
473033715

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
X YES   NO

28. TOTAL CHARGE $ 105513 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GEORGE DRESZER MD
04/12/2018
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
PLANTATION GENERAL HOSPITAL
401 NW 42ND AVENUE
PLANTATION FL 33317-2882
a. 1144274317   b.

33. BILLING PROVIDER INFO & PH # ( 201-355-5863 )
VANGUARD PLASTIC SURGERY PLLC
VANGUARD PLASTIC SURGERY 2328 NE 9TH STREET SUI
FORT LAUDERDALE FL 33304-3579
a. 1962889204   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

89/183455101

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

UNITED HEALTHCARE
PO BOX 740800
ATLANTA GA 30374-0800

| | | PICA | | | | | | | | PICA | |

**1. MEDICARE** (Medicare#) **MEDICAID** (Medicaid#) **TRICARE** (ID#/DoD#) **CHAMPVA** (Member ID#) **GROUP HEALTH PLAN** (ID#) **FECA BLK LUNG** (ID#) **OTHER** (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
S█████, B█████

**3. PATIENT'S BIRTH DATE** MM DD YY **SEX** M F

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
SAME

**5. PATIENT'S ADDRESS (No., Street)**
████████

**6. PATIENT RELATIONSHIP TO INSURED**
Self Spouse Child Other

**7. INSURED'S ADDRESS (No., Street)**
SAME

**CITY** ████████ **STATE**

**8. RESERVED FOR NUCC USE**

**CITY** **STATE**

**ZIP CODE** ████ **TELEPHONE (Include Area Code)**

**ZIP CODE** **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
168504

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES NO

**a. INSURED'S DATE OF BIRTH** MM DD YY **SEX** M F

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES NO **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 03/08/2018

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY QUAL.

**15. OTHER DATE** MM DD YY QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM TO

**CORRECTED CLAIM** INFORMATION (Designated by NUCC)

**20. OUTSIDE LAB?** YES NO $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) **ICD Ind.** 0

A. N64 1 B. N64 89 C. D.
E. F. G. H.
I. J. K. L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 10 18 03 10 18 | 23 | X | 99285 25 | AB | 1728 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |
| 2 | 03 10 18 03 10 18 | 23 | X | 15734 | AB | 46674 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |
| 3 | 03 10 18 03 10 18 | 23 | X | 15734 59 | AB | 46674 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |
| 4 | 03 10 18 03 10 18 | 23 | X | 11042 59 | AB | 384 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |
| 5 | 03 10 18 03 10 18 | 23 | X | 19020 50 | AB | 2466 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |
| 6 | 03 10 18 03 10 18 | 23 | X | 14301 | AB | 7587 00 | 1.0 | | NPI | 2086S0122X 1-134353345 |

**25. FEDERAL TAX I.D. NUMBER** SSN EIN
473033715 ████████

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES NO

**28. TOTAL CHARGE** $ 105513 00

**29. AMOUNT PAID** $ 4257 54

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GEORGE DRESZER MD
SIGNED DATE 12/05/2018

**32. SERVICE FACILITY LOCATION INFORMATION**
PLANTATION GENERAL HOSPITAL
401 NW 42ND AVENUE
PLANTATION FL 33317-2882
a. 144274317 b.

**33. BILLING PROVIDER INFO & PH #** ( 201 ) 855-5863
VANGUARD PLASTIC SURGERY PLLC
VANGUARD PLASTIC SURGERY 2320 NE 9TH STREET SUI
FORT LAUDERDALE FL 33304-3579
a. 1962889204 b.

NUCC Instruction Manual available at: www.nucc.org **PLEASE PRINT OR TYPE** APPROVED OMB-0938-1197 FORM 1500 (02-12)

8 0 8 1 8 3 4 5 0 2 1 9 1 8 7 1 8 3 4 5 5 1 0 1 7

9 1 0 1 8 3 4 5 3 8 1 8 2

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

```
1 FLN/DCC 1807966700989   ID#: ▋▋▋▋▋▋▋      SRC IND: 7       VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 03/20/18
+-----------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ▋▋▋▋▋▋        HIC#          RTE:   ATTCH:    KEYER: 111111999  DT: 03 20 18|
+-----------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX           |4 INSUREDS NAME (LFM)                       DOB    SEX |
| PAT REL TO INSD 18/SELF      DOB ▋▋▋  SEX ▋ | S▋▋▋▋                                              |
| S▋▋▋▋            B▋▋▋▋                      | B▋▋▋                             ▋▋▋▋▋▋    ▋ |
+---------------------------------------------+-------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
| ▋▋▋▋▋▋▋▋▋▋                                   | ▋▋▋▋▋▋▋▋▋▋                                 |
|                                             |                                                       |
| ▋▋▋▋▋▋      ▋▋▋▋▋▋    PHONE#  0000000000    | ▋▋▋▋▋▋      ▋▋▋▋▋▋   PHONE#  0000000000    |
+---------------------------------------------+-------------------------------------------------------+
|8 STAT    MARITAL:        EMPLOYMENT:        | STUDENT:          DECEASED:                            |
+---------------------------------------------+-------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB    SEX  |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                             | EMPLOYMENT STATUS CODE:                                |
| INSURED ID#:              00000000          |                                                       |
| PATIENT RELATIONSHIP TO INSURED:            |                                        ID #           |
+---------------------------------------------+-------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                             |                                          SPEC PRG IND |
|                     PHONE# 0000000000       |        168504                                 000     |
|                                             +-------------------------------------------------------+
|                                             |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC   |
|                                             | UNITED HEALTHCARE                                     |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME  | PAYOR SEQ # P                        87726   CI/COMM INS|
|                            SPEC PRG IND     +-------------------------------------------------------+
|                               000           |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?               |
|                                             | NO, PATIENT DOES NOT HAVE OTHER INSURANCE             |
+---------------------------------------------+-------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                       |
|                                             | P.O. BOX 740800                                       |
| CLM FILING IND:                             | ATLANTA                      GA  303740800            |
| DESCRIPTION:                                |                                                       |
+---------------------------------------------+-------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION    |
|                                             |                                                       |
| EMPLOYMENT STATUS CODE:                     |                                                       |
|                                             |                                                       |
|                         ID#                 |                                                       |
+---------------------------------------------+-------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:   A EMPLOYMENT?  N/NOT EMP REL                                   |
```

```
|
|                          B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST     DATE  000000     HOUR       |
+-----------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                             |
|   VANGUARD PLASTIC SURGERY PLLC                                                                            |
|                                                                                                            |
|   2320 NE 9TH ST #300                                                                                      |
|                                                                                                            |
|   FORT LAUDERDALE              FL  333043579                    PHONE# 2013555861                          |
|   TIN# 473033715               EIN/SSN  EIN            UPIN#                                                |
|   UHC ID                       NPI 1962889204         MDCD#                                                 |
+-----------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                                |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                               |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                           |
|   CITY-1: FORT LAUDERDALE            ST: FL  ZIP CODE:  333043579   COUNTRY:                                |
+-----------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE     |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                |   TYPE CODE    |                                           |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1    | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+-----------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                               |
+-----------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR          | ILLNESS DATE    |                                           |
|   000000            PREGNANCY-LMP               |                 | TOTAL DISABILITY     FROM  000000    TO  000000 |
|                                                 |   000000        | PARTIAL DISABILITY   FROM  000000    TO  000000 |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:       |                 | DATE RETURNED TO WORK  000000             |
+-----------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI           |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                                       |                                                    |
|                                                       |   FROM  000000          TO  000000                 |
|   SUPERVISING PHYS          LFM  NPI                  |                                                    |
|                                                       |                                                    |
|                                                       |                                                    |
+-----------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                   |20 OUTSIDE LAB?              $CHARGE                |
|                                                       |                                                    |
|                                                       |                                                    |
|                                                       |                                                    |
+-----------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                        REF PHY TAX ID & TYPE                               |
+-----------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9)  |22 RESUBMISSION                       |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                       |                                      |
| 1  N641                     2  N6489                               | CODE        ORIG REF NO              |
|                                                                    |                                      |
| 3                           4                                      +--------------------------------------|
|                                                                    |23 PRIOR AUTHORIZATION NUMBER         |
```

```
| 5                            6                    |                                        |
| 7                            8                    |                                        |
| 9                            10                   |23A CLIA# (CLAIM LEVEL)                  |
| 11                           12                   |                                        |
+----------------+---+---+----------+----+---------+----+----+---+----------+--------+----------+--------+
|24     A        | B | C |   CPT/   | E  |    F    | G  | GG | H |    I     |   II   |    J     |   L    |
|DATES OF SERVICE|PLC|TYPE|        |DIAG| $CHARGES |DAY/|ANES|EMG|OTHER INS |NEGOTIAT|DEDUCTIBLE|  PAID  |
| FROM    TO     |SV |/SV|HCPCS 1, 2, 3, 4|CODE|     |UNITS|TIME|IND| ALLOWED |RATE IND| AMOUNT   | AMOUNT |
+----------------+---+---+----------+----+---------+----+----+---+----------+--------+----------+--------+
| 031018  031018 | 23|   |99285  25 |1200|  1728.00|00001.0|0000| Y |     .00|        |      .00|     .00|
| 031018  031018 | 23|   |15734  50 |1200| 70011.00|00001.0|0000| Y |     .00|        |      .00|     .00|
| 031018  031018 | 23|   |15734  50 59|1200| 70011.00|00001.0|0000| Y |     .00|        |      .00|     .00|
| 031018  031018 | 23|   |11042  59 |1200|   384.00|00001.0|0000| Y |     .00|        |      .00|     .00|
| 031018  031018 | 23|   |19020  50 |1200|  2466.00|00001.0|0000| Y |     .00|        |      .00|     .00|
+----------------+---+---+----------+----+---------+----+----+---+----------+--------+----------+--------+
|24M LINE INFO                         |
+--------------------------------------+-------------------------------------+------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO    | CLIA# (LINE LEVEL)                  | SVC NPI (LINE LEVEL)   |
+--------------------------------------+-------------------------------------+------------------------+
| 001           |30167311              |                                     |                        |
| 002           |30167312              |                                     |                        |
| 003           |30167313              |                                     |                        |
| 004           |30167314              |                                     |                        |
| 005           |30167315              |                                     |                        |
+--------------------------------------+
|24H EPSDT IND    CODE1    CODE2    CODE3    |
+--------------------------------------------+
|SERVICE LINE # | EPSDT IND | FAMILY PLANNING IND|
+--------------------------------------------+
| 001           |           |                    |
| 002           |           |                    |
| 003           |           |                    |
| 004           |           |                    |
| 005           |           |                    |
+--------------------------------------------+
+------------------------------------+-------------------------+-------------+-----------+-----------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|                           |                    |                     |             |             |                        |
|   473033715       EIN     |  ████████          |  A/ASSIGNED          |   144600.00 |   .00PD     |    .00ALW          .00 |
+------------------------------------+-------------------------+-------------+-----------+-----------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY     |32B - ENCOUNTER PAID    |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED     |      DATES:             |
|                                    |                                    |                        |
|   TAXONOMY CODE    2086S0122X      |   PLANTATION GENERAL HOSPITAL      | CLAIM LEVEL:           |
|                                    |   401 NW 42ND AVENUE               |                        |
|                                    |                                    | LINE LEVEL:            |
|                                    |   PLANTATION            FL  333172882|                       |
|   ST LICENSE#                      |     SVC NPI (CLAIM LEVEL): 1144274317|                       |
```

```
+----------------------------------------+-----------------------------------------------------+---------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                                      |33B - ORG ID AND     |
|                                                                                              |      RECEIPT DATE   |
| DRESZER                                                GEORGE                                |                     |
|                                                                                              |ORG ID:              |
|                                                                                              |                     |
|                                                        PHONE# 0000000000                     |ORG RCPT DATE:       |
| NABP#           UPIN#            NPI  1134353345                                             |                     |
| MEDICARE#               MEDICAID#                                                            |                     |
+----------------------------------------------------------------------------------------------+------------------+--+
|34 PAY-TO PROVIDER NPI:             CLRNG HOUSE CLAIM ID: I3KINH1294001U      CLINICAL TRIAL#: |                  |
+----------------------------------------------------------------------------------------------+------------------+--+

+----------------------------------------------------------+--------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                           |S4 OTHER INSURANCE INFORMATION -                        |
|                                                          |                                                        |
|                                                          |                                                        |
| DOB, SEX, SSN:  00000000                                 | CLAIM NUMBER:                                          |
| PATIENT RELATION TO INSURED:                             | PAYER RESP SEQ :     ROUTE IND:                        |
| ADDR1:                                                   | CLAIM TOTAL OI PAID AMOUNT:          .00               |
| ADDR2:                                                   | CLAIM TOTAL DEDUCTIBLE AMOUNT:          .00            |
| CITY,ST,ZIP:                                             | CLAIM CONTRACTUAL ADJ:          .00                    |
| PHONE:  0000000000                                       | CLAIM INTEREST AMOUNT PAID:          .00               |
|                                                          | CLAIM TOTAL COINSURANCE AMOUNT:          .00           |
| EMPLOYMENT STATUS CODE:                                  |                                                        |
| EMPLOYERS/SCHOOL NAME:                                   | REMARK CODE 1,2,3 AND 4:                               |
| ADDR:                                                    | CLAIM ADJUSTMENT INDICATOR:                            |
| CITY,ST,ZIP                                              | CLAIM ADJUSTMENT ORIG. PAYMENT:          .00           |
| EMPLOYEE ID:                                             |                                                        |
+----------------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:                        |
|S2 OTHER PAYOR2 INFORMATION -                             | REMITTANCE ADVICE REMARK CODE2:                        |
|                                                          | REMITTANCE ADVICE REMARK CODE3:                        |
| POL/GROUP#:                                              | REMITTANCE ADVICE REMARK CODE4:                        |
|                              SPEC PRG IND:  000          | REMITTANCE ADVICE REMARK CODE5:                        |
| INSURANCE PLAN/GROUP NAME:                               +--------------------------------------------------------|
| PAYOR2 ID AND SPC:  00000            PAYER RESP SEQ :    |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION|
+----------------------------------------------------------+                                                        |
|S3 MISCELLANEOUS CLAIM INFORMATION -                      |                                                        |
|                                                          |                                                        |
| CLAIM TAX AMOUNT:          .00                           |                                                        |
| PROVIDER DISCOUNT AMOUNT:          .00                   |                                                        |
+----------------------------------------------------------+--------------------------------------------------------+
+----------------------------------------------------------------------------------------------------------------------+
```

```
1 FLN/DCC 1807966700989  ID#: ███████      SRC IND: 7      VENDOR ID EN   EMC CLAIM FORM - MEDICAL      DATE 03/26/18
+-----------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ███████      HIC#         RTE:   ATTCH:    KEYER: 000000000 DT: 03 26 18|
+-----------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)              |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)                    DOB     SEX |
|                                   |               |                                                     |
| S████      B███████               |           █   | H████     B███████          ███████  █              |
+-----------------------------------+---------------+-----------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |6 PAT RELATION |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                   |  TO INSURED   |                                                     |
| █████████████                     |               | ████████████                                        |
|                                   | 01/SELF       |                                                     |
| ███████   ████████    PHONE#  0000000000 +-------+ █████████  █████████  PHONE# 0000000000 |
+-----------------------------------+---------------+8 PATIENT STAT +------------------------------------+
|9 OTHER INSUREDS NAME (LFM)       DOB     SEX |      |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                  |MARITAL:       |                                                     |
|                       00000000   |               |  EMPLOYMENT STATUS CODE:                            |
|                                  |               |                                                     |
| INSURED ID#:                     |EMPLOYMENT:     |                                                     |
| PATIENT RELATIONSHIP TO INSURED: |               |                           ID# ██████            |
+----------------------------------+---------------+-----------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |STUDENT:  |7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                  |               |                                    SPEC PRG IND|
|                                  |               | 168504                                  000 |
|                      PHONE# 0000000000 +DECEASED: NO +-------------------------------------------+
|                                  |               |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
|                                  |10 IS PATIENTS |                                                     |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME |CONDITION  |  UNITED HEALTHCARE          87726   F/COMMERCIAL |
|                      SPEC PRG IND|RELATED TO:    +-------------------------------------------+
|                           000    +A EMPLOYMENT?  |7D IS THERE ANOTHER HEALTH BENEFIT PLAN? |
+----------------------------------+               |                                                     |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |       |                                                     |
|                                  |               +-------------------------------------------+
|                      00000       |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S |
|                                  | ACCIDENT?     |                                                     |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |NO ACCIDENT |  DRESZER MD        GEORGE              |
|                                  |               |                                                     |
|  EMPLOYMENT STATUS CODE:         |PLACE/ST       |                           PARTICIPATNG PHYS: |
|                                  |DATE  000000   |                    0000   PHONE# 0000000000 |
|                                  |HOUR   000     | TIN# 473033715  EIN/SSN EIN   UPIN#          |
|                          ID#     |               | MDCR#         MDCD#        NPI 1962889204 |
+----------------------------------+---------------+-----------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE |12A RESERVED |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                  |               |                                                     |
|                                  |               | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+----------------------------------+---------------+-----------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR |ILLNESS DATE |                                                     |
|  000000             PREGNANCY-LMP   |               | TOTAL DISABILITY    FROM 000000  TO 000000 |
```

```
|                                             |     000000    | PARTIAL DISABILITY   FROM 000000   TO 000000 |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND:   |               | DATE RETURNED TO WORK  000000                 |
+---------------------------------------------+---------------+-----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI     Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                               |                    |                                                     |
|                                               |                    | FROM 000000            TO  000000                   |
+-----------------------------------------------+--------------------+-----------------------------------------------------+
|19 REF PHY UPIN        REF PHY TAX ID & TYPE                  |20 OUTSIDE LAB?                    $CHARGE          |
+-------------------------------------------------------------+---------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0  (0,9)|22 MEDICAID RESUBMISSION                      |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)            |                                              |
| 1|A N641          2|B N6489           3|C                   |   CODE         ORIGINAL REF. NO.             |
|                                                            |                                              |
| 4|D              E               F                         +----------------------------------------------+
|                                                            |23 PRIOR AUTHORIZATION NUMBER                 |
|  G               H               I                         |                                              |
|  J               K               L                         |                                              |
+------------------------------------------------------------+----------------------------------------------+
|21A  REMARKS:                                                                                               |
+------------------------------------------------------------------------------------------------------------+
```

| 24  A DATES OF SERVICE FROM | TO | B PLC/ SV | C TYPE /SV | D CPT/ HCPCS | MOD 1, 2, 3, 4 | E DIAG CODE | F $CHARGES | G DAY/ UNITS | GG ANESTHESIA TIME | H EMG IND | I OTHER INS ALLOWED | II NEGOTIATED RATE REDUC IND | J DEDUCTIBLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 031018 | 031018 | 23 | 01 | 19020 | 50 | AB | 1233.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 19020 | | AB | 1233.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 11042 | 59 | AB | 384.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 15734 | 50 59 | AB | 70011.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 19020 | 50 | AB | 2466.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 99285 | 25 | AB | 1728.00 | 0001 | 0000 | Y | .00 | | .00 |
| 031018 | 031018 | 23 | 01 | 15734 | 50 | AB | 70011.00 | 0001 | 0000 | Y | .00 | | .00 |

```
|24M LINE INFO                    |
+----------------+----------------+
|SERVICE LINE #  |CLIA #          |
+----------------+----------------+
| 001            |                |
| 002            |                |
| 003            |                |
| 004            |                |
| 005            |                |
| 006            |                |
| 007            |                |
+----------------+----------------+
```

```
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#  |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                           |                      |                     |             |             |                         |
|  473033715      EIN  ████ |                      |                     |  47066.00   |   .00 |PD   |         ALW             |
+---------------------------+----------------------+---------------------+-------------+-------------+-------------------------+
```

```
|                              |      | 27A MEDICARE VOUCHER |            |          |          |
|                              |      |  N/NOT ASSIGNED      |            |          |          |
+------------------------------+------+----------------------+------------+----------+----------+
| 30A TOTAL OTHER INSURANCE CONTINUED                                                          |
|         PAT RESP     .00  COPAY     .00  COINS      .00  DEDUCT     .00  WRITEOFF      .00    |
+----------------------------------------------------------------------------------------------+
| 31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|    SUPPLIER (FL)                     |  WHERE SERVICES WERE RENDERED  |  VANGUARD PLASTIC SURGERY PLLC                         |
|                                      |                                |  DRESZER MD             GEORGE                         |
|    DEGREES OR CREDENTIALS            |  PLANTATION GENERAL HOS        |  2320 NE 9TH ST # 300                                  |
|    TAXONOMY                          |                                |                                                        |
|    CORPORATE PROVIDER TYPE           |                                |  FORT LAUDERDALE  FL  333043579     PHONE# 9545634500   |
|                                      |  NPI                           |  NABP#            UPIN#              NPI                |
|    ST LICENSE#                       |                                |  MEDICARE#  1962889204     MEDICAID#                   |
+--------------------------------------+--------------------------------+--------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:
+----------------+-----------+----+------------+-----------+-----------+-----------+-----------+-----------+
| 24CONTINUED    |           |    |                         OTHER INSURANCE                                |
|                | RENDERING |HCT +------------+-----------+-----------+-----------+-----------+-----------+
|                | NPI       |    | PAT RESP   | COPAY     | COINS     | PAID      | WRITEOFF  | PRIM PD   |
+----------------+-----------+----+------------+-----------+-----------+-----------+-----------+-----------+
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  | 70011.00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  |  2466.00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|                | 1134353345| 00 |       .00  |      .00  |      .00  |      .00  | 70011.00  |      .00  |
+----------------+-----------+----+------------+-----------+-----------+-----------+-----------+-----------+

+----------------------------------------------------+
| S1 OTHER INSURED2 INFORMATION -                    |
|                                                    |
| NAME (LFM):                                        |
| DOB, SEX, ID#:  00000000                           |
| PATIENT RELATION TO INSURED:                       |
| ADDRESS1:                                          |
| ADDRESS2:                                          |
| CITY, STATE, ZIP CODE:                             |
| PHONE:  0000000000                                 |
|                                                    |
| EMPLOYMENT STATUS CODE:                            |
| EMPLOYERS/SCHOOL NAME:                             |
| ADDRESS:                                           |
| CITY, STATE, ZIP CODE:                             |
| EMPLOYEE ID:                                       |
+----------------------------------------------------+
| S2 OTHER PAYOR2 INFORMATION -                      |
|                                                    |
```

```
| INSURED2 POLICY/GROUP#:                                    |
| POLICY/GROUP NAME:                    SPEC PRG IND:  000   |
| INSURANCE PLAN/PROGRAM NAME:                               |
| PAYOR2 ID AND SPC:  00000                                  |
+-----------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                        |
|                                                            |
| CLAIM TAX AMOUNT:          .00                             |
| PROVIDER DISCOUNT AMOUNT:         .00                      |
+-----------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                              |
+----------------------------------------------------------------------------------+
|01)        02)        03)        04)        05)        06)        07)        08)        09)        10)   |
+----------------------------------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                             |
| TPO ID:  201736437    TPO REFERENCE#              REJ MESSAGE IND:  1            |
+-----------------+----+--------+------+---------+-----+-----------+----------------+
|        A        | B  |   C    |  D   |    E    |  F  |     G     |       H        |
|  AUTHORIZATION  |PRICE|ALLOWED |CHANGE|PROCEDURE|APPRV| RESERVED  | FREE FORM REMARKS |
|     NUMBER      |MTHOD| AMOUNT | IND  |  CODE   |UNITS|           |                |
+-----------------+----+--------+------+---------+-----+-----------+----------------+
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
|                 | 6  |        |      |         | 000 |           |T1              |
+-----------------+----+--------+------+---------+-----+-----------+----------------+
```

```
1 FLN/DCC  1808684301985   ID#: ▮▮▮▮▮▮▮    SRC IND: 7      VENDOR ID  EN   837 CLAIM FORM - MEDICAL    DATE 03/27/18
+--------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ▮▮▮▮▮▮        HIC#        RTE:   ATTCH:    KEYER: 111111999  DT: 03 27 18|
+--------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX             |4 INSUREDS NAME (LFM)                          DOB     SEX |
| PAT REL TO INSD 18/SELF      DOB ▮▮▮  SEX ▮   |S                                                          |
|S▮▮▮              B▮                           |B▮▮                                         ▮▮▮▮    ▮     |
+-----------------------------------------------+------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE          |
| ▮▮▮▮▮▮▮▮▮                                     | ▮▮▮▮▮▮▮▮                                                  |
|                                               |                                                            |
| ▮▮▮▮▮▮        ▮▮▮▮▮                           | ▮▮▮▮▮▮        ▮▮▮▮▮                                       |
|                        PHONE#  0000000000     |                        PHONE#  0000000000                 |
+-----------------------------------------------+------------------------------------------------------------+
|8 STAT     MARITAL:            EMPLOYMENT:     | STUDENT:            DECEASED:                              |
|                                               |                                                            |
+-----------------------------------------------+------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)       DOB    SEX   |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID    |
|                                               |                                                            |
|                                               | EMPLOYMENT STATUS CODE:                                    |
| INSURED ID#:                  00000000        |                                                            |
| PATIENT RELATIONSHIP TO INSURED:              |                                            ID #           |
+-----------------------------------------------+------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7B INSUREDS POLICY, GROUP OR FECA# AND NAME        |
|                                               |                                             SPEC PRG IND |
|                                               |        168504                                       000  |
|                        PHONE# 0000000000      +----------------------------------------------------------+
+-----------------------------------------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC      |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME    | UNITED HEALTHCARE                                         |
|                              SPEC PRG IND|    | PAYOR SEQ # P                          87726   CI/COMM INS|
|                                   000|        +----------------------------------------------------------+
|                                               |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                  |
|                                               | NO, PATIENT DOES NOT HAVE OTHER INSURANCE                 |
+-----------------------------------------------+------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND|7E INSURANCE ADDRESS                             |
|                                               | P.O. BOX 740800                                           |
|                                               |                                                            |
| CLM FILING IND:                               | ATLANTA                     GA  303740800                 |
| DESCRIPTION:                                  |                                                            |
+-----------------------------------------------+------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|9E OTHER INSURANCE ADDRESS INFORMATION              |
|                                               |                                                            |
| EMPLOYMENT STATUS CODE:                       |                                                            |
|                                               |                                                            |
|                                               |                                                            |
|                        ID#                    |                                                            |
+-----------------------------------------------+------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                       |
```

```
|                                                                                      |
|               B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST    DATE 000000     HOUR  |
+------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                        |
|   VANGUARD PLASTIC SURGERY PLLC                                                      |
|                                                                                      |
|   2320 NE 9TH ST #300                                                                |
|                                                                                      |
|   FORT LAUDERDALE              FL   333043579                  PHONE# 2013555861     |
|   TIN# 473033715               EIN/SSN  EIN              UPIN#                        |
|   UHC ID                       NPI 1962889204           MDCD#                         |
+------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                           |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                          |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                     |
|   CITY-1: FORT LAUDERDALE              ST: FL  ZIP CODE:  333043579   COUNTRY:        |
+------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE      |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                 |   TYPE CODE    |                                  |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1      | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                          |
+------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|                     INJURY-ACCIDENT OR         | ILLNESS DATE    |                                  |
|   000000            PREGNANCY-LMP              |                 | TOTAL DISABILITY    FROM 000000   TO 000000 |
|                                                |   000000        | PARTIAL DISABILITY  FROM 000000   TO 000000 |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:      |                 | DATE RETURNED TO WORK 000000     |
+------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI     |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                                 |                                  |
|                                                 | FROM 000000          TO 000000   |
|   SUPERVISING PHYS            LFM  NPI          |                                  |
|                                                 |                                  |
|                                                 |                                  |
+------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                             |20 OUTSIDE LAB?              $CHARGE |
|                                                 |                                  |
|                                                 |                                  |
|                                                 |                                  |
+------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                  REF PHY TAX ID & TYPE             |
+------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9)  |22 RESUBMISSION  |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                       |                 |
| 1  N641                       2  N6489                             | CODE       ORIG REF NO |
|                                                                    |                 |
| 3                             4                                    |                 |
|                                                                    |23 PRIOR AUTHORIZATION NUMBER |
```

```
| 5                       6                       |                                              |
| 7                       8                       | A03949641                                    |
| 9                       10                      | 23A CLIA# (CLAIM LEVEL)                       |
| 11                      12                      |                                              |
+-------------------------------------------------+----------------------------------------------+
```

