# **EXHIBIT D**



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
VANGUARD PLASTIC SURGERY PLLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L15000021982 |
| **FEI/EIN Number** | 47-3033715 |
| **Date Filed** | 01/22/2015 |
| **Effective Date** | 01/22/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 06/22/2015 |
| **Event Effective Date** | NONE |

**Principal Address**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

Changed: 04/29/2016

**Mailing Address**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

Changed: 04/29/2016

**Registered Agent Name & Address**

Yolofsky Law PA
100 SE 3rd Ave
SUITE 1000
Fort Lauderdale, FL 33394

Name Changed: 06/29/2020

Address Changed: 06/29/2020

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

DRESZER, GEORGE
2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2018 | 04/16/2018 |
| 2019 | 03/25/2019 |
| 2020 | 06/29/2020 |

### Document Images

| | |
| --- | --- |
| 06/29/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/01/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 06/22/2015 -- LC Amendment | View image in PDF format |
| 01/22/2015 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000021982

**Entity Name:** VANGUARD PLASTIC SURGERY PLLC

**FILED**
Apr 16, 2018
Secretary of State
CC4072247464

**Current Principal Place of Business:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

**Current Mailing Address:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304 US

**FEI Number:** 47-3033715

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE LAW OFFICES OF MAX A ADAMS ESQ PLLC
2151 S LEJEUNE RD
 SUITE 306
CORAL GABLES, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: MAX A ADAMS ESQ                                                                04/16/2018
                Electronic Signature of Registered Agent                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DRESZER, GEORGE |
| Address | 2320 NE 9TH ST STE 300 |
| City-State-Zip: | FORT LAUDERDALE FL 33304 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DRESZER , GEORGE                            MGR                          04/16/2018
                Electronic Signature of Signing Authorized Person(s) Detail                         Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000021982

**Entity Name:** VANGUARD PLASTIC SURGERY PLLC

**FILED**
**Mar 25, 2019**
**Secretary of State**
**8680951806CC**

**Current Principal Place of Business:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

**Current Mailing Address:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304 US

**FEI Number:** 47-3033715

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE LAW OFFICES OF MAX A ADAMS ESQ PLLC
2151 S LEJEUNE RD
 SUITE 306
CORAL GABLES, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: MAX A ADAMS ESQ                                                                                                    03/25/2019

Electronic Signature of Registered Agent                                                                                                             Date

**Authorized Person(s) Detail :**

Title           MGR
Name            DRESZER, GEORGE
Address         2320 NE 9TH ST
                 STE 300
City-State-Zip: FORT LAUDERDALE FL 33304

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE DRESZER                                           MGR                                           03/25/2019

Electronic Signature of Signing Authorized Person(s) Detail                                                                              Date

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000021982

**Entity Name:** VANGUARD PLASTIC SURGERY PLLC

**FILED**
**Jun 29, 2020**
**Secretary of State**
**0969316382CC**

**Current Principal Place of Business:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304

**Current Mailing Address:**

2320 NE 9TH ST
STE 300
FORT LAUDERDALE, FL 33304 US

**FEI Number:** 47-3033715

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

YOLOFSKY LAW PA
100 SE 3RD AVE
 SUITE 1000
FORT LAUDERDALE, FL 33394 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSEPH YOLOFSKY            06/29/2020

Electronic Signature of Registered Agent            Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DRESZER, GEORGE |
| Address | 2320 NE 9TH ST STE 300 |
| City-State-Zip: | FORT LAUDERDALE FL 33304 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GEORGE DRESZER            MANAGER            06/29/2020

Electronic Signature of Signing Authorized Person(s) Detail            Date