# COMPOSITE EXHIBIT E

# Vanguard Plastic Surgery PllcPlastic Surgery

opennpi.com/provider/1962889204

**Address:** 10600 Griffin Rd Ste 107, Cooper City, FL 33328
**Phone:** 9545634500

*Vanguard Plastic Surgery Pllc* (NPI# 1962889204) is a health care provider registered in Centers for Medicare & Medicaid Services (CMS), National Plan and Provider Enumeration System (NPPES).

## Provider Overview

| | |
|---|---|
| Nation Provider Identifier (NPI) | 1962889204 |
| Entity Type | Organization |
| Organization Name | VANGUARD PLASTIC SURGERY PLLC |
| Practice Address | 10600 Griffin Rd Ste 107<br>Cooper City<br>FL 33328 |
| Practice Telephone | 9545634500 |
| Mailing Address | 347 N New River Dr E Apt 2810<br>Ft Lauderdale<br>FL 33301-3170 |
| Mailing Telephone | 9545634500 |
| Authorized Official Name | George Dreszer (MEMBER) |
| Authorized Official Telephone | 9545634500 |
| Authorized Official Credential | MD |
| Organization Subpart | No, this organization is not a Subpart |
| Enumeration Date | 2015-05-06 |
| Last Update Date | 2015-08-13 |

## Taxonomy Codes

| Primary | Taxonomy | Classification | Taxonomy Group | License Number | State |
|---|---|---|---|---|---|
| Yes | 208200000X | Plastic Surgery | Allopathic & Osteopathic Physicians | | |

## Taxonomy Information

| | |
|---|---|
| Taxonomy Code | 208200000X |
| Grouping | Allopathic & Osteopathic Physicians |
| Classification | Plastic Surgery |

## Taxonomy Definition

A plastic surgeon deals with the repair, reconstruction or replacement of physical defects of form or function involving the skin, musculoskeletal system, craniomaxillofacial structures, hand, extremities, breast and trunk and external genitalia or cosmetic enhancement of these areas of the body. Cosmetic surgery is an essential component of plastic surgery. The plastic surgeon uses cosmetic surgical principles to both improve overall appearance and to optimize the outcome of reconstructive procedures. The surgeon uses aesthetic surgical principles not only to improve undesirable qualities of normal structures but in all reconstructive procedures as well.

**Notes:** Source: American Board of Medical Specialties, 2007. www.abms.org [7/1/2007: definition added, source added] Additional Resources: American Board of Plastic Surgery, 2007. http://www.abplsurg.org/. Board certification for Medical Doctors (MDs) is provided by the American Board of Plastic Surgery.

## Providers in the same taxonomy and state

| NPI | Name | Taxonomy | Address | Enumeration |
|---|---|---|---|---|
| 1275166720 | Ph1 Miami | Plastic Surgery | 8585 Sw 72nd St Ste 107, Miami, FL 33143-3746 | 2020-02-12 |
| 1720619927 | Jhs Surgical Pavillion LLC | Plastic Surgery | 3319 S State Road 7 Ste 107, Wellington, FL 33449-8099 | 2020-01-28 |
| 1861048498 | Alexandra Conde Green Md Pa | Plastic Surgery | 4788 N Citation Dr Apt 105, Delray Beach, FL 33445-6532 | 2019-08-09 |

| 1962062885 | Zunilda Rodriguez Martinez | Plastic Surgery | 7360 Sw 24th St, Miami, FL 33155-1498 | 2019-06-13 |
| --- | --- | --- | --- | --- |
| 1568025419 | Reinventme, LLC | Plastic Surgery | 13696 N Us Highway 441 Ste 100, Lady Lake, FL 32159-6815 | 2019-04-17 |
| 1962960146 | Elite Surgery Center, LLC | Plastic Surgery | 5301 4th Ave Circle E, Bradenton, FL 34208 | 2019-03-07 |
| 1508335985 | Plastic Surgery Associates of Miami | Plastic Surgery | 6541 Sw 76th Ter, South Miami, FL 33143-4656 | 2018-11-15 |
| 1023592177 | Lake Mary Plastic and Cosmetic Surgery Pa | Plastic Surgery | 934 Williston Park Pt Ste 1028, Lake Mary, FL 32746-2165 | 2018-09-24 |
| 1790271096 | Rsm Plastic Surgery, Pa | Plastic Surgery | 3300 W Lake Mary Blvd Ste 210, Lake Mary, FL 32746-3499 | 2018-07-10 |
| 1609306877 | South Beach Plastic Surgery, P.a. | Plastic Surgery | 1820 James Ave Apt 6d, Miami Beach, FL 33139-7462 | 2017-06-19 |

