# COMPOSITE EXHIBIT F



DIVISION OF CORPORATIONS

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Profit Corporation
UNITED HEALTHCARE SERVICES, INC.

**Cross Reference Name**

UNITED HEALTHCARE SERVICES, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P31940 |
| **FEI/EIN Number** | 41-1289245 |
| **Date Filed** | 11/28/1990 |
| **State** | MN |
| **Status** | ACTIVE |
| **Last Event** | DROPPING DBA |
| **Event Date Filed** | 09/09/2015 |
| **Event Effective Date** | NONE |

**Principal Address**

UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Changed: 05/19/2020

**Mailing Address**

UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Changed: 05/19/2020

**Registered Agent Name & Address**

CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/10/1992

Address Changed: 03/10/1992

**Officer/Director Detail**

**Name & Address**

Title Director

Noel, Timothy John
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title CFO

Roos, Thomas Edward
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title Assistant Secretary

Lang, Heather Anastasia
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title CEO

Putnam, Tarrant Jeffrey
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title President

Putnam, Tarrant Jeffrey
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title Director

Putnam, Tarrant Jeffrey
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title Secretary

Pezhman, Payman [NMN]
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title VP

Cottington, Nyle Brent

UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title Treasurer

Gill, Peter Marshall
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

Title Assistant Secretary

Zuba, Jessica Leigh
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2019 | 03/25/2019 |
| 2020 | 05/19/2020 |
| 2020 | 08/25/2020 |

### Document Images

| | |
|---|---|
| 08/25/2020 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 05/19/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2016 -- ANNUAL REPORT | View image in PDF format |
| 09/09/2015 -- Dropping Alternate Name | View image in PDF format |
| 04/10/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2013 -- ANNUAL REPORT | View image in PDF format |
| 10/18/2012 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2012 -- Merger | View image in PDF format |
| 03/21/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/30/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2001 -- ANNUAL REPORT | |

| | View image in PDF format |
|---|---|
| 01/19/2000 -- ANNUAL REPORT | View image in PDF format |
| 09/10/1999 -- Merger | View image in PDF format |
| 02/24/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/30/1998 -- ANNUAL REPORT | View image in PDF format |
| 01/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/09/1996 -- ANNUAL REPORT | View image in PDF format |
| 06/27/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5777355 | Incorporation Date / Formation Date: | 7/1/2015 (mm/dd/yyyy) |
| Entity Name: | UNITEDHEALTH GROUP INCORPORATED | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON    County: New Castle |
| State: | DE    Postal Code: 19801 |
| Phone: | 302-658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

## Business Record Details »

Minnesota Business Name
# UnitedHealth Group Incorporated

**Business Type**
Business Corporation (Foreign)

**MN Statute**
303

**File Number**
831876900056

**Home Jurisdiction**
Delaware

**Filing Date**
7/1/2015

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2021

**Registered Office Address**
1010 Dale St N
St Paul, MN 55117–5603
USA

**Registered Agent(s)**
C T Corporation System Inc.

**Chief Executive Officer**
David Scott Wichmann
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343
United States

**Home Business Name**
UnitedHealth Group Incorporated

---

**Filing History**

# Filing History

Select the item(s) you would like to order:   Order Selected Copies

| ☐ | **Filing Date** | **Filing** | **Effective Date** |
|---|---|---|---|

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 7/1/2015 | Original Filing - Business Corporation (Foreign) (Business Name: UnitedHealth Group Incorporated) | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Foreign) | |

© 2021 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**

## Business Record Details »

Minnesota Business Name
# UnitedHealth Group Incorporated

**Business Type**
Business Corporation (Foreign)

**MN Statute**
303

**File Number**
831876900056

**Home Jurisdiction**
Delaware

**Filing Date**
7/1/2015

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2021

**Registered Office Address**
1010 Dale St N
St Paul, MN 55117–5603
USA

**Registered Agent(s)**
C T Corporation System Inc.

**Chief Executive Officer**
David Scott Wichmann
UnitedHealth Group Center
9900 Bren Road East
Minnetonka, MN 55343
United States

**Home Business Name**
UnitedHealth Group Incorporated

**Filing History**

# Filing History

Select the item(s) you would like to order:   Order Selected Copies

| | **Filing Date** | **Filing** | **Effective Date** |
|---|---|---|---|
| ☐ | | | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 7/1/2015 | Original Filing - Business Corporation (Foreign) (Business Name: UnitedHealth Group Incorporated) | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Foreign) | |

© 2021 Office of the Minnesota Secretary of State - **Terms & Conditions**

The Office of the Secretary of State is an equal opportunity employer

✉ **Subscribe for email updates!**