# EXHIBIT "A"



UnitedHealthcare

Health Plan (80840) 911-87726-04

Member ID: [redacted] Group Number: 168504

Member:
B[redacted] E S[redacted]
Dependents
[redacted]

UNITEDHEALTH GROUP, INC.
Low-Premium Plan

Payer ID 87726

OPTUMRx
Rx Bin: 610279
Rx PCN: 9999
Rx Grp: UHEALTH

0502

UnitedHealthcare Choice Plus
Administered by United HealthCare Services, Inc.

This card does not guarantee coverage. To verify benefits, view claims, find a provider, or talk to a nurse, visit the website or call.

For Members: www.myuhc.com

Health Care Advisor: 800-357-1371

Mental Health: 866-781-6396

For Providers: UHCprovider.com 877-842-3210

Medical Claims: PO Box 740800, Atlanta GA 30374-0800

Pharmacy Claims: OptumRx PO Box 29044 Hot Springs, AR 71903

For Pharmacists: 888-290-5416