UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-CV-60023-AHS

VANGUARD PLASTIC SURGERY, PLLC d/b/a
VANGUARD AESTHETIC AND PLASTIC
SURGERY,

      Plaintiff,

vs.

UNITEDHEALTH GROUP INCORPORATED, a
foreign corporation, and UNITED
HEALTHCARE SERVICES, INC., a foreign
corporation,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4, Plaintiff Vanguard Plastic Surgery, PLLC d/b/a Vanguard Aesthetic and Plastic Surgery, and Defendants UnitedHealth Group Incorporated and United Healthcare Services, Inc., hereby give notice that the parties have reached a settlement in principle and anticipate submitting the appropriate dismissal documents to the Court within forty-five (45) days.

Dated: December 2, 2021                Respectfully submitted,

                                            By: */s/ Allison P. Gallagher*
                                                **AKERMAN LLP**
                                                **Irene Bassel Frick, Esq.** (FBN 158739)
                                                irene.bassel@akerman.com
                                                nicole.emmett@akerman.com
                                                401 East Jackson Street, Suite 1700
                                                Tampa, Florida 33602
                                                Telephone: (813) 223-7333

                                                **AKERMAN LLP**
                                                **Allison P. Gallagher, Esq.** (FBN 808911)
                                                allison.gallagher@akerman.com

magda.cabra@akerman.com
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 423-4000

*Counsel for Defendants*

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Telephone:  (561) 477-7800
Facsimile: (561) 477-7722

By: /s/ *Genevieve Turner*
**Richard P. Hermann, Esq. (FBN 110019)**
rhermann@sbwlawfirm.com
floridaservice@sbwh.law
**Genevieve Lee Turner, Esq. (FBN 100058)**
gturner@sbwh.law
ksandoval@sbwh.law
**Charles Blake Dye, Esq. (FBN 500461)**
Primary E-mail: bdye@sbwh.law

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2021, a true and correct copy of the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record identified in the Service List below.

By:     *s/ Genevieve Lee Turner*
RICHARD P. HERMANN, II, ESQ.
GENEVIEVE LEE TURNER, ESQ.
CHARLES BLAKE DYE, ESQ.