| 24 A DATES OF SERVICE | | B PLC/ | C TYPE/ | D CPT/ | MOD | E DIAG | F | G DAY/ | GG ANES | H EMG | I OTHER INS | II NEGOTIAT | J DEDUCTIBLE | L PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | SV | /SV | HCPCS | 1, 2, 3, 4 | CODE | $CHARGES | UNITS | TIME | IND | ALLOWED | RATE IND | AMOUNT | AMOUNT |
| 030518 | 030518 | 24 | | 19303 | 50 | 1200 | 5832.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 14301 | | 1200 | 5352.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 19340 | 50 | 1200 | 4860.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 15734 | LT | 1200 | 46674.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 15734 | RT 59 | 1200 | 46674.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 19303 | 22 | 1000 | 4665.60 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 19303 | 50 | 1200 | 5832.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518 | 030518 | 24 | | 19340 | 50 | 1200 | 4860.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |

```
| 24M LINE INFO                                   |
```

| SERVICE LINE # | LINE ITEM CNTRL NO | CLIA# (LINE LEVEL) | SVC NPI (LINE LEVEL) |
|---|---|---|---|
| 001 | 30353104 | | |
| 002 | 30353105 | | |
| 003 | 30353106 | | |
| 004 | 30353107 | | |
| 005 | 30353108 | | |
| 006 | 30353109 | | |
| 007 | 30353110 | | |
| 008 | 30353111 | | |

```
| 24H EPSDT IND     CODE1     CODE2     CODE3      |
```

| SERVICE LINE # | EPSDT IND | FAMILY PLANNING IND |
|---|---|---|
| 001 | | |
| 002 | | |
| 003 | | |
| 004 | | |
| 005 | | |
| 006 | | |
| 007 | | |
| 008 | | |

| 25 FEDERAL TAX ID#  SSN/EIN | 26 PATIENTS ACCOUNT# | 27 PROV ACCPTS ASGNMT | 28 TOT CHARGE | 29 TOT PAT PD | 30 TOTAL OTHER INSURANCE |
|---|---|---|---|---|---|
| 473033715          EIN | ▮▮▮▮▮▮▮ | A/ASSIGNED | 124749.60 | .00 PD | .00 ALW              .00 |

```
+--------------------------------+-----------------------------------------------+---------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY             |32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                 |   WHERE SERVICES WERE RENDERED             |     DATES:          |
|                                 |                                             |                     |
|   TAXONOMY CODE    2086S0122X   |   THE SURGERY CENTER OF FT LAUDERDALE       |   CLAIM LEVEL:      |
|                                 |   4485 N. STATE ROAD 7                      |                     |
|                                 |                                             |   LINE LEVEL:       |
|                                 |   FORT LAUDERDALE            FL 333195876   |                     |
|   ST LICENSE#                   |     SVC NPI (CLAIM LEVEL): 1265466288       |                     |
+--------------------------------+-----------------------------------------------+---------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                         |33B - ORG ID AND     |
|                                                                                 |      RECEIPT DATE   |
|   DRESZER                                        GEORGE                         |                     |
|                                                                                 |   ORG ID:           |
|                                                                                 |                     |
|                                            PHONE# 0000000000                    |   ORG RCPT DATE:    |
|   NABP#          UPIN#          NPI  1134353345                                 |                     |
|   MEDICARE#          MEDICAID#                                                  |                     |
+--------------------------------+-----------------------------------------------+---------------------+
|34 PAY-TO PROVIDER NPI:          CLRNG HOUSE CLAIM ID: I3RINH1FIP02NN    CLINICAL TRIAL#:    |          |
+--------------------------------------------------------------------------------+--------------+-----+
+--------------------------------------------------+----------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                   |S4 OTHER INSURANCE INFORMATION -                    |
|                                                  |                                                    |
|                                                  |                                                    |
|DOB, SEX, SSN: 00000000                           |CLAIM NUMBER:                                       |
|PATIENT RELATION TO INSURED:                      |PAYER RESP SEQ :    ROUTE IND:                      |
|ADDR1:                                            |CLAIM TOTAL OI PAID AMOUNT:         .00             |
|ADDR2:                                            |CLAIM TOTAL DEDUCTIBLE AMOUNT:       .00            |
|CITY,ST,ZIP:                                      |CLAIM CONTRACTUAL ADJ:        .00                   |
|PHONE: 0000000000                                 |CLAIM INTEREST AMOUNT PAID:      .00                |
|                                                  |CLAIM TOTAL COINSURANCE AMOUNT:       .00           |
|EMPLOYMENT STATUS CODE:                           |                                                    |
|EMPLOYERS/SCHOOL NAME:                            |REMARK CODE 1,2,3 AND 4:                            |
|ADDR:                                             |CLAIM ADJUSTMENT INDICATOR:                         |
|CITY,ST,ZIP                                       |CLAIM ADJUSTMENT ORIG. PAYMENT:      .00            |
|EMPLOYEE ID:                                      |                                                    |
+--------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:                    |
|S2 OTHER PAYOR2 INFORMATION -                     | REMITTANCE ADVICE REMARK CODE2:                    |
|                                                  | REMITTANCE ADVICE REMARK CODE3:                    |
|POL/GROUP#:                                       | REMITTANCE ADVICE REMARK CODE4:                    |
|                            SPEC PRG IND:  000    | REMITTANCE ADVICE REMARK CODE5:                    |
|INSURANCE PLAN/GROUP NAME:                        |----------------------------------------------------|
|PAYOR2 ID AND SPC: 00000        PAYER RESP SEQ :  |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+--------------------------------------------------+                                                    |
|S3 MISCELLANEOUS CLAIM INFORMATION -              |                                                    |
|                                                  |                                                    |
|CLAIM TAX AMOUNT:          .00                    |                                                    |
|PROVIDER DISCOUNT AMOUNT:        .00              |                                                    |
```

```
1 FLN/DCC  1809454739968   ID#: ██████████      SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 04/04/18
```

```
|1 INSUREDS ID NUMBER          ID#: ██████████        HIC#          RTE:   ATTCH:      KEYER: 111111999  DT: 04 04 18|
```

```
|2 PATIENTS NAME (LFM), REL DOB SEX            |4 INSUREDS NAME (LFM)                          DOB    SEX  |
| PAT REL TO INSD 18/SELF     DOB ███████  SEX █| S                                                        |
| S████████       B██████                      | B████████                           ██████████ █         |
```

```
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
| ████████████████████                          | ████████████████                                |
|                                               |                                                 |
| ██████████        ████████                    | ██████████        ████████                      |
|                   PHONE#  0000000000          |                   PHONE#  0000000000            |
```

```
|8 STAT    MARITAL:          EMPLOYMENT:          STUDENT:         DECEASED:                               |
```

```
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX   |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                               |                                                       |
|                                               | EMPLOYMENT STATUS CODE:                               |
| INSURED ID#:                00000000          |                                                       |
| PATIENT RELATIONSHIP TO INSURED:              |                                    ID #               |
```

```
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                                        |                                 SPEC PRG IND|
|                                                        |   168504                                 000|
|                           PHONE# 0000000000            |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
|                                                        |   UNITED HEALTHCARE                                |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME             |   PAYOR SEQ # P                      87726   CI/COMM INS |
|                              SPEC PRG IND              |------------------------------------------------------- |
|                                      000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                  |
|                                          |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE              |
```

```
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS            |
|                                                          |   P.O. BOX 740800              |
|                                                          |                                |
| CLM FILING IND:                                          |   ATLANTA           GA  303740800 |
| DESCRIPTION:                                             |                                |
```

```
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION |
|                                                       |                                       |
| EMPLOYMENT STATUS CODE:                               |                                       |
|                                                       |                                       |
|                                                       |                                       |
|                              ID#                      |                                       |
```

```
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                       |
```

```
|                                                                                             |
|                     B AUTO/OTHER ACCIDENT?  NO ACCIDENT       PLACE/ST     DATE 000000    HOUR    |
+---------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                     |
|   VANGUARD PLASTIC SURGERY PLLC                                                                   |
|                                                                                                   |
|   2320 NE 9TH ST #300                                                                             |
|                                                                                                   |
|   FORT LAUDERDALE              FL   333043579                    PHONE# 2013555861                |
|   TIN# 473033715               EIN/SSN  EIN              UPIN#                                     |
|   UHC ID                       NPI 1962889204           MDCD#                                      |
+---------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                        |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                       |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                  |
|   CITY-1: FORT LAUDERDALE            ST:  FL  ZIP CODE:  333043579   COUNTRY:                     |
+---------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE       |12A CLAIM FREQ | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                  |    TYPE CODE  |                                  |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1      | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+---------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                       |
+---------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR     |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|                     INJURY-ACCIDENT OR           |   ILLNESS DATE |                                  |
|   000000            PREGNANCY-LMP                |                | TOTAL DISABILITY     FROM 000000    TO  000000 |
|                                                  |    000000      | PARTIAL DISABILITY   FROM 000000    TO  000000 |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:         |                | DATE RETURNED TO WORK  000000    |
+---------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI             |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                                         |                                         |
|                                                         |    FROM  000000          TO  000000      |
|   SUPERVISING PHYS          LFM  NPI                    |                                         |
|                                                         |                                         |
|                                                         |                                         |
+---------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                     |20 OUTSIDE LAB?              $CHARGE      |
|                                                         |                                         |
|                                                         |                                         |
|                                                         |                                         |
+---------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                          REF PHY TAX ID & TYPE                      |
+---------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9) |22 RESUBMISSION                 |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                      |                                |
| 1  N641                     2  N6489                              |   CODE        ORIG REF NO      |
|                                                                   |                                |
| 3                           4                                     |                                |
|                                                                   |23 PRIOR AUTHORIZATION NUMBER   |
```

```
| 5                          6                  |                                                |
| 7                          8                  |    A03949641                                   |
| 9                          10                 |23A CLIA# (CLAIM LEVEL)                          |
| 11                         12                 |                                                |
+----------------------------------------------------------------------------------------------------+
```

| 24    A<br>DATES OF SERVICE<br>FROM    TO | B<br>PLC/<br>SV | C<br>TYPE<br>/SV | D<br>CPT/     MOD<br>HCPCS  1, 2, 3, 4 | E<br>DIAG<br>CODE | F<br>$CHARGES | G<br>DAY/<br>UNITS | GG<br>ANES<br>TIME | H<br>EMG<br>IND | I<br>OTHER INS<br>ALLOWED | II<br>NEGOTIAT<br>RATE IND | J<br>DEDUCTIBLE<br>AMOUNT | L<br>PAID<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 030518  030518 | 24 | | 19303  50 | 1200 | 5832.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518  030518 | 24 | | 14301 | 1200 | 5352.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518  030518 | 24 | | 19340  50 | 1200 | 4860.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518  030518 | 24 | | 15734  LT | 1200 | 46674.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518  030518 | 24 | | 15734  RT 59 | 1200 | 46674.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 030518  030518 | 24 | | 19340  50 | 1200 | 4860.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |

```
|24M LINE INFO                          |
```

| SERVICE LINE # | LINE ITEM CNTRL NO | CLIA# (LINE LEVEL) | SVC NPI (LINE LEVEL) |
|---|---|---|---|
| 001 | 30353104 | | |
| 002 | 30353105 | | |
| 003 | 30353106 | | |
| 004 | 30353107 | | |
| 005 | 30353108 | | |
| 006 | 30353111 | | |

```
|24H EPSDT IND    CODE1    CODE2    CODE3    |
```

| SERVICE LINE # | EPSDT IND | FAMILY PLANNING IND |
|---|---|---|
| 001 | | |
| 002 | | |
| 003 | | |
| 004 | | |
| 005 | | |
| 006 | | |

| 25 FEDERAL TAX ID#   SSN/EIN | 26 PATIENTS ACCOUNT# | 27 PROV ACCPTS ASGNMT | 28 TOT CHARGE | 29 TOT PAT PD | 30 TOTAL OTHER INSURANCE |
|---|---|---|---|---|---|
| 473033715     EIN | ███████ | A/ASSIGNED | 114252.00 | .00PD | .00ALW        .00 |

| 31 SIGNATURE OF SERVICING PHYSICIAN/<br>SUPPLIER (FL)<br><br>TAXONOMY CODE     2086S0122X | 32 NAME AND ADDRESS OF FACILITY<br>WHERE SERVICES WERE RENDERED<br><br>THE SURGERY CENTER OF FT LAUDERDALE<br>4485 N. STATE ROAD 7 | 32B - ENCOUNTER PAID<br>DATES:<br><br>CLAIM LEVEL: |
|---|---|---|

```
|                                |                                    | LINE LEVEL:          |
|                                | FORT LAUDERDALE          FL  333195876 |                      |
|  ST LICENSE#                   | SVC NPI (CLAIM LEVEL): 1265466288  |                      |
+----------------------------------+------------------------------------+-------------------+
| 33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC          | 33B - ORG ID AND     |
|                                                                   |       RECEIPT DATE   |
|   DRESZER                                        GEORGE           |                      |
|                                                                   | ORG ID:              |
|                                                                   |                      |
|                                        PHONE# 0000000000          | ORG RCPT DATE:       |
|   NABP#          UPIN#          NPI  1134353345                   |                      |
|   MEDICARE#             MEDICAID#                                 |                      |
+---------------------------------------------------------------------------+-----------+
| 34 PAY-TO PROVIDER NPI:          CLRNG HOUSE CLAIM ID: I42INH1SQW05C1    CLINICAL TRIAL#:    |
+----------------------------------------------------------------------------------------+

+-----------------------------------------------+------------------------------------------+
| S1 OTHER INSURED2 INFORMATION -               | S4 OTHER INSURANCE INFORMATION -         |
|                                               |                                          |
|                                               |                                          |
| DOB, SEX, SSN:  00000000                      | CLAIM NUMBER:                            |
| PATIENT RELATION TO INSURED:                  | PAYER RESP SEQ  :    ROUTE IND:          |
| ADDR1:                                        | CLAIM TOTAL OI PAID AMOUNT:        .00   |
| ADDR2:                                        | CLAIM TOTAL DEDUCTIBLE AMOUNT:     .00   |
| CITY,ST,ZIP:                                  | CLAIM CONTRACTUAL ADJ:        .00        |
| PHONE:  0000000000                            | CLAIM INTEREST AMOUNT PAID:     .00      |
|                                               | CLAIM TOTAL COINSURANCE AMOUNT:     .00  |
| EMPLOYMENT STATUS CODE:                        |                                          |
| EMPLOYERS/SCHOOL NAME:                         | REMARK CODE 1,2,3 AND 4:                 |
| ADDR:                                          | CLAIM ADJUSTMENT INDICATOR:              |
| CITY,ST,ZIP                                    | CLAIM ADJUSTMENT ORIG. PAYMENT:     .00  |
| EMPLOYEE ID:                                   |                                          |
+-----------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:          |
| S2 OTHER PAYOR2 INFORMATION -                 | REMITTANCE ADVICE REMARK CODE2:          |
|                                               | REMITTANCE ADVICE REMARK CODE3:          |
| POL/GROUP#:                                    | REMITTANCE ADVICE REMARK CODE4:          |
|                            SPEC PRG IND:  000 | REMITTANCE ADVICE REMARK CODE5:          |
| INSURANCE PLAN/GROUP NAME:                     +------------------------------------------|
| PAYOR2 ID AND SPC:  00000    PAYER RESP SEQ : | S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+-----------------------------------------------+                                          |
| S3 MISCELLANEOUS CLAIM INFORMATION -          |                                          |
|                                               |                                          |
| CLAIM TAX AMOUNT:        .00                   |                                          |
| PROVIDER DISCOUNT AMOUNT:        .00           |                                          |
+-----------------------------------------------+------------------------------------------+
```

```
1 FLN/DCC  1808684301985   ID#: ███████     SRC IND: 7     VENDOR ID  EN   EMC CLAIM FORM - MEDICAL     DATE 04/06/18
+----------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER         ID#: ████████     HIC#         RTE:    ATTCH:   KEYER: 000000000  DT: 04 06 18|
+----------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                    |3 PAT DOB  SEX|4 INSUREDS NAME (LFM)                    DOB    SEX |
|                                         |              |                                                    |
| S███████        B███████                |       █      | H████      B████        ████████       █          |
+-----------------------------------------+--------------+----------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|6 PAT RELATION|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|
|                                         | TO INSURED   |                                                    |
| ███████████████                         |              | ██████████████E                                    |
|                                         |01/SELF       |                                                    |
| ████████   ████████     PHONE# 0000000000+--------------+ ████████  ████████    PHONE# 0000000000          |
+-----------------------------------------+8 PATIENT STAT+----------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX|              |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                   00000000| MARITAL:     |   EMPLOYMENT STATUS CODE:                          |
|                                         |              |                                                    |
| INSURED ID#:                            | EMPLOYMENT:   |                                                    |
| PATIENT RELATIONSHIP TO INSURED:        |              |                       ID# ████████       |
+-----------------------------------------+--------------+----------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE| STUDENT:  |7B INSUREDS POLICY, GROUP OR FECA# AND NAME|
|                                         |              |                              SPEC PRG IND|
|                                         |              | 168504                           000     |
|                       PHONE# 0000000000 | DECEASED: NO +--------------------------------------------------+
+-----------------------------------------+10 IS PATIENTS|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME| CONDITION   |   UNITED HEALTHCARE          87726   F/COMMERCIAL |
|                       SPEC PRG IND| RELATED TO:  +--------------------------------------------------+
|                            000          +A EMPLOYMENT?|7D IS THERE ANOTHER HEALTH BENEFIT PLAN?          |
+-----------------------------------------+              |                                                    |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|    +--------------------------------------------------+
|                            00000        |B AUTO/OTHER  |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S|
+-----------------------------------------+ ACCIDENT?    |                                                    |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID| NO ACCIDENT  | DRESZER MD        GEORGE                |
|                                         | PLACE/ST     |                           PARTICIPATNG PHYS: |
|  EMPLOYMENT STATUS CODE:                | DATE   000000|                      0000    PHONE# 0000000000|
|                                         | HOUR    000  | TIN# 473033715 EIN/SSN EIN    UPIN#      |
|                       ID#               |              | MDCR#          MDCD#        NPI 1962889204|
+-----------------------------------------+--------------+----------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE|12A  RESERVED|13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                         |              |                                                    |
|                                         |              | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER|
+-----------------------------------------+--------------+----------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR|15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR  | ILLNESS DATE |                                                    |
|   000000            PREGNANCY-LMP       |              | TOTAL DISABILITY    FROM 000000   TO  000000|
+----------------------------------------------------------------------------------------------------------------------+
```

```
|                                     |        000000        | PARTIAL DISABILITY   FROM 000000    TO 000000  |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND: |         | DATE RETURNED TO WORK  000000                  |
+-------------------------------------+---------+--------+------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI     Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                               |                    |                                     |
|                                               | A03949641          | FROM 000000              TO 000000  |
+-----------------------------------------------+--------------------+-------------------------------------+
|19 REF PHY UPIN         REF PHY TAX ID & TYPE  |20 OUTSIDE LAB?                $CHARGE              |
+-----------------------------------------------+---------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION          |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                   |                                  |
| 1|A N641          2|B N6489           3|C          |     CODE        ORIGINAL REF. NO.            |
|                                                    |                                              |
| 4|D               E                  F            +----------------------------------------------+
|                                                   |23 PRIOR AUTHORIZATION NUMBER                  |
|  G               H                  I            |                                               |
|  J               K                  L            |                                               |
+--------------------------------------------------+-----------------------------------------------+
|21A  REMARKS:                                                                                        |
+------------------+-----+----+----------------+----+-----------+------+----------+-----+-----------+---------------+-------------+
|24    A           | B   | C  |      D         | E  |    F      | G    |   GG     | H   |    I      |     II        |     J       |
|DATES OF SERVICE |PLC/ |TYPE| CPT/      MOD  |DIAG|  $CHARGES | DAY/ |ANESTHESIA|EMG | OTHER INS | NEGOTIATED    | DEDUCTIBLE  |
| FROM    TO      | SV  |/SV | HCPCS  1, 2, 3, 4|CODE|           |UNITS |  TIME    |IND | ALLOWED   |RATE REDUC IND |   AMOUNT    |
+------------------+-----+----+----------------+----+-----------+------+----------+-----+-----------+---------------+-------------+
| 030518  030518  | 24  | 01 | 15734 LT       |AB  | 46674.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 15734 RT 59    |AB  | 46674.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 19303 50       |AB  |  5832.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 19303 22       |A   |  4665.60  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 14301          |AB  |  5352.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 19340 50       |AB  |  4860.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 19303 50       |AB  |  5832.00  |0001  | 0000     | N   |     .00   |               |        .00  |
| 030518  030518  | 24  | 01 | 19340 50       |AB  |  4860.00  |0001  | 0000     | N   |     .00   |               |        .00  |
+------------------+-----+----+----------------+----+-----------+------+----------+-----+-----------+---------------+-------------+
|24M LINE INFO                          |
+---------------+----------------+------+
|SERVICE LINE # |CLIA #          |
+---------------+----------------+------+
| 001           |                |      |
| 002           |                |      |
| 003           |                |      |
| 004           |                |      |
| 005           |                |      |
| 006           |                |      |
| 007           |                |      |
| 008           |                |      |
+---------------+----------------+------+

+-------------------------------------------+---+------------------+-----------------+------------+------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#  |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                                                  |                     |             |            |                         |
```

```
| 473033715      EIN |              |              | 24749.60 |      .00 |PD      ALW          |
+-------------------+--------+--------+-----------------------+---------+--------+-------------+
|                   |        |        |27A MEDICARE VOUCHER   |         |        |             |
|                   |        |        |                       |         |        |             |
|                   |        |        | N/NOT ASSIGNED        |         |        |             |
+-------------------+--------+--------+-----------------------+---------+--------+-------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                          |
|          PAT RESP      .00  COPAY      .00  COINS      .00  DEDUCT      .00  WRITEOFF    .00 |
+--------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED |VANGUARD PLASTIC SURGERY PLLC                           |
|                                     |                                |DRESZER MD           GEORGE                             |
|   DEGREES OR CREDENTIALS            |   THE SURGERY CENTER OF        |2320 NE 9TH ST # 300                                    |
|   TAXONOMY                          |                                |                                                        |
|   CORPORATE PROVIDER TYPE           |                                |FORT LAUDERDALE  FL  333043579    PHONE# 9545634500      |
|                                     |   NPI                          |NABP#            UPIN#              NPI                  |
|   ST LICENSE#                       |                                |MEDICARE#  1962889204     MEDICAID#                     |
+-------------------------------------+--------------------------------+--------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:
+---------------+-----------+----+------------------------------------------------------------+
|24CONTINUED    |           |    |                   OTHER INSURANCE                           |
|               | RENDERING |HCT |-----------+-----------+-----------+-------+----------+----------|
|               | NPI       |    | PAT RESP  | COPAY     | COINS     | PAID  | WRITEOFF | PRIM PD  |
+---------------+-----------+----+-----------+-----------+-----------+-------+----------+----------+
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |      .00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |  5832.00 |      .00 |
|               | 1134353345| 00 |       .00 |       .00 |       .00 |   .00 |  4860.00 |      .00 |
+---------------+-----------+----+-----------+-----------+-----------+-------+----------+----------+

+----------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                     |
|                                                    |
| NAME (LFM):                                        |
| DOB, SEX, ID#:  00000000                           |
| PATIENT RELATION TO INSURED:                       |
| ADDRESS1:                                          |
| ADDRESS2:                                          |
| CITY, STATE, ZIP CODE:                             |
| PHONE:  0000000000                                 |
|                                                    |
| EMPLOYMENT STATUS CODE:                            |
| EMPLOYERS/SCHOOL NAME:                             |
| ADDRESS:                                           |
| CITY, STATE, ZIP CODE:                             |
| EMPLOYEE ID:                                       |
```

```
+------------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                         |
|                                                      |
| INSURED2 POLICY/GROUP#:                              |
| POLICY/GROUP NAME:                 SPEC PRG IND:  000 |
| INSURANCE PLAN/PROGRAM NAME:                         |
| PAYOR2 ID AND SPC:  00000                            |
+------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                  |
|                                                      |
| CLAIM TAX AMOUNT:          .00                       |
| PROVIDER DISCOUNT AMOUNT:          .00               |
+------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                              |
+----------------------------------------------------------------------------------+
|01)       02)       03)       04)       05)       06)       07)       08)       09)       10)       |
+----------------------------------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                             |
| TPO ID:  201736437   TPO REFERENCE#              REJ MESSAGE IND:  1             |
+--------------------+----+---------+-----+---------+-----+---------------+--------------------------------+
|        A           | B  |   C     |  D  |   E     |  F  |      G        |              H                 |
|  AUTHORIZATION     |PRICE|ALLOWED |CHANGE|PROCEDURE|APPRV|   RESERVED    |       FREE FORM REMARKS         |
|     NUMBER         |MTHOD| AMOUNT | IND |  CODE   |UNITS|               |                                |
+--------------------+----+---------+-----+---------+-----+---------------+--------------------------------+
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
|                    | 6  |         |     |         | 000 |               |T1                              |
+--------------------+----+---------+-----+---------+-----+---------------+--------------------------------+
```

```
1 FLN/DCC 1807966700989   ID#: ▮▮▮▮▮      SRC IND: 7      VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 04/10/18
+------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER          ID#: ▮▮▮▮▮      HIC#          RTE:    ATTCH:    KEYER: 000000000  DT: 04 10 18|
+------------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                    |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)                    DOB    SEX |
|                                         |               |                                                    |
| S▮▮▮▮         B▮▮▮▮▮                    |            ▮   | H▮▮▮▮      B▮▮▮▮▮         ▮▮▮▮▮     ▮          |
+-----------------------------------------+---------------+----------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |6 PAT RELATION |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                         |   TO INSURED  |                                                    |
| ▮▮▮▮▮▮▮                                 |               | ▮▮▮▮▮▮▮                                            |
|                                         |01/SELF        |                                                    |
| ▮▮▮▮    ▮▮▮▮▮    PHONE#  0000000000     +---------------| ▮▮▮▮▮    ▮▮▮▮▮    PHONE#  0000000000             |
+-----------------------------------------+8 PATIENT STAT +----------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB   SEX|              |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                             00000000    |MARITAL:       |   EMPLOYMENT STATUS CODE:                          |
|                                         |               |                                                    |
| INSURED ID#:                            |EMPLOYMENT:    |                                        ID# ▮▮▮▮   |
| PATIENT RELATIONSHIP TO INSURED:        |               |                                                    |
+-----------------------------------------+---------------+----------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|STUDENT:    |7B INSUREDS POLICY, GROUP OR FECA# AND NAME        |
|                                         |               |                                       SPEC PRG IND|
|                                         |               |   168504                               000         |
|                                         |DECEASED: NO   +----------------------------------------------------+
|                  PHONE# 0000000000      +---------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
+-----------------------------------------|10 IS PATIENTS |                                                    |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME|CONDITION     |   UNITED HEALTHCARE              87726   F/COMMERCIAL|
|                        SPEC PRG IND     |RELATED TO:    +----------------------------------------------------+
|                         000             |               |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?           |
+-----------------------------------------+A EMPLOYMENT? +----------------------------------------------------+
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|     |                                                    |
|                                         |               +----------------------------------------------------+
|                         00000           |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S     |
+-----------------------------------------+  ACCIDENT?    |                                                    |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|NO ACCIDENT |   DRESZER MD          GEORGE                       |
|                                         |               |                                                    |
|   EMPLOYMENT STATUS CODE:               |PLACE/ST       |                            PARTICIPATNG PHYS:     |
|                                         |DATE    000000 |                      0000    PHONE# 0000000000    |
|                                         |HOUR    000    | TIN# 473033715  EIN/SSN  EIN    UPIN#             |
|                         ID#             |               |MDCR#           MDCD#           NPI 1962889204     |
+-----------------------------------------+---------------+----------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE|12A  RESERVED |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE        |
|                                         |               |                                                    |
|                                         |               | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER      |
+-----------------------------------------+---------------+----------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR  | ILLNESS DATE  |                                                    |
|   000000            PREGNANCY-LMP       |               | TOTAL DISABILITY   FROM 000000   TO  000000       |
```

```
|                                               |   000000    | PARTIAL DISABILITY   FROM 000000   TO 000000 |
|  SAME SYMPTOM IND:    FIRST SYMPTOM IND:      |             | DATE RETURNED TO WORK  000000                |
+-----------------------------------------------+-------------+----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI     Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                               |                    |                                                     |
|                                               |                    | FROM 000000            TO  000000                   |
+-----------------------------------------------+--------------------+-----------------------------------------------------+
|19 REF PHY UPIN         REF PHY TAX ID & TYPE  |20 OUTSIDE LAB?                    $CHARGE            |
+-----------------------------------------------+-----------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION               |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                   |                                       |
| 1|A N641          2|B N6489          3|C       |        CODE         ORIGINAL REF. NO.                  |
|                                                |                                                       |
| 4|D              E               F             +-------------------------------------------------------+
|                                                |23 PRIOR AUTHORIZATION NUMBER                          |
|   G              H               I             |                                                       |
|   J              K               L             |                                                       |
+------------------------------------------------+-------------------------------------------------------+
|21A  REMARKS:                                                                                           |
+--------------+---+---+-------------+----+----------+------+----------+---+-----------+---------------+------------+
|24    A       | B | C |     D       | E  |    F     | G    |   GG     | H |    I      |      II       |     J      |
|DATES OF SERVICE|PLC/|TYPE| CPT/   MOD |DIAG| $CHARGES |DAY/ |ANESTHESIA|EMG| OTHER INS | NEGOTIATED    | DEDUCTIBLE |
| FROM     TO  | SV |/SV| HCPCS 1, 2, 3, 4|CODE|          |UNITS|  TIME    |IND| ALLOWED   |RATE REDUC IND |  AMOUNT    |
+--------------+----+---+-------------+----+----------+------+----------+---+-----------+---------------+------------+
| 031018 031018| 23 | 01| 19020  50   | AB | 1233.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 19020       | AB | 1233.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 11042  59   | AB |  384.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 15734  50 59| AB |70011.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 19020  50   | AB | 2466.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 99285  25   | AB | 1728.00  |0001 |  0000    | Y |    .00    |               |     .00    |
| 031018 031018| 23 | 01| 15734  50   | AB |70011.00  |0001 |  0000    | Y |    .00    |               |     .00    |
+--------------+----+---+-------------+----+----------+------+----------+---+-----------+---------------+------------+
|24M LINE INFO                  |
+---------------+---------------+
|SERVICE LINE # |CLIA #         |
+---------------+---------------+
| 001           |               |
| 002           |               |
| 003           |               |
| 004           |               |
| 005           |               |
| 006           |               |
| 007           |               |
+---------------+---------------+
+----------------------------+----------+--------------------+----------------+-----------+---------------------+
|25 FEDERAL TAX ID#  SSN/EIN |26 PATIENTS ACCOUNT#    |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                            |                        |                     |             |             |                         |
|   473033715     EIN   [    ]                         |                     | 47066.00    |   .00 |PD   |        ALW          |
+------------------------------------------------------+---------------------+-------------+-------------+-----------------------+
```

```
|                       |                    | 27A MEDICARE VOUCHER |            |            |            |
|                       |                    |                      |            |            |            |
|                       |                    |   N/NOT ASSIGNED     |            |            |            |
+---------------------------------------------+----------------------+----------------------------------------+
| 30A TOTAL OTHER INSURANCE CONTINUED                                                                        |
|         PAT RESP      .00   COPAY      .00   COINS       .00   DEDUCT      .00   WRITEOFF      .00          |
+------------------------------------------------------------------------------------------------------------+
| 31 SIGNATURE OF SERVICING PHYSICIAN/ | 32 NAME AND ADDRESS OF FACILITY | 33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC |
|    SUPPLIER (FL)                     |    WHERE SERVICES WERE RENDERED |    VANGUARD PLASTIC SURGERY PLLC              |
|                                      |                                 |    DRESZER MD             GEORGE              |
|    DEGREES OR CREDENTIALS            |    PLANTATION GENERAL HOS       |    2320 NE 9TH ST # 300                       |
|    TAXONOMY                          |                                 |                                              |
|    CORPORATE PROVIDER TYPE           |                                 |    FORT LAUDERDALE  FL  333043579    PHONE# 9545634500 |
|                                      |    NPI                          |    NABP#          UPIN#              NPI      |
|    ST LICENSE#                       |                                 |    MEDICARE#  1962889204     MEDICAID#        |
+------------------------------------------------------------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                                                    |
```