Find all providers with the same taxonomy

## Office Location

| Street Address | 10600 GRIFFIN RD STE 107 |
| --- | --- |
| City | COOPER CITY |
| State | FL |
| Zip Code | 33328 |

## Providers in the same zip code

| NPI | Name | Taxonomy | Address | Enumeration |
| --- | --- | --- | --- | --- |
| 1306496708 | Venise Jacqueslouis | Behavior Technician | 8001 We 36th St, Suite 9, Davie, FL 33328 | 2019-09-17 |

| | | | | |
|---|---|---|---|---|
| 1134780539 | 1st Nursing Care Services | Registered Nurse | 10335 Sw 50th Ct, Cooper City, FL 33328 | 2019-06-26 |
| 1023572245 | Rezan Tewolde | Pharmacist | 37772 Churchill Downs Drive, Davie, FL 33328 | 2019-01-23 |
| 1497237820 | Yasmeen Dahsheh | Behavior Technician | 8001 Sw 36th Street Suite #9, Davie, FL 33328 | 2018-09-01 |
| 1831686948 | Kristal Arias | Behavior Technician | 8001 Sw 36th Street, Suite #9, Davie, FL 33328 | 2018-04-16 |
| 1952810384 | April R Hardy | Behavior Technician | 8001 Sw 36 Street Suite 9, Davie, FL 33328 | 2017-09-28 |
| 1609391556 | Courtney M Talbert | Behavior Technician | 8001 Sw 36 St, Suite 9, Davie, FL 33328 | 2017-08-11 |
| 1639619349 | Remya Mathew | General Acute Care Hospital | 10030 Grove Ln, Cooper City, FL 33328 | 2017-02-28 |
| 1184161945 | Elizabeth Stabinski | Marriage & Family Therapist | 4900 South University Drive, Suite 200d, Davie, FL 33328 | 2017-01-31 |
| 1285097659 | Pandolfi Counseling Associates, Inc. | Social Worker | 5291 Sw 89th Ave, Cooper City, FL 33328 | 2016-04-01 |

Find all providers in zip 33328

# Competitor

## Search similar providers

| | |
|---|---|
| City | COOPER CITY |
| Zip Code | 33328 |

## Improve Information

Please provide details on Vanguard Plastic Surgery Pllc by submitting the form below, or post on facebook comments.

Note that the information provided will be posted publicly on this web page. Please do not leave private contact information here. If you would like to contact us, please use this form.

## Dataset Information

| | |
|---|---|
| Data Provider | Centers for Medicare & Medicaid Services (CMS), National Plan and Provider Enumeration System (NPPES) |
| Jurisdiction | Medicare & Medicaid |

This dataset includes 5.44 million covered health care providers and all health plans and health care clearinghouses, registered with CMA NPPES. Each provider is registered with National Provider Identifier (NPI), full name, status, address, taxonomy, other identifiers, etc.

# VANGUARD PLASTIC SURGERY PLLC

 e-physician.info/NPI-1962889204-FL

## MEDICAL JOBS FL - Page 1

**1** Registered Nurse (RN) - Medical Surgical (MedSurg) Emergency Response - Contract Miami, FL, USA Entrust Your Career to HealthTrust Registered Nurse (RN) - **Medical** Surgical **(MedSur**g) Emergency Response - Contract HealthTrust Workforce Solutions is partnering with specific HCA -affiliated ...... Apply Now>>

**2** Medical Assistant with Dermatology Experience - PART-TIME Zephyrhills, FL, USA **Medical** Assistant Dept.: Dermatology Zephyrhills Reports to: Office Supervisor Position Level: 5 Job Summary: Previous Dermatology and/or Mohs experience preferred. This position will assist the ...... Apply Now>>

**3** Registered Nurse (RN) - Medical Surgical (MedSurg) - Travel Tampa, FL, USA Registered Nurse (RN) - **Medical** Surgical **(MedSur**g) - Travel At HealthTrust, we believe that healthcare isn't defined by the four walls in which it's practiced. It's defined by its people. We pride ...... Apply Now>>