| 24CONTINUED | RENDERING NPI | HCT | OTHER INSURANCE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | PAT RESP | COPAY | COINS | PAID | WRITEOFF | PRIM PD |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | 70011.00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | 2466.00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | 1134353345 | 00 | .00 | .00 | .00 | .00 | 70011.00 | .00 |

```
+----------------------------------------------------+
| S1 OTHER INSURED2 INFORMATION -                    |
|                                                    |
| NAME (LFM):                                        |
| DOB, SEX, ID#:  00000000                           |
| PATIENT RELATION TO INSURED:                       |
| ADDRESS1:                                          |
| ADDRESS2:                                          |
| CITY, STATE, ZIP CODE:                             |
| PHONE:  0000000000                                 |
|                                                    |
| EMPLOYMENT STATUS CODE:                            |
| EMPLOYERS/SCHOOL NAME:                             |
| ADDRESS:                                           |
| CITY, STATE, ZIP CODE:                             |
| EMPLOYEE ID:                                       |
+----------------------------------------------------+
| S2 OTHER PAYOR2 INFORMATION -                      |
|                                                    |
```

```
| INSURED2 POLICY/GROUP#:                              |
| POLICY/GROUP NAME:              SPEC PRG IND:  000   |
| INSURANCE PLAN/PROGRAM NAME:                         |
| PAYOR2 ID AND SPC:  00000                            |
+-----------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                 |
|                                                      |
| CLAIM TAX AMOUNT:          .00                       |
| PROVIDER DISCOUNT AMOUNT:         .00                |
+-----------------------------------------------------+
```

```
+----------------------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                                          |
+----------------------------------------------------------------------------------------------+
|01)        02)        03)        04)        05)        06)        07)        08)     09)    10) |
+----------------------------------------------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                                         |
| TPO ID:  133068979   TPO REFERENCE#  838146556      REJ MESSAGE IND:                          |
+----------------------------------------------------------------------------------------------+
```

| A AUTHORIZATION NUMBER | B PRICE MTHOD | C ALLOWED AMOUNT | D CHANGE IND | E PROCEDURE CODE | F APPRV UNITS | G RESERVED | H FREE FORM REMARKS |
|---|---|---|---|---|---|---|---|
| | 2 | 1146.69 | | | 000 | | 1Q |
| | 2 | 1146.69 | | | 000 | | 1Q |
| | 2 | 357.12 | | | 000 | | 1Q |
| | | | | | 0000 | | |
| | | | | | 0000 | | |
| | 2 | 1607.04 | | | 000 | | 1Q |
| | | | | | 0000 | | |

```
1 FLN/DCC  1808684301985   ID#: ▮▮▮▮▮      SRC IND: 7      VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 04/19/18
```

| 1 INSUREDS ID NUMBER      ID#: ▮▮▮▮▮ | HIC# | RTE: | ATTCH: | KEYER: 000000000 DT: 04 19 18 |
|---|---|---|---|---|

| 2 PATIENTS NAME (LFM) | 3 PAT DOB  SEX | 4 INSUREDS NAME (LFM)              DOB    SEX |
|---|---|---|
| S▮▮▮▮         B▮▮▮▮ | ▮ | H▮▮▮       B▮▮▮       ▮▮▮▮  ▮ |

| 5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE | 6 PAT RELATION TO INSURED | 7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|---|---|---|
| ▮▮▮▮▮ | 01/SELF | ▮▮▮▮ |
| ▮▮▮▮      ▮▮▮▮     PHONE#  0000000000 | | ▮▮▮▮    ▮▮▮▮      PHONE#  0000000000 |

| 9 OTHER INSUREDS NAME (LFM)        DOB    SEX | 8 PATIENT STAT

MARITAL: | 7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID

EMPLOYMENT STATUS CODE: |
|---|---|---|
| 00000000

INSURED ID#:
PATIENT RELATIONSHIP TO INSURED: | EMPLOYMENT: | ID# ▮▮▮▮ |

| 9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE | STUDENT: | 7B INSUREDS POLICY, GROUP OR FECA# AND NAME       SPEC PRG IND |
|---|---|---|
| PHONE# 0000000000 | DECEASED: NO | 168504                                       000 |
| 9B OTHER INSUREDS POLICY OR GROUP# AND NAME       SPEC PRG IND       000 | 10 IS PATIENTS CONDITION RELATED TO: | 7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC

UNITED HEALTHCARE            87726   F/COMMERCIAL |
| 9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC                 00000 | A EMPLOYMENT? | 7D IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| 9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID

EMPLOYMENT STATUS CODE:

ID# | B AUTO/OTHER ACCIDENT?
NO ACCIDENT

PLACE/ST
DATE   000000
HOUR   000 | 11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S

DRESZER MD          GEORGE

PARTICIPATNG PHYS:
0000    PHONE# 0000000000
TIN# 473033715 EIN/SSN EIN   UPIN#
MDCR#            MDCD#        NPI 1962889204 |

| 12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE | 12A  RESERVED | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE

Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
|---|---|---|

| 14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR INJURY-ACCIDENT OR PREGNANCY-LMP
000000 | 15 SAME/SIMILAR ILLNESS DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

TOTAL DISABILITY    FROM  000000   TO  000000 |
|---|---|---|

```
|                                              |     000000    | PARTIAL DISABILITY   FROM 000000   TO 000000  |
|  SAME SYMPTOM IND:      FIRST SYMPTOM IND:   |               | DATE RETURNED TO WORK  000000                 |
+---------------------------------------------------------------------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI    Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
|                                              |                    |
|                                              | A03949641          | FROM 000000              TO 000000
+---------------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN        REF PHY TAX ID & TYPE  |20 OUTSIDE LAB?                       $CHARGE                    |
+---------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY      ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION               |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                     |                                       |
| 1|A N641            2|B N6489          3|C                           |   CODE        ORIGINAL REF. NO.        |
|                                                                      |                                       |
| 4|D               E                 F                               +----------------------------------------
|                                                                      |23 PRIOR AUTHORIZATION NUMBER          |
|   G               H                 I                                |                                       |
|   J               K                 L                                |                                       |
+---------------------------------------------------------------------------------------------------------------+
|21A  REMARKS:                                                                                                  |
+---------------------------------------------------------------------------------------------------------------+
|24    A          | B | C |      D       | E  |    F    |  G   |   GG    | H |   I    |     II      |    J       |
|DATES OF SERVICE |PLC/|TYPE|  CPT/   MOD |DIAG|$CHARGES |DAY/  |ANESTHESIA|EMG|OTHER INS|  NEGOTIATED|DEDUCTIBLE  |
| FROM     TO     | SV |/SV |HCPCS 1,2,3,4|CODE|         |UNITS | TIME    |IND| ALLOWED |RATE REDUC IND|AMOUNT    |
| 030518  030518  | 24 | 01 |15734 LT     |AB  |46674.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |15734 RT 59  |AB  |46674.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |19303 50     |AB  | 5832.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |19303 22     |A   | 4665.60 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |14301        |AB  | 5352.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |19340 50     |AB  | 4860.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |19303 50     |AB  | 5832.00 |0001  | 0000    | N |    .00  |             |       .00  |
| 030518  030518  | 24 | 01 |19340 50     |AB  | 4860.00 |0001  | 0000    | N |    .00  |             |       .00  |
+---------------------------------------------------------------------------------------------------------------+
|24M LINE INFO                  |
+---------------+---------------+
|SERVICE LINE # |CLIA #         |
+---------------+---------------+
| 001           |               |
| 002           |               |
| 003           |               |
| 004           |               |
| 005           |               |
| 006           |               |
| 007           |               |
| 008           |               |
+---------------+---------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#  |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                           |                      |                     |             |             |                         |
```

```
| 473033715      EIN  |         ████        |            | 24749.60 |      .00 |PD        ALW        |
+------------------+-------+--------+-----------------------+-------+-------+-------+------------------+
|                  |       |          |27A MEDICARE VOUCHER   |        |      |       |                  |
|                  |       |          |                       |        |      |       |                  |
|                  |       |          | N/NOT ASSIGNED        |        |      |       |                  |
+------------------+-------+--------+-----------------------+-------+-------+-------+------------------+
| 30A TOTAL OTHER INSURANCE CONTINUED                                                                 |
|          PAT RESP      .00  COPAY      .00  COINS      .00  DEDUCT      .00  WRITEOFF      .00        |
+-----------------------------------------------------------------------------------------------------+
| 31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|    SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED |  VANGUARD PLASTIC SURGERY PLLC                         |
|                                      |                               |  DRESZER MD            GEORGE                          |
|    DEGREES OR CREDENTIALS            |   THE SURGERY CENTER OF       |  2320 NE 9TH ST # 300                                  |
|    TAXONOMY                          |                               |                                                        |
|    CORPORATE PROVIDER TYPE           |                               |  FORT LAUDERDALE  FL  333043579    PHONE# 9545634500    |
|                                      |   NPI                         |  NABP#            UPIN#              NPI                |
|    ST LICENSE#                       |                               |  MEDICARE#  1962889204      MEDICAID#                   |
+--------------------------------------+-------------------------------+--------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:
+------------------+------------+----+----------+----------+----------+----------+----------+----------+
| 24CONTINUED      |            |    |                          OTHER INSURANCE                         |
|                  | RENDERING  |HCT |----------+----------+----------+----------+----------+----------|
|                  | NPI        |    | PAT RESP | COPAY    | COINS    | PAID     | WRITEOFF | PRIM PD  |
+------------------+------------+----+----------+----------+----------+----------+----------+----------+
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |  5832.00 |      .00 |
|                  | 1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |  4860.00 |      .00 |
+------------------+------------+----+----------+----------+----------+----------+----------+----------+

+-----------------------------------------------+
| S1 OTHER INSURED2 INFORMATION -               |
|                                               |
| NAME (LFM):                                   |
| DOB, SEX, ID#:  00000000                      |
| PATIENT RELATION TO INSURED:                  |
| ADDRESS1:                                     |
| ADDRESS2:                                     |
| CITY, STATE, ZIP CODE:                        |
| PHONE:  0000000000                            |
|                                               |
| EMPLOYMENT STATUS CODE:                       |
| EMPLOYERS/SCHOOL NAME:                         |
| ADDRESS:                                      |
| CITY, STATE, ZIP CODE:                        |
| EMPLOYEE ID:                                  |
```

```
+------------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                         |
|                                                      |
|                                                      |
| INSURED2 POLICY/GROUP#:                              |
| POLICY/GROUP NAME:                  SPEC PRG IND: 000 |
| INSURANCE PLAN/PROGRAM NAME:                         |
| PAYOR2 ID AND SPC:  00000                            |
+------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                  |
|                                                      |
| CLAIM TAX AMOUNT:          .00                       |
| PROVIDER DISCOUNT AMOUNT:         .00                |
+------------------------------------------------------+
```

```
+-----------------------------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                                                 |
+-----------------------------------------------------------------------------------------------------+
|01)      02)      03)       04)       05)       06)       07)      08)      09)      10)             |
+-----------------------------------------------------------------------------------------------------+
```

```
+-----------------------------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                                                |
| TPO ID:  133068979    TPO REFERENCE#  840972563       REJ MESSAGE IND:                              |
+--------------------+----+---------+-----+---------+----+---------------+--------------------------------+
|        A           | B  |   C     |  D  |    E    | F  |      G        |              H                 |
|   AUTHORIZATION    |PRICE| ALLOWED |CHANGE|PROCEDURE|APPRV|   RESERVED    |        FREE FORM REMARKS       |
|      NUMBER        |MTHOD| AMOUNT  | IND |  CODE   |UNITS|               |                                |
+--------------------+----+---------+-----+---------+----+---------------+--------------------------------+
|                    |  2 | 43406.82|     |         |000 |               |1Q                              |
|                    |  2 | 43406.82|     |         |000 |               |1Q                              |
|                    |  2 |  5423.76|     |         |000 |               |1Q                              |
|                    |  2 |  4339.01|     |         |000 |               |1Q                              |
|                    |  2 |  4977.36|     |         |000 |               |1Q                              |
|                    |  2 |  4519.80|     |         |000 |               |1Q                              |
|                    |    |         |     |         |0000|               |                                |
|                    |    |         |     |         |0000|               |                                |
+--------------------+----+---------+-----+---------+----+---------------+--------------------------------+
```

```
1 FLN/DCC  1809944805910   ID#: ███████        SRC IND: 9        VENDOR ID  IH   EMC CLAIM FORM - MEDICAL      DATE 04/21/18
```

| 1 INSUREDS ID NUMBER         ID#: ████████        HIC#        RTE:   ATTCH: RP   KEYER: 801144369  DT: 04 21 18 |
|---|

| 2 PATIENTS NAME (LFM) | 3 PAT DOB  SEX | 4 INSUREDS NAME (LFM)                          DOB    SEX |
|---|---|---|
| S███████       B██████ | █ | S██████      B██████        ███████ |

| 5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE | 6 PAT RELATION TO INSURED | 7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|---|---|---|
| ████████████ <br> ██████    ████████    PHONE#  0000000000 | 01/SELF | ███████████ <br> ████████   ████████    PHONE#  0000000000 |

| 9 OTHER INSUREDS NAME (LFM)           DOB    SEX <br><br> INSURED ID#: <br> PATIENT RELATIONSHIP TO INSURED: | 8 PATIENT STAT <br><br> MARITAL: <br><br> EMPLOYMENT: | 7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID <br><br> EMPLOYMENT STATUS CODE: <br><br>                              ID# |
|---|---|---|
| 00000000 | | |

| 9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE <br><br>                         PHONE# 0000000000 | STUDENT: <br><br> DECEASED: NO | 7B INSUREDS POLICY, GROUP OR FECA# AND NAME <br>                                  SPEC PRG IND <br> 0168504                                000 |
|---|---|---|

| 9B OTHER INSUREDS POLICY OR GROUP# AND NAME <br>                           SPEC PRG IND <br>                               000 | 10 IS PATIENTS CONDITION RELATED TO: | 7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC <br>                                  87726   F/COMMERCIAL <br> 7D IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|

| 9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC <br>                           00000 | A EMPLOYMENT? <br> N/NOT EMP REL <br><br> B AUTO/OTHER ACCIDENT? | 11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S |
|---|---|---|

| 9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID <br><br> EMPLOYMENT STATUS CODE: <br><br>                           ID# | NO ACCIDENT <br><br> PLACE/ST <br> DATE    000000 <br> HOUR     000 | DRESZER       GEORGE <br> 401 NW 42ND AVENUE <br>                          PARTICIPATNG PHYS: <br>                  333172882    PHONE# 0000000000 <br> TIN# 473033715  EIN/SSN  EIN    UPIN# <br> MDCR#            MDCD#          NPI 1962889204 |
|---|---|---|

| 12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE | 12A  RESERVED | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE <br><br> Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
|---|---|---|

| 14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR <br>                      INJURY-ACCIDENT OR <br>     000000           PREGNANCY-LMP | 15 SAME/SIMILAR ILLNESS DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION <br><br> TOTAL DISABILITY    FROM  000000    TO  000000 |
|---|---|---|

```
|                                           |    000000      | PARTIAL DISABILITY   FROM 000000   TO 000000    |
|  SAME SYMPTOM IND:    FIRST SYMPTOM IND:  |                | DATE RETURNED TO WORK  000000                   |
+------------------------------------------------------------+-------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI     Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
|                                               |                    | FROM 000000            TO  000000
+-----------------------------------------------+--------------------+-------------------------------------------
|19 REF PHY UPIN       REF PHY TAX ID & TYPE              |20 OUTSIDE LAB?                    $CHARGE
+--------------------------------------------------------+----------------------------------------------------
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION
|  (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                    |
| 1|A N641         2|B N6489        3|C                              |  CODE         ORIGINAL REF. NO.
|                                                                   |
| 4|D              E              F                                  +----------------------------------------
|                                                                   |23 PRIOR AUTHORIZATION NUMBER
|  G              H              I                                   |
|  J              K              L                                   |
+------------------------------------------------------------------+-----------------------------------------
|21A  REMARKS:  CORRECTED CLAIM                                      0015709447
+------------------------+---+---+----------------+----+---------+----+---------+---+--------+-------------+----------
|24    A        | B | C |      D        | E  |    F    | G  |   GG    | H |   I    |    II       |    J
|DATES OF SERVICE|PLC/|TYPE| CPT/   MOD |DIAG| $CHARGES|DAY/|ANESTHESIA|EMG| OTHER INS| NEGOTIATED  | DEDUCTIBLE
| FROM    TO    | SV|/SV| HCPCS 1, 2, 3, 4|CODE|        |UNITS|  TIME   |IND| ALLOWED |RATE REDUC IND| AMOUNT
+--------+------+---+---+----------------+----+---------+----+---------+---+--------+-------------+----------
| 031018 031018 | 23| 01| 99285 25      | AB |  1728.00|0001|  0000   | N |   .00  |             |     .00
| 031018 031018 | 23| 02| 15734 50      | AB | 70011.00|0001|  0000   | N |   .00  |             |     .00
| 031018 031018 | 23| 02| 15734 50 59   | AB | 70011.00|0001|  0000   | N |   .00  |             |     .00
| 031018 031018 | 23| 02| 11042 59      | AB |   384.00|0001|  0000   | N |   .00  |             |     .00
| 031018 031018 | 23| 02| 19020 50      | AB |  2466.00|0001|  0000   | N |   .00  |             |     .00
| 040418 040418 | 23| 02| 14301         | AB |  7587.00|0001|  0000   | N |   .00  |             |     .00
+--------+------+---+---+----------------+----+---------+----+---------+---+--------+-------------+----------
|24M LINE INFO                           |
+------------------+-----------------+
|SERVICE LINE #  |CLIA #            |
+------------------+-----------------+
| 001             |                 |
| 002             |                 |
| 003             |                 |
| 004             |                 |
| 005             |                 |
| 006             |                 |
+------------------+-----------------+

+---------------------------------------+-----------------------+-----------------+------------------+--------------------
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE
|                           |                    |                     |             |             |
|  473033715      EIN       | [REDACTED]-------   |                     |  52187.00   |   .00 |PD  |   ALW
+---------------------------------------+-----------------------+-----------------+------------------+--------------------
|                           |                    |27A MEDICARE VOUCHER |             |             |
```

```
|                          |           |       | N/NOT ASSIGNED   |           |           |           |            |
+-----------------------------------------------+------------------+-----------------------------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                               |
|        PAT RESP      .00  COPAY        .00  COINS       .00  DEDUCT      .00  WRITEOFF       .00                  |
+-----------------------------------------------+------------------+-----------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED|   VANGUARD PLASTIC SURGERY PLLC                        |
|                                     |                               |   DRESZER            GEORGE                            |
|   DEGREES OR CREDENTIALS  MD        |                               |   2320 NE 9TH STREET SUI                               |
|   TAXONOMY                          |                               |                                                        |
|   CORPORATE PROVIDER TYPE           |                               |   FORT LAUDERDALE  FL  333043579     PHONE# 2013555863 |
|                                     | NPI                           |   NABP#              UPIN#                    NPI       |
|   ST LICENSE#  2086012              |                               |   MEDICARE#  1083958318      MEDICAID#                 |
+-----------------------------------------------+------------------+-----------------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                                                          |
```