**4** Medical Assistant Punta Gorda, FL, USA Are you an experienced **Medical** Assistant looking a new opportunity with a prestigious healthcare company? Do you want the chance to advance your career by joining a rapidly growing company? Can you ...... Apply Now>>

**5** Medical Assistant Saint Petersburg, FL, USA Your benefits include 401k, PTO **medical**, dental, flex spending, life, disability, tuition reimbursement, employee discount program and employee stock purchase program. We would love to talk to you ...... Apply Now>>

**6** Medical Assistant - Join Our Mission Lutz, FL, USA **Medical** Assistant - Join Our Mission AdventHealth You were called to be a healer. To care for others like family. To soothe fears, lift spirits and inspire hope for a better tomorrow. And now, more ...... Apply Now>>

**7** Medical Assistant PRN Winter Park, FL, USA PRN/Per Diem We are seeking a **Medical** Assistant like you to join our organization. CareNow is HCA Healthcare's fastest growing line of business, and is a national leader in urgent care medicine. We ...... Apply Now>>

**8** Medical Assistant Tampa, FL, USA MyEyeDr. is a high-growth, premier healthcare company: a total vision care concept with a unique retail experience. We are seeking an Optometric Technician responsible for prescreening the patients ...... Apply Now>>

**9** Travel Med Surg RN Englewood, FL, USA * Speciality: **Med** Surg * Start Date: 1/25/2021 * Shift: Day * Length: 13 weeks Health care professional needed for a **Med** Surg position in FL. Must have a minimum of 2 years experience as a **Med** Surg RN. ...... Apply Now>>

**10** Front Office Medical Assistantt - Nephrology Zephyrhills, FL, USA Florida **Medical** Clinic, LLC Job Description Job Title: Front Office / MA Department: Family Medicine Reports to: Office Supervisor Position Level: 5 The Nephrology Office is seeking a full-time Front ...... Apply Now>>

**11** RN Orthopedics Panama City, FL, USA Nights (rotating weekends) SCHEDULE: Full-time Gulf Coast Regional **Medical** Center is a 216-bed acute care hospital proudly serving Bay County and surrounding communities for 40 years. The hospital ...... Apply Now>>

**12** Oncology Unit Charge Nurse Tallahassee, FL, USA C apital Region al **Medical** Center is a fully-accredited healthcare facility with more than 1,400 employees and 380 physicians. We are a 266-bed, acute-care hospital that offers 24/7 Emergency ...... Apply Now>>

**13** Medical Assistant Miami, FL, USA We are seeking a **Medical** Assistant to assist with the clinical program related to obstetrics at South Miami Hospital. Must possess the follwoing: * Must possess a **Medical** Assistant certificate * Must ...... Apply Now>>

**14** Certified Medical Assistant / CMA Jacksonville, FL, USA Riverside Spine and Pain's Southside location is currently seeking a Full Time office based Certified **Medical** Assistant. No weekends, no evenings! Full benefits package and competitive pay! Duties ...... Apply Now>>

**15** ONLINE MEDICAL ASSISTANT CAREER TRAINING - LEARN FROM HOME Panama City, FL, USA My **Medical** Career can help! * Rapid ONLINE **Medical** Assistant Training * National Accreditation You Can Count On * Financial Aid Assistance* * Career Placement Services* Why a **Medical** Assisting Career... Apply Now>>

**16** Patient Care Technician Fort Walton Beach, FL, USA Fort Walton Beach **Medical** Center also provides advanced care for critically ill patients, including cardiovascular and trauma injury care, and emergency services, including a main ER, Pediatric ER ...... Apply Now>>

**17** Transporter Panama City, FL, USA Its 460-member **medical** staff and more than 1,000 employees work hard to ensure its patients receive the highest quality of care every day. Their efforts have resulted in national accreditations for ...... Apply Now>>

**18** Medical Assistant Pinellas Park, FL, USA **Medical** Assistant Location: Pinellas Park, FL Shift: Full Time Start: Immediately Job Requirements: Job Description * Will test for anti-bodies on employees * Conduct COVID- 19 Testing and Screening... Apply Now>>

**19** Bilingual Medical Front Office Admin Tampa, FL, USA **Medical** Front Office Administrators are expected to handle the full scope of the front-of-house duties in the clinic while providing a high touch service to all who enter * Scheduling, check in/out ...... Apply Now>>