| 24CONTINUED |           |     | OTHER INSURANCE |          |          |          |          |          |
|-------------|-----------|-----|-----------------|----------|----------|----------|----------|----------|
|             | RENDERING |HCT  |                 |          |          |          |          |          |
|             | NPI       |     | PAT RESP        | COPAY    | COINS    | PAID     | WRITEOFF | PRIM PD  |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |
|             | 1134353345| 00  | .00             | .00      | .00      | .00      | .00      | .00      |

```
1 FLN/DCC  1810268288910   ID#: ▮▮▮▮▮     SRC IND: 9      VENDOR ID  IH   EMC CLAIM FORM - MEDICAL     DATE 05/10/18
+----------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ▮▮▮▮▮      HIC#          RTE:    ATTCH: RP    KEYER: 001068793  DT: 05 10 18|
+----------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                    |3 PAT DOB  SEX|4 INSUREDS NAME (LFM)                     DOB     SEX |
|                                         |              |                                                      |
| S▮▮▮        B▮▮▮▮                       |           ▮  | S▮▮▮        B▮▮▮▮       ▮▮▮▮▮                        |
+-----------------------------------------+--------------+------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|6 PAT RELATION|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                         | TO INSURED   |                                                      |
| ▮▮▮▮▮▮▮▮                                |              | ▮▮▮▮▮▮▮                                              |
|                                         | 01/SELF      |                                                      |
| ▮▮▮▮      ▮▮▮▮▮        PHONE#  0000000000+--------------+ ▮▮▮▮▮     ▮▮▮▮▮     PHONE#  0000000000              |
+-----------------------------------------+8 PATIENT STAT+------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB   SEX|             |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                         | MARITAL:     |                                                      |
|                              00000000   |              |   EMPLOYMENT STATUS CODE:                            |
|                                         |              |                                                      |
|  INSURED ID#:                           | EMPLOYMENT:   |                                                      |
|  PATIENT RELATIONSHIP TO INSURED:       |              |                          ID#                         |
+-----------------------------------------+--------------+------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE| STUDENT:    |7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                         |              |                                      SPEC PRG IND|
|                                         |              | 0168504                                 000      |
|                                         | DECEASED: NO |                                                      |
|                         PHONE# 0000000000+-------------+7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
+-----------------------------------------+10 IS PATIENTS|                                                      |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME| CONDITION   |                            87726    F/COMMERCIAL |
|                         SPEC PRG IND     | RELATED TO:  +------------------------------------------------------+
|                         000              |              |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?              |
+-----------------------------------------+A EMPLOYMENT? |                                                      |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC| N/NOT EMP REL|                                            |
|                                         |              +------------------------------------------------------+
|                         00000           |B AUTO/OTHER  |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S       |
+-----------------------------------------+ ACCIDENT?    +------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID| NO ACCIDENT | DRESZER        GEORGE                      |
|                                         | PLACE/ST     | 401 NW 42ND AVENUE                                  |
|  EMPLOYMENT STATUS CODE:                | DATE   000000|                         PARTICIPATNG PHYS:          |
|                                         | HOUR    000  |              333172882    PHONE# 0000000000         |
|                         ID#             |              | TIN# 473033715  EIN/SSN  EIN    UPIN#               |
|                                         |              | MDCR#             MDCD#         NPI 1962889204      |
+-----------------------------------------+--------------+------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE|12A  RESERVED|13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE          |
|                                         |              |                                                      |
|                                         |              | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER        |
+-----------------------------------------+--------------+------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR|15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR  | ILLNESS DATE |                                                      |
|   000000            PREGNANCY-LMP       |              | TOTAL DISABILITY    FROM  000000   TO  000000       |
```

```
|                                              |    000000    | PARTIAL DISABILITY   FROM 000000   TO 000000 |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:    |              | DATE RETURNED TO WORK  000000                |
+----------------------------------------------+--------------+----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI    Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
|                                              |                    |                                        |
|                                              |                    | FROM 000000            TO  000000      |
+----------------------------------------------+--------------------+----------------------------------------+
|19 REF PHY UPIN        REF PHY TAX ID & TYPE  |20 OUTSIDE LAB?                    $CHARGE   |
+----------------------------------------------+--------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY      ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION            |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                     |                                    |
| 1|A N641           2|B N6489         3|C                             |   CODE        ORIGINAL REF. NO.    |
|                                                                      |                                    |
| 4|D               E               F                                  +------------------------------------+
|                                                                      |23 PRIOR AUTHORIZATION NUMBER       |
|  G               H               I                                   |                                    |
|  J               K               L                                   |                                    |
+---------------------------------------------------------------------+-------------------------------------+
|21A  REMARKS:                                                    0015783457                                |
+----------+----+----+----------------+----+----------+-----+----------+-----+---------+-------------+----------+
|24    A   | B  | C  |       D        | E  |    F     | G   |   GG     | H   |    I    |     II      |    J     |
|DATES OF SERVICE|PLC/|TYPE| CPT/    MOD |DIAG| $CHARGES |DAY/ |ANESTHESIA|EMG|OTHER INS| NEGOTIATED  |DEDUCTIBLE|
| FROM     TO  | SV |/SV | HCPCS 1, 2, 3, 4|CODE|         |UNITS|  TIME    |IND| ALLOWED |RATE REDUC IND| AMOUNT  |
+----------+----+----+----------------+----+----------+-----+----------+-----+---------+-------------+----------+
|031018 031018 | 23 | 01 | 99285  25     | AB |  1728.00 |0001 |  0000    | N  |   .00   |             |    .00   |
|031018 031018 | 23 | 02 | 15734         | AB | 46674.00 |0001 |  0000    | N  |   .00   |             |    .00   |
|031018 031018 | 23 | 02 | 15734  59 59  | AB | 46674.00 |0001 |  0000    | N  |   .00   |             |    .00   |
|031018 031018 | 23 | 02 | 11042  59     | AB |   384.00 |0001 |  0000    | N  |   .00   |             |    .00   |
|031018 031018 | 23 | 02 | 19020  50     | AB |  2466.00 |0001 |  0000    | N  |   .00   |             |    .00   |
|031018 031018 | 23 | 02 | 14301         | AB |  7587.00 |0001 |  0000    | N  |   .00   |             |    .00   |
+----------+----+----+----------------+----+----------+-----+----------+-----+---------+-------------+----------+
|24M LINE INFO                   |
+----------------+---------------+
|SERVICE LINE #  |CLIA #         |
+----------------+---------------+
| 001            |               |
| 002            |               |
| 003            |               |
| 004            |               |
| 005            |               |
| 006            |               |
+----------------+---------------+
+------------------------+----------------+-------------------+--------------+------------+-------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|                           |                    |                     |             |             |             |
|   473033715        EIN    | ███████-------     |                     |   5513.00   |   .00  |PD |      ALW     |
+---------------------------+--------------------+---------------------+-------------+------------+--------------+
|                           |                    |27A MEDICARE VOUCHER |             |            |              |
|                           |                    |                     |             |            |              |
```

```
|                |         |         | N/NOT ASSIGNED |        |         |         |         |
+--------------------------------------------------------------------------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                          |
|        PAT RESP      .00  COPAY      .00  COINS      .00  DEDUCT      .00  WRITEOFF    .00  |
+--------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |  VANGUARD PLASTIC SURGERY PLLC                |
|                                    |                               |  DRESZER            GEORGE                    |
|   DEGREES OR CREDENTIALS  MD       |                               |  2320 NE 9TH STREET SUI                       |
|   TAXONOMY                         |                               |                                               |
|   CORPORATE PROVIDER TYPE          |                               |  FORT LAUDERDALE  FL  333043579    PHONE# 9999999999 |
|                                    |   NPI                         |  NABP#           UPIN#              NPI        |
|   ST LICENSE#  2086012             |                               |  MEDICARE#              MEDICAID#             |
+--------------------------------------------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                                     |
+-----------------+-----------+-----+------------------------------------------------+
|24CONTINUED      |           |     |              OTHER INSURANCE                    |
|                 | RENDERING |HCT  +----------+---------+--------+-------+----------+---------+
|                 | NPI       |     | PAT RESP | COPAY   | COINS  | PAID  | WRITEOFF | PRIM PD |
+-----------------+-----------+-----+----------+---------+--------+-------+----------+---------+
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
|                 | 1134353345| 00  |      .00 |     .00 |    .00 |   .00 |      .00 |     .00 |
+-----------------+-----------+-----+----------+---------+--------+-------+----------+---------+
1 FLN/DCC  1810268288910   ID#: [REDACTED]        SRC IND: 9       VENDOR ID  IH   EMC CLAIM FORM - MEDICAL    DATE 05/10/18
+--------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER      ID#: [REDACTED]       HIC#        RTE:   ATTCH: RP   KEYER: 001068793  DT: 05 10 18|
+--------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                   |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)            DOB    SEX |
|                                        |               |                                            |
| S[REDACTED]      B[REDACTED]           | [REDACTED]    | S[REDACTED]      B[REDACTED]  [REDACTED]   |
+--------------------------------------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |6 PAT RELATION |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                                 |   TO INSURED   |                                                 |
| [REDACTED]                                      |               | [REDACTED]                                      |
|                                                 | 01/SELF       |                                                 |
| [REDACTED]    [REDACTED]   PHONE# 0000000000    +---------------+ [REDACTED]    [REDACTED]   PHONE# 0000000000   |
+-------------------------------------------------|8 PATIENT STAT +-------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX    | MARITAL:      |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                                 |               |                                                 |
|                                   00000000      |               | EMPLOYMENT STATUS CODE:                         |
|                                                 | EMPLOYMENT:   |                                                 |
| INSURED ID#:                                    |               |                                                 |
| PATIENT RELATIONSHIP TO INSURED:                |               |                               ID#               |
+-------------------------------------------------+---------------+-------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE | STUDENT: |7B INSUREDS POLICY, GROUP OR FECA# AND NAME    |
```

```
|                                                 |               |                                    SPEC PRG IND|
|                                                 |               | 0168504                                     000 |
|                                                 | DECEASED: NO  +-------------------------------------------------+
|                           PHONE# 0000000000     +---------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
+-------------------------------------------------|10 IS PATIENTS |                                                 |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME       | CONDITION    |                                  87726  F/COMMERCIAL|
|                                 SPEC PRG IND|    RELATED TO:    +-------------------------------------------------+
|                                     000     |                   |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?         |
+-------------------------------------------------+A EMPLOYMENT?  |                                                 |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC| N/NOT EMP REL |                                                 |
|                                                 |               |                                                 |
|                              00000              |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S   |
+-------------------------------------------------+ ACCIDENT?     |                                                 |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID| NO ACCIDENT |   DRESZER          GEORGE                       |
|                                                 |               |   401 NW 42ND AVENUE                            |
|  EMPLOYMENT STATUS CODE:                         | PLACE/ST     |                              PARTICIPATNG PHYS: |
|                                                 | DATE  000000 |                  333172882   PHONE# 0000000000  |
|                                                 | HOUR     000 |   TIN#  473033715  EIN/SSN  EIN    UPIN#         |
|                              ID#                |               |   MDCR#              MDCD#              NPI 1962889204|
+-------------------------------------------------+---------------+-------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE      |12A  RESERVED  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE      |
|                                                 |               |                                                 |
|                                                 |               |  Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER   |
+-------------------------------------------------+---------------+-------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR     |15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR          | ILLNESS DATE  |                                                 |
|     000000          PREGNANCY-LMP               |               | TOTAL DISABILITY      FROM 000000    TO  000000 |
|                                                 |   000000      | PARTIAL DISABILITY    FROM 000000    TO  000000 |
|  SAME SYMPTOM IND:       FIRST SYMPTOM IND:      |               | DATE RETURNED TO WORK  000000                   |
+-------------------------------------------------+---------------+-------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI      Q |17A ID#  REF PHY Q|18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES|
|                                                 |               |                                                 |
|                                                 |               | FROM 000000          TO  000000                 |
+-------------------------------------------------+---------------+-------------------------------------------------+
|19 REF PHY UPIN          REF PHY TAX ID & TYPE   |20 OUTSIDE LAB?                    $CHARGE       |
+-------------------------------------------------+-------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD VERSION 0  (0,9)|22 MEDICAID RESUBMISSION                 |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)|                                                 |
| 1|A N641        2|B N6489        3|C           |   CODE         ORIGINAL REF. NO.                |
|                                                 |                                                 |
| 4|D            E            F                   +-------------------------------------------------+
|                                                 |23 PRIOR AUTHORIZATION NUMBER                    |
|  G            H            I                    |                                                 |
|  J            K            L                    |                                                 |
+-------------------------------------------------+-------------------------------------------------+
|21A  REMARKS:  CORRECTED CLAIM                                   0015783463                       |
+-------+---+---+-------------+-----+---------+-----+---------+---+--------+------------+-----------+
|24   A   | B | C |    D      | E   |   F     | G   | GG      | H | I      | II         | J         |
|DATES OF SERVICE|PLC/|TYPE| CPT/    MOD  |DIAG | $CHARGES |DAY/ |ANESTHESIA|EMG| OTHER INS | NEGOTIATED | DEDUCTIBLE |
```

| FROM | TO | SV | /SV | HCPCS | 1, 2, 3, 4 | CODE | | | UNITS | TIME | IND | ALLOWED | RATE REDUC IND | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 031018 | 031018 | 23 | 01 | 99285 | 25 | | AB | | 1728.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 15734 | | | AB | | 46674.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 15734 | 59 59 | | AB | | 46674.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 11042 | 59 | | AB | | 384.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 19020 | 50 | | AB | | 2466.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 14301 | | | AB | | 7587.00 | 0001 | 0000 | N | .00 | | .00 |

24M LINE INFO

| SERVICE LINE # | CLIA # |
|---|---|
| 001 | |
| 002 | |
| 003 | |
| 004 | |
| 005 | |
| 006 | |

| 25 FEDERAL TAX ID# | SSN/EIN | 26 PATIENTS ACCOUNT# | 27 PROV ACCPTS ASGNMT | 28 TOT CHARGE | 29 TOT PAT PD | 30 TOTAL OTHER INSURANCE |
|---|---|---|---|---|---|---|
| 473033715 | EIN | ██████-------- | | 5513.00 | .00 PD | ALW |

27A MEDICARE VOUCHER

N/NOT ASSIGNED

30A TOTAL OTHER INSURANCE CONTINUED
PAT RESP   .00   COPAY   .00   COINS   .00   DEDUCT   .00   WRITEOFF   .00

31 SIGNATURE OF SERVICING PHYSICIAN/ SUPPLIER (FL)

DEGREES OR CREDENTIALS  MD
TAXONOMY
CORPORATE PROVIDER TYPE

ST LICENSE#  2086012

32 NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED

NPI

33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC
VANGUARD PLASTIC SURGERY PLLC
DRESZER          GEORGE
2320 NE 9TH STREET SUI

FORT LAUDERDALE  FL 333043579    PHONE# 9999999999
NABP#          UPIN#           NPI
MEDICARE#              MEDICAID#

34 PAY-TO PROVIDER NPI:

| 24CONTINUED | | RENDERING NPI | HCT | OTHER INSURANCE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PAT RESP | COPAY | COINS | PAID | WRITEOFF | PRIM PD |
| | | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | 1134353345 | 00 | .00 | .00 | .00 | .00 | .00 | .00 |

```
|                |  1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                |  1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                |  1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
|                |  1134353345 | 00 |      .00 |      .00 |      .00 |      .00 |      .00 |      .00 |
+----------------+-------------+----+----------+----------+----------+----------+----------+----------+
```

```
1 FLN/DCC  1834530182910   ID#: ███████    SRC IND: 9      VENDOR ID  IH   EMC CLAIM FORM - MEDICAL      DATE 12/28/18
+----------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER         ID#: ███████      HIC#        RTE:   ATTCH: RP   KEYER: 001068804 DT: 12 28 18|
+----------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                    |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)                    DOB     SEX |
|                                         |               |                                                     |
| S████        B████                      | ███      █    | S████        B████            ████                  |
+-----------------------------------------+---------------+-----------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |6 PAT RELATION|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|                                         | TO INSURED    |                                                     |
| ████████████                            |               | ████████████                                        |
|                                         | 01/SELF       |                                                     |
| ████████   ███████████    PHONE# 0000000000 +------------+ ████████   ███████████    PHONE# 0000000000         |
+-----------------------------------------+ 8 PATIENT STAT|-----------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB  SEX |               |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                         | MARITAL:      |                                                     |
|                         00000000        |               |   EMPLOYMENT STATUS CODE:                           |
|                                         | EMPLOYMENT:   |                                                     |
|   INSURED ID#:                          |               |                                                     |
|   PATIENT RELATIONSHIP TO INSURED:      |               |                                  ID#                |
+-----------------------------------------+ STUDENT:      +-----------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME         |
|                                         |               |                                      SPEC PRG IND|
|                                         | DECEASED: NO  | 0168504                                   000   |
|                 PHONE# 0000000000       +---------------+7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
+-----------------------------------------+10 IS PATIENTS |                                                     |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME| CONDITION    |                                87726   F/COMMERCIAL|
|                         SPEC PRG IND    | RELATED TO:   +-----------------------------------------------------+
|                              000        |               |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?            |
+-----------------------------------------+A EMPLOYMENT?  |                                                     |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC | N/NOT EMP REL|                                            |
|                                         |               +-----------------------------------------------------+
|                         00000           |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S      |
+-----------------------------------------+ ACCIDENT?     |                                                     |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID| NO ACCIDENT | DRESZER         GEORGE                     |
|                                         |               | 401 NW 42ND AVENUE                                  |
|   EMPLOYMENT STATUS CODE:               | PLACE/ST      |                            PARTICIPATNG PHYS:       |
|                                         | DATE   000000 |                 333172882    PHONE# 0000000000      |
|                                         | HOUR     000  | TIN# 473033715  EIN/SSN  EIN    UPIN#               |
|                         ID#             | MDCR#         |         MDCD#                   NPI 1962889204      |
+-----------------------------------------+---------------+-----------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE |12A  RESERVED |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE        |
|                                         |               |                                                     |
|                                         |               | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER        |
+-----------------------------------------+---------------+-----------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR  | ILLNESS DATE  |                                                     |
|   000000            PREGNANCY-LMP       |               | TOTAL DISABILITY    FROM 000000    TO  000000       |
```

```
|                                           |      000000  | PARTIAL DISABILITY   FROM 000000   TO 000000 |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND: |              | DATE RETURNED TO WORK  000000                |
+------------------------------------------------------------+----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)       LFM  NPI       Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                                  |                    |  FROM 000000            TO 000000            |
+--------------------------------------------------+--------------------+----------------------------------------------+
|19 REF PHY UPIN          REF PHY TAX ID & TYPE           |20 OUTSIDE LAB?                    $CHARGE    |
+--------------------------------------------------------+---------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0    (0,9)|22 MEDICAID RESUBMISSION             |
|  (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                     |                                       |
| 1|A N641          2|B N6489           3|C               |  CODE        ORIGINAL REF. NO.          |
| 4|D              E                 F                    |                                         |
|                                                         |23 PRIOR AUTHORIZATION NUMBER            |
|  G                H                 I                   |                                         |
|  J                K                 L                   |                                         |
+------------------------------------------------------------------+--------------------------------------+
|21A  REMARKS:  CORRECTED CLAIM                              0016631148                                    |
```

| 24   A DATES OF SERVICE | | B PLC/ SV | C TYPE /SV | D CPT/ HCPCS | MOD 1, 2, 3, 4 | E DIAG CODE | F $CHARGES | G DAY/ UNITS | GG ANESTHESIA TIME | H EMG IND | I OTHER INS ALLOWED | II NEGOTIATED RATE REDUC IND | J DEDUCTIBLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | | | | | | |
| 031018 | 031018 | 23 | 01 | 99285 | 25 | AB | 1728.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 15734 | | AB | 46674.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 15734 | 59 | AB | 46674.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 11042 | 59 | AB | 384.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 19020 | 50 | AB | 2466.00 | 0001 | 0000 | N | .00 | | .00 |
| 031018 | 031018 | 23 | 02 | 14301 | | AB | 7587.00 | 0001 | 0000 | N | .00 | | .00 |

```
|24M LINE INFO              |
+---------------------------+
|SERVICE LINE #  |CLIA #     |
+---------------------------+
| 001            |           |
| 002            |           |
| 003            |           |
| 004            |           |
| 005            |           |
| 006            |           |
+---------------------------+
```

| 25 FEDERAL TAX ID#   SSN/EIN | 26 PATIENTS ACCOUNT# | 27 PROV ACCPTS ASGNMT | 28 TOT CHARGE | 29 TOT PAT PD | 30 TOTAL OTHER INSURANCE |
|---|---|---|---|---|---|
| 473033715        EIN | ██████-------- | | 5513.00 | 4257.54 PD | ALW |
| | | 27A MEDICARE VOUCHER | | | |

```
|                    |        |         |       N/NOT ASSIGNED |        |         |          |        |
+------------------------------------+--------------------------------+------------------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                     |
|         PAT RESP      .00  COPAY      .00  COINS      .00  DEDUCT      .00  WRITEOFF      .00           |
+------------------------------------+--------------------------------+------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |   VANGUARD PLASTIC SURGERY PLLC    |
|                                    |                                |   DRESZER            GEORGE        |
|   DEGREES OR CREDENTIALS  MD       |                                |   2320 NE 9TH STREET SUR           |
|   TAXONOMY                         |                                |                                    |
|   CORPORATE PROVIDER TYPE          |                                |   FORT LAUDERDALE  FL  333043579     PHONE# 2013555863 |
|                                    |   NPI                          |   NABP#            UPIN#            NPI |
|   ST LICENSE#  2086012             |                                |   MEDICARE#  1417982067      MEDICAID# |
+------------------------------------+--------------------------------+------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                                                |
+------------------+-----------+----+------------------------------------------------------------+
|24CONTINUED       |           |    |                      OTHER INSURANCE                       |
|                  | RENDERING |HCT +----------+----------+----------+----------+----------+----------+
|                  | NPI       |    | PAT RESP | COPAY    | COINS    | PAID     | WRITEOFF | PRIM PD  |
+------------------+-----------+----+----------+----------+----------+----------+----------+----------+
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
|                  | 1134353345| 00 |     .00  |     .00  |     .00  |     .00  |     .00  |     .00  |
+------------------+-----------+----+----------+----------+----------+----------+----------+----------+
```

```
1 FLN/DCC  1903500076910   ID#: ▮▮▮▮      SRC IND: 9      VENDOR ID  IH   EMC CLAIM FORM - MEDICAL      DATE 02/07/19
```

| | |
|---|---|
| 1 INSUREDS ID NUMBER         ID#: ▮▮▮▮        HIC#         RTE:     ATTCH: CC RP  KEYER: 001133658  DT: 02 07 19 | |

| 2 PATIENTS NAME (LFM) | 3 PAT DOB  SEX | 4 INSUREDS NAME (LFM)                    DOB    SEX |
|---|---|---|
| S▮▮▮        B▮▮▮ | ▮ | S▮▮▮        B▮▮▮        ▮▮▮▮ |

| 5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE | 6 PAT RELATION TO INSURED | 7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|---|---|---|
| ▮▮▮▮ <br> ▮▮▮▮   ▮▮▮▮        PHONE#  0000000000 | 01/SELF | ▮▮▮▮ <br> ▮▮▮▮   ▮▮▮▮        PHONE#  0000000000 |

| 9 OTHER INSUREDS NAME (LFM)       DOB    SEX <br><br> INSURED ID#: <br> PATIENT RELATIONSHIP TO INSURED: | 8 PATIENT STAT <br><br> MARITAL: <br><br> EMPLOYMENT: | 7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID <br><br> EMPLOYMENT STATUS CODE: <br><br>                                    ID# |
|---|---|---|

Note: 9 OTHER INSUREDS NAME shows DOB 00000000.