**20** Registered Nurse Psychiatric Health Fort Walton Beach, FL, USA Nights (rotating weekends) SCHEDULE: Full-time Fort Walton Beach **Medical** Center, located on Florida's Emerald Coast, seeks a full time Registered Nurse (RN) to join our Behavioral Health Team! $10 ...... Apply Now>>

**21** Medical Assistant Saint Petersburg, FL, USA Your benefits include 401k,PTO **medical**, dental, flex spending, life, disability, tuition reimbursement,employee discount program, employee stock purchase program and student loanrepayment. We would ...... Apply Now>>

**22** Travel Nurse RN - Med Surg / Telemetry - $2,014 per week Bunnell, FL, USA Specialty: **Med** Surg / Telemetry * Discipline: RN * Start Date: 01/11/2021 * Duration: 13 weeks * 36.00 hours per week * Shift: 12 hours, days * Employment Type: Travel Telemetry RN - Registered Nurse ...... Apply Now>>

**23** RN Registered Nurse PACU Recovery New Port Richey, FL, USA Our Nursing teams at **Medical** Center of Trinity are a committed, caring group of colleagues. We have a passion for creating positive patient interactions. If you are dedicated to caring for the well ...... Apply Now>>

**24** Emergency Room Charge Nurse - FSED Tallahassee, FL, USA Capital Regional **Medical** Center is a fully-accredited healthcare facility with more than 1,400 employees and 380 physicians. We are a 266-bed, acute-care hospital that offers 24/7 Emergency Services ...... Apply Now>>

**25** Registered Nurse (RN) Medical Tele Sun City Center, FL, USA Jump-start your career in our **Med/Tel**e department. Submit your application today! Our Registered Nurse teams are a committed, caring group of colleagues. We have a passion for creating positive ...... Apply Now>>

**26** Medical Assistant Certified (CMA) Sarasota, FL, USA We are hiring a **Medical** Assistant/ EMT Office Based to join our team in Sarasota, FL! No evenings or weekends! Competitive pay and full benefits offered! The EMT-Office Based / MA will be responsible ...... Apply Now>>

**27** Certified Medical Assistant Lake Worth, FL, USA Busy Hematology Oncology Practice looking for a Certified **Medical** Assistant. Years Experience: 1 - 3 years Bonus/Commission: No... Apply Now>>

**28** Medical Assistant Orlando, FL, USA Under **medical** supervision, assists physicians in the delivery of health care services; and performs related duties as required. Provide excellent care to our patients. Responsibilities:1. Identifies ...... Apply Now>>

**29** Patient Care Technician Ocala, FL, USA Ocala Regional **Medical** Center is a Level II Trauma Center and a Comprehensive Stroke Center. The hospitals offer a host of other quality and award winning services including orthopedic care and joint ...... Apply Now>>

**30** RN Registered Nurse PACU OR Recovery Hudson, FL, USA Regional **Medical** Center Bayonet Point is the only Level II Trauma Center and Comprehensive Stroke Center in Pasco, Hernando, and Citrus Counties. Establishing the region's only trauma and ...... Apply Now>>

**31** Certified Medical Assistant (CMA) - Adult/Senior Health Tavares, FL, USA The CSI Companies is a national professional recruiting firm that is currently seeking a Certified **Medical** Assistant (Adult/Senior Health) to support one of our clients, a highly respected and well ...... Apply Now>>

**32** Certified Medical Assistant Bradenton, FL, USA **Medical** Assistants are offered an opportunity to earn a performance bonus in addition to their hourly rate! Work Schedule: Monday - Friday (8am-5pm) KEY RESPONSIBILITIES * Performs a variety of both ...... Apply Now>>

**33** Travel Nurse RN - Med Surg - $2,515 per week Sebastian, FL, USA Specialty: **Med** Surg * Discipline: RN * Start Date: 01/18/2021 * Duration: 13 weeks * 36.00 hours per week * Shift: 12 hours, nights * Employment Type: Travel The benefits of taking a travel nursing ...... Apply Now>>

**34** Certified Medical Assistant (CMA) Crystal River, FL, USA Lecanto is seeking a Certified **Medical** Assistant to become a part of our team in Lecanto, FL ! You will perform routine clinical assignments to keep the **medical** facility running smoothly... Apply Now>>

**35** Medical Assistant Ocala, FL, USA Assists with direct patient care, and performs direct **medical** procedures of a routine nature, as dictated by established clinical protocol and provider directive. Duties and Responsibilities Provide ...... Apply Now>>