| 9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE <br><br>                        PHONE# 0000000000 | STUDENT: <br><br> DECEASED: NO | 7B INSUREDS POLICY, GROUP OR FECA# AND NAME <br>                                SPEC PRG IND <br> 0168504                         000 |
|---|---|---|

| 9B OTHER INSUREDS POLICY OR GROUP# AND NAME <br>                        SPEC PRG IND <br>                        000 | 10 IS PATIENTS CONDITION RELATED TO: | 7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC <br>                                87726    F/COMMERCIAL |
|---|---|---|

| 9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC <br>                        00000 | A EMPLOYMENT? | 7D IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|

| 9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID <br><br>   EMPLOYMENT STATUS CODE: <br><br>                        ID# | B AUTO/OTHER ACCIDENT? <br> NO ACCIDENT <br> PLACE/ST <br> DATE    000000 <br> HOUR     000 | 11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S <br>  DRESZER          GEORGE <br>  4485 N STATE RD 7 <br>                        PARTICIPATNG PHYS: <br>                333190000    PHONE# 0000000000 <br>  TIN# 473033715  EIN/SSN  EIN    UPIN# <br>  MDCR#           MDCD#            NPI 1962889204 |
|---|---|---|

| 12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE | 12A  RESERVED | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE <br><br> Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
|---|---|---|

| 14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR <br>                      INJURY-ACCIDENT OR <br>   000000             PREGNANCY-LMP | 15 SAME/SIMILAR ILLNESS DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION <br><br> TOTAL DISABILITY    FROM  000000   TO  000000 |
|---|---|---|

```
|                                            |     000000    | PARTIAL DISABILITY   FROM 000000   TO 000000 |
|  SAME SYMPTOM IND:     FIRST SYMPTOM IND:  |               | DATE RETURNED TO WORK  000000                |
+--------------------------------------------+---------------+----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI    Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                              |                    |                                                     |
|                                              |                    | FROM 000000            TO  000000                   |
+----------------------------------------------+--------------------+-----------------------------------------------------+
|19 REF PHY UPIN        REF PHY TAX ID & TYPE  |20 OUTSIDE LAB?                      $CHARGE          |
+----------------------------------------------+-----------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY      ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION                  |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                     |                                         |
| 1|A N641          2|B N6489          3|C                             |   CODE        ORIGINAL REF. NO.          |
|                                                                      |                                         |
| 4|D           E               F                                      |                                         |
|                                                                      +-----------------------------------------+
|  G           H               I                                       |23 PRIOR AUTHORIZATION NUMBER            |
|  J           K               L                                       |                                         |
+---------------------------------------------------------------------+-----------------------------------------+
|21A  REMARKS:    STOPAUTO  PSAT REKEY DO NOT TOUCH,C90361230554049 PTPCR 8200076    0016784651                 |
+-----------+---+---+----------------+-----+---------+------+----------+----+----------+------------+------------+
|24   A     | B | C |     D          | E   |   F     | G    | GG       | H  | I        | II         | J          |
|DATES OF SERVICE|PLC/|TYPE| CPT/    MOD   |DIAG |$CHARGES |DAY/  |ANESTHESIA|EMG | OTHER INS | NEGOTIATED |DEDUCTIBLE |
| FROM    TO | SV|/SV| HCPCS  1, 2, 3, 4|CODE |         |UNITS | TIME     |IND | ALLOWED   |RATE REDUC IND| AMOUNT   |
+-----------+---+---+----------------+-----+---------+------+----------+----+----------+------------+------------+
|030518  030518 | 24| 01| 19303 50       | AB  | 5832.00 |0001  | 0000     | N  |   .00    |            |      .00   |
|030518  030518 | 24| 01| 14301          | AB  | 5352.00 |0001  | 0000     | N  |   .00    |            |      .00   |
|030518  030518 | 24| 01| 19340 RT       | AB  | 4860.00 |0001  | 0000     | N  |   .00    |            |      .00   |
|030518  030518 | 24| 01| 15734 LT       | AB  |46674.00 |0001  | 0000     | N  |   .00    |            |      .00   |
|030518  030518 | 24| 01| 15734 RT 59    | AB  |46674.00 |0001  | 0000     | N  |   .00    |            |      .00   |
|030518  030518 | 24| 01| 19340 LT       | AB  | 4860.00 |0001  | 0000     | N  |   .00    |            |      .00   |
+----------------+-----+---+----------------+-----+---------+------+----------+----+----------+------------+-------+
|24M LINE INFO            |
+---------------+---------------+
|SERVICE LINE # |CLIA #         |
+---------------+---------------+
|001            |A03949641      |
|002            |               |
|003            |               |
|004            |               |
|005            |               |
|006            |               |
+---------------+---------------+
+-----------------------------+-------------------------+---------------------+------------+------------+---------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#   |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                           |                       |                     |            |            |                         |
|  473033715      EIN       | ███████-------        |                     |  14252.00  |    .00 |PD|       ALW           |
+-----------------------------+-------------------------+---------------------+------------+------------+---------------------+
|                           |                       |27A MEDICARE VOUCHER |            |            |                         |
|                           |                       |                     |            |            |                         |
```

```
|                      |                  |        | N/NOT ASSIGNED  |              |              |              |              |
+--------------------------------------------------------------------------------------------------------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                                       |
|        PAT RESP      .00  COPAY      .00  COINS      .00  DEDUCT      .00  WRITEOFF      .00                              |
+--------------------------------------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY  |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED  |   VANGUARD PLASTIC SURGERY PLLC                |
|                                    |                                 |   DRESZER            GEORGE                    |
|   DEGREES OR CREDENTIALS  MD        |                                 |   2320 NE 9TH ST SUIT                          |
|   TAXONOMY                          |                                 |                                                |
|   CORPORATE PROVIDER TYPE           |                                 |   FORT LAUDERDALE  FL  33304      PHONE# 2013555863|
|                                    |   NPI                           |   NABP#            UPIN#              NPI       |
|   ST LICENSE#                       |                                 |   MEDICARE#  1255325692      MEDICAID#         |
+--------------------------------------------------------------------------------------------------------------------------+
|34 PAY-TO PROVIDER NPI:                                                                                                   |
+--------------------+-----------+----+----------------------------------------------------------------------------+
|24CONTINUED         |           |    |                          OTHER INSURANCE                                   |
|                    | RENDERING |HCT +-----------+-----------+-----------+-----------+-----------+-----------+
|                    | NPI       |    | PAT RESP  | COPAY     | COINS     | PAID      | WRITEOFF  | PRIM PD   |
+--------------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
|                    | 1134353345| 00 |     .00   |     .00   |     .00   |     .00   |     .00   |     .00   |
+--------------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
```

```
1 FLN/DCC 1904589212930   ID#: ███████      SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 02/14/19
```

```
|1 INSUREDS ID NUMBER          ID#: ████████        HIC#        RTE:    ATTCH:    KEYER: 111111999  DT: 02 14 19|
```

```
|2 PATIENTS NAME (LFM), REL DOB SEX              |4 INSUREDS NAME (LFM)                    DOB    SEX |
| PAT REL TO INSD 18/SELF    DOB ██████   SEX █  | S                                                  |
| S███████         B                             | B███████                        ███████     █     |
```

```
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE     |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
| ████████████████                                   | █████████████████                               |
|                                                    |                                                 |
| ███████          ████████                          | ███████          ████████  0                    |
|                      PHONE#  0000000000            |                      PHONE#  0000000000         |
```

```
|8 STAT    MARITAL:          EMPLOYMENT:         STUDENT:          DECEASED:                               |
```

```
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX   |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|                                               |                                                       |
|                                               | EMPLOYMENT STATUS CODE:                               |
| INSURED ID#:              00000000            |                                                       |
| PATIENT RELATIONSHIP TO INSURED:              |                            ID #                       |
```

```
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE  |7B INSUREDS POLICY, GROUP OR FECA# AND NAME         |
|                                                        |                                      SPEC PRG IND|
|                                                        |        168504                             000|
|                          PHONE# 0000000000            |---------------------------------------------------|
|                                                        |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |
|--------------------------------------------------------| UNITED HEALTHCARE                                  |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME             | PAYOR SEQ # P                      87726  CI/COMM INS|
|                                       SPEC PRG IND|-----------------------------------------------------|
|                                           000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?            |
|                                               | NO, PATIENT DOES NOT HAVE OTHER INSURANCE          |
```

```
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                        |
|                                                         | P.O. BOX 740800                            |
|                                                         |                                            |
| CLM FILING IND:                                         | ATLANTA                    GA  303740800   |
| DESCRIPTION:                                            |                                            |
```

```
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID  |9E OTHER INSURANCE ADDRESS INFORMATION     |
|                                                        |                                           |
| EMPLOYMENT STATUS CODE:                                |                                           |
|                                                        |                                           |
|                             ID#                        |                                           |
```

```
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                      |
```

```
|                                                                                                  |
|               B AUTO/OTHER ACCIDENT?  NO ACCIDENT       PLACE/ST      DATE  000000      HOUR      |
+-------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                    |
|   VANGUARD PLASTIC SURGERY PLLC                                                                  |
|                                                                                                  |
|   2320 NE 9TH ST #300                                                                            |
|                                                                                                  |
|   FORT LAUDERDALE              FL  333043579                    PHONE# 2013555861                |
|   TIN# 473033715               EIN/SSN  EIN            UPIN#                                      |
|   UHC ID                       NPI 1962889204         MDCD#                                       |
+-------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                       |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                      |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                 |
|   CITY-1: FORT LAUDERDALE           ST: FL  ZIP CODE:  333043579   COUNTRY:                       |
+-------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE      |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                 |   TYPE CODE    |                                |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|     1     | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+-------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                      |
+-------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|                     INJURY-ACCIDENT OR        | ILLNESS DATE    |                                |
|   000000            PREGNANCY-LMP             |                 | TOTAL DISABILITY    FROM  000000    TO  000000 |
|                                               |   000000        | PARTIAL DISABILITY  FROM  000000    TO  000000 |
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:      |                 | DATE RETURNED TO WORK  000000                  |
+-------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI            |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                                        |                                          |
|   SUPERVISING PHYS           LFM  NPI                  |   FROM  000000          TO  000000       |
|                                                        |                                          |
|                                                        |                                          |
+-------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                    |20 OUTSIDE LAB?              $CHARGE      |
|                                                        |                                          |
|                                                        |                                          |
|                                                        |                                          |
+-------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                         REF PHY TAX ID & TYPE                     |
+-------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9) |22 RESUBMISSION               |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                      |                              |
| 1  C50919                    2  T8544XA                           |   CODE       ORIG REF NO     |
|                                                                   |                              |
| 3  N6481                     4                                    +------------------------------|
|                                                                   |23 PRIOR AUTHORIZATION NUMBER |
```

```
| 5                           6                    |                                                  |
| 7                           8                    |                                                  |
| 9                           10                   |23A CLIA# (CLAIM LEVEL)                            |
| 11                          12                   |                                                  |
+--------------------------------------------------+--------------------------------------------------+
```

| 24 A DATES OF SERVICE | | B PLC/ SV | C TYPE /SV | D CPT/ HCPCS | MOD 1, 2, 3, 4 | E DIAG CODE | F $CHARGES | G DAY/ UNITS | GG ANES TIME | H EMG IND | I OTHER INS ALLOWED | II NEGOTIAT RATE IND | J DEDUCTIBLE AMOUNT | L PAID AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | | | | | | | |
| 111218 | 111218 | 24 | | 19380 | 50 22 59 | 1230 | 38500.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 111218 | 111218 | 24 | | 19371 | 50 59 | 1200 | 41242.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 111218 | 111218 | 24 | | 19340 | 50 | 1230 | 45000.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 111218 | 111218 | 24 | | 19316 | 50 59 | 1230 | 43450.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |
| 111218 | 111218 | 24 | | 14001 | 59 | 1230 | 32960.00 | 00001.0 | 0000 | N | .00 | | .00 | .00 |

```
|24M LINE INFO                                     |
```

| SERVICE LINE # | LINE ITEM CNTRL NO | CLIA# (LINE LEVEL) | SVC NPI (LINE LEVEL) |
|---|---|---|---|
| 001 | 34647106 | | |
| 002 | 34647107 | | |
| 003 | 34647108 | | |
| 004 | 34647109 | | |
| 005 | 34647110 | | |

```
|24H EPSDT IND    CODE1    CODE2    CODE3          |
```

| SERVICE LINE # | EPSDT IND | FAMILY PLANNING IND |
|---|---|---|
| 001 | | |
| 002 | | |
| 003 | | |
| 004 | | |
| 005 | | |

| 25 FEDERAL TAX ID# SSN/EIN | 26 PATIENTS ACCOUNT# | 27 PROV ACCPTS ASGNMT | 28 TOT CHARGE | 29 TOT PAT PD | 30 TOTAL OTHER INSURANCE |
|---|---|---|---|---|---|
| 473033715   EIN | ▮▮▮▮▮▮ | A/ASSIGNED | 201152.00 | .00PD | .00ALW          .00 |

```
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY        |32B - ENCOUNTER PAID  |
|   SUPPLIER (FL)                     |   WHERE SERVICES WERE RENDERED         |   DATES:             |
|                                     |                                        |                      |
|   TAXONOMY CODE     2086S0122X      |   THE SURGERY CENTER OF FT LAUDERDALE   |   CLAIM LEVEL:       |
|                                     |   4485 N. STATE ROAD 7                  |                      |
|                                     |                                        |   LINE LEVEL:        |
|                                     |   FORT LAUDERDALE          FL 333195876 |                      |
|   ST LICENSE#                       |     SVC NPI (CLAIM LEVEL): 1265466288   |                      |
```

```
+-----------------------------------------------+---------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC        |33B - ORG ID AND   |
|                                                               |     RECEIPT DATE  |
| DRESZER                                    GEORGE             |                   |
|                                                               |ORG ID:            |
|                                                               |                   |
|                                       PHONE# 0000000000       |ORG RCPT DATE:     |
| NABP#          UPIN#          NPI  1134353345                 |                   |
| MEDICARE#              MEDICAID#                              |                   |
+---------------------------------------------------------------+---------------+---+
|34 PAY-TO PROVIDER NPI:        CLRNG HOUSE CLAIM ID: J2EINH10BF0104    CLINICAL TRIAL#: |
+---------------------------------------------------------------------------+---------+
```

```
+-------------------------------------------+-------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -            |S4 OTHER INSURANCE INFORMATION -           |
|                                           |                                           |
|                                           |                                           |
| DOB, SEX, SSN:  00000000                  | CLAIM NUMBER:                             |
| PATIENT RELATION TO INSURED:              | PAYER RESP SEQ  :    ROUTE IND:           |
| ADDR1:                                    | CLAIM TOTAL OI PAID AMOUNT:        .00    |
| ADDR2:                                    | CLAIM TOTAL DEDUCTIBLE AMOUNT:      .00   |
| CITY,ST,ZIP:                              | CLAIM CONTRACTUAL ADJ:        .00         |
| PHONE:  0000000000                        | CLAIM INTEREST AMOUNT PAID:      .00      |
|                                           | CLAIM TOTAL COINSURANCE AMOUNT:      .00  |
| EMPLOYMENT STATUS CODE:                   |                                           |
| EMPLOYERS/SCHOOL NAME:                    | REMARK CODE 1,2,3 AND 4:                  |
| ADDR:                                     | CLAIM ADJUSTMENT INDICATOR:               |
| CITY,ST,ZIP                               | CLAIM ADJUSTMENT ORIG. PAYMENT:      .00  |
| EMPLOYEE ID:                              |                                           |
+-------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:           |
|S2 OTHER PAYOR2 INFORMATION -              | REMITTANCE ADVICE REMARK CODE2:           |
|                                           | REMITTANCE ADVICE REMARK CODE3:           |
| POL/GROUP#:                               | REMITTANCE ADVICE REMARK CODE4:           |
|                        SPEC PRG IND:  000 | REMITTANCE ADVICE REMARK CODE5:           |
| INSURANCE PLAN/GROUP NAME:                |-------------------------------------------|
| PAYOR2 ID AND SPC:  00000      PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+-------------------------------------------+                                           |
|S3 MISCELLANEOUS CLAIM INFORMATION -       |                                           |
|                                           |                                           |
| CLAIM TAX AMOUNT:         .00             |                                           |
| PROVIDER DISCOUNT AMOUNT:         .00     |                                           |
+-------------------------------------------+                                           |
+---------------------------------------------------------------------------------------+
```

```
+---------------------------------------------------------------------------+
|HCP LINE PRICING/REPRICING INFORMATION -                                   |
|ICN:  7634139245                                                           |
+------------+------------------+----------------+-----------------+---------+
| 01         | 02               | 03             | 04              | 05      |
|PRICE METHOD|REPRICED ALLOWED AMT| SAVINGS AMOUNT |    REFERENCE ID   | RATE  |
+------------+------------------+----------------+-----------------+---------+
```

| | | .00 | .00 | | .00 |
|---|---|---|---|---|---|

| HCP LINE PRICING/REPRICING INFORMATION CONTINUED | |

| 06 REFERENCE ID | 07 APPROVED DRG AMT | 13 REJECT CODE | 14 POLICY COMPLIANCE CODE | 15 EXCEPTION CODE |
|---|---|---|---|---|
| | .00 | | | |

```
1 FLN/DCC  1904589212930   ID#: ████          SRC IND: 7      VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 02/25/19
+-----------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ████         HIC#          RTE:    ATTCH:   KEYER: 000000000  DT: 02 25 19|
+----------------------------------------------+------------------------------------------------------------+
|2 PATIENTS NAME (LFM)                         |3 PAT DOB  SEX 4 INSUREDS NAME (LFM)              DOB    SEX |
|                                              |                                                            |
| S████          B████                         |                H████       B████       ████  █            |
+----------------------------------------------+------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |6 PAT RELATION 7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|
|                                              |   TO INSURED                                               |
| ████████                                     |                ████████       ████████                     |
|                                              | 01/SELF                                                    |
| ████      ████         PHONE# 0000000000     +-------------  ████          PHONE# 0000000000             |
+----------------------------------------------+8 PATIENT STAT                                              |
|9 OTHER INSUREDS NAME (LFM)        DOB   SEX  |              7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                              | MARITAL:                                                   |
|                            00000000          |                 EMPLOYMENT STATUS CODE:                    |
|                                              |                                                            |
| INSURED ID#:                                 | EMPLOYMENT:                                                |
| PATIENT RELATIONSHIP TO INSURED:             |                                          ID# ████          |
+----------------------------------------------+------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE | STUDENT:  7B INSUREDS POLICY, GROUP OR FECA# AND NAME       |
|                                              |                                                SPEC PRG IND|
|                                              |            | 168504                              000        |
|                       PHONE# 0000000000      | DECEASED: NO                                               |
|                                              +------------- 7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME   |10 IS PATIENTS                                              |
|                                              | CONDITION     UNITED HEALTHCARE          87726   F/COMMERCIAL|
|                          SPEC PRG IND        | RELATED TO:  +---------------------------------------------|
|                          000                 |             7D IS THERE ANOTHER HEALTH BENEFIT PLAN?        |
+----------------------------------------------+A EMPLOYMENT?                                               |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC |        +------------------------------------------------+
|                                              |             +----------------------------------------------|
|                          00000              |B AUTO/OTHER 11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S  |
+----------------------------------------------+ ACCIDENT?                                                  |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID | NO ACCIDENT   DRESZER MD        GEORGE                 |
|                                              |                                                            |
|  EMPLOYMENT STATUS CODE:                     | PLACE/ST                      PARTICIPATNG PHYS:           |
|                                              | DATE   000000                 0000    PHONE# 0000000000    |
|                                              | HOUR    000                           UPIN#               |
|                          ID#                 | TIN# 473033715  EIN/SSN  EIN                               |
|                                              | MDCR#           MDCD#              NPI 1962889204          |
+----------------------------------------------+------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE   |12A  RESERVED 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE   |
|                                              |                                                            |
|                                              |              Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER  |
+----------------------------------------------+------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR       | ILLNESS DATE                                               |
|   000000            PREGNANCY-LMP            | TOTAL DISABILITY   FROM 000000   TO  000000               |
```

```
|                                       |     000000      | PARTIAL DISABILITY   FROM 000000   TO 000000  |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND: |            | DATE RETURNED TO WORK  000000                 |
+----------------------------------------------------+----------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)     LFM  NPI     Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
|                                              |                    |   FROM 000000              TO  000000          |
+----------------------------------------------------+----------------------------------------------------+
|19 REF PHY UPIN         REF PHY TAX ID & TYPE |20 OUTSIDE LAB?              $CHARGE            |
+----------------------------------------------------+----------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                  |
| 1|A C50919          2|B T8544XA         3|C N6481               |   CODE        ORIGINAL REF. NO.
|                                                                  |
| 4|D              E              F                                +----------------------------------------
|                                                                  |23 PRIOR AUTHORIZATION NUMBER
|  G              H              I                                 |
|  J              K              L                                 |
+----------------------------------------------------+----------------------------------------------------+
|21A  REMARKS:                                                     |
+------------+---+---+-----------+----+-------+-----+----------+---+----------+------------+----------+
|24    A     | B | C |     D     | E  |   F   |  G  |    GG    | H |    I     |    II      |    J     |
|DATES OF SERVICE|PLC/|TYPE| CPT/     MOD | DIAG| $CHARGES | DAY/|ANESTHESIA|EMG| OTHER INS | NEGOTIATED | DEDUCTIBLE|
| FROM    TO  | SV|/SV| HCPCS  1, 2, 3, 4|CODE |        |UNITS|  TIME    |IND| ALLOWED  |RATE REDUC IND| AMOUNT  |
+------------+---+---+-----------+----+-------+-----+----------+---+----------+------------+----------+
| 111218  111218 | 24| 01| 19340 50        |ABC | 22500.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19340           |ABC | 22500.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19371 50 59     |AB  | 20621.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19371 59        |AB  | 20621.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19380 50 22 59  |ABC | 19250.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19380 22 59     |ABC | 19250.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19316 50 59     |ABC | 21725.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19316 59        |ABC | 21725.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 14001 59        |ABC | 32960.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19316 50 59     |ABC | 43450.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19380 50 22 59  |ABC | 38500.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19371 50 59     |AB  | 41242.00 |0001| 0000     | N |   .00|           |       .00|
| 111218  111218 | 24| 01| 19340 50        |ABC | 45000.00 |0001| 0000     | N |   .00|           |       .00|
+------------+---+---+-----------+----+-------+-----+----------+---+----------+------------+----------+
|24M LINE INFO          |
+----------------+-----------+
|SERVICE LINE #  |CLIA #     |
+----------------+-----------+
| 001            |           |
| 002            |           |
| 003            |           |
| 004            |           |
| 005            |           |
| 006            |           |
| 007            |           |
```

```
+---------------+---------------+
| 008           |               |               |
| 009           |               |               |
| 010           |               |               |
| 011           |               |               |
| 012           |               |               |
| 013           |               |               |
+---------------+---------------+
```

```
+-----------+----+---+----------------+---+-------------+----+------------+----------+---+----------+------------+-------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#  |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE  |
|                           |                      |                     |             |             |                          |
|   473033715     EIN |███████████|               |       69344.00 |      .00 |PD          ALW           |
+---------------------------+----------------------+---------------------+-------------+-------------+--------------------------+
|                           |                      |27A MEDICARE VOUCHER |             |             |                          |
|                           |                      |                     |             |             |                          |
|                           |                      |   N/NOT ASSIGNED    |             |             |                          |
+---------------------------+----------------------+---------------------+-------------+-------------+--------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                                          |
|        PAT RESP    .00   COPAY      .00   COINS       .00   DEDUCT      .00   WRITEOFF      .00                              |
+-----------------------------------------------------------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |   VANGUARD PLASTIC SURGERY PLLC                        |
|                                    |                                |   DRESZER MD             GEORGE                       |
|   DEGREES OR CREDENTIALS  PS        |   THE SURGERY CENTER OF        |   2320 NE 9TH ST # 300                                |
|   TAXONOMY                          |                                |                                                       |
|   CORPORATE PROVIDER TYPE           |                                |   FORT LAUDERDALE  FL  333043579     PHONE# 9545634500 |
|                                     |   NPI                          |   NABP#            UPIN#               NPI             |
|   ST LICENSE#                       |                                |   MEDICARE#  1962889204     MEDICAID#                 |
+-------------------------------------+--------------------------------+-------------------------------------------------------+
```

```
| 34 PAY-TO PROVIDER NPI:
+---------------+-----------+----+-------------------------------------------------------------------------------+
|24CONTINUED    |           |    |                          OTHER INSURANCE                                      |
|               | RENDERING |HCT |-----------+-----------+-----------+-----------+-----------+-----------+          |
|               | NPI       |    | PAT RESP  | COPAY     | COINS     | PAID      | WRITEOFF  | PRIM PD   |          |
+---------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+----------+
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  | 43450.00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  | 38500.00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  | 41242.00  |      .00  |
|               | 1134353345| 00 |      .00  |      .00  |      .00  |      .00  | 45000.00  |      .00  |
+---------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
```

```
|S1 OTHER INSURED2 INFORMATION -                      |
|                                                     |
| NAME (LFM):                                         |
| DOB, SEX, ID#:  00000000                            |
| PATIENT RELATION TO INSURED:                        |
| ADDRESS1:                                           |
| ADDRESS2:                                           |
| CITY, STATE, ZIP CODE:                              |
| PHONE:  0000000000                                  |
|                                                     |
| EMPLOYMENT STATUS CODE:                             |
| EMPLOYERS/SCHOOL NAME:                              |
| ADDRESS:                                            |
| CITY, STATE, ZIP CODE:                              |
| EMPLOYEE ID:                                        |
+-----------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                        |
|                                                     |
| INSURED2 POLICY/GROUP#:                             |
| POLICY/GROUP NAME:                 SPEC PRG IND: 000 |
| INSURANCE PLAN/PROGRAM NAME:                        |
| PAYOR2 ID AND SPC:  00000                           |
+-----------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                 |
|                                                     |
| CLAIM TAX AMOUNT:            .00                     |
| PROVIDER DISCOUNT AMOUNT:           .00             |
+-----------------------------------------------------+
```

```
+---------------------------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                                               |
+---------------------------------------------------------------------------------------------------+
|01)        02)        03)        04)        05)        06)        07)        08)        09)        10)   |
|11)        12)        13)        14)        15)        16)        17)        18)        19)        20)   |
+---------------------------------------------------------------------------------------------------+
```

```
+---------------------------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                                              |
| TPO ID:  201736437   TPO REFERENCE#              REJ MESSAGE IND:  1                               |
+---------------------+----+--------+------+---------+-----+----------+--------------------------------+
```