**36** Health Insurance Revenue Cycle Specialist Tampa, FL, USA Blackstone **Medical** Services is a rapidly growing diagnostic technology company looking for team members who enjoy working in a productive environment while helping patients improve the quality of ...... Apply Now>>

**37** Medical Assistant - Ophthalmology Punta Gorda Isles, FL, USA We are seeking a **Medical** Assistant- Ophthalmology to become a part of our team! You will perform routine clinical assignments to keep the **medical** facility running smoothly. Responsibilities: * Obtain ...... Apply Now>>

**38** RN Registered Nurse Emergency ER Eve Hudson, FL, USA Regional **Medical** Center Bayonet Point is a 290 bed acute care facility hospital with a long and illustrious history of providing the highest level of critical care for our community. Founded in 1981 ...... Apply Now>>

**39** Registered Nurse (RN) Medical Surgical Brooksville, FL, USA Your benefits will include 401k, PTO, **medical**, dental, flexible spending accounts, life insurance, disability insurance, tuition reimbursement, an employee discount program and more. Choose from a ...... Apply

Now>>

**40** Medical Assistant - Pediatrics Clermont, FL, USA The CSI Companies is actively seeking a **Medical** Assistant for our client in the Clermont, FL area. We're looking for candidates with experience in Pediatrics & administering immunizations. This is a ...... Apply Now>>


1/5/2021     VANGUARD PLASTIC SURGERY PLLC NPI 1962889204 - Plastic Surgery in Cooper City,

Case 0:21-cv-60023-AHS Document 1-6 Entered on FLSD Docket 01/05/2021 Page 12 of 15

Home (https://npiprofile.com) / State Directory (https://npiprofile.com/directory) / Florida (https://npiprofile.com/directory/state/fl-florida)
/ Cooper City (https://npiprofile.com/directory/city/cooper-city-florida) / Plastic Surgery (https://npiprofile.com/directory/city/plastic-surgery-in-cooper-city-florida)
/ 1962889204

# VANGUARD PLASTIC SURGERY PLLC NPI 1962889204

Plastic Surgery in Cooper City, FL

Ads by Google
Stop seeing this ad    Why this ad?

NPI Profile (https://npiprofile.com/npi/1962889204)    NPI Record (https://npiprofile.com/npi/1962889204/record)

Similar Providers (https://npiprofile.com/npi/1962889204/similar)

`NPI 1962889204`  `Organization`  `Plastic Surgery`

##  ABOUT VANGUARD PLASTIC SURGERY PLLC

**Vanguard Plastic Surgery Pllc** is a provider established in Cooper City, Florida specializing in plastic surgery. The NPI number of Vanguard Plastic Surgery Pllc is **1962889204** and was assigned on May 2015. The practitioner's primary taxonomy code is 208200000X. The provider is registered as an organization and their NPI record was last updated 5 years ago. Vanguard Plastic Surgery Pllc operates as a single speciality business group with one or more individual providers who practice the same area of specialization. The authorized official of this NPI record is George Dreszer Md (Member)

| NPI | 1962889204 |
|---|---|
| Provider Name | VANGUARD PLASTIC SURGERY PLLC |
| Provider Location Address | 10600 GRIFFIN RD STE 107 COOPER CITY, FL 33328 |
| Provider Mailing Address | 347 N NEW RIVER DR E APT 2810 FT LAUDERDALE, FL 33301 |
| NPI Entity Type | Organization |
| Is Sole Proprietor? | N/A |
| Is Organization Subpart? | No |
| Enumeration Date | 05-06-2015 |
| Last Update Date | 08-13-2015 |



## ⭐ PRIMARY TAXONOMY

| | |
|---|---|
| Taxonomy Code | 208200000X (https://npiprofile.com/taxonomy/code/208200000X) |
| Classification | Plastic Surgery |
| Type | Allopathic & Osteopathic Physicians |
| Taxonomy Description | A plastic surgeon deals with the repair, reconstruction or replacement of physical defects of form or function involving the skin, musculoskeletal system, craniomaxillofacial structures, hand, extremities, breast and trunk and external genitalia or cosmetic enhancement of these areas of the body. Cosmetic surgery is an essential component of plastic surgery. The plastic surgeon uses cosmetic surgical principles to both improve overall appearance and to optimize the outcome of reconstructive procedures. The surgeon uses aesthetic surgical principles not only to improve undesirable qualities of normal structures but in all reconstructive procedures as well. |