| A AUTHORIZATION NUMBER | B PRICE MTHOD | C ALLOWED AMOUNT | D CHANGE IND | E PROCEDURE CODE | F APPRV UNITS | G RESERVED | H FREE FORM REMARKS |
|---|---|---|---|---|---|---|---|
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |
|  | 6 |  |  |  | 000 |  | T1 |

```
|                    |  6 |     |     |     |  000 |     |T1                |
|                    |  6 |     |     |     |  000 |     |T1                |
|                    |  6 |     |     |     |  000 |     |T1                |
|                    |  6 |     |     |     |  000 |     |T1                |
|                    |  6 |     |     |     |  000 |     |T1                |
|                    |  6 |     |     |     |  000 |     |T1                |
+--------------------+----+-----+-----+-----+------+-----+------------------+
```

```
1 FLN/DCC  1904589212930   ID#: ▮▮▮▮▮      SRC IND: 7        VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 03/05/19
+---------------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ▮▮▮▮▮        HIC#          RTE:   ATTCH:   KEYER: 000000000  DT: 03 05 19|
+---------------------------------------------------------------+-----------------------------------------------------+
|2 PATIENTS NAME (LFM)                         |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)              DOB    SEX |
|                                              |               |                                             |
| S▮▮▮           B▮▮▮                          |          ▮    | H▮▮▮        B▮▮▮         ▮▮▮▮       ▮        |
+----------------------------------------------+---------------+---------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|6 PAT RELATION|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|
|                                              |  TO INSURED   |                                             |
| ▮▮▮▮▮▮▮                                      |               | ▮▮▮▮▮▮▮                                      |
|                                              | 01/SELF       |                                             |
| ▮▮▮      ▮▮▮       PHONE#  0000000000        +---------------+ ▮▮▮      ▮▮▮      PHONE#  0000000000         |
+----------------------------------------------+8 PATIENT STAT +---------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)       DOB    SEX  |               |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                              | MARITAL:      |                                             |
|                            00000000          |               |   EMPLOYMENT STATUS CODE:                   |
|                                              |               |                                             |
| INSURED ID#:                                 | EMPLOYMENT:   |                                             |
| PATIENT RELATIONSHIP TO INSURED:             |               |                            ID# ▮▮▮▮         |
+----------------------------------------------+---------------+---------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE| STUDENT:|7B INSUREDS POLICY, GROUP OR FECA# AND NAME |
|                                              |               |                              SPEC PRG IND   |
|                                              |               | 168504                        000           |
|                                              | DECEASED: NO  +---------------------------------------------+
|                        PHONE# 0000000000     +---------------+7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
+----------------------------------------------+10 IS PATIENTS |                                             |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME   | CONDITION     |   UNITED HEALTHCARE           87726   F/COMMERCIAL|
|                         SPEC PRG IND| RELATED TO:   +---------------------------------------------+
|                                  000|               |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?     |
|                                     +A EMPLOYMENT?  |                                             |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC  |               +---------------------------------------------+
|                                     |               |                                             |
|                        00000        |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S|
+----------------------------------------------+  ACCIDENT?    |                                             |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID| NO ACCIDENT|   DRESZER MD        GEORGE                  |
|                                              |               |                                             |
|   EMPLOYMENT STATUS CODE:                    | PLACE/ST      |                        PARTICIPATNG PHYS:   |
|                                              | DATE   000000 |                      0000    PHONE# 0000000000|
|                                              | HOUR    000   | TIN# 473033715  EIN/SSN EIN  UPIN#          |
|                            ID#               |               | MDCR#            MDCD#           NPI 1962889204|
+----------------------------------------------+---------------+---------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE   |12A  RESERVED  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE  |
|                                              |               |                                             |
|                                              |               | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER|
+----------------------------------------------+---------------+---------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR       | ILLNESS DATE  |                                             |
|   000000            PREGNANCY-LMP            |               | TOTAL DISABILITY    FROM 000000  TO  000000 |
```

```
|                                              |    000000   | PARTIAL DISABILITY   FROM 000000   TO 000000  |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:   |             | DATE RETURNED TO WORK  000000                 |
+----------------------------------------------+-------------+-----------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI      Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                                |                    |                                                     |
|                                                |                    | FROM 000000            TO  000000                   |
+------------------------------------------------+--------------------+-----------------------------------------------------+
|19 REF PHY UPIN        REF PHY TAX ID & TYPE        |20 OUTSIDE LAB?                    $CHARGE          |
+----------------------------------------------------+---------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION               |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                   |                                       |
| 1|A C50919          2|B T8544XA          3|C N6481                 |   CODE        ORIGINAL REF. NO.        |
|                                                                   |                                       |
| 4|D               E              F                                +---------------------------------------+
|                                                                   |23 PRIOR AUTHORIZATION NUMBER          |
|  G               H              I                                 |                                       |
|  J               K              L                                 |                                       |
+-------------------------------------------------------------------+---------------------------------------+
|21A  REMARKS:                                                                                              |
+-------------+-----+-----+--------------------+----+-----------+-----+------------+-----+----------+---------------+-----------+
|24    A      | B   | C   |       D            | E  |    F      | G   |    GG      | H   |   I      |     II        |    J      |
|DATES OF SERVICE|PLC/|TYPE| CPT/   MOD        |DIAG| $CHARGES  |DAY/ |ANESTHESIA|EMG| OTHER INS|  NEGOTIATED   | DEDUCTIBLE|
| FROM    TO  | SV  |/SV  | HCPCS  1, 2, 3, 4  |CODE|           |UNITS|   TIME    |IND| ALLOWED  |RATE REDUC IND |  AMOUNT   |
+-------------+-----+-----+--------------------+----+-----------+-----+-----------+-----+----------+---------------+-----------+
| 111218 111218 | 24  | 01  | 19340  50          |ABC | 22500.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19340              |ABC | 22500.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19371  50 59       |AB  | 20621.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19371  59          |AB  | 20621.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19380  50 22 59    |ABC | 19250.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19380  22 59       |ABC | 19250.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19316  50 59       |ABC | 21725.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19316  59          |ABC | 21725.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 14001  59          |ABC | 32960.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19316  50 59       |ABC | 43450.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19380  50 22 59    |ABC | 38500.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19371  50 59       |AB  | 41242.00  |0001 |   0000    | N  |    .00  |               |      .00  |
| 111218 111218 | 24  | 01  | 19340  50          |ABC | 45000.00  |0001 |   0000    | N  |    .00  |               |      .00  |
+-------------+-----+-----+--------------------+----+-----------+-----+-----------+-----+----------+---------------+-----------+
|24M LINE INFO             |
+--------------+-----------+
|SERVICE LINE # |CLIA #    |
+--------------+-----------+
| 001          |           |
| 002          |           |
| 003          |           |
| 004          |           |
| 005          |           |
| 006          |           |
| 007          |           |
```

```
+---------------+---------------+
| 008           |               |               |
| 009           |               |               |
| 010           |               |               |
| 011           |               |               |
| 012           |               |               |
| 013           |               |               |
+---------------+---------------+
```

```
+-------------+---+----+-----------------------+--+-------------+----+----------+---+----------+--------------+-------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#   |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE   |
|             |                       |                     |             |             |                           |
|   473033715      EIN  |               |                     |   69344.00  |      .00 |PD           ALW           |
+-------------+----+--+-+--------+-----------+-------------------+-------------+-------------+--------------+-------------+
|             |                       |27A MEDICARE VOUCHER     |             |             |                           |
|             |                       |                         |             |             |                           |
|             |                       |  N/NOT ASSIGNED         |             |             |                           |
+-------------+-----------------------+-------------------------+-------------+-------------+---------------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                                   |
|      PAT RESP     .00   COPAY     .00   COINS      .00   DEDUCT     .00   WRITEOFF    .00                             |
+----------------------------------------+-----------------------+------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |   VANGUARD PLASTIC SURGERY PLLC                        |
|                                    |                                |   DRESZER MD              GEORGE                       |
|   DEGREES OR CREDENTIALS  PS        |   THE SURGERY CENTER OF        |   2320 NE 9TH ST # 300                                 |
|   TAXONOMY                          |                                |                                                        |
|   CORPORATE PROVIDER TYPE           |                                |   FORT LAUDERDALE  FL  333043579     PHONE# 9545634500 |
|                                     |   NPI                          |   NABP#            UPIN#              NPI               |
|   ST LICENSE#                       |                                |   MEDICARE#  1962889204     MEDICAID#                  |
+-------------------------------------+--------------------------------+--------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:
```

```
+---------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|24CONTINUED    |           |               OTHER INSURANCE                                             |
|               | RENDERING |HCT |-----------+-----------+-----------+-----------+-----------+-----------|
|               | NPI       |    | PAT RESP  | COPAY     | COINS     | PAID      | WRITEOFF  | PRIM PD   |
+---------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  |      .00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  | 43450.00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  | 38500.00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  | 41242.00  |      .00  |
|               |1134353345 | 00 |      .00  |      .00  |      .00  |      .00  | 45000.00  |      .00  |
+---------------+-----------+----+-----------+-----------+-----------+-----------+-----------+-----------+
```

```
|S1 OTHER INSURED2 INFORMATION -                            |
|                                                           |
| NAME (LFM):                                               |
| DOB, SEX, ID#:  00000000                                  |
| PATIENT RELATION TO INSURED:                              |
| ADDRESS1:                                                 |
| ADDRESS2:                                                 |
| CITY, STATE, ZIP CODE:                                    |
| PHONE:  0000000000                                        |
|                                                           |
| EMPLOYMENT STATUS CODE:                                   |
| EMPLOYERS/SCHOOL NAME:                                    |
| ADDRESS:                                                  |
| CITY, STATE, ZIP CODE:                                    |
| EMPLOYEE ID:                                              |
+-----------------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                              |
|                                                           |
| INSURED2 POLICY/GROUP#:                                   |
| POLICY/GROUP NAME:                  SPEC PRG IND:  000     |
| INSURANCE PLAN/PROGRAM NAME:                              |
| PAYOR2 ID AND SPC:  00000                                 |
+-----------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                       |
|                                                           |
| CLAIM TAX AMOUNT:          .00                            |
| PROVIDER DISCOUNT AMOUNT:         .00                     |
+-----------------------------------------------------------+
+----------------------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                                           |
+----------------------------------------------------------------------------------------------+
|01)        02)        03)        04)        05)        06)        07)       08)      09)      10)      |
|11)        12)        13)        14)        15)        16)        17)       18)      19)      20)      |
+----------------------------------------------------------------------------------------------+

+----------------------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                                          |
| TPO ID:  133068979    TPO REFERENCE#  917791482      REJ MESSAGE IND:                         |
+---------------------+----+---------+------+---------+-----+--------------+--------------------------+
|        A            | B  |   C     |  D   |    E    |  F  |     G        |            H             |
|  AUTHORIZATION      |PRICE| ALLOWED |CHANGE|PROCEDURE|APPRV|  RESERVED    |     FREE FORM REMARKS    |
|    NUMBER           |MTHOD| AMOUNT  | IND  |  CODE   |UNITS|              |                          |
+---------------------+----+---------+------+---------+-----+--------------+--------------------------+
|                     | 2  | 10799.67|      |         | 000 |              |3Z                        |
|                     | 2  | 10799.67|      |         | 000 |              |3Z                        |
|                     | 2  |  9897.78|      |         | 000 |              |3Z                        |
|                     | 2  |  9897.78|      |         | 000 |              |3Z                        |
|                     | 2  |  9239.72|      |         | 000 |              |3Z                        |
|                     | 2  |  9239.72|      |         | 000 |              |3Z                        |
|                     | 2  | 10427.68|      |         | 000 |              |3Z                        |
```

```
|              |  2 |  10427.68|      |  | 000 |          |3Z          |
|              |  2 |  15820.30|      |  | 000 |          |3Z          |
|              |    |          |      |  | 0000|          |            |
|              |    |          |      |  | 0000|          |            |
|              |    |          |      |  | 0000|          |            |
|              |    |          |      |  | 0000|          |            |
+--------------+----+----------+------+--+-----+----------+------------+
```

```
1 FLN/DCC  1905944562924   ID#: ▮▮▮▮▮▮▮       SRC IND: 7       VENDOR ID  EN   837 CLAIM FORM - MEDICAL    DATE 02/28/19
+-------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER       ID#: ▮▮▮▮▮▮         HIC#        RTE:   ATTCH:     KEYER: 111111999  DT: 02 28 19|
+-------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX              |4 INSUREDS NAME (LFM)                          DOB     SEX |
| PAT REL TO INSD 18/SELF     DOB ▮▮▮▮ SEX ▮    | S▮▮▮▮                                                     |
| S▮▮▮            B▮▮▮                           | B▮▮▮                                    ▮▮▮▮▮▮▮▮     ▮   |
+-----------------------------------------------+-----------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE          |
| ▮▮▮▮▮▮▮▮▮                                      | ▮▮▮▮▮▮▮▮▮                                                 |
|                                                |                                                           |
| ▮▮▮▮▮▮            ▮▮▮▮▮▮                       | ▮▮▮▮▮▮            ▮▮▮▮▮▮0                                 |
|                   PHONE# 0000000000           |                  PHONE# 0000000000                       |
+-----------------------------------------------+-----------------------------------------------------------+
|8 STAT    MARITAL:          EMPLOYMENT:         | STUDENT:           DECEASED:                              |
|                                                |                                                           |
+-----------------------------------------------+-----------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB    SEX     |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID    |
|                                                |                                                           |
|                                                | EMPLOYMENT STATUS CODE:                                   |
| INSURED ID#:               00000000            |                                                           |
| PATIENT RELATIONSHIP TO INSURED:               |                                        ID #              |
+-----------------------------------------------+-----------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7B INSUREDS POLICY, GROUP OR FECA# AND NAME         |
|                                                |                                              SPEC PRG IND|
|                                                |      168504                                          000 |
|                   PHONE# 0000000000           +-----------------------------------------------------------+
+-----------------------------------------------+7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC        |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME     | UNITED HEALTHCARE                                         |
|                          SPEC PRG IND|        | PAYOR SEQ # P                        87726   CI/COMM INS |
|                               000|            +-----------------------------------------------------------+
|                                                |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                   |
|                                                | NO, PATIENT DOES NOT HAVE OTHER INSURANCE                 |
+-----------------------------------------------+-----------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND|7E INSURANCE ADDRESS                              |
|                                                | P.O. BOX 740800                                           |
| CLM FILING IND:                                |                                                           |
| DESCRIPTION:                                   | ATLANTA                       GA 303740800               |
+-----------------------------------------------+-----------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|9E OTHER INSURANCE ADDRESS INFORMATION              |
|                                                |                                                           |
| EMPLOYMENT STATUS CODE:                        |                                                           |
|                                                |                                                           |
|                              ID#               |                                                           |
+-----------------------------------------------+-----------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                        |
```

```
|
|                      B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST     DATE 000000      HOUR       |
+---------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                           |
|   VANGUARD PLASTIC SURGERY PLLC                                                                         |
|                                                                                                         |
|   2320 NE 9TH ST #300                                                                                   |
|                                                                                                         |
|   FORT LAUDERDALE               FL   333043579                  PHONE# 2013555861                       |
|   TIN# 473033715                EIN/SSN  EIN                UPIN#                                        |
|   UHC ID                        NPI 1962889204             MDCD#                                         |
+---------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                              |
|    PAY-TO ADDR-1:     VANGUARD PLASTIC SURGERY                                                           |
|    PAY-TO ADDR-2:     2320 NE 9TH STREET SUITE 300                                                       |
|    CITY-1: FORT LAUDERDALE            ST: FL  ZIP CODE:  333043579   COUNTRY:                            |
+---------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE     |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                |   TYPE CODE    |                                         |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1    | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+---------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                             |
+---------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|                     INJURY-ACCIDENT OR         | ILLNESS DATE    |                                         |
|    000000           PREGNANCY-LMP              |                 | TOTAL DISABILITY    FROM 000000    TO  000000 |
|                                                |   000000        | PARTIAL DISABILITY  FROM 000000    TO  000000 |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:     |                 | DATE RETURNED TO WORK  000000           |
+---------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI          |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE |
|                                                      |                                                 |
|                                                      |   FROM  000000          TO  000000             |
|   SUPERVISING PHYS            LFM  NPI               |                                                 |
|                                                      |                                                 |
|                                                      |                                                 |
+---------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                  |20 OUTSIDE LAB?              $CHARGE             |
|                                                      |                                                 |
|                                                      |                                                 |
|                                                      |                                                 |
+---------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                       REF PHY TAX ID & TYPE                             |
+---------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0 (0,9) |22 RESUBMISSION                     |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                      |                                     |
| 1  T8579XA                     2  C50912                          | CODE        ORIG REF NO             |
|                                                                   |                                     |
| 3                              4                                  |                                     |
|                                                                   |23 PRIOR AUTHORIZATION NUMBER        |
```

```
| 5                        6                      |                                               |
| 7                        8                      |                                               |
| 9                        10                     |23A CLIA# (CLAIM LEVEL)                         |
| 11                       12                     |                                               |
+----------------------------+--------------------+-----------------------------------------------+

|24    A          | B | C  |      D      | E    |    F    |   G   | GG | H  |    I     |   II    |    J      |    L     |
|DATES OF SERVICE |PLC|TYPE| CPT/   MOD  |DIAG  | $CHARGES| DAY/  |ANES|EMG |OTHER INS |NEGOTIAT |DEDUCTIBLE |  PAID    |
| FROM     TO     |SV |/SV |HCPCS 1, 2, 3, 4|CODE|         | UNITS |TIME|IND |ALLOWED   |RATE IND |AMOUNT     | AMOUNT   |
+-----------------+---+----+-------------+------+---------+-------+----+----+----------+---------+-----------+----------+
| 012619 012619   | 23|    |99283   57   |1200  |  776.00 |00001.0|0000| Y  |     .00  |         |      .00  |     .00  |

|24M LINE INFO                           |
+----------------------------------------+-------------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO      | CLIA# (LINE LEVEL)            | SVC NPI (LINE LEVEL)   |
+---------------+------------------------+-------------------------------+------------------------+
| 001           |34791251                |                               |                        |
+---------------+------------------------+-------------------------------+------------------------+

|24H EPSDT IND    CODE1    CODE2    CODE3 |
+---------------+----------+------------------+
|SERVICE LINE # | EPSDT IND|FAMILY PLANNING IND|
+---------------+----------+------------------+
| 001           |          |                  |
+---------------+----------+------------------+
```

```
+-------------------------------+--------------------+------------------+----------------+---------------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|   473033715        EIN    |    ██████████      |    A/ASSIGNED    |    776.00   |    .00PD    |    .00ALW        .00   |
+-------------------------------+--------------------+------------------+----------------+---------------------------+
```

```
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |      DATES:          |
|                                    |                                |                     |
|   TAXONOMY CODE    2086S0122X      |   PLANTATION GENERAL HOSPITAL  | CLAIM LEVEL:        |
|                                    |   401 NW 42ND AVENUE           |                     |
|                                    |                                | LINE LEVEL:         |
|                                    |   PLANTATION         FL 333172882|                   |
|   ST LICENSE#                      |   SVC NPI (CLAIM LEVEL): 1144274317|                 |
+------------------------------------+--------------------------------+---------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC          |33B - ORG ID AND    |
|                                                                  |      RECEIPT DATE   |
|   DRESZER                                    GEORGE              |                     |
|                                                                  | ORG ID:             |
|                                                                  |                     |
|                              PHONE# 0000000000                   | ORG RCPT DATE:      |
|   NABP#          UPIN#              NPI  1134353345              |                     |
|   MEDICARE#                MEDICAID#                             |                     |
+------------------------------------------------------------------+---------------------+
|34 PAY-TO PROVIDER NPI:            CLRNG HOUSE CLAIM ID: J2SINH0IWX02AB    CLINICAL TRIAL#:  |
+--------------------------------------------------------------------------------------------+
```

```
+------------------------------------------------------+------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                       |S4 OTHER INSURANCE INFORMATION -                      |
|                                                      |                                                      |
|                                                      |                                                      |
|DOB, SEX, SSN:  00000000                              |CLAIM NUMBER:                                         |
|PATIENT RELATION TO INSURED:                          |PAYER RESP SEQ :    ROUTE IND:                        |
|ADDR1:                                                |CLAIM TOTAL OI PAID AMOUNT:        .00                |
|ADDR2:                                                |CLAIM TOTAL DEDUCTIBLE AMOUNT:        .00             |
|CITY,ST,ZIP:                                          |CLAIM CONTRACTUAL ADJ:        .00                     |
|PHONE:  0000000000                                    |CLAIM INTEREST AMOUNT PAID:        .00                |
|                                                      |CLAIM TOTAL COINSURANCE AMOUNT:        .00            |
|EMPLOYMENT STATUS CODE:                               |                                                      |
|EMPLOYERS/SCHOOL NAME:                                |REMARK CODE 1,2,3 AND 4:                              |
|ADDR:                                                 |CLAIM ADJUSTMENT INDICATOR:                           |
|CITY,ST,ZIP                                           |CLAIM ADJUSTMENT ORIG. PAYMENT:        .00            |
|EMPLOYEE ID:                                          |                                                      |
+------------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:                      |
|S2 OTHER PAYOR2 INFORMATION -                         | REMITTANCE ADVICE REMARK CODE2:                      |
|                                                      | REMITTANCE ADVICE REMARK CODE3:                      |
|POL/GROUP#:                                           | REMITTANCE ADVICE REMARK CODE4:                      |
|                       SPEC PRG IND:  000             | REMITTANCE ADVICE REMARK CODE5:                      |
|INSURANCE PLAN/GROUP NAME:                            +------------------------------------------------------|
|PAYOR2 ID AND SPC:  00000          PAYER RESP SEQ :   |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+------------------------------------------------------+                                                      |
|S3 MISCELLANEOUS CLAIM INFORMATION -                  |                                                      |
|                                                      |                                                      |
|CLAIM TAX AMOUNT:        .00                          |                                                      |
|PROVIDER DISCOUNT AMOUNT:        .00                  |                                                      |
+------------------------------------------------------+------------------------------------------------------+
```

HCP LINE PRICING/REPRICING INFORMATION -
ICN: 7659687596

| 01 PRICE METHOD | 02 REPRICED ALLOWED AMT | 03 SAVINGS AMOUNT | 04 REFERENCE ID | 05 RATE |
|---|---|---|---|---|
|  | .00 | .00 |  | .00 |

HCP LINE PRICING/REPRICING INFORMATION CONTINUED

| 06 REFERENCE ID | 07 APPROVED DRG AMT | 13 REJECT CODE | 14 POLICY COMPLIANCE CODE | 15 EXCEPTION CODE |
|---|---|---|---|---|
|  | .00 |  |  |  |

```
1 FLN/DCC 1905944566924  ID#: ▓▓▓▓▓▓    SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL    DATE 02/28/19
+----------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER         ID#: ▓▓▓▓▓▓        HIC#         RTE:   ATTCH:    KEYER: 111111999  DT: 02 28 19|
+----------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX            |4 INSUREDS NAME (LFM)                          DOB    SEX |
| PAT REL TO INSD 18/SELF    DOB ▓▓▓▓  SEX ▓   | S▓▓▓▓                                                    |
| S▓▓▓▓             B▓▓▓▓                      | B▓▓▓▓                                    ▓▓▓▓    ▓       |
+---------------------------------------------+------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE        |
| ▓▓▓▓▓▓▓▓▓▓                                   | ▓▓▓▓▓▓▓▓▓▓                                               |
|                                             |                                                          |
| ▓▓▓▓▓▓        ▓▓▓▓▓▓                         | ▓▓▓▓▓▓           ▓▓▓▓▓▓                                  |
|                    PHONE#  0000000000       |                       PHONE#  0000000000                 |
+---------------------------------------------+------------------------------------------------------------+
|8 STAT    MARITAL:          EMPLOYMENT:       | STUDENT:            DECEASED:                            |
+---------------------------------------------+------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)      DOB    SEX   |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID   |
|                                             |                                                          |
|                                             | EMPLOYMENT STATUS CODE:                                  |
| INSURED ID#:              00000000          |                                                          |
| PATIENT RELATIONSHIP TO INSURED:            |                              ID #                        |
+---------------------------------------------+------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME    |
|                                             |                                          SPEC PRG IND    |
|                                             |          168504                                    000   |
|                          PHONE# 0000000000  +----------------------------------------------------------|
+---------------------------------------------|7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC       |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME  | UNITED HEALTHCARE                                        |
|                             SPEC PRG IND    | PAYOR SEQ # P                        87726  CI/COMM INS  |
|                                  000        +----------------------------------------------------------|
|                                             |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                  |
|                                             | NO, PATIENT DOES NOT HAVE OTHER INSURANCE                |
+---------------------------------------------+------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                         |
|                                             | P.O. BOX 740800                                          |
|                                             |                                                          |
| CLM FILING IND:                             | ATLANTA                       GA  303740800             |
| DESCRIPTION:                                |                                                          |
+---------------------------------------------+------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION          |
|                                             |                                                          |
| EMPLOYMENT STATUS CODE:                      |                                                          |
|                                             |                                                          |
|                          ID#                |                                                          |
+---------------------------------------------+------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                       |
```

```
|
|                          B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST      DATE  000000       HOUR     |
+-------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                               |
|   VANGUARD PLASTIC SURGERY PLLC                                                                             |
|                                                                                                             |
|   2320 NE 9TH ST #300                                                                                       |
|                                                                                                             |
|   FORT LAUDERDALE              FL   333043579                      PHONE# 2013555861                        |
|   TIN# 473033715              EIN/SSN  EIN              UPIN#                                                |
|   UHC ID                      NPI 1962889204           MDCD#                                                |
+-------------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                                  |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                                 |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                            |
|   CITY-1: FORT LAUDERDALE          ST:  FL  ZIP CODE:  333043579   COUNTRY:                                 |
+-------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE     |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE |
|                                                |   TYPE CODE    |                                            |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1    | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
+-------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                 |
+-------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR    |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR          | ILLNESS DATE    |                                            |
|    000000           PREGNANCY-LMP               |                 | TOTAL DISABILITY      FROM  000000   TO  000000 |
|                                                 |    000000       | PARTIAL DISABILITY    FROM  000000   TO  000000 |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:       |                 | DATE RETURNED TO WORK  000000              |
+-------------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI                 |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE|
|                                                             |                                            |
|                                                             | FROM  000000            TO  000000         |
|   SUPERVISING PHYS            LFM  NPI                       |                                            |
|                                                             |                                            |
|                                                             |                                            |
+-------------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                         |20 OUTSIDE LAB?            $CHARGE          |
|                                                             |                                            |
|                                                             |                                            |
|                                                             |                                            |
+-------------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                              REF PHY TAX ID & TYPE                           |
+-------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0 (0,9) |22 RESUBMISSION                         |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                       |                                        |
| 1  T8579XA                       2  C50912                         |  CODE         ORIG REF NO              |
|                                                                    |                                        |
| 3                                4                                 +----------------------------------------|
|                                                                    |23 PRIOR AUTHORIZATION NUMBER           |
```

```
| 5                        6                        |                                                 |
| 7                        8                        |                                                 |
| 9                        10                       |23A CLIA# (CLAIM LEVEL)                           |
| 11                       12                       |                                                 |
+--------------------------------------------------+-------------------------------------------------+

|24     A        | B | C  |  CPT/    D        | E   |   F       |  G     | GG | H  |    I      |   II      |  J         |   L    |
|DATES OF SERVICE|PLC|TYPE|           MOD     |DIAG |  $CHARGES | DAY/   |ANES|EMG | OTHER INS |NEGOTIAT|DEDUCTIBLE |  PAID  |
| FROM    TO     | SV|/SV |HCPCS  1, 2, 3, 4 |CODE |           | UNITS  |TIME|IND | ALLOWED   |RATE IND| AMOUNT     | AMOUNT |
+----------------+---+----+-------------------+-----+-----------+--------+----+----+-----------+--------+------------+--------+
| 012619  012619 | 22|    |19371  78 LT       |1200 |  20621.00 |00001.0 |0000|  Y |     .00   |        |      .00   |   .00  |
| 012619  012619 | 22|    |19328  78 LT       |1200 |   6500.00 |00001.0 |0000|  Y |     .00   |        |      .00   |   .00  |
| 012619  012619 | 22|    |19330  78 LT       |1200 |   5000.00 |00001.0 |0000|  Y |     .00   |        |      .00   |   .00  |
+----------------+---+----+-------------------+-----+-----------+--------+----+----+-----------+--------+------------+--------+

|24M LINE INFO                     |
+-----------------------------------------------------------------------------------------------------------------------+
|SERVICE LINE # | LINE ITEM CNTRL NO        | CLIA# (LINE LEVEL)                    | SVC NPI (LINE LEVEL)               |
+---------------+---------------------------+--------------------------------------+------------------------------------+
| 001           |34791272                   |                                      |                                    |
| 002           |34791273                   |                                      |                                    |
| 003           |34791283                   |                                      |                                    |
+---------------+---------------------------+--------------------------------------------------------------------------+

|24H EPSDT IND    CODE1     CODE2     CODE3       |
+-------------------------------------------------+
|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND|
+---------------+-----------+-------------------+
| 001           |           |                   |
| 002           |           |                   |
| 003           |           |                   |
+---------------+-----------+-------------------+

|25 FEDERAL TAX ID#   SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                            |                    |                     |             |             |                         |
|   473033715        EIN     |  ██████████        |  A/ASSIGNED         |   32121.00  |     .00 PD  |   .00ALW            .00 |
+----------------------------+--------------------+---------------------+-------------+-------------+-------------------------+

|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY          |32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED          |     DATES:           |
|                                    |                                         |                      |
|   TAXONOMY CODE     2086S0122X     |   PLANTATION GENERAL HOSPITAL           |CLAIM LEVEL:          |
|                                    |   401 NW 42ND AVENUE                    |                      |
|                                    |                                         |LINE LEVEL:           |
|                                    |   PLANTATION             FL  333172882  |                      |
|   ST LICENSE#                      |   SVC NPI (CLAIM LEVEL): 1144274317     |                      |
+------------------------------------+-----------------------------------------+----------------------+

|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                      |33B - ORG ID AND    |
|                                                                              |      RECEIPT DATE  |
|   DRESZER                                         GEORGE                      |                    |
|                                                                              |ORG ID:             |
|                                                                              |                    |
```

```
|                                              PHONE# 0000000000        | ORG RCPT DATE:    |
|   NABP#           UPIN#          NPI  1134353345                      |                   |
|   MEDICARE#              MEDICAID#                                    |                   |
+----------------------------------------------------------------------+-------------------+
|34 PAY-TO PROVIDER NPI:            CLRNG HOUSE CLAIM ID: J2SINH0IWX02AC    CLINICAL TRIAL#: |
+-------------------------------------------------------------------------------------------+

+------------------------------------------------+------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                 |S4 OTHER INSURANCE INFORMATION -          |
|                                                |                                          |
|                                                |                                          |
| DOB, SEX, SSN:  00000000                       | CLAIM NUMBER:                            |
| PATIENT RELATION TO INSURED:                   | PAYER RESP SEQ  :     ROUTE IND:         |
| ADDR1:                                         | CLAIM TOTAL OI PAID AMOUNT:      .00     |
| ADDR2:                                         | CLAIM TOTAL DEDUCTIBLE AMOUNT:      .00  |
| CITY,ST,ZIP:                                   | CLAIM CONTRACTUAL ADJ:      .00          |
| PHONE:  0000000000                             | CLAIM INTEREST AMOUNT PAID:     .00      |
|                                                | CLAIM TOTAL COINSURANCE AMOUNT:     .00  |
| EMPLOYMENT STATUS CODE:                        |                                          |
| EMPLOYERS/SCHOOL NAME:                         | REMARK CODE 1,2,3 AND 4:                 |
| ADDR:                                          | CLAIM ADJUSTMENT INDICATOR:              |
| CITY,ST,ZIP                                    | CLAIM ADJUSTMENT ORIG. PAYMENT:     .00  |
| EMPLOYEE ID:                                   |                                          |
+------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:          |
|S2 OTHER PAYOR2 INFORMATION -                   | REMITTANCE ADVICE REMARK CODE2:          |
|                                                | REMITTANCE ADVICE REMARK CODE3:          |
| POL/GROUP#:                                    | REMITTANCE ADVICE REMARK CODE4:          |
|                              SPEC PRG IND: 000 | REMITTANCE ADVICE REMARK CODE5:          |
| INSURANCE PLAN/GROUP NAME:                     +------------------------------------------|
| PAYOR2 ID AND SPC:  00000     PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+------------------------------------------------+                                          |
|S3 MISCELLANEOUS CLAIM INFORMATION -            |                                          |
|                                                |                                          |
| CLAIM TAX AMOUNT:          .00                 |                                          |
| PROVIDER DISCOUNT AMOUNT:         .00          |                                          |
+------------------------------------------------+------------------------------------------+


+-------------------------------------------------------------------------------------------+
|HCP LINE PRICING/REPRICING INFORMATION -                                                   |
|ICN:  7659687598                                                                           |
+------------+--------------------+----------------+-------------------------+--------------+
|    01      |        02          |      03        |           04            |     05       |
|PRICE METHOD|REPRICED ALLOWED AMT| SAVINGS AMOUNT |        REFERENCE ID     |    RATE      |
+------------+--------------------+----------------+-------------------------+--------------+
|            |             .00    |        .00     |                         |        .00   |
+------------+--------------------+----------------+-------------------------+--------------+

+-------------------------------------------------------------------------------------------+
|HCP LINE PRICING/REPRICING INFORMATION CONTINUED                                           |
+-------------------------------------------------+---------+-------+----------------+-------+
|                      06                         |   07    |  13   |      14        |  15   |
```