## 🏠 BUSINESS ADDRESS

VANGUARD PLASTIC SURGERY PLLC
10600 GRIFFIN RD STE 107
COOPER CITY, FL
ZIP 33328
Phone: (954) 563-4500

Get Directions (https://maps.google.com/?daddr=?10600+GRIFFIN+RD+STE+107++COOPER+CITY%2C+FL+33328)

## ✉ MAILING ADDRESS

VANGUARD PLASTIC SURGERY PLLC
347 N NEW RIVER DR E APT 2810
FT LAUDERDALE, FL
ZIP 33301
Phone: (954) 563-4500

## 📞 AUTHORIZED OFFICIAL

| | |
|---|---|
| Authorized Official Name | GEORGE DRESZER MD |
| Authorized Official Title | MEMBER |
| Authorized Official Phone | (954) 563-4500 |



## 👥 GROUP TAXONOMY

**193400000X SINGLE SPECIALTY GROUP** - This provdier is a business group of one or more individual practitioners, all of who practice with the same area of specialization.

## ✱ NPI FOOTNOTES

**What is the National Provider Indentifier (NPI)?**
The NPI is 10-position all-numeric identification number assigned by the NPPES to uniquely identify a health care provider.

**Provider Location Address**
The location address of the provider being identified. For providers with more than one physical location, this is the primary location. This address cannot include a Post Office box.

**Provider Mailing Address**
The mailing address of the provider being identified. This address may contain the same information as the provider location address.

**Entity Type Code**
The code describing the type of health care provider that is being assigned an NPI.
The entity type codes are:
1 = Person: individual human being who furnishes health care;
2 = Non-person: entity other than an individual human being that furnishes health care (Examples: hospital, SNF, hospital subunit, pharmacy, or HMO)

**What is a Subpart?**
Subparts are the components and separate physical locations of organization health care providers. Subpart examples include:
Hospital components include outpatient departments, surgical centers, psychiatric units, and laboratories. These components are often separately licensed or certified by States and may exist at physical locations other than that of the hospital of which they are a component.

**Provider Other Organization Name**
The other organization name is the alternative last name by which the provider is or has been known (if an individual) or other name by which the organization provider is or has been known. The code identifying the type of other name. The provider other organization name codes are:
1 = former name;
2 = professional name;
3 = doing business as (d/b/ a) name;
4 = former legal business name; :
5 = other.

**Provider Enumeration Date**
The date the provider was assigned a unique identifier (assigned an NPI).

**Last Update Date**
The date that a NPI record was last updated or changed.

**Primary Taxonomy Code**
The primary taxonomy code defines the provider type, classification, and specialization. There could be only one primary taxonomy code per NPI record. For individual NPIs the license data is associated to the taxonomy code.

**Authorized Official Name**
The name of the person authorized to submit the NPI application or to officially change data for a health care provider.

PayPal Commerce Platform.

Ad Whether you're just starting or already set up, our platform supports your busines

PayPal

Learn More

Previous NPI: 1962889196 (https://npiprofile.com/npi/1962889196)

Next NPI: 1962889212 (https://npiprofile.com/npi/1962889212)

NPI Lookup (https://npiprofile.com/npi-lookup) | NPI Advanced Lookup (https://npiprofile.com/search-advanced.php)
NPI State Directory (https://npiprofile.com/directory) | Taxonomy Codes (https://npiprofile.com/taxonomy)
NPI Validation (https://npiprofile.com/validation) | PECOS Lookup (https://npiprofile.com/pecos) | CLIA Lookup by NPI (https://npiprofile.com/clia)
Contact Us (https://npiprofile.com/contact) | Terms of Service (https://npiprofile.com/terms-of-service) | Privacy (https://npiprofile.com/privacy)

NPI Profile 2021 | NPI Data Last Updated On: 12-13-2020
NPIProfile.com is a free reference website designed for the fast lookup of all current NPI records in the National Provider Identifier database.

All contents of this website are provided on an "as is" and "as available" basis without warranty of any kind. NPI records are maintained by the National Plan & Provider Enumeration System. The contents of the NPI Profile website are for informational purposes only. Reliance on any information provided by the NPI Profile website or other visitors to this website is solely at your own risk. If you think you may have a medical emergency, please call your doctor or 911 immediately.