| REFERENCE ID | APPROVED DRG AMT | REJECT CODE | POLICY COMPLIANCE CODE | EXCEPTION CODE |
|---|---|---|---|---|
|  | .00 |  |  |  |

```
1 FLN/DCC  1913605169932   ID#: ███████        SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL      DATE 05/17/19
+---------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ███████         HIC#         RTE:   ATTCH:    KEYER: 111111999  DT: 05 17 19|
+---------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX              |4 INSUREDS NAME (LFM)                          DOB    SEX |
| PAT REL TO INSD 18/SELF      DOB ███  SEX ██   | S███                                                    |
| S███              B██                          | B██                              ███████        █       |
+-----------------------------------------------+---------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE         |
| ███████████                                    | ███████████                                             |
|                                                |                                                         |
| ████████        ████████                       | ████████        ████████                                |
|                    PHONE#  0000000000          |                    PHONE#  0000000000                   |
+-----------------------------------------------+---------------------------------------------------------+
|8 STAT    MARITAL:          EMPLOYMENT:         | STUDENT:          DECEASED:                             |
|                                                |                                                         |
+-----------------------------------------------+---------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX   |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID   |
|                                                |                                                         |
|                                                | EMPLOYMENT STATUS CODE:                                 |
| INSURED ID#:                  00000000         |                                                         |
| PATIENT RELATIONSHIP TO INSURED:               |                                         ID #           |
+-----------------------------------------------+---------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|7B INSUREDS POLICY, GROUP OR FECA# AND NAME       |
|                                                |                                              SPEC PRG IND|
|                                                |     168504                                          000 |
|                                                +---------------------------------------------------------+
|                    PHONE# 0000000000           |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC      |
+-----------------------------------------------+ UNITED HEALTHCARE                                       |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME     | PAYOR SEQ # P                         87726  CI/COMM INS |
|                              SPEC PRG IND|-----+---------------------------------------------------------+
|                                      000 |7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                  |
|                                          | NO, PATIENT DOES NOT HAVE OTHER INSURANCE               |
+-----------------------------------------------+---------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND|7E INSURANCE ADDRESS                            |
|                                                | P.O. BOX 740800                                         |
|                                                |                                                         |
| CLM FILING IND:                                | ATLANTA                    GA  303740800                |
| DESCRIPTION:                                   |                                                         |
+-----------------------------------------------+---------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|9E OTHER INSURANCE ADDRESS INFORMATION             |
|                                                |                                                         |
| EMPLOYMENT STATUS CODE:                        |                                                         |
|                                                |                                                         |
|                            ID#                 |                                                         |
+-----------------------------------------------+---------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                      |
```

```
|
|                          B AUTO/OTHER ACCIDENT?  NO ACCIDENT        PLACE/ST      DATE  000000       HOUR      |
+--------------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                                |
|   VANGUARD PLASTIC SURGERY PLLC                                                                               |
|                                                                                                              |
|   2320 NE 9TH ST #300                                                                                        |
|                                                                                                              |
|   FORT LAUDERDALE              FL   333043579                      PHONE# 2013555861                          |
|   TIN# 473033715              EIN/SSN  EIN                UPIN#                                                |
|   UHC ID                      NPI 1962889204             MDCD#                                                |
+--------------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                                    |
|   PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                                  |
|   PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                              |
|   CITY-1:  FORT LAUDERDALE           ST:  FL  ZIP CODE:  333043579   COUNTRY:                                 |
+--------------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE      |12A CLAIM FREQ   | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE|
|                                                 |   TYPE CODE     |                                           |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1      | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER|
+--------------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                                   |
+--------------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR   |15 SAME/SIMILAR   |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR         | ILLNESS DATE     |                                           |
|    000000           PREGNANCY-LMP              |                  | TOTAL DISABILITY     FROM  000000    TO  000000|
|                                                |    000000        | PARTIAL DISABILITY   FROM  000000    TO  000000|
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:     |                  | DATE RETURNED TO WORK  000000             |
+--------------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI            |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE   |
|                                                        |                                                     |
|                                                        | FROM  000000          TO  000000                    |
|   SUPERVISING PHYS           LFM  NPI                  |                                                     |
|                                                        |                                                     |
|                                                        |                                                     |
+--------------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                    |20 OUTSIDE LAB?            $CHARGE                    |
|                                                        |                                                     |
|                                                        |                                                     |
|                                                        |                                                     |
+--------------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                         REF PHY TAX ID & TYPE                                  |
+--------------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0 (0,9) |22 RESUBMISSION                           |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                       |                                          |
| 1  Z9012                      2  C50912                            |  CODE        ORIG REF NO                  |
|                                                                    |                                          |
| 3                             4                                    +------------------------------------------|
|                                                                    |23 PRIOR AUTHORIZATION NUMBER             |
```

```
| 5                            6                      |                                       |
| 7                            8                      | A069126227                            |
| 9                            10                     |23A CLIA# (CLAIM LEVEL)                |
| 11                           12                     |                                       |
+----------------+---+---+-------------+-----+--------------+--------+-----+---+------------+---------+----------+--------+
|24     A        | B | C |   CPT/      | D   |  E |  F       |  G     | GG | H |    I       |   II    |    J     |   L    |
|DATES OF SERVICE|PLC|TYPE|  HCPCS    MOD|DIAG| $CHARGES     | DAY/   |ANES|EMG| OTHER INS  |NEGOTIAT |DEDUCTIBLE|  PAID  |
| FROM      TO   | SV|/SV|      1, 2, 3, 4|CODE|              | UNITS  |TIME|IND| ALLOWED    |RATE IND |  AMOUNT  | AMOUNT |
+----------------+---+---+-------------+-----+--------------+--------+----+---+------------+---------+----------+--------+
| 041119  041119 | 22|   |19371  LT 78 22|1200|   20621.00   |00001.0|0000| N |       .00  |         |      .00 |    .00 |
| 041119  041119 | 22|   |15734  59 78   |1200|   46674.00   |00001.0|0000| N |       .00  |         |      .00 |    .00 |
| 041119  041119 | 22|   |14001  59 78   |1200|   32960.00   |00001.0|0000| N |       .00  |         |      .00 |    .00 |
| 041119  041119 | 22|   |19357  LT 22 78|1200|   35750.00   |00001.0|0000| N |       .00  |         |      .00 |    .00 |
| 041119  041119 | 22|   |15860  59 78   |1200|     756.00   |00001.0|0000| N |       .00  |         |      .00 |    .00 |
+----------------+---+---+-------------+-----+--------------+--------+----+---+------------+---------+----------+--------+
|24M LINE INFO                         |                                                                               |
+------------------+-------------------------+-----------------------------+------------------------------------------+
|SERVICE LINE #    | LINE ITEM CNTRL NO       | CLIA# (LINE LEVEL)          | SVC NPI (LINE LEVEL)                     |
+------------------+-------------------------+-----------------------------+------------------------------------------+
| 001              |35763967                 |                             |                                          |
| 002              |35763968                 |                             |                                          |
| 003              |35763969                 |                             |                                          |
| 004              |35763970                 |                             |                                          |
| 005              |35763971                 |                             |                                          |
+------------------+-------------------------+-----------------------------+------------------------------------------+
|24H EPSDT IND    CODE1     CODE2     CODE3         |
+------------------+-----------+------------------+
|SERVICE LINE #    | EPSDT IND |FAMILY PLANNING IND|
+------------------+-----------+------------------+
| 001              |           |                   |
| 002              |           |                   |
| 003              |           |                   |
| 004              |           |                   |
| 005              |           |                   |
+------------------+-----------+------------------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|                           |                    |                     |             |             |                        |
|   473033715      EIN      |  ███████████       |    A/ASSIGNED        |   136761.00 |    .00PD    |    .00ALW          .00 |
+---------------------------+--------------------+---------------------+-------------+-------------+------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY    |32B - ENCOUNTER PAID  |
|    SUPPLIER (FL)                   |WHERE SERVICES WERE RENDERED       |    DATES:            |
|                                    |                                   |                      |
|    TAXONOMY CODE    2086S0122X     |PLANTATION GENERAL HOSPITAL        |CLAIM LEVEL:          |
|                                    |401 NW 42ND AVENUE                 |                      |
|                                    |                                   |LINE LEVEL:           |
|                                    |PLANTATION              FL  333172882|                    |
|    ST LICENSE#                     | SVC NPI (CLAIM LEVEL): 1144274317 |                      |
```

```
+------------------------------------------+-------------------------+
|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC      |33B - ORG ID AND         |
|                                          |      RECEIPT DATE       |
| DRESZER                    GEORGE        |                         |
|                                          | ORG ID:                 |
|                                          |                         |
|                          PHONE# 0000000000| ORG RCPT DATE:         |
| NABP#        UPIN#        NPI  1134353345 |                        |
| MEDICARE#          MEDICAID#             |                         |
+------------------------------------------+----------------+--------+
|34 PAY-TO PROVIDER NPI:       CLRNG HOUSE CLAIM ID: J5GINH131A00VN    CLINICAL TRIAL#:  |
+------------------------------------------------------------+--------+
+------------------------------------------+-------------------------+
|S1 OTHER INSURED2 INFORMATION -           |S4 OTHER INSURANCE INFORMATION -       |
|                                          |                         |
| DOB, SEX, SSN:  00000000                 | CLAIM NUMBER:           |
| PATIENT RELATION TO INSURED:             | PAYER RESP SEQ  :    ROUTE IND:       |
| ADDR1:                                   | CLAIM TOTAL OI PAID AMOUNT:       .00 |
| ADDR2:                                   | CLAIM TOTAL DEDUCTIBLE AMOUNT:     .00 |
| CITY,ST,ZIP:                             | CLAIM CONTRACTUAL ADJ:      .00       |
| PHONE:  0000000000                       | CLAIM INTEREST AMOUNT PAID:     .00   |
|                                          | CLAIM TOTAL COINSURANCE AMOUNT:   .00 |
| EMPLOYMENT STATUS CODE:                  |                         |
| EMPLOYERS/SCHOOL NAME:                   | REMARK CODE 1,2,3 AND 4:              |
| ADDR:                                    | CLAIM ADJUSTMENT INDICATOR:           |
| CITY,ST,ZIP                              | CLAIM ADJUSTMENT ORIG. PAYMENT:   .00 |
| EMPLOYEE ID:                             |                         |
+------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:       |
|S2 OTHER PAYOR2 INFORMATION -             | REMITTANCE ADVICE REMARK CODE2:       |
|                                          | REMITTANCE ADVICE REMARK CODE3:       |
| POL/GROUP#:                              | REMITTANCE ADVICE REMARK CODE4:       |
|                          SPEC PRG IND: 000| REMITTANCE ADVICE REMARK CODE5:      |
| INSURANCE PLAN/GROUP NAME:               |                         |
| PAYOR2 ID AND SPC:  00000       PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+------------------------------------------+                         |
|S3 MISCELLANEOUS CLAIM INFORMATION -      |                         |
|                                          |                         |
| CLAIM TAX AMOUNT:       .00              |                         |
| PROVIDER DISCOUNT AMOUNT:      .00       |                         |
+------------------------------------------+                         |
+------------------------------------------+-------------------------+
+------------------------------------------------------------+--------+
|HCP LINE PRICING/REPRICING INFORMATION -                    |        |
|ICN:  7803084123                                            |        |
+-----------+----------------+---------------+------------------------+--------+
| 01        | 02             | 03            | 04                     | 05     |
|PRICE METHOD|REPRICED ALLOWED AMT| SAVINGS AMOUNT |      REFERENCE ID     | RATE  |
+-----------+----------------+---------------+------------------------+--------+
```

| | | .00 | .00 | | .00 |

HCP LINE PRICING/REPRICING INFORMATION CONTINUED

| 06<br>REFERENCE ID | 07<br>APPROVED DRG AMT | 13<br>REJECT CODE | 14<br>POLICY COMPLIANCE CODE | 15<br>EXCEPTION CODE |
|---|---|---|---|---|
| | .00 | | | |

```
1 FLN/DCC 1913605169932   ID#: ███████      SRC IND: 7        VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 06/07/19
```

| | |
|---|---|
| 1 INSUREDS ID NUMBER        ID#: ████████ | HIC#         RTE:    ATTCH:    KEYER: 000000000 DT: 06 07 19 |

| 2 PATIENTS NAME (LFM) | 3 PAT DOB  SEX | 4 INSUREDS NAME (LFM)                    DOB    SEX |
|---|---|---|
| S███        B████ | ▓ | H███        B███        █████    ▓ |

| 5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE | 6 PAT RELATION TO INSURED | 7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |
|---|---|---|
| ████████<br>████   ████     PHONE#  0000000000 | 01/SELF | █████████E<br>████████     PHONE#  0000000000 |

| 9 OTHER INSUREDS NAME (LFM)        DOB    SEX | 8 PATIENT STAT<br>MARITAL: | 7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |
|---|---|---|
| INSURED ID#:<br>PATIENT RELATIONSHIP TO INSURED: | 00000000<br>EMPLOYMENT: | EMPLOYMENT STATUS CODE:<br><br>ID#  ██████ |

| 9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE | STUDENT:<br><br>DECEASED: NO | 7B INSUREDS POLICY, GROUP OR FECA# AND NAME<br>                                    SPEC PRG IND<br>168504                        000 |
|---|---|---|
| PHONE# 0000000000 | 10 IS PATIENTS CONDITION RELATED TO: | 7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC<br>UNITED HEALTHCARE        87726   F/COMMERCIAL |
| 9B OTHER INSUREDS POLICY OR GROUP# AND NAME<br>                    SPEC PRG IND<br>                    000 | A EMPLOYMENT? | 7D IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| 9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC<br>                    00000 | B AUTO/OTHER ACCIDENT? | |
| 9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID<br><br>  EMPLOYMENT STATUS CODE:<br>                    ID# | NO ACCIDENT<br>PLACE/ST<br>DATE    000000<br>HOUR    000 | 11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S<br>  DRESZER MD        GEORGE<br>                    PARTICIPATNG PHYS:<br>                    0000   PHONE# 0000000000<br>  TIN# 473033715  EIN/SSN  EIN    UPIN#<br>  MDCR#          MDCD#        NPI 1962889204 |

| 12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE | 12A  RESERVED | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE<br><br>Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER |
|---|---|---|

| 14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR<br>                     INJURY-ACCIDENT OR<br>  000000             PREGNANCY-LMP | 15 SAME/SIMILAR ILLNESS DATE | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION<br><br>TOTAL DISABILITY    FROM  000000   TO  000000 |
|---|---|---|

```
|                                              |      000000    | PARTIAL DISABILITY    FROM 000000    TO 000000 |
|  SAME SYMPTOM IND:      FIRST SYMPTOM IND:   |                | DATE RETURNED TO WORK  000000                  |
+----------------------------------------------+------------------------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI    Q |17A ID#  REF PHY  Q |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                              |                    |                                                     |
|                                              | A069126227         | FROM 000000              TO  000000                 |
+----------------------------------------------+--------------------+-----------------------------------------------------+
|19 REF PHY UPIN            REF PHY TAX ID & TYPE          |20 OUTSIDE LAB?                   $CHARGE           |
|ADDL INFO:003615620                                      |                                                   |
+---------------------------------------------------------+---------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY     ICD VERSION 0   (0,9)|22 MEDICAID RESUBMISSION                      |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)                   |                                              |
| 1|A Z9012           2|B C50912          3|C                       |    CODE         ORIGINAL REF. NO.            |
|                                                                   |                                              |
| 4|D                  E                   F                        +----------------------------------------------+
|                                                                   |23 PRIOR AUTHORIZATION NUMBER                 |
|  G                   H                   I                        |                                              |
|  J                   K                   L                        |                                              |
+-------------------------------------------------------------------+----------------------------------------------+
|21A  REMARKS:                                                                                                     |
+------------------------------------------------------------------------------------------------------------------+
|24    A        | B  | C  |        D        | E  |    F     |  G  |    GG    | H  |    I     |     II       |    J     |
|DATES OF SERVICE|PLC/|TYPE| CPT/      MOD   |DIAG| $CHARGES |DAY/ |ANESTHESIA|EMG | OTHER INS| NEGOTIATED   |DEDUCTIBLE|
| FROM     TO    | SV |/SV | HCPCS  1, 2, 3, 4|CODE|          |UNITS|  TIME    |IND | ALLOWED  |RATE REDUC IND|  AMOUNT  |
+----------------+----+----+-----------------+----+----------+-----+----------+----+----------+--------------+----------+
| 041119  041119 | 22 | 01 | 19371 LT 78 22  | AB |  20621.00|0001 |   0000   | N  |    .00   |              |      .00 |
| 041119  041119 | 22 | 01 | 15734 59 78     | AB |  46674.00|0001 |   0000   | N  |    .00   |              |      .00 |
| 041119  041119 | 22 | 01 | 14001 59 78     | AB |  32960.00|0001 |   0000   | N  |    .00   |              |      .00 |
| 041119  041119 | 22 | 01 | 19357 LT 22 78  | AB |  35750.00|0001 |   0000   | N  |    .00   |              |      .00 |
| 041119  041119 | 22 | 01 | 15860 59 78     | AB |    756.00|0001 |   0000   | N  |    .00   |              |      .00 |
| 041119  041119 | 22 | 01 | 15860 59        | AB |    756.00|0001 |   0000   | N  |    .00   |              |      .00 |
+----------------+----+----+-----------------+----+----------+-----+----------+----+----------+--------------+----------+
|24M LINE INFO              |
+---------------+-----------+
|SERVICE LINE # |CLIA #     |
+---------------+-----------+
| 001           |           |
| 002           |           |
| 003           |           |
| 004           |           |
| 005           |           |
| 006           |           |
+---------------+-----------+
|25 FEDERAL TAX ID#  SSN/EIN|26 PATIENTS ACCOUNT# |27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|                           |                     |                     |             |             |                         |
|   473033715      EIN      | ▆▆▆▆▆▆▆             |                     |   37517.00  |    .00 |PD  |     ALW                 |
+---------------------------+---------------------+---------------------+-------------+-------------+-------------------------+
|                           |                     |27A MEDICARE VOUCHER |             |             |                         |
```

```
|              |      |      |  N/NOT ASSIGNED  |      |      |      |      |
+--------------+------+------+------------------+------+------+------+------+
|30A TOTAL OTHER INSURANCE CONTINUED                                       |
|      PAT RESP    .00  COPAY    .00  COINS    .00  DEDUCT    .00  WRITEOFF    .00    |
+--------------------------------------------------------------------------+
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED  |   VANGUARD PLASTIC SURGERY PLLC |
|                                    |                                 |   DRESZER MD          GEORGE    |
|   DEGREES OR CREDENTIALS           |   PLANTATION GENERAL HOS        |   2320 NE 9TH ST # 300          |
|   TAXONOMY                         |                                 |                                 |
|   CORPORATE PROVIDER TYPE          |                                 |   FORT LAUDERDALE  FL  333043579    PHONE# 9545634500|
|                                    |   NPI                           |   NABP#             UPIN#           NPI     |
|   ST LICENSE#                      |                                 |   MEDICARE# 1962889204     MEDICAID#        |
+--------------------------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:                                                   |
+--------------+------+--------+------------------------------------------------+
|24CONTINUED   |      |        |                OTHER INSURANCE                 |
|              |RENDERING|HCT |--------+----------+---------+--------+---------+----------|
|              |NPI    |     | PAT RESP | COPAY  | COINS  | PAID  | WRITEOFF | PRIM PD |
+--------------+-------+-----+----------+--------+--------+-------+----------+---------+
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |    .00   |   .00   |
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |    .00   |   .00   |
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |    .00   |   .00   |
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |    .00   |   .00   |
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |  756.00  |   .00   |
|              |1134353345| 00 |   .00   |   .00  |   .00  |  .00  |    .00   |   .00   |
+--------------+-------+-----+----------+--------+--------+-------+----------+---------+

+----------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                     |
|                                                    |
| NAME (LFM):                                        |
| DOB, SEX, ID#:  00000000                           |
| PATIENT RELATION TO INSURED:                       |
| ADDRESS1:                                          |
| ADDRESS2:                                          |
| CITY, STATE, ZIP CODE:                             |
| PHONE:  0000000000                                 |
|                                                    |
| EMPLOYMENT STATUS CODE:                            |
| EMPLOYERS/SCHOOL NAME:                             |
| ADDRESS:                                           |
| CITY, STATE, ZIP CODE:                             |
| EMPLOYEE ID:                                       |
+----------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                       |
|                                                    |
| INSURED2 POLICY/GROUP#:                            |
| POLICY/GROUP NAME:           SPEC PRG IND:  000 |
```

```
| INSURANCE PLAN/PROGRAM NAME:                         |
| PAYOR2 ID AND SPC:  00000                            |
+------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                  |
|                                                      |
| CLAIM TAX AMOUNT:          .00                       |
| PROVIDER DISCOUNT AMOUNT:          .00               |
+------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------------+
|SERVICE LINE UPINS -                                                                    |
+----------------------------------------------------------------------------------------+
|01)       02)        03)        04)       05)       06)       07)      08)      09)      10)      |
+----------------------------------------------------------------------------------------+
```

```
+----------------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                                   |
| TPO ID:  133068979    TPO REFERENCE#  940402117      REJ MESSAGE IND:                  |
+----------------------------------------------------------------------------------------+
```

| A AUTHORIZATION NUMBER | B PRICE MTHOD | C ALLOWED AMOUNT | D CHANGE IND | E PROCEDURE CODE | F APPRV UNITS | G RESERVED | H FREE FORM REMARKS |
|---|---|---|---|---|---|---|---|
| | 2 | 1903.08 | | | 000 | | 1J |
| | 2 | 2984.68 | | | 000 | | 1J |
| | 2 | 1269.36 | | | 000 | | 1J |
| | 2 | 7241.63 | | | 000 | | 1J |
| | | | | | 0000 | | |
| | 2 | 213.22 | | | 000 | | 1J |

```
1 FLN/DCC  1926015866932   ID#: ███████████        SRC IND: 7        VENDOR ID  EN   837 CLAIM FORM - MEDICAL     DATE 09/17/19
+----------------------------------------------------------------------------------------------------------------+
|1 INSUREDS ID NUMBER        ID#: ███████████        HIC#           RTE:   ATTCH:     KEYER: 111111999  DT: 09 17 19|
+----------------------------------------------------------------------------------------------------------------+
|2 PATIENTS NAME (LFM), REL DOB SEX                 |4 INSUREDS NAME (LFM)                           DOB     SEX |
|  PAT REL TO INSD 18/SELF    DOB ███████ SEX █     |  S████████                                               |
|  S█████       B█             |  B████████                             ███████ █ |
+--------------------------------------------------+------------------------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE  |7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE           |
|  ████████████████████                            |  █████████████████                                        |
|                                                   |                                                            |
|  ████████         █████████                       |  ████████         █████████                                |
|                    PHONE#  0000000000            |                    PHONE#  0000000000                     |
+--------------------------------------------------+------------------------------------------------------------+
|8 STAT     MARITAL:          EMPLOYMENT:          |  STUDENT:           DECEASED:                              |
|                                                   |                                                            |
+--------------------------------------------------+------------------------------------------------------------+
|9 OTHER INSUREDS NAME (LFM)        DOB    SEX     |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID     |
|                                                   |                                                            |
|                                                   |   EMPLOYMENT STATUS CODE:                                  |
|  INSURED ID#:                  00000000          |                                                            |
|  PATIENT RELATIONSHIP TO INSURED:                |                                            ID #           |
+--------------------------------------------------+------------------------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE |7B INSUREDS POLICY, GROUP OR FECA# AND NAME          |
|                                                   |                                              SPEC PRG IND|
|                                                   |      168504                                         000|
|                                                   |----------------------------------------------------------|
|                    PHONE# 0000000000            |7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC       |
+--------------------------------------------------+   UNITED HEALTHCARE                                       |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME       |   PAYOR SEQ # P                          87726  CI/COMM INS|
|                           SPEC PRG IND|----------------------------------------------------------|
|                                    000|7D IS THERE ANOTHER HEALTH BENEFIT PLAN?                  |
|                                       |   NO, PATIENT DOES NOT HAVE OTHER INSURANCE              |
+--------------------------------------------------+------------------------------------------------------------+
|9C INSURANCE PLAN/PROGRAM NAME, PAYOR ID, SPC, FILING IND |7E INSURANCE ADDRESS                              |
|                                                   |   P.O. BOX 740800                                        |
|                                                   |                                                            |
|  CLM FILING IND:                                 |   ATLANTA                        GA  303740800           |
|  DESCRIPTION:                                     |                                                            |
+--------------------------------------------------+------------------------------------------------------------+
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID |9E OTHER INSURANCE ADDRESS INFORMATION               |
|                                                   |                                                            |
|  EMPLOYMENT STATUS CODE:                          |                                                            |
|                                                   |                                                            |
|                             ID#                  |                                                            |
+--------------------------------------------------+------------------------------------------------------------+
|10 IS PATIENTS CONDITION RELATED TO:    A EMPLOYMENT?  N/NOT EMP REL                                            |
```

```
|
|                          B AUTO/OTHER ACCIDENT?  NO ACCIDENT       PLACE/ST     DATE 000000      HOUR        |
+----------------------------------------------------------------------------------------------------------+
|11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S                                                            |
|   VANGUARD PLASTIC SURGERY PLLC                                                                          |
|                                                                                                          |
|   2320 NE 9TH ST #300                                                                                    |
|                                                                                                          |
|   FORT LAUDERDALE               FL  333043579                    PHONE# 2013555861                       |
|   TIN# 473033715                EIN/SSN  EIN             UPIN#                                            |
|   UHC ID                        NPI 1962889204          MDCD#                                            |
+----------------------------------------------------------------------------------------------------------+
|11A PAY TO PROVIDER ADDRESS                                                                               |
|    PAY-TO ADDR-1:    VANGUARD PLASTIC SURGERY                                                             |
|    PAY-TO ADDR-2:    2320 NE 9TH STREET SUITE 300                                                         |
|    CITY-1: FORT LAUDERDALE              ST: FL  ZIP CODE:  333043579   COUNTRY:                           |
+----------------------------------------------------------------------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE    |12A CLAIM FREQ  | 13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE|
|                                               |   TYPE CODE    |                                          |
| Y/PROVIDER HAS SIGNED RELEASE ON FILE FOR CLAIM ADJUDI.|    1    | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER|
+----------------------------------------------------------------------------------------------------------+
|13A CLAIM DELAY REASON CODE:                                                                              |
+----------------------------------------------------------------------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR |15 SAME/SIMILAR  |16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR       | ILLNESS DATE    |                                          |
|   000000            PREGNANCY-LMP            |                 | TOTAL DISABILITY    FROM 000000   TO 000000|
|                                              |   000000        | PARTIAL DISABILITY  FROM 000000   TO 000000|
|   SAME SYMPTOM IND:    FIRST SYMPTOM IND:     |                 | DATE RETURNED TO WORK  000000            |
+----------------------------------------------------------------------------------------------------------+
|17 REFERRING PHYS (RX ORDERING PHY) LFM  NPI          |18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICE|
|                                                      |                                             |
|                                                      |    FROM  000000           TO  000000        |
|   SUPERVISING PHYS            LFM  NPI               |                                             |
|                                                      |                                             |
|                                                      |                                             |
+----------------------------------------------------------------------------------------------------------+
|17A ID# OF REF. PHY.                                  |20 OUTSIDE LAB?              $CHARGE         |
|                                                      |                                             |
|                                                      |                                             |
|                                                      |                                             |
+----------------------------------------------------------------------------------------------------------+
|19 REF PHY UPIN                                       REF PHY TAX ID & TYPE                         |
+----------------------------------------------------------------------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0 (0,9) |22 RESUBMISSION                       |
|   (RELATE ITEMS 1 THROUGH 12 TO 24E BY LINE)                      |                                      |
| 1  C50912                     2  Z9012                            | CODE        ORIG REF NO              |
|                                                                   |                                      |
| 3                             4                                   +------------------------------------  |
|                                                                   |23 PRIOR AUTHORIZATION NUMBER         |
```

```
| 5                           6                        |                                             |
| 7                           8                        |                                             |
| 9                           10                       |23A CLIA# (CLAIM LEVEL)                      |
| 11                          12                       |                                             |
+------------------------------------------------------+---------------------------------------------+

|24   A          | B | C  |     D         | E    |    F     |  G   | GG | H |     I      |    II    |    J     |    L    |
|DATES OF SERVICE|PLC/|TYPE| CPT/    MOD   |DIAG  | $CHARGES | DAY/ |ANES|EMG| OTHER INS  |NEGOTIAT|DEDUCTIBLE|   PAID  |
| FROM    TO     | SV |/SV | HCPCS 1, 2, 3, 4|CODE |          | UNITS|TIME|IND| ALLOWED    |RATE IND| AMOUNT   |  AMOUNT |
+----------------+---+----+---------------+------+----------+------+----+---+------------+--------+----------+---------+
| 082919 082919  | 22|    |19342   LT     |1200  | 22000.00 |00001.0|0000| N |        .00|        |       .00|      .00|
| 082919 082919  | 22|    |19371  59 LT   |1200  | 20621.00 |00001.0|0000| N |        .00|        |       .00|      .00|
| 082919 082919  | 22|    |11970  59 LT   |1200  | 10925.00 |00001.0|0000| N |        .00|        |       .00|      .00|
+----------------+---+----+---------------+------+----------+------+----+---+------------+--------+----------+---------+

|24M LINE INFO                          |

|SERVICE LINE # | LINE ITEM CNTRL NO     | CLIA# (LINE LEVEL)                          | SVC NPI   | CLIA # QUAL |
+---------------+------------------------+--------------------------------------------+-----------+-------------+
| 001           |37167701                |                                            |           |             |
| 002           |37167702                |                                            |           |             |
| 003           |37167703                |                                            |           |             |
+---------------+------------------------+--------------------------------------------+-----------+-------------+

|24H EPSDT IND      CODE1     CODE2     CODE3    |

|SERVICE LINE # | EPSDT IND |FAMILY PLANNING IND|
+---------------+-----------+-------------------+
| 001           |           |                   |
| 002           |           |                   |
| 003           |           |                   |
+---------------+-----------+-------------------+

|25 FEDERAL TAX ID#   SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE |
|   473033715     EIN |  [REDACTED]        |  A/ASSIGNED         |   53546.00  |     .00|PD  |    .00ALW        .00   |
+----------------------------+--------------------+---------------------+-------------+-------------+-------------------------+

|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY    |32B - ENCOUNTER PAID |
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED    |     DATES:           |
|                                    |                                   |                      |
|   TAXONOMY CODE    2086S0122X      |   PLANTATION GENERAL HOSPITAL     | CLAIM LEVEL:         |
|                                    |   401 NW 42ND AVENUE              |                      |
|                                    |                                   | LINE LEVEL:          |
|                                    |   PLANTATION          FL 333172882|                      |
|   ST LICENSE#                      |   SVC NPI (CLAIM LEVEL): 1144274317|                     |
+------------------------------------+-----------------------------------+----------------------+

|33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC                    |33B - ORG ID AND     |
|                                                                            |      RECEIPT DATE   |
|   DRESZER                                            GEORGE                 |                      |
|                                                                            | ORG ID:              |
```

```
|                                              PHONE# 0000000000         | ORG RCPT DATE:        |
|   NABP#          UPIN#          NPI  1134353345                        |                       |
|   MEDICARE#              MEDICAID#                                     |                       |
+-----------------------------------------------------------------------+----------+------------+
|34 PAY-TO PROVIDER NPI:           CLRNG HOUSE CLAIM ID: J9HINH0WLA02D3      CLINICAL TRIAL#:   |
+-----------------------------------------------------------------------------------+----------+

+---------------------------------------------------+---------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                    |S4 OTHER INSURANCE INFORMATION -             |
|                                                   |                                             |
|                                                   |                                             |
|  DOB, SEX, SSN:  00000000                         | CLAIM NUMBER:                               |
|  PATIENT RELATION TO INSURED:                     | PAYER RESP SEQ  :    ROUTE IND:             |
|  ADDR1:                                           | CLAIM TOTAL OI PAID AMOUNT:         .00     |
|  ADDR2:                                           | CLAIM TOTAL DEDUCTIBLE AMOUNT:        .00   |
|  CITY,ST,ZIP:                                     | CLAIM CONTRACTUAL ADJ:         .00          |
|  PHONE:  0000000000                               | CLAIM INTEREST AMOUNT PAID:       .00       |
|                                                   | CLAIM TOTAL COINSURANCE AMOUNT:     .00     |
|  EMPLOYMENT STATUS CODE:                          |                                             |
|  EMPLOYERS/SCHOOL NAME:                           | REMARK CODE 1,2,3 AND 4:                    |
|  ADDR:                                            | CLAIM ADJUSTMENT INDICATOR:                 |
|  CITY,ST,ZIP                                      | CLAIM ADJUSTMENT ORIG. PAYMENT:      .00    |
|  EMPLOYEE ID:                                     |                                             |
+---------------------------------------------------+ REMITTANCE ADVICE REMARK CODE1:             |
|S2 OTHER PAYOR2 INFORMATION -                      | REMITTANCE ADVICE REMARK CODE2:             |
|                                                   | REMITTANCE ADVICE REMARK CODE3:             |
|  POL/GROUP#:                                      | REMITTANCE ADVICE REMARK CODE4:             |
|                                 SPEC PRG IND: 000 | REMITTANCE ADVICE REMARK CODE5:             |
|  INSURANCE PLAN/GROUP NAME:                       +---------------------------------------------|
|  PAYOR2 ID AND SPC:  00000       PAYER RESP SEQ : |S5 OTHER PAYOR2 PLAN/PROGRAM NAME AND ADDRESS INFORMATION |
+---------------------------------------------------+                                             |
|S3 MISCELLANEOUS CLAIM INFORMATION -               |                                             |
|                                                   |                                             |
|  CLAIM TAX AMOUNT:            .00                 |                                             |
|  PROVIDER DISCOUNT AMOUNT:          .00           |                                             |
+---------------------------------------------------+---------------------------------------------+

+---------------------------------------------------------------------------------------------+
|HCP LINE PRICING/REPRICING INFORMATION -                                                     |
|ICN:  AU81808730                                                                             |
+------------+--------------------+------------------+---------------------------+-------------+
|     01     |         02         |        03        |            04             |     05      |
|PRICE METHOD|REPRICED ALLOWED AMT| SAVINGS AMOUNT   |        REFERENCE ID        |    RATE     |
+------------+--------------------+------------------+---------------------------+-------------+
|            |             .00    |          .00     |                           |        .00  |
+------------+--------------------+------------------+---------------------------+-------------+

+---------------------------------------------------------------------------------------------+
|HCP LINE PRICING/REPRICING INFORMATION CONTINUED                                             |
+---------------------------+-----------+----------+--------------------+--------+-------------+
|            06             |    07     |    13    |        14          |        15           |
```

| REFERENCE ID | APPROVED DRG AMT | REJECT CODE | POLICY COMPLIANCE CODE | EXCEPTION CODE |
|---|---|---|---|---|
| | .00 | | | |

```
1 FLN/DCC  1926015866932   ID#: ████████       SRC IND: 7       VENDOR ID  EN   EMC CLAIM FORM - MEDICAL      DATE 10/11/19

|1 INSUREDS ID NUMBER        ID#: ████████       HIC#          RTE:     ATTCH:     KEYER: 000000000  DT: 10 11 19|
+-----------------------------------------------+---------------+-----------------------------------------------+
|2 PATIENTS NAME (LFM)                          |3 PAT DOB  SEX |4 INSUREDS NAME (LFM)               DOB    SEX |
|                                               |               |                                              |
| S█████          B█████                        |        █      | H████       B████          ████████     █    |
+-----------------------------------------------+---------------+-----------------------------------------------+
|5 PATIENTS ADDRESS, CITY, STATE, ZIP CODE, PHONE|6 PAT RELATION|7 INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|
|                                               |  TO INSURED   |                                              |
| ████████████████                             |               | ████████████E                                |
|                                               |01/SELF        |                                              |
| ████████   ████████   PHONE#  0000000000      +---------------+ ████████  ████████   PHONE#  0000000000       |
+-----------------------------------------------+8 PATIENT STAT |                                              |
|9 OTHER INSUREDS NAME (LFM)       DOB    SEX    |               |7A EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|
|                                               |MARITAL:       |                                              |
|                         00000000              |               |   EMPLOYMENT STATUS CODE:                     |
|                                               |               |                                              |
| INSURED ID#:                                  |EMPLOYMENT:     |                                              |
| PATIENT RELATIONSHIP TO INSURED:              |               |                          ID# ████████        |
+-----------------------------------------------+---------------+-----------------------------------------------+
|9A OTHER INSUREDS ADDRESS, CITY, STATE, ZIP CODE, PHONE|STUDENT:|7B INSUREDS POLICY, GROUP OR FECA# AND NAME    |
|                                               |               |                                   SPEC PRG IND|
|                                               |               | 168504                                000     |
|                                               |DECEASED: NO   +-----------------------------------------------+
|                         PHONE# 0000000000     +---------------+7C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|
+-----------------------------------------------+10 IS PATIENTS |                                              |
|9B OTHER INSUREDS POLICY OR GROUP# AND NAME    | CONDITION     | UNITED HEALTHCARE            87726   F/COMMERCIAL|
|                          SPEC PRG IND         | RELATED TO:   +-----------------------------------------------+
|                             000               +---------------+7D IS THERE ANOTHER HEALTH BENEFIT PLAN?       |
+-----------------------------------------------+A EMPLOYMENT?  |                                              |
|9C INSURANCE PLAN OR PROGRAM NAME, PAYOR ID AND SPC|           +-----------------------------------------------+
|                                               |               |                                              |
|                          00000               |B AUTO/OTHER   |11 BILLING PROVIDER NAME, ADDRESS, PHONE, ID#S |
+-----------------------------------------------+ ACCIDENT?     |                                              |
|9D EMPLOYERS NAME OR SCHOOL NAME, ADDRESS, EMPLOYEE ID|NO ACCIDENT| DRESZER MD          GEORGE                  |
|                                               |PLACE/ST       |                          PARTICIPATNG PHYS:  |
|   EMPLOYMENT STATUS CODE:                     |DATE   000000  |                     0000    PHONE# 0000000000|
|                                               |HOUR    000    | TIN# 473033715  EIN/SSN EIN   UPIN#          |
|                          ID#                  |               | MDCR#            MDCD#          NPI 1962889204|
+-----------------------------------------------+---------------+-----------------------------------------------+
|12 PATIENTS OR AUTHORIZED PERSONS SIGNATURE    |12A  RESERVED  |13 INSUREDS OR AUTHORIZED PERSONS SIGNATURE    |
|                                               |               |                                              |
|                                               |               | Y/BENEFITS ASSIGNED TO PROVIDER/PAY PROVIDER  |
+-----------------------------------------------+---------------+-----------------------------------------------+
|14 DATE OF CURRENT:  ILLNESS-FIRST SYMPTOM OR  |15 SAME/SIMILAR|16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION|
|                     INJURY-ACCIDENT OR        | ILLNESS DATE  |                                              |
|   000000            PREGNANCY-LMP             |               | TOTAL DISABILITY    FROM  000000   TO  000000 |
```

```
|                                          |       | 000000   | PARTIAL DISABILITY    FROM 000000   TO 000000  |
|   SAME SYMPTOM IND:     FIRST SYMPTOM IND:|       |          | DATE RETURNED TO WORK  000000                  |
+------------------------------------------+-------+----------+------------------------------------------------+
|17 PHYSICIAN (REF/ORD/SUP)      LFM  NPI   Q |17A ID# ?REF PHY? Q | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|                                           |       |          |                                                |
|                                           |       |          | FROM 000000            TO  000000              |
+-------------------------------------------+-------+----------+------------------------------------------------+
|19 REF PHY UPIN         REF PHY TAX ID & TYPE        |20 OUTSIDE LAB?              $CHARGE            |
|ADDL INFO:003615620                                  |                                               |
+-----------------------------------------------------+-----------------------------------------------+
|21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD VERSION 0  (0,9)|22 MEDICAID RESUBMISSION            |
|   (RELATE 1-4 & A-L TO BOX 24 DIAG CODE BY LINE)   |                                                 |
| 1|A C50912          2|B Z9012          3|C          |   CODE O     ORIGINAL REF. NO.                  |
|                                                     |                                                 |
| 4|D              E               F                  +-------------------------------------------------+
|                                                     |23 PRIOR AUTHORIZATION NUMBER                    |
|  G               H               I                  |                                                 |
|  J               K               L                  |                                                 |
+-----------------------------------------------------+-------------------------------------------------+
|21A  REMARKS:                                                                                          |
+------+---+---+----------+-----+----------+-----+-----------+---+-----------+--------------+------------+
|24  A | B | C |    D     |  E  |    F     |  G  |    GG     | H |     I     |      II      |     J      |
|DATES OF SERVICE|PLC/|TYPE| CPT/      MOD|DIAG |  $CHARGES  |DAY/|ANESTHESIA|EMG| OTHER INS | NEGOTIATED   | DEDUCTIBLE |
| FROM    TO  | SV |/SV | HCPCS  1, 2, 3, 4|CODE|           |UNITS|   TIME  |IND| ALLOWED   |RATE REDUC IND|   AMOUNT   |
+-------------+----+----+--------------+-----+----------+-----+-----------+---+-----------+--------------+------------+
| 082919 082919 | 22 | 01 | 19342 LT     |AB   | 22000.00 |0001 |   0000    | N |       .00 |              |        .00 |
| 082919 082919 | 22 | 01 | 19371 59 LT  |AB   | 20621.00 |0001 |   0000    | N |       .00 |              |        .00 |
| 082919 082919 | 22 | 01 | 11970 59 LT  |AB   | 10925.00 |0001 |   0000    | N |       .00 |              |        .00 |
+---------------+----+----+--------------+-----+----------+-----+-----------+---+-----------+--------------+------------+
|24M LINE INFO                         |                                                                 |
+------------------+-------------------+                                                                  
|SERVICE LINE #  |CLIA #             |                                                                    
+------------------+-------------------+                                                                  
| 001            |                   |                                                                    
| 002            |                   |                                                                    
| 003            |                   |                                                                    
+------------------+-------------------+                                                                  
|25 FEDERAL TAX ID#   SSN/EIN|26 PATIENTS ACCOUNT#|27 PROV ACCPTS ASGNMT|28 TOT CHARGE|29 TOT PAT PD|30 TOTAL OTHER INSURANCE|
|                            |                    |                     |             |             |                  |
|   473033715      EIN  | ███████████ |          |             | 53546.00    |       .00 |PD        ALW           |
|                            |                    |27A MEDICARE VOUCHER |             |             |                  |
|                            |                    |                     |             |             |                  |
|                            |                    | N/NOT ASSIGNED      |             |             |                  |
+----------------------------+--------------------+---------------------+-------------+-------------+------------------+
|30A TOTAL OTHER INSURANCE CONTINUED                                                                    |
|        PAT RESP     .00  COPAY      .00  COINS     .00  DEDUCT     .00  WRITEOFF     .00               |
+-------------------------------------------------------------------------------------------------------+
```

```
|31 SIGNATURE OF SERVICING PHYSICIAN/|32 NAME AND ADDRESS OF FACILITY |33 SERVICING PHYSICIAN/SUPPLIER NAME, ADDRESS, PHONE ETC|
|   SUPPLIER (FL)                    |   WHERE SERVICES WERE RENDERED |   VANGUARD PLASTIC SURGERY PLLC                         |
|                                    |                                |   DRESZER MD              GEORGE                        |
|   DEGREES OR CREDENTIALS           |   PLANTATION GENERAL HOS       |   2320 NE 9TH ST # 300                                  |
|   TAXONOMY                         |                                |                                                         |
|   CORPORATE PROVIDER TYPE          |                                |   FORT LAUDERDALE  FL  333043579    PHONE# 9545634500    |
|                                    |   NPI                          |   NABP#           UPIN#                 NPI             |
|   ST LICENSE#                      |                                |   MEDICARE#  1962889204    MEDICAID#                    |
+------------------------------------+--------------------------------+---------------------------------------------------------+
| 34 PAY-TO PROVIDER NPI:
+---------------+------------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|24CONTINUED    |            |    |                         OTHER INSURANCE                         |
|               | RENDERING  |HCT +-----------+-----------+-----------+-----------+-----------+-----------+
|               | NPI        |    | PAT RESP  | COPAY     | COINS     | PAID      | WRITEOFF  | PRIM PD   |
+---------------+------------+----+-----------+-----------+-----------+-----------+-----------+-----------+
|               | 1134353345 | 00 |       .00 |       .00 |       .00 |       .00 |       .00 |       .00 |
|               | 1134353345 | 00 |       .00 |       .00 |       .00 |       .00 |       .00 |       .00 |
|               | 1134353345 | 00 |       .00 |       .00 |       .00 |       .00 |       .00 |       .00 |
+---------------+------------+----+-----------+-----------+-----------+-----------+-----------+-----------+

+-------------------------------------------------------------+
|S1 OTHER INSURED2 INFORMATION -                              |
|                                                             |
| NAME (LFM):                                                 |
| DOB, SEX, ID#:  00000000                                    |
| PATIENT RELATION TO INSURED:                                |
| ADDRESS1:                                                   |
| ADDRESS2:                                                   |
| CITY, STATE, ZIP CODE:                                      |
| PHONE:  0000000000                                          |
|                                                             |
| EMPLOYMENT STATUS CODE:                                     |
| EMPLOYERS/SCHOOL NAME:                                      |
| ADDRESS:                                                    |
| CITY, STATE, ZIP CODE:                                      |
| EMPLOYEE ID:                                                |
+-------------------------------------------------------------+
|S2 OTHER PAYOR2 INFORMATION -                                |
|                                                             |
| INSURED2 POLICY/GROUP#:                                     |
| POLICY/GROUP NAME:                 SPEC PRG IND:  000       |
| INSURANCE PLAN/PROGRAM NAME:                                |
| PAYOR2 ID AND SPC:  00000                                   |
+-------------------------------------------------------------+
|S3 MISCELLANEOUS CLAIM INFORMATION -                         |
|                                                             |
| CLAIM TAX AMOUNT:         .00                               |
| PROVIDER DISCOUNT AMOUNT:         .00                       |
+-------------------------------------------------------------+
+-----------------------------------------------------------------------------------------------------------+
```

```
|SERVICE LINE UPINS -                                                          |
+------------------------------------------------------------------------------+
|01)        02)        03)        04)        05)        06)        07)        08)        09)        10)       |
+------------------------------------------------------------------------------+

+------------------------------------------------------------------------------+
|PRICING INFORMATION -                                                         |
| TPO ID:  133068979    TPO REFERENCE#  970939149       REJ MESSAGE IND:        |
+----------------+-----+---------+------+---------+------+-----------+----------+
|       A        |  B  |    C    |  D   |    E    |  F   |     G     |        H          |
|  AUTHORIZATION |PRICE| ALLOWED |CHANGE|PROCEDURE|APPRV |  RESERVED |   FREE FORM REMARKS       |
|     NUMBER     |MTHOD| AMOUNT  | IND  |  CODE   |UNITS |           |                           |
+----------------+-----+---------+------+---------+------+-----------+---------------------------+
|                |  2  |  3578.37|      |         | 000  |           |1J                         |
|                |  2  |  1522.47|      |         | 000  |           |1J                         |
|                |  2  |  1175.81|      |         | 000  |           |1J                         |
+----------------+-----+---------+------+---------+------+-----------+---------------------------+
```